**APPEAL CASE NOS. 13-56243, 13-56244**
**CROSS-APPEAL CASE NOS. 13-56257, 13-56259**

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

LAURA SIEGEL LARSON

*Plaintiff, Counterclaim-Defendant, Appellant, and Cross-Appellee.*

v.

WARNER BROS. ENTERTAINMENT INC., DC COMICS

*Defendants, Counterclaimants, Appellees, and Cross-Appellants.*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
THE HONORABLE OTIS D. WRIGHT II, JUDGE
CASE NOS. CV-04-8400 ODW (RZX), CV-04-8776 (RZX)

---

# APPELLANT LAURA SIEGEL LARSON'S EXCERPTS OF RECORD
## VOL. 9 OF 16

---

TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff
*mtoberoff@ipwla.com*
Keith G. Adams
*kadams@toberoffandassociates.com*
22337 Pacific Coast Highway, #348
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiff-Appellant, Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel*

# INDEX TO EXCERPTS OF RECORD (Volume 9)

*Larson v. Warner Bros. Entertainment Inc. et al.*,
CD Cal Case No. 04-CV-08400

| Docket No. | Filing Date | Document Title | Vol. | Page |
|---|---|---|---|---|
| 347-9 | 7/28/08 | *Exhibit M – June 21, 1941 Saturday Evening Post Article, "Up, Up and Awa-a-y"* | 9 | 2029 |
| 347-9 | 7/28/08 | *Exhibit N – Excerpts from Trial Transcript of 1947 Action* | 9 | 2036 |
| 347-9 | 7/28/08 | *Exhibit O – December 4, 1937 Agreement between Jerome Siegel, Joseph Shuster, and Detective Comics, Inc.* | 9 | 2050 |
| 347-9 | 7/28/08 | *Exhibit P – September 22, 1938 Agreement between Jerome Siegel, Joseph Shuster, and Detective Comics, Inc.* | 9 | 2053 |
| 347-9 | 7/28/08 | *Exhibit Q – Seprember 22, 1938 Agreement between the McClure Newspaper Syndicate, Jerome Siegel, Joseph Shuster, and Detective Comics, Inc.* | 9 | 2057 |
| 347-9 | 7/28/08 | *Exhibit R – Excerpts from "The Creation of a Superhero" by Jerome Siegel* | 9 | 2061 |
| 347-9 | 7/28/08 | *Exhibit S – April 18, 1938 letter* | 9 | 2068 |

| | | | | |
|---|---|---|---|---|
| | | *from Jerome Siegel to J.S. Liebowitz* | | |
| 347-9 | 7/28/08 | *Exhibit T – September 7, 1938 letter from Chas Lounsbury to Jerome Siegel* | 9 | 2070 |
| 347-9 | 7/28/08 | *Exhibit U – Excerpts from Superman: The Dailies* | 9 | 2073 |
| 347-9 | 7/28/08 | *Exhibit V – Copyright Registration Certificate for Superman No. 1* | 9 | 2080 |
| 347-10 | 7/28/08 | *Exhibit W – Excerpts from the United States Copyright Office Catalogue of Copyright Entries* | 9 | 2083 |
| 347-10 | 7/28/08 | *Exhibit X – March 1, 1973 Affidavit of Jerome Siegel* | 9 | 2098 |
| 347-10 | 7/28/08 | *Exhibit Y – Excerpts from Superman: Sunday Classics* | 9 | 2110 |
| 347-10 | 7/28/08 | *Exhibit Z - Excerpts from Superman: The Dailies* | 9 | 2119 |
| 347-11 | 7/28/08 | *Exhibit AA – Excerpts from the February 27, 2007 deposition of Mark Waid* | 9 | 2130 |
| 347-11 | 7/28/08 | *Exhibit BB – Article "K-Metal: The Lost Superman Tale" by Mark Waid* | 9 | 2153 |
| 347-11 | 7/28/08 | *Exhibit CC – Unpublished 26-page Superman story* | 9 | 2161 |
| 347-12 | 7/28/08 | *Exhibit DD – Checks and Bank Statements from the American* | 9 | 2175 |

| | | | | |
|---|---|---|---|---|
| | | *Artists League* | | |
| 347-12 | 7/28/08 | *Exhibit EE – Excerpts from the business ledger of Jerome Siegel* | 9 | 2196 |
| 347-12 | 7/28/08 | *Exhibit FF – Excerpts from the July 8, 1969 deposition of Jerome Siegel* | 9 | 2204 |
| 347-12 | 7/28/08 | *Exhibit GG – Excerpts from The Story Behind Superman No. 1 by Jerome Siegel* | 9 | 2208 |
| 340 | 7/21/08 | Declaration of Michael Bergman in Support of Defendants' Brief on Additional Issues | 9 | 2211 |
| 340-1 | 7/21/08 | *Exhibit A: December 19, 1939 Agreement between Jerome Siegel, Joseph Shuster and Detective Comics, Inc.* | 9 | 2213 |
| 340-1 | 7/21/08 | *Exhibit B: April 8, 1938 letter from J.S. Liebowitz to Jerome Siegel* | 9 | 2217 |
| 337 | 7/21/08 | Declaration of Keith Adams re: Plaintiff's Memorandum of Points and Authorities Pursuant to the Court's July 3, 2008 Order | 9 | 2219 |
| 337-2 | 7/21/08 | *Exhibit A: Stipulation re: Scheduling Order and Order Thereon, entered by the Court on March 20, 2007* | 9 | 2227 |
| 337-2 | 7/21/08 | *Exhibit G: January 12, 2007 Expert Report of James Steranko* | 9 | 2235 |
| 337-2 | 7/21/08 | *Exhibit H: January 12, 2007* | 9 | 2259 |

| | | | | |
|---|---|---|---|---|
| | | *Expert Report of Mark Evanier* | | |
| 337-3 | 7/21/08 | *Exhibit I: February 9, 2007 Expert Rebuttal Report of Mark Evanier* | 9 | 2284 |

# INDEX TO EXCERPTS OF RECORD (all volumes)

| Docket No. | Filing Date | Document Title | Vol. | Page |
|---|---|---|---|---|
| 735 | 6/18/13 | 59(e) Amended Judgment | 1 | 1 |
| 734 | 6/18/13 | 59(e) Order | 1 | 6 |
| 724 | 4/18/13 | "Final Judgment" In Superman | 1 | 8 |
| 723 | 4/18/13 | Order Granting Motion For Summary Judgment Re: Superboy And The Superman Ads | 1 | 12 |
| 717 | 3/20/13 | Order Granting In Part Defendant's Motion For Summary Judgment | 1 | 23 |
| 714 | 3/12/13 | Order Granting Plaintiff Leave to File A Sur-Reply | 2 | 39 |
| 740 | 7/17/13 | Defendants Notice Of Cross-Appeal | 2 | 41 |
| 738 | 7/16/13 | Plaintiff's Notice of Appeal | 2 | 43 |
| 595 | 10/30/09 | Order on Motion for Reconsideration | 2 | 45 |
| 560 | 8/12/09 | Order on Additional Issues | 2 | 87 |
| 293 | 3/26/08 | Order on the Parties' Cross-Motions for Summary Judgment | 2 | 186 |
| 9th Cir. Case 11-55863, | 1/10/13 | Memorandum Disposition [Of Prior Appeal] | 2 | 272 |

| 70-1 | | | | |
|---|---|---|---|---|
| 674 | 6/15/11 | Defendant's Prior Notice of Cross-Appeal | 2 | 278 |
| 671 | 5/27/11 | Plaintiff's Prior Notice of Appeal | 2 | 280 |
| 669 | 5/17/11 | Judgment | 2 | 282 |
| 667 | 5/17/11 | Order Granting Plaintiff's Motion for Entry of Judgment Pursuant to Rule 54(b) | 2 | 285 |
| 664 | 5/5/11 | Order Vacating March 15, 2011 Judgment and Striking Superfluous Allegations from Counterclaim | 2 | 287 |
| 659 | 3/15/11 | Order Granting rule 54(b) Motion | 2 | 288 |
| 656 | 3/3/11 | Answer to Second Amended Counterclaims | 2 | 292 |
| 646 | 2/17/11 | Second Amended Counterclaims | 3 | 323 |
| 645 | 2/17/11 | Answer to Third Amended Complaint | 3 | 361 |
| 644 | 2/3/11 | Third Amended Complaint | 3 | 374 |
| 733 | 6/17/13 | Plaintiff's 59(e) Reply | 3 | 399 |
| 732 | 6/5/13 | Defendants' 59(e) Opposition | 3 | 416 |
| 731 | 5/16/13 | Plaintiff's 59(e) Motion | 3 | 437 |
| 731-1 | 5/16/13 | Plaintiff's Proposed 59(e) Order | 3 | 468 |
| 731-2 | 5/16/13 | Plaintiff's Proposed 59(e) Judgment | 3 | 470 |
| 730 | 5/16/13 | Declaration of Patrick T. Perkins In | 3 | 475 |

| | | | | |
|---|---|---|---|---|
| | | Support of Defendants' Reply In Support Of Application to Tax Costs | | |
| 730 | 5/16/13 | *Exhibit 1: Invoice For Steranko Deposition* | 3 | 479 |
| 730 | 5/16/13 | *Exhibit 2: Invoice For Evanier Deposition* | 3 | 481 |
| 730 | 5/16/13 | *Exhibit 3: Invoice for Lewellen Deposition* | 3 | 483 |
| 730 | 5/16/13 | *Exhibit 4: Invoice for Larson Deposition* | 3 | 485 |
| 729 | 5/14/13 | Defendants' Reply In Support of Application to Tax Costs | 3 | 487 |
| 729-1 | 5/14/13 | Declaration of Brian Pearl In Support of Defendants' Reply in support of Application to Tax Costs | 3 | 498 |
| 729-1 | 5/14/13 | *Exhibit A: Transcript Cover Sheet for Peary Deposition* | 3 | 501 |
| 729-1 | 5/14/13 | *Exhibit B: Transcript Cover Sheet for Peavy Deposition* | 3 | 504 |
| 729-1 | 5/14/13 | *Exhibit C: Transcript Cover Sheet for Feiffer Deposition* | 3 | 507 |
| 729-1 | 5/14/13 | *Exhibit D: Transcript Cover Sheet for Steranko Deposition* | 3 | 511 |
| 729-1 | 5/14/13 | *Exhibit E: Transcript Cover Sheet for Evanier Deposition* | 3 | 514 |
| 729-1 | 5/14/13 | *Exhibit F: Transcript Cover Sheet* | 3 | 518 |

| | | | | |
|---|---|---|---|---|
| | | *for Lewellen Deposition* | | |
| 729-1 | 5/14/13 | *Exhibit G: Transcript Cover Sheet for Larson Deposition* | 3 | 522 |
| 729-1 | 5/14/13 | *Exhibit H: Transcript Cover Sheet for Halloran Deposition* | 3 | 526 |
| 722 | 4/4/13 | Plaintiff's Supplemental Brief re: "Ads" and "Superboy" | 3 | 530 |
| 722-1 | 4/4/13 | Declaration of Keith Adams In Support Of Plaintiff's Supplemental Brief re: "Ads" and "Superboy" | 3 | 549 |
| 722-1 | 4/4/13 | *Exhibit 1: Excerpts from April 12, 1947 Findings of Fact and Conclusions of Law* | 3 | 553 |
| 722-1 | 4/4/13 | *Exhibit 2: October 19, 2001 letter from Kevin Marks to John Schulman* | 3 | 560 |
| 722-1 | 4/4/13 | *Exhibit 3: October 26, 2001 letter from Schulman to Marks* | 3 | 566 |
| 722-1 | 4/4/13 | *Exhibit 4: February 1, 2002 letter from Patrick Perkins to Marks* | 4 | 574 |
| 722-1 | 4/4/13 | *Exhibit 5: November 8, 2002 Notice of Termination re: Superboy* | 4 | 631 |
| 722-1 | 4/4/13 | *Exhibit 6: March 23, 2006 Summary Judgment Order in Superboy Case* | 4 | 644 |
| 722-1 | 4/4/13 | *Exhibit 7: June 12, 2006 Affidavit of Damon Bonesteel* | 4 | 661 |

| | | | | |
|---|---|---|---|---|
| 722-1 | 4/4/13 | *Exhibit 8: Excerpts from DC's April 30, 2007 Motion for Summary Judgment* | 4 | 672 |
| 722-1 | 4/4/13 | *Exhibit 9: Excerpts from DC's June 25, 2007 Reply re: Summary Judgment* | 4 | 689 |
| 722-1 | 4/4/13 | *Exhibit 10: September 10, 2007 Affidavit of Donna Josephson* | 4 | 714 |
| 722-1 | 4/4/13 | *Exhibit 11: Excerpts from September 17, 2007 Oral Argument in Superman and Superboy Cases* | 4 | 717 |
| 722-1 | 4/4/13 | *Exhibit 12: March 5, 2012 Notice of Termination re: Superman Advertisements* | 4 | 756 |
| 722-1 | 4/4/13 | *Exhibit 13: DC's Fourth Brief on Cross-Appeal in the Siegel Appeal, filed on June 19, 2012* | 4 | 762 |
| 722-1 | 4/4/13 | *Exhibit 14: September 5, 2012 Oral Argument in the Siegel Appeal* | 4 | 798 |
| 722-2 | 4/4/13 | Declaration of Laura Siegel Larson In Support Of Plaintiff's Supplemental Brief re: "Ads" and "Superboy" | 4 | 840 |
| 721 | 4/4/13 | Defendants' Supplemental Brief re: "Ads" and "Superboy" | 4 | 842 |
| 715 | 3/18/13 | Plaintiff's Court Authorized Sur-Reply re: Defendants' Motion for Summary Judgment | 4 | 867 |

| | | | | |
|---|---|---|---|---|
| 713 | 3/8/13 | Defendants' Response to Plaintiffs Genuine Issues and Additional Facts re: Defendants' Motion for Summary Judgment | 5 | 873 |
| 711 | 3/8/13 | Defendants' Reply In Support Of Defendants' Motion for Summary Judgment | 5 | 943 |
| 711-1 | 3/8/13 | Declaration of Matthew T. Kline In Support Of Defendants' Motion for Summary Judgment | 5 | 961 |
| 711-2 | 3/8/13 | *Exhibit A: Appellant Laura Siegel Larson's First Brief On Cross-Appeal, filed in Ninth Circuit Case Nos. 11-55863, 11-56034, DN 12* | 5 | 964 |
| 711-2 | 3/8/13 | *Exhibit B: Appellant Laura Siegel Larson's Third Brief On Cross-Appeal, filed in Ninth Circuit Case Nos. 11- 55863, 11-56034, DN 43-1* | 5 | 1048 |
| 711-2 | 3/8/13 | *Exhibit C: Reply Brief Of Cross-Appellants And Appellees Warner Bros. Entertainment Inc. And DC Comics, filed in Ninth Circuit Case Nos. 11-55863, 11-56034, DN 49* | 6 | 1139 |
| 711-2 | 3/8/13 | *Exhibit D: Letter from Marc Toberoff to Daniel Petrocelli, dated March 7, 2013.* | 6 | 1176 |
| 711-2 | 3/8/13 | *Exhibit E: Excerpt from the transcript of the deposition of Laura Siegel Larson, dated August 1,* | 6 | 1179 |

| | | | | |
|---|---|---|---|---|
| | | *2006.* | | |
| 711-2 | 3/8/13 | *Exhibit F:  Excerpt from Plaintiffs Joanne Siegel And Laura Siegel Larson's Responses To Defendant DC Comics' First Set Of Interrogatories No. 1-19, dated January 25, 2006.* | 6 | 1185 |
| 709 | 3/4/13 | Plaintiff's Opposition to Defendants' Motion for Summary Judgment | 6 | 1192 |
| 709-1 | 3/4/13 | Plaintiff's Statement of Genuine Issues and Additional Facts re: Defendants' Motion for Summary Judgment | 6 | 1224 |
| 709-2 | 3/4/13 | Declaration of Keith Adams In Support Of Plaintiff's Opposition to Defendants' Motion for Summary Judgment | 6 | 1252 |
| 709-2 | 3/4/13 | *Exhibit 1:  October 19, 2001 letter from Kevin Marks to John Schulman* | 6 | 1257 |
| 709-2 | 3/4/13 | *Exhibit 2:  October 26, 2001 letter from Schulman to Marks* | 6 | 1263 |
| 709-2 | 3/4/13 | *Exhibit 3: February 1, 2002 letter from Patrick Perkins to Marks* | 6 | 1271 |
| 709-2 | 3/4/13 | *Exhibit 4:  May 9, 2002 letter from Joanne Siegel to Richard D. Parsons* | 6 | 1328 |
| 709-2 | 3/4/13 | *Exhibit 5:  May 22, 2002 letter from* | 6 | 1331 |

| | | | | |
|---|---|---|---|---|
| | | *Parsons to Joanne Siegel* | | |
| 709-2 | 3/4/13 | *Exhibit 6:  September 21, 2002 letter from the Siegels to Marks* | 6 | 1332 |
| 709-2 | 3/4/13 | *Exhibit 7: November 8, 2002 Notice of Termination re: Superboy* | 6 | 1333 |
| 709-2 | 3/4/13 | *Exhibit 8:  Letter sent by Ari Emanuel to Bruce Rosenblum* | 6 | 1346 |
| 709-2 | 3/4/13 | *Exhibit 9:  Excerpts from August 1, 2006 deposition of Laura Siegel Larson* | 6 | 1347 |
| 709-2 | 3/4/13 | *Exhibit 10:  Excerpts from October 7, 2006 deposition of Kevin Marks* | 6 | 1354 |
| 709-2 | 3/4/13 | *Exhibit 11:  Excerpts from November 2, 2006 deposition of Ari Emanuel* | 6 | 1388 |
| 709-2 | 3/4/13 | *Exhibit 12:  Excerpts from November 11, 2006 deposition of Paul Levitz* | 6 | 1402 |
| 709-2 | 3/4/13 | *Exhibit 13:  Excerpts from Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, filed May 29, 2007* | 6 | 1416 |
| 709-2 | 3/4/13 | *Exhibit 14:  October 23, 2007 Order* | 7 | 1436 |
| 709-2 | 3/4/13 | *Exhibit 15:  March 5, 2012 Notice of Termination re: Superman Advertisements* | 7 | 1441 |

| | | | | |
|---|---|---|---|---|
| 709-2 | 3/4/13 | *Exhibit 16: DC's Second Brief on Cross-Appeal in the Siegel Appeal, filed on March 23, 2012* | 7 | 1447 |
| 709-2 | 3/4/13 | *Exhibit 17: Larson's Third Brief on Cross-Appeal in the Siegel Appeal, filed on May 24, 2012.* | 7 | 1506 |
| 709-2 | 3/4/13 | *Exhibit 18: DC's Fourth Brief on Cross-Appeal in the Siegel Appeal, filed on June 19, 2012* | 7 | 1562 |
| 709-2 | 3/4/13 | *Exhibit 19: September 5, 2012 Oral Argument in the Siegel Appeal* | 7 | 1579 |
| 709-2 | 3/4/13 | *Exhibit 20: January 29, 2013 Letter from Daniel Petrocelli to Marc Toberoff* | 7 | 1621 |
| 709-2 | 3/4/13 | *Exhibit 21: February 9, 2013 Letter from Toberoff to Petrocelli* | 7 | 1623 |
| 709-2 | 3/4/13 | *Exhibit 22: February 12, 2013 Letter from Petrocelli to Toberoff* | 7 | 1626 |
| 709-2 | 3/4/13 | *Exhibit 23: Excerpts from DC's Statement of Genuine Issue re: Motion for Summary Judgment in DC Comics, filed on February 16, 2013.* | 7 | 1628 |
| 709-2 | 3/4/13 | *Exhibit 24: February 27, 2013 Letter from Toberoff to Petrocelli* | 7 | 1632 |
| 709-2 | 3/4/13 | *Exhibit 25: February 28, 2013 Letter from Petrocelli to Toberoff* | 7 | 1633 |
| 708 | 2/25/13 | Joint Status Report Re: The Superman and Superboy Cases | 7 | 1635 |

| | | | | |
|---|---|---|---|---|
| 702 | 2/7/13 | Defendants' Motion for Summary Judgment | 7 | 1651 |
| 702-1 | 2/7/13 | Declaration of Daniel M. Petrocelli In Support Of Defendants' Motion for Summary Judgment | 7 | 1663 |
| 702-2 | 2/7/13 | *Exhibit A: Email Correspondence between Parties Counsel re: Motion for Summary Judgment* | 7 | 1666 |
| 702-2 | 2/7/13 | *Exhibit B: October 19, 2001 letter from Kevin Marks to John Schulman* | 7 | 1683 |
| 702-2 | 2/7/13 | *Exhibit C: Excerpts from DC's Reply In Support Of Motion for Partial Summary Judgment on Its First and Third Claims For Relief in Pacific Pictures case, Case No. CV-10-3633, DN 468* | 7 | 1691 |
| 702-2 | 2/7/13 | *Exhibit D: Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendants' Cross-Motion in Pacific Pictures case, Case No. CV-10-3633, DN 507* | 7 | 1694 |
| 702-3 | 2/7/13 | Defendants' Proposed Statement of Uncontroverted Facts and Conclusions of Law | 7 | 1713 |
| 702-4 | 2/7/13 | Defendant's Proposed Summary Judgment Order | 7 | 1718 |
| 702-5 | 2/7/13 | Defendants' Proposed Judgment | 7 | 1720 |

| | | | | |
|---|---|---|---|---|
| 681 | 12/5/11 | Order Certifying and Forwarding Supplemental Record | 7 | 1724 |
| 680 | 12/2/11 | Joint Stipulation To Certify And Forward Supplemental Record | 7 | 1726 |
| 680 | 12/2/11 | *Exhibit A: Excerpt from October 7, 2006 deposition of Kevin Marks* | 8 | 1729 |
| 602 | 12/21/09 | Joint Status Report | 8 | 1773 |
| 373-3 | 9/29/08 | Declaration of Dennis Kitchen re: Defendants' September 26, 2008 Objections | 8 | 1798 |
| 373-3 | 9/29/08 | *Exhibit A: November 12, 1934 Correspondence from Jerome Siegel to Russell Keaton* | 8 | 1801 |
| 364-2 | 9/22/08 | Declaration of Marc Toberoff re: Objections to September 18, 2008 Objections and Exhibit A (Thompson & Thompson Report) | 8 | 1714 |
| 364-1 | 9/22/08 | *Exhibit A: February 1996 Thompson & Thompson Copyright Report re: Superman* | 8 | 1817 |
| 361-1 | 9/18/08 | Exhibit B: Declaration of Michael Bergman re: Objections to Plaintiffs' July 28, 2008 Brief | 8 | 1827 |
| 361-3 | 9/18/08 | *Exhibit C: Copyright Registrations for the First Two Weeks of "Superman" Newspaper Strips* | 8 | 1830 |
| 353-1 | 8/5/08 | Declaration of Michael Bergman re: | 8 | 1867 |

| | | | | |
|---|---|---|---|---|
| | | Response in Objection to Motion | | |
| 353-2 | 8/5/08 | *Exhibit A – January 10, 1938 letter from Vin Sullivan to Jerome Siegel* | 8 | 1871 |
| 353-2 | 8/5/08 | *Exhibit B – September 28, 1938 letter from J.S. Liebowitz to Jerome Siegel* | 8 | 1873 |
| 353-2 | 8/5/08 | *Exhibit C – September 30, 1938 letter from Jerome Siegel to J.S. Liebowitz* | 8 | 1877 |
| 353-2 | 8/5/08 | *Exhibit D – April 21, 1938 letter from J.S. Liebowitz to Jerome Siegel* | 8 | 1879 |
| 353-2 | 8/5/08 | *Exhibit E – January 23, 1940 letter from J.S. Liebowitz to Jerome Siegel* | 8 | 1882 |
| 353-2 | 8/5/08 | *Exhibit F – February 8, 1940 letter from J.S. Liebowitz to Jerome Siegel* | 8 | 1885 |
| 353-2 | 8/5/08 | *Exhibit G – May 2, 1940 letter from J.S. Liebowitz to Jerome Siegel* | 8 | 1887 |
| 353-2 | 8/5/08 | *Exhibit H – November 5, 1940 letter from Whitney Ellsworth to Jerome Siegel* | 8 | 1890 |
| 353-2 | 8/5/08 | *Exhibit I – January 22, 1940 letter from Whitney Ellsworth to Jerome Siegel* | 8 | 1893 |
| 353-2 | 8/5/08 | *Exhibit J – January 29, 1940 letter from J.S. Liebowitz to Jerome* | 8 | 1896 |

| | | | | |
|---|---|---|---|---|
| | | *Siegel* | | |
| 353-2 | 8/5/08 | *Exhibit K – March 18, 1940 letter from Whitney Ellsworth to Jerome Siegel* | 8 | 1899 |
| 353-2 | 8/5/08 | *Exhibit L – November 4, 1940 letter from Whitney Ellsworth to Jerome Siegel* | 8 | 1901 |
| 353-2 | 8/5/08 | *Exhibit M – February 19, 1941 letter from Whitney Ellsworth to Jerome Siegel* | 8 | 1903 |
| 353-3 | 8/5/08 | *Exhibit N – November 12, 1942 letter from Whitney Ellsworth to Jerome Siegel* | 8 | 1906 |
| 353-3 | 8/5/08 | *Exhibit O – February 21 letter from Whitney Ellsworth to Jerome Siegel* | 8 | 1908 |
| 353-3 | 8/5/08 | *Exhibit P – February 3, 1947 letter from J.S. Liebowitz to Jerome Siegel* | 8 | 1910 |
| 353-3 | 8/5/08 | *Exhibit Q – Exhibit showing 1937-1947 payments to Siegel and Shuster* | 8 | 1914 |
| 353-3 | 8/5/08 | *Exhibit R – Renewal Certificates for Post-March 1, 1938 Superman Works* | 8 | 1916 |
| 347 | 7/28/08 | Declaration of Marc Toberoff re: Plaintiffs' Memorandum of Points and Authorities in Opposition and Exhibits A-JJ | 8 | 1946 |

| | | | | |
|---|---|---|---|---|
| 347-2 | 7/28/08 | *Exhibit A – Seven-Page Superman Synopsis* | 8 | 1951 |
| 347-2 | 7/28/08 | *Exhibit B – November 21, 1974 letter from Jerome Siegel to Laura Siegel* | 8 | 1959 |
| 347-2 | 7/28/08 | *Exhibit C – June 12, 1934 letter from Jerome Siegel to Russell Keaton* | 8 | 1962 |
| 347-2 | 7/28/08 | *Exhibit D – Superman story illustrated by Russell Keaton* | 8 | 1964 |
| 347-3 | 7/28/08 | *Exhibit E – Continuity for 15 daily "Superman" Newspaper Strips, c. 1934* | 8 | 1974 |
| 347-4 | 7/28/08 | *Exhibit G – Action Comics, No. 2* | 8 | 1981 |
| 347-5 | 7/28/08 | *Exhibit H – Action Comics, No. 3* | 8 | 1990 |
| 347-6 | 7/28/08 | *Exhibit I – Action Comics, No. 4* | 8 | 1999 |
| 347-7 | 7/28/08 | *Exhibit J – Action Comics, No. 5* | 8 | 2008 |
| 347-8 | 7/28/08 | *Exhibit K – Action comics, No. 6* | 8 | 2015 |
| 347-9 | 7/28/08 | *Exhibit L – Excerpts from Superman, No. 1* | 8 | 2024 |
| 347-9 | 7/28/08 | *Exhibit M – June 21, 1941 Saturday Evening Post Article, "Up, Up and Awa-a-y"* | 9 | 2029 |
| 347-9 | 7/28/08 | *Exhibit N – Excerpts from Trial Transcript of 1947 Action* | 9 | 2036 |

| | | | | |
|---|---|---|---|---|
| 347-9 | 7/28/08 | *Exhibit O – December 4, 1937 Agreement between Jerome Siegel, Joseph Shuster, and Detective Comics, Inc.* | 9 | 2050 |
| 347-9 | 7/28/08 | *Exhibit P – September 22, 1938 Agreement between Jerome Siegel, Joseph Shuster, and Detective Comics, Inc.* | 9 | 2053 |
| 347-9 | 7/28/08 | *Exhibit Q – Seprember 22, 1938 Agreement between the McClure Newspaper Syndicate, Jerome Siegel, Joseph Shuster, and Detective Comics, Inc.* | 9 | 2057 |
| 347-9 | 7/28/08 | *Exhibit R – Excerpts from "The Creation of a Superhero" by Jerome Siegel* | 9 | 2061 |
| 347-9 | 7/28/08 | *Exhibit S – April 18, 1938 letter from Jerome Siegel to J.S. Liebowitz* | 9 | 2068 |
| 347-9 | 7/28/08 | *Exhibit T – September 7, 1938 letter from Chas Lounsbury to Jerome Siegel* | 9 | 2070 |
| 347-9 | 7/28/08 | *Exhibit U – Excerpts from Superman: The Dailies* | 9 | 2073 |
| 347-9 | 7/28/08 | *Exhibit V – Copyright Registration Certificate for Superman No. 1* | 9 | 2080 |
| 347-10 | 7/28/08 | *Exhibit W – Excerpts from the United States Copyright Office Catalogue of Copyright Entries* | 9 | 2083 |

| | | | | |
|---|---|---|---|---|
| 347-10 | 7/28/08 | *Exhibit X – March 1, 1973 Affidavit of Jerome Siegel* | 9 | 2098 |
| 347-10 | 7/28/08 | *Exhibit Y – Excerpts from Superman: Sunday Classics* | 9 | 2110 |
| 347-10 | 7/28/08 | *Exhibit Z - Excerpts from Superman: The Dailies* | 9 | 2119 |
| 347-11 | 7/28/08 | *Exhibit AA – Excerpts from the February 27, 2007 deposition of Mark Waid* | 9 | 2130 |
| 347-11 | 7/28/08 | *Exhibit BB – Article "K-Metal: The Lost Superman Tale" by Mark Waid* | 9 | 2153 |
| 347-11 | 7/28/08 | *Exhibit CC – Unpublished 26-page Superman story* | 9 | 2161 |
| 347-12 | 7/28/08 | *Exhibit DD – Checks and Bank Statements from the American Artists League* | 9 | 2175 |
| 347-12 | 7/28/08 | *Exhibit EE – Excerpts from the business ledger of Jerome Siegel* | 9 | 2196 |
| 347-12 | 7/28/08 | *Exhibit FF – Excerpts from the July 8, 1969 deposition of Jerome Siegel* | 9 | 2204 |
| 347-12 | 7/28/08 | *Exhibit GG – Excerpts from The Story Behind Superman No. 1 by Jerome Siegel* | 9 | 2208 |
| 340 | 7/21/08 | Declaration of Michael Bergman in Support of Defendants' Brief on Additional Issues | 9 | 2211 |
| 340-1 | 7/21/08 | *Exhibit A: December 19, 1939* | 9 | 2213 |

| | | | | |
|---|---|---|---|---|
| | | *Agreement between Jerome Siegel, Joseph Shuster and Detective Comics, Inc.* | | |
| 340-1 | 7/21/08 | *Exhibit B:  April 8, 1938 letter from J.S. Liebowitz to Jerome Siegel* | 9 | 2217 |
| 337 | 7/21/08 | Declaration of Keith Adams re: Plaintiff's Memorandum of Points and Authorities Pursuant to the Court's July 3, 2008 Order | 9 | 2219 |
| 337-2 | 7/21/08 | *Exhibit A:  Stipulation re: Scheduling Order and Order Thereon, entered by the Court on March 20, 2007* | 9 | 2227 |
| 337-2 | 7/21/08 | *Exhibit G:  January 12, 2007 Expert Report of James Steranko* | 9 | 2235 |
| 337-2 | 7/21/08 | *Exhibit H:  January 12, 2007 Expert Report of Mark Evanier* | 9 | 2259 |
| 337-3 | 7/21/08 | *Exhibit I:  February 9, 2007 Expert Rebuttal Report of Mark Evanier* | 9 | 2284 |
| 337-3 | 7/21/08 | *Exhibit J:  Excerpts from the March 30, 2007 Deposition of Mark Evanier* | 10 | 2316 |
| 337-3 | 7/21/08 | *Exhibit M:  Excerpts from "The Creation of a Superhero" by Jerome Siegel* | 10 | 2331 |
| 290 | 2/21/08 | Stipulation for Order Requesting Status Conference and Briefing Schedule | 10 | 2336 |

| | | | | |
|---|---|---|---|---|
| 196 | 6/25/07 | Reply Declaration of Marc Toberoff In Support Of Plaintiff's Motion for Partial Summary Judgment | 10 | 2340 |
| 196 | 6/25/07 | *Exhibit A: Tolling Agreement Between Plaintiffs and DC Comics, dated April 6, 2000* | 10 | 2343 |
| 196 | 6/25/07 | *Exhibit B: October 28, 2002 letter from Joanne Siegel and Laura Siegel Larson to Lillian J. Laserson* | 10 | 2349 |
| 196 | 6/25/07 | *Exhibit C: Excerpts from listings from the Library of Congress' Catalog of Copyright Entries for the years 1939, 1940 and 1976* | 10 | 2352 |
| 196 | 6/25/07 | *Exhibit D: Plaintiff's Memorandum of Points and Authorities In Support of Motion to Compel Production of Documents* | 10 | 2367 |
| 196 | 6/25/07 | *Exhibit E: Excerpts from November 7, 2006 Deposition of Paul Levitz* | 10 | 2474 |
| 196 | 6/25/07 | *Exhibit F: Excerpts from October 7, 2006 Deposition of Kevin Marks, Esq.* | 10 | 2479 |
| 196 | 6/25/07 | *Exhibit G: Excerpts from August 6, 2006 Deposition of Plaintiff Laura Siegel Larson* | 10 | 2485 |
| 196 | 6/25/07 | *Exhibit H: Defendants' Answer to First Amended Complaint* | 10 | 2491 |
| 194 | 6/25/07 | Plaintiff's Reply In Support Of | 10 | 2508 |

| | | | | |
|---|---|---|---|---|
| | | Motion for Partial Summary Judgment | | |
| 184 | 5/29/07 | Declaration of Michael Bergman re: Plaintiffs' Motion for Summary Judgment | 10 | 2590 |
| 184 | 5/29/07 | *Exhibit A: Copyright Registration and Excerpts from "The Creation of a Superhero" by Jerome Siegel* | 10 | 2595 |
| 184 | 5/29/07 | *Exhibit B: June 12, 1934 letter from Jerome Siegel to Russell Keaton* | 11 | 2608 |
| 184 | 5/29/07 | *Exhibit D: March 1, 1938 Assignment from Jerome Siegel and Joseph Shuster to Detective Comics* | 11 | 2623 |
| 184 | 5/29/07 | *Exhibit L: Copy of Superman No. 1* | 11 | 2625 |
| 184 | 5/29/07 | *Exhibit P: April 15, 1999 letter from Paul Levitz to Joanne Siegel* | 11 | 2639 |
| 181 | 5/29/07 | Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | 11 | 2641 |
| 163 | 4/30/07 | Declaration of Marc Toberoff re: Plaintiffs' Motion for Summary Judgment | 11 | 2739 |
| 163 | 4/30/07 | *Exhibit A: November 21, 1947 Opinion* | 11 | 2745 |
| 163 | 4/30/07 | *Exhibit B: April 12, 1948 Findings of Fact and Conclusions of Law* | 11 | 2758 |

| | | | | |
|---|---|---|---|---|
| 163 | 4/30/07 | *Exhibit C: May 19, 1948 Stipulation of Settlement* | 11 | 2801 |
| 163 | 4/30/07 | *Exhibit D: May 21, 1948 Consent Judgment* | 11 | 2813 |
| 163 | 4/30/07 | *Exhibit F: June 1, 1965 Renewal Copyright Registrations re: Superman* | 11 | 2825 |
| 163 | 4/30/07 | *Exhibit G: Notice of Termination re: March 31, 1938 Grant* | 11 | 2830 |
| 163 | 4/30/07 | *Exhibit H: Notice of Termination re: December 4, 1937 Agreement* | 11 | 2840 |
| 163 | 4/30/07 | *Exhibit I: Notice of Termination re: September 22, 1938 Agreement* | 11 | 2850 |
| 163 | 4/30/07 | *Exhibit J: Notice of Termination re: September 22, 1938 Agreement with McClure* | 11 | 2860 |
| 163 | 4/30/07 | *Exhibit K: Notice of Termination re: 1948 Stipulation* | 11 | 2870 |
| 163 | 4/30/07 | *Exhibit L: Notice of Termination re: December 19, 1939 Agreement* | 11 | 2880 |
| 163 | 4/30/07 | *Exhibit M: Notice of Termination re: December 23, 1975 Agreement* | 11 | 2890 |
| 163 | 4/30/07 | *Exhibit N: Certificates of Recordation re: Notices of Termination* | 12 | 2900 |
| 164 | 4/30/07 | *Exhibit R: Defendants' First Amended Counterclaim* | 12 | 2915 |

| | | | | |
|---|---|---|---|---|
| 164 | 4/30/07 | *Exhibit S: Siegel v. National Periodical Publications, Inc. et al., 364 F. Supp. 1032 (S.D.N.Y. 1973)* | 12 | 2956 |
| 164 | 4/30/07 | *Exhibit T: Siegel v. National Periodical Publications, Inc. et al., 508 F.2d 909 (2d Cir. 1974)* | 12 | 2965 |
| 164 | 4/30/07 | *Exhibit U: March 24, 2006 Order by Judge Ronald S. W. Lew in Civ. Case No. 04-08776 RSWL (RZx)* | 12 | 2973 |
| 164 | 4/30/07 | *Exhibit V: May 23, 2006 Order by Judge Ronald S. W. Lew in Civ. Case No. 04-08776 RSWL (RZx)* | 12 | 2991 |
| 164 | 4/30/07 | *Exhibit W: Appellate Brief of National Periodical Publications, Inc. et. al. from Siegel v. National Periodical Publications, Inc. et al., 508 F.2d 909 (2d Cir. 1974)* | 12 | 2995 |
| 164 | 4/30/07 | *Exhibit X: Plaintiff's Complaint* | 12 | 3014 |
| 164 | 4/30/07 | *Exhibit Y: December 23, 1975 Agreement between Warner Communications, Inc and Jerome Siegel and Joseph Shuster* | 12 | 3044 |
| 164 | 4/30/07 | *Exhibit Z: April 6, 2000 Tolling Agreement between Plaintiffs and DC Comics* | 12 | 3057 |
| 164 | 4/30/07 | *Exhibit AA: September 21, 2002 letter from Joanne Siegel to Kevin S. Marks and Bruce M. Ramer* | 12 | 3061 |

| | | | | |
|---|---|---|---|---|
| 164 | 4/30/07 | *Exhibit BB: October 19, 2001 letter from Kevin Marks to John Schulman* | 12 | 3063 |
| 164 | 4/30/07 | *Exhibit CC: October 26, 2001 letter from Schulman to Marks* | 12 | 3070 |
| 164 | 4/30/07 | *Exhibit DD: February 1, 2002 letter from Patrick Perkins to Kevin Marks* | 12 | 3079 |
| 164 | 4/30/07 | *Exhibit EE: Excerpts from October 7, 2006 Deposition of Kevin Marks* | 12 | 3137 |
| 164 | 4/30/07 | *Exhibit FF: March 15, 1982 letter from Martin D. Payson to Joanne Siegel* | 12 | 3156 |
| 164 | 4/30/07 | *Exhibit GG: Plaintiff's First Amended Complaint* | 12 | 3158 |
| 161 | 4/30/07 | Plaintiffs' Motion for Partial Summary Judgment | 13 | 3192 |
| 159 | 4/30/07 | Defendants' Motion for Partial Summary Judgment | 13 | 3255 |
| 46 | 11/1/05 | Plaintiffs' Reply to Defendants' First Amended Counterclaims | 13 | 3373 |
| Case No 04-8776, 125 | 4/30/07 | Declaration of Michael Bergman re: Defendants' Motion for Summary Judgment | 13 | 3407 |
| Case No 04- | 4/30/07 | Exhibit A: December 4, 1937 Agreement between Jerome Siegel, | 13 | 3413 |

| | | | | |
|---|---|---|---|---|
| 8776, 125 | | Joseph Shuster and Detective Comics, Inc. | | |
| Case No 10-3633, 74 | 9/20/10 | Minutes From September 20, 2010 Discovery Hearing [1] | 14 | 3416 |
| Case No 10-3633, 348 | 11/25/11 | Defendant Laura Siegel Larson's Answer to First Amended Complaint | 14 | 3418 |
| Case No 10-3633, 1 | 5/14/10 | Plaintiff DC Comics' Complaint | 14 | 3456 |
| | 2/19/14 | Docket Report (Case No. 04-8400) | 14 | 3521 |

[1] Larson requests that this court take judicial notice of certain documents files in the *Pacific Pictures* case – which was deemed "related" to the case below and transferred to the same district court judge – pursuant to Federal Rule of Evidence 201. As this Court has established, "[m]aterials from a proceeding in another tribunal are appropriate for judicial notice." *Biggs v Terhune*, 334 F.3d 910, 916 (9th Cir. 2003) (overruled on other grounds); *see also Reyn's Pasta Bella, LLC v Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) (taking judicial notice of "pleadings, memoranda, expert reports, etc." from related case); *U.S. ex rel. Robinson Rancherita Citizen Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("we may take notice of proceedings in other courts") (internal quotations and citations omitted); *U.S. v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("a court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases")

# EXCERPTS OF RECORD (From Case No. 04-8776)

| Docket No. | Filing Date | Document Title | Vol. | Page |
|---|---|---|---|---|
| 254 | 6/18/13 | 59(e) Amended Judgment | 15 | 3598 |
| 253 | 6/18/13 | 59(e) Order | 15 | 3603 |
| 243 | 4/18/13 | "Final Judgment" In Superboy | 15 | 3605 |
| 242 | 4/18/13 | Order Granting Motion For Summary Judgment Re: Superboy And The Superman Ads | 15 | 3609 |
| 235 | 3/20/13 | Order Granting In Part Defendant's Motion For Summary Judgment | 15 | 3620 |
| 175 | 3/31/08 | Order Denying Cross-Motions for Partial Summary Judgment | 15 | 3636 |
| 151 | 7/27/07 | Order Granting Defendants' Motion for Reconsideration | 15 | 3638 |
| 82 | 3/23/06 | Order Granting Plaintiffs' Motion for Partial Summary Judgment & Denying Defendants' Motion for Summary Judgment | 15 | 3711 |
| 259 | 7/16/13 | Defendants' Notice of Cross-Appeal | 16 | 3728 |
| 257 | 7/16/13 | Plaintiff's Notice of Appeal | 16 | 3730 |
| 250 | 6/17/13 | Plaintiff's 59(e) Motion | 16 | 3732 |
| 227 | 2/25/13 | Joint Status Report Re: The Superman and Superboy Cases | 16 | 3763 |

| | | | | |
|---|---|---|---|---|
| 184 | 12/21/09 | Joint Status Report | 16 | 3779 |
| 103 | 1/12/07 | Defendants' Motion for Reconsideration | 16 | 3804 |
| 56 | 2/15/06 | Defendants' Motion for Summary Judgment | 16 | 3806 |
| 51 | 2/15/06 | Plaintiff's Motion for Partial Summary Judgment | 16 | 3838 |
| 47 | 11/4/05 | Answer to First Amended Counterclaims | 16 | 3870 |
| 44 | 10/18/05 | First Amended Counterclaims | 16 | 3904 |
| 37 | 9/7/05 | Answer to First Supplemental Complaint | 16 | 3943 |
| 34 | 4/13/05 | First Supplemental Complaint | 16 | 3957 |
| | 2/19/14 | Docket Report (Case No. 04-8776) | 16 | 3986 |

Case: 13-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 31 of 318

# EXHIBIT M

105
ER 2029

THE SATURDAY EVEN[ING POST]
June 21, 1941
5 cts.
THE GREAT MACFADDEN By ALVA JOHNSTON

# UP, UP AND AWA-A-Y!

## The Rise of Superman, Inc.

*By John Kobler*

*At twenty-six, the genie they created has brought them super-success. Jerry Siegel, who does the writing, watches Joe Shuster at the drawing table.*

ONE afternoon last June, shortly after the owners moved into the new house on Cleveland's University Heights, a delegation of small boys rang the doorbell. At sight of the short, plump, heavily spectacled young man of twenty-six who answered it, their faces fell.

"Aw, I told you Superman doesn't live here," the oldest one fretted.

"Oh, yes, he does," insisted another. "My pop told me so."

"Hold on, boys," put in the plump twenty-six-year-old. "Just wait here a minute."

He bobbed back into the house, returning an instant later with an outfit familiar to millions of boys the country over: the red boots, blue tights and flowing red cape, embroidered with an enormous S, which Superman, America's No. 1 Comic Magazine hero, wears whenever he swings into action.

The boys' faces brightened again. Hopping up and down excitedly, they squealed, "Where is he? We wanna see him!"

"Well, right now," explained the plump youth, "he's engaged on one of his mysterious missions. But he's not far away. He ought to be landing on the roof any minute."

Until dusk fell, the boys kept circling the house, their eyes glued to the roof.

Superman failed to show up that day. But when their mothers called them for supper, the plump young man managed to send them home satisfied that Superman was hovering somewhere in the neighborhood.

In the three years that Jerry Siegel, the plump youth, has been writing the Superman saga, and Joe Shuster, his neighbor, partner and boyhood crony of the same age, has been illustrating it, they have assumed a solemn obligation to instill faith, wherever possible, in the physical reality of Superman. They have done this in the same spirit in which old-fashioned parents encourage belief in Santa Claus. Indeed, Siegel and Shuster are suspected by many of their friends of believing in Superman themselves.

And to their deep satisfaction, material considerations aside, their Man of Steel, with his super-hearing, super-sight and super-vitality, has become all things to all boys. He has shaken the pedestal of many a classic boyhood idol: Tarzan, whom he can outleap and outfight; Nick Carter, whom he can outsleuth; Galahad, whose purity is as tarnished brass compared to his. More than this, Superman accomplishes with casual ease feats that are common to every boy's daydreams. He kayoes eleven prize fighters in one second flat, leaps an eighth of a mile in any direction, runs faster than a locomotive and swims faster than a fish. His eyes are so keen that they can see through the thickest walls, his ears so acute that he is, willy-nilly, an eavesdropper on any conversation within a hundred yards. His skin is so tough that nothing short of an exploding grenade can even tickle it. Bullets bounce off it like spitballs; cold steel crumples against it like matchwood. And to top it all, his motivating traits are "super-courage, super-goodness and super-justice"; his mission in life "to go to the rescue of persecuted people and deserving persons."

PHOTOS BY ROSS

*"None of the Shusters can quite grasp what has happened to them." Joe (center left) is a bountiful provider for Brother Frank, Mamma, Papa, Sister Jeanetta. Right—Siegel invented Superman in a less luxurious bed, likes to read biographies of factual supermen.*

Perhaps the greatest of all Superman's achievements is that he is a miracle man in fact as well as in fancy. No other cartoon character ever has been such an all-around success at the age of three. No other cartoon character ever has carried his creators to such an accomplishment as Siegel and Shuster enjoy at the age of twenty-six.

Three times a week, millions of young spines tingle as Superman thunders hollowly over the air waves. "Up, up and awa-a-y!" then soars into space to wreck an enemy Zeppelin in full flight or extinguish a forest fire by huffing at it, as the crisis may demand. His noble profile confronts them in two magazines and 230 newspapers with a com-



*Superman crashes the movies—a scene from his first animated cartoon, about to be released. Below—The businessmen who have made an even better thing of Superman than have his authors. Harry Donenfeld is the man in the center.*

bined circulation of nearly 25,000,000. That boy is growing rare who has no Superman dungarees in his wardrobe or no Superman Krypto-Raygun in his play chest.

When R. H. Macy & Co. staged a Superman exhibit in its New York store last Christmas, it took in $30,000 in thirty-cent admissions. Superman Day at the World's Fair cracked all attendance records for any single children's event, drawing 36,000 of them at ten cents a head. Certificates, code cards and buttons, setting them apart as members of the Superman Club of America, are proudly carried by some quarter of a million youngsters, including Mickey Rooney, Spanky McFarland, Farina, a du Pont, a La Follette, Mayor La Guardia's two children, and six Annapolis midshipmen. The 33rd Bombardment Squadron, Air Corps Reserve, has adopted Superman as its insignia.

### *Bomb-Shelter Divertissement*

AN AMERICAN newspaper correspondent, touring London's bomb shelters during a heavy raid, observed a cockney boy immersed in the pages of Superman. Neither the din of antiaircraft fire nor shells exploding near by could distract his attention, and in his rapture he began squirming and jostling his neighbors. After a particularly violent detonation, his mother snatched the magazine out of his hands. "Give over," she bawled, "and pay attention to the air raid."

Among the intellectuals, Superman has been acclaimed the first authentic culture hero since Paul Bunyan. The New Republic recently analyzed him in terms of Nietzschean philosophy, a concept neither Siegel nor Shuster could ever understand.

Although many a parent-teacher group has objected to Superman, Dr. Lauretta Bender, the psychiatrist, addressing the American Orthopsychiatric Association, declared that he provides an inexpensive form of therapy for unhappy children. She cited the case history of a boy, ignored by a flighty mother and an alcoholic father, who believed he would soon die. He found relief by identifying himself with the imperishable Superman. "(He) would seem to offer the same type of mental catharsis," Doctor Bender concluded, "that Aristotle claimed was an attribute of the drama."

Governments have taken official note of Superman. In a special strip drawn for a magazine, Siegel and Shuster had him demolish the Siegfried Line, seize both Hitler and Stalin by the napes of their necks and whisk them off for judgment before the League of Nations. Das Schwarze Korps, official newspaper of Hitler's Elite Guards, took note of their Jewish blood and counterblasted: "The clever creator of Superman is a Colorado beetle (sic). . . . He stinks."

Translations used to carry Superman all over Europe—yes, including Scandinavia. But, banned wherever the swastika waves, he is now confined to the British Empire, the

*(Continued on Page 70)*



# UP, UP AND AWA-A-Y!

(Continued from Page 15)

United States, Latin America (Superhombre), Hawaii and the Philippines.

The young creators of the Man of Steel would have been hailed by Doctor Freud as perfect clinical illustrations of psychological compensation. For here are two small, shy, nervous, myopic lads, who can barely cope with ordinary body-building contraptions, let alone tear the wings off a stratoliner in mid-air. As the puniest kids in school, picked on and bullied by their huskier classmates, they continually moped off into what Doctor Freud termed "infantile phantasies," wherein they became colossi of brute strength, capable of flattening whole regiments of class bullies by a flick of their pinkies.

Siegel's parents are old-time Clevelanders. His father, Michael, who died six years ago, ran a hole-in-the-wall men's furnishing shop and his mother helped behind the counter. There are three sisters, now all married, and two older brothers—Leo, a dentist, and Harry, a mailman.

Never a shining scholar, Siegel daydreamed through Oliver Wendell Holmes Public School, landing uneasily in Glenville High. Everybody in the struggling Siegel family had to pull his own weight. Between classes Jerry made deliveries for a printing plant, averaging four dollars a week. At all leisure moments, however, he nurtured his ingrown soul on an undiluted diet of dime novels and comic strips, especially the Man-From-Mars category.

"It inspired me to devote myself henceforth to writing science fiction literature," says Siegel, who often talks like that.

Presently he was devoting himself to it so wholeheartedly that it sometimes took two years to move him from one grade into the next.

### A Cosmic Meeting

It was in the corridors of Glenville High that a classmate pointed out to him a pale, pitcher-eared lad named Joe Shuster, whose head was also in the clouds above Mars. Siegel sought him out.

"I understand," he said, "that you draw science fiction stuff."

"Uh-huh," Shuster admitted, his eyes blinking behind double-thick lenses.

By the noon recess the boys had formed a partnership which has progressed, unmarred by a single dispute, to this day.

The Dutch-Russian-Jewish Shusters were harder up than even the Siegels. Julius Shuster, a work-worn little tailor, had started life in Toronto forty years earlier and emigrated to Cleveland when Joe was ten. The family, consisting, in addition, of Mamma Shuster, brother Frank—who now works as a letterer on the Siegel-Shuster staff—and sister Jeanetta, crowded into a twenty-dollar-a-month flat in a down-at-the-heels district. Some days they skipped a meal. One winter they had no coal and Joe had to work at his drawing board wearing cotton gloves.

By the time he entered Glenville High he was a wage earner of experience, having peddled newspapers, hawked ice-cream cones in summer, and worked as an apprentice in a sign painter's shop. He earned as much as five dollars a week, which he dutifully handed over to his parents. He also found time to win a scholarship at the Cleveland School of Art and attend night classes at John Huntington Art School, where the tuition was ten cents a lesson.

Five minutes after Siegel and Shuster met they were breathlessly discussing Buck Rogers, Tarzan of the Apes, and other exemplars of the contemporary comic strip. As soon as school was out they repaired to Shuster's unheated workroom, barely twelve blocks from the Siegel home, and plunged into an editorial conference, resuming it every night and as much of the daytime as they could snatch from school for the next several years.

### The Birth of Superman

They were years of struggle and discouragement. The partners brewed many a strong potion—Doctor Occult, a sort of astral Nick Carter who kept tangling with zombis, werewolves and such; Henri Duval, a doughty musketeer in the image of D'Artagnan—but no editor hastened to press riches on them. What few continuities they did place were bought by Major Malcolm Wheeler-Nicholson, a grand-mannered, bespatted ex-Army officer, who in February of 1935 had published New Fun Comics, first original comic magazine and forerunner of some 108 which now festoon the newsstands. (For the record, the first Comic Magazine of any description—it contained reprints only—was published by M. Charles Gaines, a schoolteacher who became production manager of McClure Syndicate.) But the major couldn't see Superman for two pins.

How, one hot night in 1932, the Man of Steel had sprung practically full-blown into Jerry Siegel's head is an experience he never tires of describing.

"I am lying in bed counting sheep when all of a sudden it hits me. I conceive a character like Samson, Hercules and all the strong men I ever heard tell of rolled into one. Only more so. I hop right out of bed and write this down, and then I go back and think some more for about two hours and get up again and write that down. This goes on all night at two-hour intervals, until in the morning I have a complete script."

As the dawn rose over Cleveland, Siegel, shirttail flying and script clutched in his fevered hands, raced through the empty streets to the Shuster home—one of the few violent exertions he has ever permitted himself—and roused his partner. Shuster took fire at once. Without pausing for either food or rest, they spent the rest of the day polishing off the first twelve Superman strips. The story told therein is now as familiar to the average American boy as George Washington and the cherry tree:

How, split seconds before the planet Krypton, abode of a super-race, is destroyed by earthquakes, Jorl-l, the great Kryptonian scientist, pops his first-born into a rocket ship and launches him into interplanetary space. Some 3,000,000,000 light-years later the rocket ship lands safely on a roadside near Metropolis, U. S. A., where a passing motorist extricates tiny Jorl-l, Jr., and delivers him to an orphanage. Here, in an unforgettable

(Continued on Page 73)

(Continued from Page 70)

panel, the diapered super-tot merrily balances a huge armchair on his hand while doctor and nurse look on, bug-eyed.

We next see him grown to supermanhood, a broad-shouldered, Greek-profiled titan. In the process he has acquired a dual personality. Part of the time the world knows him as Clark Kent, a distinctly prissy reporter for the Daily Planet, who tends to shy away from unpleasantness. But let evil show its fangs and he ducks into privacy, shucks his college-cut clothes and stands forth, bold as truth, in the gaudy working clothes of Superman. This Doctor-Jekyll-and-Mr.-Hyde arrangement enables Clark Kent to hand his paper some extraordinary scoops on Superman's latest coups.

Most of them are brought off in behalf of Lois Lane, the Planet's toothsome girl reporter, whose nose for news is constantly landing her in dire straits.

If Major Wheeler-Nicholson's judgment in passing up this Homeric figure was faulty, it was no worse than the judgment of practically every syndicate and comic-magazine editor in the country. During the next six years all of them rejected it, some not once but two or three times.

"Frankly," wrote the editor of the Ledger Syndicate, "we feel that the public have had their fill of superhuman subjects." The Bell Syndicate explained that "we are in the market only for strips likely to have the most extraordinary appeal and we do not feel Superman gets into that category." United Feature thought that Superman was "a rather immature piece of work," and Esquire Features, Inc., suggested, "Pay a little more attention to actual drawing. . . . Yours seems crude and hurried."

To keep eating regularly, the partners had to turn their hands to comic valentines and cut-rate advertising layouts.

But 500 miles away, in a New York office building, blind chance suddenly staggered in the partners' direction. Here, on the ninth floor of 480 Lexington Avenue, Harry Donenfeld, owner of a printing plant, partner in a distributing company and an irrepressible prankster who once gave Jack Dempsey a hot foot, had taken over the major's interests, which now embraced three comic magazines. And on the well-known pulp-publishing theory that it is practically as cheap to run four as three, he had decided to bring out a new ten-cent monthly, Action Comics. But how to stock up on new material? Charlie Gaines figured that McClure Syndicate ought to have some stuff lying about. McClure did and Gaines sent over a batch of it, including the original Superman strips, which McClure had been on the verge of rejecting for the third time.

### Selling a Brain Child

Without great enthusiasm Donenfeld asked Siegel and Shuster to paste up their original strips into a single thirteen-page story and offered them ten dollars a page. Before payment, however, his far-seeing general manager, Jack Liebowitz, mailed them a release form, explaining, "It is customary for all our contributors to release all rights to us. This is the businesslike way of doing things."

Meaning that for $130 the partners would be relinquishing their equity in all possible future profits from syndication, radio, movies, and so on, and that Donenfeld, as sole owner of Superman, could even hire some other team to draw him.

The partners, who by this time had abandoned hope that Superman would ever amount to much, mulled this over gloomily. Then Siegel shrugged, "Well, at least this way we'll see him in print." They signed the form.

Superman appeared in the first issue of Action Comics, June, 1938. Nothing happened. Nor the second issue, for which the partners received another $130. Nor the third. But with the fourth, Action Comics spurted mysteriously ahead of its fellow publications. Donenfeld heard the rumble of distant drums. "We better have a newsstand survey," said he.

### The Golden Touch

The survey quickened his brightest hopes. Children were clamoring, not for Action Comics, but for "that magazine with Superman in it." Quivering with excitement, Donenfeld ordered Superman splashed all over the cover of succeeding issues. They sold out.

In May of 1939 he tested a quarterly consisting of four thirteen-page Superman stories. It, too, was a sellout. The following July, Superman Magazine bowed in as a bimonthly. It has been zipping along ever since at a lively 1,300,000, while Action Comics, featuring only one Superman story, soared to 900,000. Today Superman leads all other comic-magazine characters, one of the few within even hailing distance being The Bat Man—800,000—a bimonthly also owned by Donenfeld. Last year the Superman magazine grossed $950,000.

From the fall of '38 on, it was all sail and no anchor. Amid the piteous sounds of syndicate editors kicking themselves, McClure negotiated with Donenfeld to handle the newspaper rights, Donenfeld to receive 40 per cent. Superman was eventually placed in 230 daily and Sunday newspapers scattered throughout the Western Hemisphere. Donenfeld's 1940 cut was $100,000.

The McClure negotiations were preceded by considerable unhappiness for the partners. They sensed—correctly—that syndicate editors, who had once turned Superman down, would soon come to them, hat in hand. They begged Donenfeld to give back the syndicate rights.

"We can't do that," he replied, "but if one of you will come to New York, I'm sure we can work something out."

Sitting up all night in the coach for lack of sleeper fare, Siegel arrived, rumpled and yawning, to receive the proposition: If the partners would confine all their services to Donenfeld for ten years, he would permit them to do strips for McClure, himself retaining an agent's 10 per cent—of McClure's gross, however, not his own 40 per cent net. In the heat of discussion Siegel was frequently reminded that Donenfeld owned all rights and could freeze the partners out. The boys signed a contract, which for the first year brought them an increase of less than $100 a month.

Back in Cleveland, Siegel and Shuster rented a thirty-dollar-a-month office in a remote office building. "The idea was to work where nobody would be likely to interrupt us," says Shuster.

They had the telephone ripped out and kept the frosted-glass door blank, lest curiosity seekers swamp them. As it is, a few of the more persistent ones

Case: 13-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 36 of 318

manage to break in. They invariably expect to see something pretty awesome. What they do see is five young artists, hired by Siegel and Shuster, jammed cheek-by-jowl into one of the world's tiniest rooms, furiously penciling and lettering Superman panels at the rate of one thirteen-page story, one Sunday page and six daily strips a week.

The staff reports for work five days a week at 9:30 and knocks off around 5:00. Their salaries range from $50 to $200 a week, which is more than Siegel and Shuster got during the early years of Superman's rise. Nobody but Shuster, however, is allowed to draw Superman's facial expressions, which run the gamut from sublime vacuity to steely determination, depending upon what expression Shuster has subconsciously screwed his own face into at the moment of creation. He also indicates the color scheme, though the actual water coloring is applied in New York.

Siegel's schedule is more irregular. He seldom visits the office, banging out his continuities, three or four at a crack, in his own glossy study at home, a Benny Goodman record swinging at his elbow to stimulate inspiration. He sends the first draft to New York for suggestions, corrections and general editing. A highly individual stylist, he is partial to phrases like "within the room," prefers "commences" to "begins" and has been known to split an infinitive three ways. To Whitney Ellsworth, one of the harassed Donenfeld editors, falls the delicate task of curbing these tendencies without diluting Superman's fruity mode of speech: "So Luthor is still alive and plotting the downfall and subjugation of present-day civilization! The world will never be safe until that fiend is destroyed—and somehow I've got to accomplish it."

Besides being the greatest soliloquizer since Hamlet, Superman is also a humorist full of whimsey and light banter. No matter how rough the action or how grim the crisis, he is always ready to toss off some blithe gaiety. "May I get in on this?" he inquires with elaborate mock courtesy, as he slams himself through brick and glass into Luthor's hide-out. Dangling from the underside of a speeding auto and bouncing his head against the curb at every turn, he observes airily, "Just a good scalp massage." When an artillery squad fires a Big Bertha at him, he catches the shell in his bare hands, chuckles, "Oh, wanna play, eh?" and hurls it right back at them.

### *Pen-and-Ink Morals*

When Ellsworth returns his continuity, Siegel prepares a final draft and runs through it with the entire staff. Shuster then blueprints the main sequence of action and allots the drawing chores, each to its proper specialist.

Every two or three months Siegel flies to New York to sit in on a policy conference. With millions of parents ready to ban Superman from the house should ever his high moral sense falter, the company takes its civic responsibilities seriously.

Superman is never allowed, for example, to destroy property belonging to anybody except the villain, and then only when absolutely unavoidable. He will readily project himself through a building, rendering it utterly uninhabitable, but only when Lois Lane's predicament inside is so desperate that to use the conventional entrance might mean a fatal delay. Superman never kills anybody and never uses a weapon other than his bare fists. He knocks evildoers silly at the drop of a hat, tosses them clear into the stratosphere and generally scares the daylights out of them. But those who get killed are always hoist by their own petards, as when a gangster whams Superman on the skull with a crowbar, only to have the crowbar rebound and shatter his own noggin.

Rarely by so much as a word or a glance is the tender passion suggested between Superman and Lois Lane. For one thing, Superman himself has shyly confessed that he would never embrace a girl, lest he inadvertently crack her ribs. It is a curious evidence of children's precocity that most of them sense how Superman and Lois feel about each other anyway.

### *The Air Wave of Prosperity*

With Superman, Inc.'s, many extra-literary enterprises neither Shuster nor Siegel has any direct connection. Radio, for instance. In 1939, Bob Maxwell, one of Donenfeld's brain-trusters, sat down with a script writer to whip together a series of fifteen-minute recorded cliff-hangers. The project dragged along for six months. The toughest problem was sound effects. What sort of noise would Superman make taking off, anyway? They finally solved that one by mixing a newsreel recording of a bomb falling in the Spanish war, a fifty-mile gale and a hand-operated wind machine. The result was a gratifying "Who-o-o-sh."

They found a sponsor and on the evening of February 12, 1940, over ten scattered stations, was first heard: "Up in the sky! Look! It's a bird! It's a plane! It's Superman!"

Ten weeks later it had a Crossley rating of 5.6, establishing it as the most popular children's program wherever broadcast.

At this writing it is being broadcast three to five times a week on sixty-three stations, its sponsors including an Atlanta, Georgia, wet-wash laundry and a Hawaiian Swiss-watch firm, bringing the total annual radio income to $75,000. A nationally known sponsor, whose identity is still a closely guarded secret, has just bid double that for exclusive ownership and plans to release it in the fall over a coast-to-coast hookup.

Of the 250 people employed in Superman enterprises, the only one who approaches the physical and spiritual ideal is Superman's radio voice, Clayton (Bud) Collyer, an extravagantly handsome young Williams graduate, six feet tall, weighing 170 pounds, most of it in his chest and shoulders, who superintends his community church and neither smokes nor drinks.

When first offered the role of Superman, Collyer, a $300-a-week performer on such programs as Cavalcade of America and Battle of the Boroughs, thought it sounded pretty silly. Now he loves it. He gets twenty dollars a recording and usually records three episodes at a single session. He takes a lot of ribbing from his adult friends. The elevator starter in the recording studio building never fails to hoot, "Why don't you fly up?" But Collyer takes comfort from the hordes of kids who wait for him to get off the train nights in Jackson Heights, Long Island, and follow him, shouting, "Hi-ya, Superman! Make like Superman, will ya?" (Collyer uses a tenor for Clark Kent, a basso profundo for Superman.)

(Continued on Page 76)

(Continued from Page 74)

In October, Paramount Pictures will release the first of a series of twelve Fleischer technicolor cartoons. Under a guaranty-and-percentage contract, Superman, Inc., will net an estimated $120,000. Another healthy source of profit, developed only within the last six months, is thirty-three licensed products, which have poured $100,000 more into the till, bringing the company's 1940–41 income to a jolly total of approximately $1,500,000—and this exclusive of the $1,100,000 from Donenfeld's other publications.

It was only after anguished appeals that Siegel and Shuster finally managed, in 1940, to wangle sizable profits for themselves: $75,000, of which $16,000 goes in staff salaries and overhead. At the end of the first year, when they were still making $130 on a purely salaried basis, they had asked Liebowitz for a five-dollar raise per page. He professed to be shocked, but, as Liebowitz later expressed it, "An artist must be happy," and he granted the raise. The following year, after learning that Superman profits were skyrocketing, the boys again complained, and won a brand-new contract, whereby they got another five-dollar raise, or twenty dollars a page, and 5 per cent of all other Superman revenues.

In the same year Superman was proclaimed by editors almost everywhere tops among comic magazines. This emboldened the boys to plead for still more money. They are now making thirty-five dollars a page.

Meantime, their syndicate profits have leaped to $600 a week. They will soon be doubling, then quadrupling their weekly output, with an eye to bringing out Superman monthly and, if possible, twice a month. Next year, with revenues from radio, movies and licenses coming in, they stand to make $150,000. Their ten-year term of service, however, is not reciprocal. Donenfeld remains free at any time to discharge them.

How much he personally pockets from Superman is a question much debated in New York publishing circles. In his various publishing corporations he owns 75 per cent of the stock; an old business associate, Paul Sampliner, owns the rest. Liebowitz cautiously admits that his boss last year paid an income tax on "more than $100,000." Donenfeld himself, in an expansive mood, once told a reporter that he netted $500,000 from Superman alone. The best available estimates come to about half that.

### *Living Up to a Character*

Siegel and Shuster sometimes fall to brooding about how nice it would have been had they held out for a fat percentage of all future profits. But in the end they always reach the same Pollyannaism: "Even if we were making three or four times as much, we wouldn't be doing anything very different than we're doing now. As it is, we have to keep pinching ourselves."

Money has not addled their brains. They have read too many horror stories depicting the plight of improvident celebrities not to salt away a fair slice of their incomes. As good provider for his whole family, Shuster recently moved them into a better neighborhood and a ten-room, wooden-frame house at seventy-five dollars a month. One of his few extravagances has been filling it with shiny new furniture, including a sixteen-tube radio-phonograph console, so that he and Mamma Shuster can share their favorite pastime—listening to classical music. He has also bought a fancy automobile, shelves of detective stories and a camera. But Mamma Shuster still cooks and waits on table, the only concession to her improved status being a colored maid who comes in twice a week to house-clean. Joe wants his father to retire, but Papa Shuster insists on going downtown every day, where, for something to do, he operates an elevator. None of the Shusters can quite grasp what has happened to them.

To Joe Shuster the most important thing money has brought is the chance to build up his body. For years he tried Lionel Strongfort correspondence-school methods, dynamic tension and scores of physical-culture magazines—without result. Now he lifts weights three times a week in Barney Kofron's gym—he can handle 175 pounds—consumes a T-bone steak and two quarts of milk a day. This regimen has increased his weight from 112 to 128 pounds. To increase his height of five-feet-two, he wears built-up shoes. But he still looks like an undernourished, bewildered schoolboy of sixteen.

Last December in Miami Beach, where he liked to loiter, hatless and in shabby clothes, along uppity Lincoln Road, gawking at the expensive automobiles, a policeman approached Shuster, bristling with dark suspicions. Probably nothing would have happened had Shuster not protested that he was Superman's co-creator and flashed $147 in large bills to show he was no derelict. The policeman arrested him and a magistrate sentenced him to thirty days in the pen for vagrancy. A local reporter had the wit to suggest that Shuster establish his identity by drawing Superman. Face crimson, the court let him go.

### *Aladdin's Lamp*

Jerry Siegel has spread himself economically a little bit more. With no dependents save the buxom, twenty-year-old sweetheart of high-school days, whom he married last year, he put $15,000 into an air-conditioned, rock-wool-insulated, weather-stripped house with so many laborsaving gadgets that Bella Siegel has little to do all day except flip switches. Their pride and joy is a paneled playroom in the basement, complete with dart game, ping-pong table and bar, though neither drinks or even knows how to mix a cocktail. Every room has a radio and gleams with silken drapes and chromium fixings. Jerry has bought Bella a mink coat and a diamond bracelet.

Four months younger than Shuster, Siegel is an incurable jitterer, who hums softly to himself during conversational lulls and rolls reams of paper into little pellets. Four inches taller than Shuster, he weighs forty-two pounds more. Up in his attic he keeps a lazy man's hip-reducing machine which shakes itself and him silly when he pushes the button. He doesn't use it much. He and Bella spend half their waking lives in the movies, Siegel's pockets always crammed with four or five candy bars. Next to movies, he likes best to stretch

(Continued on Page 78)

(Continued from Page 76)

out on his outsize bed and read history or biography.

Shortly after Siegel received his last check from New York he telephoned Liebowitz for an advance of $500.

"But we just mailed you a check," exclaimed Liebowitz.

"I know," replied Siegel, "but I have nineteen thousand five hundred dollars in my bank account and I want to round it out to an even twenty."

He got the advance.

Messrs. Shuster and Siegel are now in the throes of creating another comic strip.

It will be called Superboy and will confine itself to Superman's adolescence, when his supermuscles—the mind recoils from the possibilities—were employed in practical jokes.

"It will be," Siegel explains, "about Superman before he developed a social conscience."

# EXHIBIT N

NEW YORK SUPREME COURT

WESTCHESTER COUNTY.

- - - - - - - - - - - - - - - - - - - - - - - -x

JEROME SIEGEL AND JOSEPH SHUSTER, :

Plaintiffs, :

against

BEFORE

NATIONAL COMICS PUBLICATIONS, INC.; INDEPENDENT NEWS CO., INC.; THE McCLURE NEWSPAPER SYNDICATE, HARRY DONENFELD, JACOB S. LIEBOWITZ, PAUL H. SAMPLINER AND WAYNE BORING, :

: HON. J. ADDISION YOUNG,

: OFFICIAL REFEREE

Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - -x

New Rochelle, New York,
June 5, 1947

Appearances:

Messers. Slonim, Wekstein & Friedman,
Attorneys for the plaintiffs,
By Morton Wekstein, Esq.;

Messers. Weil, Gotshal & Manges,
Attorneys for the defendants National Comics Publications, Inc.; Independent News Co., Inc.; Harry Donenfeld, Jacob S. Liebowitz and Paul H. Sampliner,
By Horace S. Manges and Edward C. Wallace, Esqs.;

Abraham I. Menin, Esq.,
Counsel for the defendant National Comics Publications, Inc.'

John L. McCormick, Esq.,
Attorney for the defendant The McClure Newspaper Syndicate,
By John F. Gilligan, Esq.;

James L. Brown, Esq.,
Counsel for the defendant The McClure Newspaper Syndicate;

Sidney M. Reich, Esq.,
Attorney ~~Counsel~~ for the defendant Wayne Boring.

MR. WEKSTEIN: The plaintiffs in this case are the originators of the cartoon character Superman. They first drew this material back in 1934. They tried unsuccessfully to have it syndicated in newspapers for some period of time. In 1938 Mr. Gaines, who worked for The McClure Newspaper Syndicate, communicated with Mr. Siegel and asked if he could again see this material, as he thought that he had room for it in a new publication which they were syndicating to the newspapers. This material was sent by Mr. Siegel to Mr. Gaines.

In the meantime, these gentlemen were working for the Nicholson Publishing Company and Detective Comics, Inc., furnishing various other comic strip features to those organizations.

The Nicholson Publishing Company at this time got into some difficulties and gradually faded out of the picture. The Detective Comics, Inc., which is the predecessor of the defendant National Comics Publications, came into the control of Mr. Liebowitz, who is a defendant here, and Mr. Donenfeld. They commun-

Cleveland everybody agreed to it but Mr. Shuster?

A Yes.

Q In other words, Detective Comics, Inc., McClure's Newspaper Syndicate and yourself? Is that right?

A Yes.

Q And you were to go back to Cleveland and take up the percentages and report to Mr. Shuster as to what had transpired in New York? Is that right?

A Yes.

Q And did you go back to Cleveland then?

A Yes, I did.

Q And did you report to Mr. Shuster what had happened?

A I certainly did.

Q As regards Detective Comics, Inc., when did you next communicate with them after your conversation with Mr. Shuster?

A Well, I probably wrote to them within a few days. I can't tell you definitely.

Q When did you sign the contracts?

A The contracts were sent on to us by Mr. Liebowitz several days later; perhaps a week later.

THE REFEREE: What contracts are you referring

to?

MR. MANGES: The contracts dated September 22, 1938 - two of them; one of them where McClure was a party and one where Detective Comics, Inc., alone was a party, with Siegel and Shuster. The second one was a tri-partite contract.

Q Those contracts were sent to you along with Mr. Liebowitz's letter of September 28, 1938, which is in evidence?

A Yes, that is true.

Q And you signed them about September 30, 1938? Is that about right?

A I assume we signed them promptly upon receipt and mailed them back. In other words, we wouldn't delay.

MR. MANGES: I move to strike out what he wouldn't do.

THE REFEREE: Strike it out.

Q Between the day you left New York and September 30, 1938, when you signed the contract, did you communicate with Detective Comics?

A I do not recall. If we have any correspondence that has not been entered or if we have any other correspondence, we would be happy to produce it.

Q And the contract you signed was in the same form as signed by Mr. Siegel, as shown on Defendants' Exhibit C, was it not?

A Yes. That is right.

Q What part did you play in 1933 in the creation of Superman?

A In 1933?

Q Yes. That is when Mr. Siegel says it was created - in 1933. Do you dispute that?

A No. I created the art work.

Q That is what I want to know. Mr. Siegel has testified that there were about 12 rejections on Superman before December, 1937. Would you say that that was correct?

A Yes.

Q Did you know the names of the various ~~brokers~~ publishers that rejected it?

THE REFEREE: That isn't important, is it?

MR. MANGES: I withdraw it.

Q You finally accepted the offer of Detective Comics, did you not?

A Yes.

Q You knew that if you accepted the offer of Detective Comics, Inc., that you ~~xxx~~ would see Superman

Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page 44 of 318

in print in Action Comics, did you not?

A Yes.

Q Wasn't that the main reason that you accepted the offer of Detective Comics?

A No.

Q What was the reason?

A Well, I wanted to see Superman in the newspapers, not in the magazines.

Q You knew Detective Comics, Inc., wasn't running a newspaper?

A Yes.

Q Or did you think it was?

A No. We finally decided to turn it into the magazines.

Q You knew that if you got it accepted by a magazine that you would increase the chances of getting the strip into a newspapers? Isn't that right? Yes or no.

A That is a theory.

Q I am asking you. If I am wrong, say so.

A It probably would help/

Q It would help very materially, wouldn't it, if you wanted to get newspaper syndication, to be able to point to magazine publication?

000002953

A Possibly. I don't know. It might not, either. It might hurt the chances.

Q The fact that a magazine accepted it for publication might hurt the chances?

A Yes.

Q Is that your experience?

A Many times.

Q Is that what you think was the fact in this case?

A I can't say for sure.

Q You say your goal was to have Superman published in newspaper syndication? Is that right?

A Yes.

Q You thought that the publication of it in magazine form would hurt ~~his~~ the chances of having it accepted for the newspapers? Is that right?

A It is only a theory. It isn't a statement of fact.

Q Isn't it a fact that you and Mr. Siegel were tired of seeing the strip kicked around and rejected by one publisher after another and that you wanted to see the Superman strip in print?

A Well, that is true.

Q Is that the main reason that the offer of Detective Comics was accepted?

A No, it is not.

Q Now, tell us the main reason that it was accepted.

A I can't tell you the main reason.

Q Well, tell us all the reasons.

A We found we couldn't get into the newspapers, so we decided to put it into the magazine.

Q You knew that by accepting the offer of Detective Comics, Inc., the strip would be published in the magazine Action Comics, didn't you?

A Yes.

Q That was what you wanted, wasn't it?

A We didn't want it in the magazines. We wanted it in the newspapers.

Q But that was a method of helping get it into newspapers eventually, wasn't it, in your opinion at that time?

A I have no theories as to that.

Q You had tried originally to get the Superman strip accepted for newspaper syndication, had you not?

A Yes.

Q As a matter of fact, such syndicates as King Features Syndicate had rejected it, hadn't they?

A Yes.

Q McClure Newspaper Syndicate rejected it at least twice, didn't they?

Jacob S. Liebowitz

(cross-examination)


Q  The agreement of September 22, 1938 - when did you send that to Mr. Siegel?

MR. MANGES:  That has been gone over.

THE REFEREE:  Objection overruled.

A  I believe there is a letter which says the 28th of September.

Q  When did you receive it back from Mr. Siegel signed?

A  I would say immediately thereafter.

Q  Some time in October?

MR. MANGES:  He didn't say that.

A  I can't recall.  If you refresh my recollection, I will tell you.

Q  Did you ever give any bonuses in your firm, Mr. Liebowitz?

A  Sure we did.

Q  Did you ever give any bonuses to these plaintiffs?

A  Not in that form, no.

Q  You never gave any bonuses to these plaintiffs?

A  I said not in that form.

Q  Did you ever give any bonuses to Mr. Kane?

THE REFEREE:  Who is he?

MR. WEKSTEIN:  He is another artist.

MR. MANGES:  I object to that as incompetent.

Wayne D. Boring

(direct-examination)

Q When did you first meet Mr. Jerome Siegel?

A In the fall of 1939.

Q What city was that in?

A New York.

Q At that time you were living in Virginia?

A Yes.

Q Do you know whether Mr. Siegel was then living in New York City?

A I think he was.

Q How about Mr. Shuster? Was he then living there, too?

A Yes.

Q Was that time, October, 1939, the first time that you met Mr. Shuster as well?

A Yes.

Q Prior to October, 1939, when you met Mr. Siegel in New York City, had you corresponded with Mr. Siegel?

A Yes.

Q Did you ever work for Mr. Siegel before October, 1939?

A Yes.

Q From about what date until October, 1939, did you work for Mr. Siegel?

Wayne D. Boring

(direct-examination)

A I don't know. I imagine it was in 1938 some time.

Q On what basis? Was it steady work or free lance work?

A It was free lance, as it came in.

Q And Mr. Siegel paid you for each job that you did?

A Yes.

Q At that time, when you were doing that free lance work for him, were you working for Mr. Shuster?

A Well, I assume I was working for both of them.

Q But you were paid by Siegel at that time?

A That is right.

Q Were you sending the art work that you did for Mr. Siegel through the mail to him?

A Yes.

Q Would he send you the continuity through the mail and then you would write back?

A That is the procedure.

Q I assume that you read an ad or something when you first started to work for him?

A That is true.

Q In October, 1939, when you first met Mr. Shuster and Mr. Siegel personally, where did the three of you talk? Do you remember?

A In Joe Shuster's room.

Q What was the conversation about? What did you say and what did they say at that time, to the best of your recollection, in substance?

A Well, we talked about salary, I suppose.

MR. WEKSTEIN: I move to strike out what he supposes, sir.

THE REFEREE: Yes.

Q First, did either one of them tell you what work they wanted you to do from then on?

A Yes. They said syndicate.

Q Syndicate work?

A Yes.

Q For what character?

A Superman.

Q Prior to that you had been doing free lance work for Mr. Siegel on different things, hadn't you?

A Yes.

Q Did Mr. Siegel then say to you "I want you to work from now on on Superman syndicate work?"

A That is true.

Q Did he tell you how much of a salary would be paid to you at that time?

Wayne D. Boring

(direct-examination)

A Yes.

Q How much was it?

A $50 a week.

Q You went back to Virginia after that?

A That is right.

Q Just prior to February 1, 1940, when you said you moved to Cleveland, did you hear from either Mr. Siegel or Mr. Shuster with reference to your moving to Cleveland? Did you have a conversation with them?

A Yes. Siegel wrote me a letter and told me to come on.

Q Then you moved to Cleveland?

A That is right.

MR. WEKSTEIN: When was this?

MR. REICH: This is just prior to February 1, 1940; the week before.

Q Did you work in the office in Cleveland with Mr. Siegel and Mr. Shuster?

A Yes.

Q From the time you moved to Cleveland, which you said was about a week before February, 1940, did you actually do art work in the office in Cleveland?

A Yes.

Case: 12-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 52 of 318

# EXHIBIT O

126
ER 2050

B - AGREEMENT OF DECEMBER 4, 1937

AGREEMENT OF EMPLOYMENT entered into the Fourth day of December, 1937, by and between DETECTIVE COMICS, INC., a domestic corporation having its offices at 480 Lexington Avenue, New York City, hereinafter referred to as the Employer, and Jerome Siegel and Joe Shuster residing at Cleveland, Ohio, hereinafter referred to as the Employees.

1. The Employer hereby agrees to employ, and does hereby employ the Employees as Artists, for a period of two years, commencing with December 4, 1937 and terminating December 3, 1939 and to pay them for such services and for all of the matters hereinafter set forth, the sum of Ten Dollars ($10) per page.

2. The Employees agree to give their exclusive services as artists in producing features known as "Slam Bradley " and "The Spy " during said period of employment , to the Employer, and agrees that all of these products and work done by said Employee for said Employer during said period of employment, shall be and become the sole and exclusive property of the Employer, and the Employer shall be deemed the sole creator thereof, the Employee acting entirely as the Employer's employee.

3. In the event that the Employee leaves the service of the Employer prior to the termination date set forth in this Agreement or subsequent thereto, and for any reason whatsoever, the Employees agree that they will not, directly or indirectly, and through any means whatsoever, use, duplicate, simulate or bring into being any of the products or work or creations or characters or plots used, made or created by him while in the employ of the Employer.

30 a

4. It is understood that any new and additional features which the Employees produce for use in a comic magazine are to be first submitted to the Employer, who reserves the right to accept or reject same within a period of Sixty days.

IN WITNESS WHEREOF, the parties hereto have set their hands and seals the day and year first above written.

In Presence of:

Witness

Witness

Witness

DETECTIVE COMICS, INC.

BY: [signature]
Employer

[signature] L.S.
Employee

L.S.
Employee

# EXHIBIT P

September 22, 1938

Jerome Siegel and Joseph Shuster
c/o American Artists League
10622 Kimberly Avenue
Cleveland, Ohio

Gentlemen:

This letter, when signed by you, will serve as our agreement.

We, Detective Comics, Inc., are the exclusive owners of comic strips known by the titles "Superman", "Slam Bradley", "Spy", "Radio Squad" and "Federal Men", and to the rights to publish comics carrying said titles and characters contained therein and continuity thereof.

You have been doing the art work and continuity for said comics for us. We wish you to continue to do said work and hereby employ and retain you for said purposes for the period of this contract.

You agree that you will supply us each and every month hereafter, in sufficient time for publication in our monthly magazines, sufficient copy and art for each of said features each month hereafter.

All of said comic features consist of approximately 46 pages per month. The standard of the said comics shall be equal to the present standards.

You shall also furnish in sufficient time to properly perform the terms of an agreement we are executing together with you with the McClure Newspaper Syndicate, all of the art and continuity for the newspaper strip entitled "Superman" called for by said agreement.

You agree that you will not hereafter at any place in the United States or in any foreign country, furnish to any other person, firm, corporation, newspaper or magazine any art or copy for any comics to be used in any strip or comic or newspaper or magazine containing the above titles or the characters or continuity thereof or in any wise similar thereto, but you shall furnish such matter exclusively to us for the duration of this agreement as such matter may be required by us or as designated by us in writing.

In the event you shall do or make any other art work or continuity suitable for use as comics or comic strips, you shall first give us the right to first refusal thereof by submitting said copy and continuity ideas to us. We shall have the right to exercise that option for six weeks after submission to us at a price no greater than offered to you by any other party.

We agree to pay you on publication, for any and all of said comics published by us and supplied by you, the following rates:

| | |
|---|---|
| Superman | $10.00 per page |
| Slam Bradley | 10.00 per page |
| Spy | 10.00 per page |
| Radio Squad | 9.00 per page |
| Federal Men | 9.00 per page |

You agree that the number of panels to each montly feature shall be approximately equal to the panels contained in previous publications of the comics.

We further agree to pay you for the McClure Newspaper Syndicate strips which you may hereafter furnish pursuant to the abovementioned contract with McClure, on the following basis:

When we receive payment from McClure on the 40% basis mentioned in the contract, we shall retain 7½% and pay you 32½% of the "net proceeds" as defined in the McClure contract.
When we receive payment from McClure on the 45% basis mentioned in the contract, we shall retain 9% and pay you 36% of the "net proceeds" as defined in the McClure contract.
When we receive payment from McClure on the 50% basis mentioned in the contract, we shall retain 10% and pay you 40% of the "net proceeds" as defined in the McClure contract.

All material, art and copy shall be owned by us and at our option, copyrighted or registered in our name or in the names of the parties designated by us.

This agreement shall be for a period of five years from the date hereof and shall thereafter be continued for an additional five years at our option. However, if at any time the art and continuity of any feature shall not be up to the standard required for the magazines, we at our option, then may terminate this agreement as to and substitute other artists for the unsatisfactory feature or features but not otherwise.

According to the abovementioned McClure contract, we have the right to use the material furnished for syndicate purposes without charge by McClure. However, in the event we shall use any of said syndicate matter in our magazines, you shall be compensated at the abovementioned page rate less the percentage which McClure receives for said page or pages. When using such syndicate matter, we shall of course not be required to use original copy as called for by this contract.

At any time, if we believe any feature is economically unsuccessful, we may discontinue the further publishing of said feature.

We shall have the right to reasonably supervise the editorial matter of all features.

Your signature to this agreement is one of the inducements to us to execute the abovementioned McClure contract and we agree to use our best efforts to continue the publishing of magazines containing the abovementioned features.

Very truly yours,

DETECTIVE COMICS, INC.

By: Harry L Donenfeld Pres.

Jerome Siegel

Joseph Shuster

Case: 12-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 59 of 318

# EXHIBIT Q

133
ER 2057

September 22, 1938

Detective Comics, Inc.
480 Lexington Avenue
New York City

Jerome Siegel and Joseph Shuster
c/o American Artists League
10622 Kimberley Avenue
Cleveland, Ohio

Gentlemen:

This letter, when signed by each of you, will serve as our agreement. Hereafter, Detective Comics, Inc., is called "Detective" and Messrs. Siegel and Shuster are called the "Artists".

In line with our discussions, we are prepared to go ahead with newspaper syndication of a daily strip, six days a week, entitled "Superman" and owned by Detective, on the following terms and conditions:

We are to have an eight month option from Detective, dating from October 1, 1938, to enable us to make a preliminary survey of the newspaper field in relation to this specific feature, which survey we agree to make at our own expense and to furnish Detective with a report thereof.

If this preliminary canvass indicates the possibility for successful newspaper syndication of this feature, as we anticipate it will, and providing we give Detective notice in writing by registered mail before June 1, 1939 of our exercise of said option, Detective agrees to permit the Artists to supply "Superman" strip exclusively to us for syndication in newspapers in the United States, Canada and all other parts of the world, for a minimum period of five years from June 1, 1939, in consideration of the payment to Detective of forty (40%) per cent of the net proceeds from such syndication during the first year, forty-five (45%) per cent during the second year and fifty (50%) per cent thereafter. "Net proceeds" is hereby defined to mean gross receipts for the feature from newspapers using the feature, less cost of cuts, mats, and proofs. All other expenses, including billing, promotion and selling expenses, are ours and are not deductible in arriving at net proceeds.

If during the third year and continuing to the end of the above mentioned initial five year period, the weekly net share of Detective from the proceeds reaches $100. or more, per week, we shall have the option to renew this agreement for a further period of five years beginning June 1, 1944, on the same terms as provided above, for the final three years of the 1939-1944 period, providing, however, we give Detective notice in writing by registered mail before February 1, 1943, of our renewal.

9/22/38

We are to have reasonable editorial supervision of the feature which the Artists agree to maintain at the standard shown in the sample submitted. In turn, we agree to use our best efforts to sell this feature to as large a list of newspapers as possible, and at the best prices obtainable in each case.

Detective and Artists agree to cooperate with us in our sales efforts by supplying on request, any information and assistance, without cost to you however, that we may require for promotion purposes.

Statements will be made to Detective and a copy to Artists, between the 25th and 30th of each month, covering sales of the month previous and will be accompanied by check for its abovementioned share of the amount collected to the date of the statement. Detective and the Artists or their authorized representative may inspect our books of account in reference to the feature, at any reasonable time.

The material contained in the feature which we syndicate will be copyrighted in our name, but copyright reverts to Detective at the termination of this contract. The title "Superman" shall always remain the property of Detective and the feature may be used by Detective for any other purpose except daily or weekly newspaper publication. Our agreement covers newspaper rights only. Radio, motion picture, silent and talkie, book and all other rights are retained and owned by Detective.

The Artists agree to supply the feature required for the newspaper syndicate publications to us, on an advanced schedule of at least six weeks, or such other reasonable period as may be determined by us to insure ample time for distribution prior to release dates. In the event the Artists shall at any time fail to furnish the feature, and so breach this agreement, in addition to any other remedies Detective may appoint other artists to do the feature and strip.

It is agreed that should it be determined at any time during the life of this contract, that it would be advisable to release a Sunday feature of "Superman" Strip, we are to have exclusive rights to such a Sunday feature, on the same terms as outlined herein for the daily strip.

The Artists are to be paid for their work solely by Detective.

Detective agrees that during the life of this contract, before it shall submit any other comics for newspaper syndicate purposes, it shall offer said comics to us for first refusal for a six week period.

We agree to provide Detective with all the original drawings of the "Superman" strip, so that said drawings may be used by Detective in the publication "Action Comics", six months after newspaper release, without charge or for any substituted magazines.

This agreement does not prohibit Detective from selling to foreign country newspapers rights to use any material which may appear in any magazines published by Detective containing and including "Superman".

It is understood that in the event of an outbreak of a European war, in which Great Britain should become involved during the period of October 1, 1938 to February 1, 1939, the McClure Syndicate has the right to cancel this agreement.

Very truly yours,

THE McCLURE NEWSPAPER SYNDICATE

By: Richard H. Waldo, Pres.

DETECTIVE COMICS, INC.

BY: Harry Donenfeld

Jerome Siegel

Joseph Shuster

# EXHIBIT R

Jerry Siegel
11928 Darlington Avenue, Apt. 102
Los Angeles, California 90049
(213) 820-2492

CREATION OF A SUPERHERO

By Jerry Siegel

EXHIBIT 138
2 Waid
depobook.com

Case: 12-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 65 of 318

To Joanne, Laura and Joe

yesterday, today and forever

MW 1405

139

ER 2063

I thought that for me to accept only $1 per page for comics script would be poor judgement and bad business on my part, and so I refused Detective Comics, Inc.'s offer to script additional comics for them at $1 per page.

I continued attempting to break into newspaper syndication. On April 8, 1938, an employee in the Business Department of The McClure Newspaper Syndicate wrote to me asking if I would be agreeable to working out two weeks' of "Superman" newspaper strips at no obligation to them: "You should get a letter from the publisher of these magazines before we can get down to brass tacks on SUPERMAN." He was referring to "Action Comics". He added, "The early panels describing the birth of SUPERMAN and how he came to this planet could well be expanded into several weeks' releases, we think."

On April 13, 1938 he suggested that I submit the two-weeks' sample releases of SUPERMAN around July 1st.

I wrote a detailed two weeks "Superman" daily strip continuity account of Superman's origin on the planet Krypton; how his father and mother placed their infant child in a rocket ship and sent him to Earth, moments before Krypton exploded. And how, upon reaching Earth, the infant was rescued from the flaming space craft and grew up to become crusading SUPERMAN.

I sent the script to McClure Syndicate. On April 21, 1938, McClure responded that they preferred waiting until July 1: "Enclosed we return your continuity for your safe-keeping. Thank you for your energetic cooperation."

I knew that periodical publishers often returned to contributors,

MW 1479

upon request, the rights other than first serial rights. Wheeler-Nicholson had written to me that this was our arrangement. I wrote to Liebowitz that I had a newspaper syndicate interested in syndicating "Superman", and I requested that newspaper syndication rights to "Superman" be returned to Joe and me.

In his letter to me dated June 9, 1938, Liebowitz replied, "While it is not our intention to hold you back in any way from a possible newspaper syndication of 'Superman', we are not in a position to give you what you ask for, that is a complete release. If and when a syndicate makes a definite offer for the use of 'Superman', we can get together so that all of us will benefit."

On June 13, 1938, M. C. Gaines of McClure wrote to me that since I had already completed the first two weeks of the SUPERMAN strip, I should now send the material to him. "I will take this matter up at the first opportunity and let you know what we decide to do."

Joe did a terrific art job of illustrating my script for these two weeks of the daily "Superman" strip. I mailed the strips to McClure Syndicate.

Chas. E. Lounsbury of The Register and Tribune Syndicate wrote to me on August 10, 1938 in response to my letter of August 26, "*** We are impressed with your outline and especially your enthusiastic approach. *** We read with interest the optional two weeks' releases. They do strike us as exciting and original." He noted I had a proposal elsewhere, and said they could not give me a quick decision. But if I was still in the clear after Labor Day, they would be glad to hear from me.

On September 7, 1938, he again wrote that "such matters necessarily move rather slowly here. *** Personally I like SUPERMAN very much and believe that with a few changes it has very good possibilities." He stated that if McClure Syndicate was in a position to take on the strip, he presumed I would go ahead. I informed Liebowitz of these developments.

In early September, Liebowitz asked me to come to New York to discuss the matter of McClure's interest in syndicating "Superman".

I went there, and Liebowitz had me go see his attorney about a rough draft of the Detective Comics, Inc. agreement.

Among other things, the Detective contract stated: "This agreement shall be for a period of five years from the date hereof and shall thereafter be continued for an additional five years at our option. However, if at any time the art and continuity of any feature shall not be up to the standard required for the magazines, we at our option, then may terminate this agreement as to and substitute other artists for the unsatisfactory feature or features."

When the McClure contract was offered for signature, Liebowitz wrote to me in his letter of September 28, 1938: "As I have pointed out to you many times, our company has very little to gain in a monetary sense from the syndication of this material. Also bear in mind, that we own the feature 'Superman' and that we can at any time replace you in the drawing of that feature and that without our consent this feature would not be syndicated and therefore you would be the loser in the entire transaction. *** Please give the entire matter your serious thought. It is entirely up to you and Joe, whether you wish our pleasant relationship to continue and whether you wish the strip 'Superman' to be syndicated."

The deal for newspaper syndication of "Superman" was signed.

For years and years, I had struggled, despite many discouragements, to put over my favorite idea, a "Superman" comic strip. I tried to sell newspaper syndicate versions of "Superman", first with O'Mealia, then with Keaton. Later, I collaborated with Joe on what I felt was a new and better version of a proposed "Superman" newspaper syndication comic strip.

Chapter Five

MY FRIEND SUPERMAN

When I first originated the "Superman" comic strip, I wanted to do a fantasy adventure strip, but I knew it was important to come up with a new angle. The adventures of "Buck Rogers" occurred in the future, and in outer space... "Flash Gordon" battled incredible menaces on the planet Mongo ... "Tarzan"'s adventures took place in the jungle. It occurred to me, why not have a comics hero's astounding adventures take place right here on Earth ... in cities similar to those we are familiar with. He would battle the type of wrongs we read about in our daily newspapers. He would use his magnificent abilities to help ordinary people like you and me. I figured a lot of people could identify with that.

I thought I would pull a switch, do something "different" in "Superman". Most fiction heroes were constantly being harassed by villains, and their perils would grow worse and worse. This was what kept the reader intensely interested. I thought, since Superman is so incredibly powerful, I'll reverse the usual fiction formula. Instead of a beleaguered hero constantly trying to survive menaces, I had Superman do the chasing, and he constantly had the bad guys on the run. But I learned that if things are too easy for a hero, that can sabotage the suspense of a story ... and so I had Superman hounded by super-villains such as Luthor, the mad scientist.

In the early days when Joe and I were producing comics which were being published, I would hurriedly walk over to his apartment, every day, sit down and start writing script for what he was to draw that day. I didn't send plots or scripts to editors, first. Usually, I did not know what would be happening in the story the next day. Yet I knew that the comics had to be very lively and inventive ... that a lot of fun and action should be going on.

Case: 12-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 70 of 318

# EXHIBIT S

144
ER 2068

Deft E.D.
June 5/47

Pltff. 15
EW

JEROME SIEGEL, President

*American Artists League*
10622 Kimberley Avenue
CLEVELAND, OHIO

April 18, 1938.

Mr. J. S. Liebowitz,
DETECTIVE COMICS, INC.,
480 Lexington Ave.,
New York, N. Y.

Dear Mr. Liebowitz:

Enclosed herewith find the signed releases for RADIO SQUAD, DOCTOR OCCULT, FEDERAL MEN, SPY, and SLAM BRADLEY.

Regarding SUPERMAN. In their latest letter, McClure has instructed us to draw up the two weeks' releases of SUPERMAN and get them submitted on July 1st. This, Joe and I will do. When we submit the drawn up strip to them, I'll inform you at once. I've no doubt but that if you drop in on the McClure Newspaper Syndicate at that time to discuss matters, that your presence will aid materially in the selling of the strip.

Thanking you in advance for prompt attention to the back-payment matter...

Very truly yours,

Jerome Siegel

Jerome Siegel.

Case: 12-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 72 of 318

# EXHIBIT T

146

ER 2070



CABLE ADDRESS REGSYND

HENRY P. MARTIN, JR.
SYNDICATE MANAGER

# THE REGISTER AND TRIBUNE SYNDICATE

DES MOINES, IOWA

CHAS. E. LOUNSBURY
MANAGING EDITOR

September 7,
1 9 3 8

Mr. Jerome Siegel
10622 Kimberley Ave.
Cleveland, Ohio

Dear Mr. Siegel:

We greatly appreciate all of the material which you have sent us in connection with SUPERMAN. As I pointed out to you previously, such matters necessarily move rather slowly here. Our editorial board has not met for some weeks but we plan to do so sometime this month. I will be most happy on this occasion to present your comic and get the combined reaction. Personally I like SUPERMAN very much and believe that with a few changes it has very good possibilities.

Any action on our part should not conflict with your progress in dealing with the McClure Syndicate. If they are in a position to take on your strip, naturally I presume you will want to good ahead. However, I assure you we are giving the matter our attention.

With many thanks.

Sincerely,

Chas E Lounsbury

Chas. E. Lounsbury

CEL:cw



THE REGISTER AND TRIBUNE SYNDICATE
DES MOINES, IOWA
Mr. Jerome Siegel
10622 Kimberley Ave.
Cleveland, Ohio
DES MOINES
SEP 7 '38
IOWA
U.S. POSTAGE PAID
.03

Case: 12-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 75 of 318

# EXHIBIT U

149
ER 2073

Superman—By Jerry Siegel and Joe Shuster

*The Superman Is Born*

(Copyright, 1939.)

Superman—By Jerry Siegel and Joe Shuster

*Destruction Menaces*

(Copyright, 1939.)

**Superman**—By Jerry Siegel and Joe Shuster

*Safe!*

(Copyright, 1939.)

**Superman**—By Jerry Siegel and Joe Shuster

*The Terrible Truth!*

(Copyright, 1939.)

Superman—By Jerry Siegel and Joe Shuster

*Krypton Doomed!*

(Copyright, 1939.)

Superman—By Jerry Siegel and Joe Shuster

*A Solution*

(Copyright, 1939.)

**Superman**—By Jerry Siegel and Joe Shuster *No One Believes Him* (Copyright, 1939.)

**Superman**—By Jerry Siegel and Joe Shuster *A Strange Ship* (Copyright, 1939.)

Superman—By Jerry Siegel and Joe Shuster

*Destruction!*

(Copyright, 1939.)

Superman—By Jerry Siegel and Joe Shuster

*Speeding Towards Earth*

(Copyright, 1939.)

Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page 81 of 318

**Superman**—By Jerry Siegel and Joe Shuster

*A Perilous Arrival*

(Copyright, 1939.)

**Superman**—By Jerry Siegel and Joe Shuster

*The Superman Is Here!*

(Copyright, 1939.)

# EXHIBIT V

# COPYRIGHT OFFICE OF THE UNITED STATES OF AMERICA

RECORD OF THE FILING OF COPYRIGHT DEPOSITS UNDER THE ACT OF MARCH 4, 1909

CLASS A—BOOKS
YEAR 1939
Entry Number 299 Thousand 8 Hundred And

BOOKS MANUFACTURED IN THE UNITED STATES UNDER THE REQUIREMENTS OF THE ACT (AA)

| No. | Author's Name | Title | Place, Publisher, Date |
|---|---|---|---|
| 70 | Commerce Clearing House Inc of U. S. | Social Security Act Amendments of 1939. H.R. 6467. As Introduced May 24, 1939. (Copyright is Claimed on Highlights of Principal Changes, Table of Contents) | Chicago Commerce Clearing House Inc. |
| 71 | Jerome Siegel and Joe Schuster, of U. S. | Superman. | |
| 72 | Irving E. Curtis and Philip Difatta, of U. S. | Pattern Making Problems for Misses and Womens Garments. Second Edition. Copyright is Claimed on Cutting Marker on lower part of Page. | |
| 73 | A. S. Greenhouse, of U. S. | A Check is not Cash! [Blotter.] | |
| 74 | George G. Geddes, of U. S. | Universal Diet Calculator. | |
| 75 | Mrs Gertrude Babcock Hansen, of U. S. | Initials. | |
| 76 | Luis Gibson, of U. S. | The Retarded Dough Process. How to use it and profit by it. | Trenton, N. J. C. V. Hill & Co. Inc. |
| 77 | Luis Gibson, of U. S. | Look at Your Future Through this Magic Glass! | |
| 78 | Max Berman of U.S. | The New York World's Fair 1939 Greetings. | |
| 79 | John M Goodnow | HP Machine Parts Springs Compression Type SC | Boston Hardware Products Co Inc |

# COPYRIGHT OFFICE OF THE UNITED STATES OF AMERICA

RECORD OF THE FILING OF COPYRIGHT DEPOSITS UNDER THE ACT OF MARCH 4, 1909

CLASS A—BOOKS
YEAR 1939
Entry Number: 299 Thousand, 8 Hundred And

## BOOKS MANUFACTURED IN THE UNITED STATES UNDER THE REQUIREMENTS OF THE ACT (AA)

| No. | Date of Receipt of Two Copies | Name and Address of Copyright Claimant | Date of Publication | Date of Receipt of Affidavit | Items of Affidavit of Manufacture | Renewals Recorded |
|---|---|---|---|---|---|---|
| 70 | June 3. 1939 | Commerce Clearing House Inc. 205 W Monroe St Chicago Ill | May 31, 1939 | June 2, 1939 | Printed by Commerce Clearing House Inc; Place Chicago, Ill; Bound by not bound; Date of publication May 31, 1939 | |
| 71 | May 25. 1939 | Detective Comics Inc. 480 Lexington Ave New York N.Y. | May 18, 1939 | June 3, 1939 | Printed by Greater Buffalo Press; Place Buffalo, N.Y.; Date of completion Apr. 28, 1939; Bound by not bound; Date of publication May 18, 1939 | R-388737 |
| 72 | May 19. 1939 | Irving E. Curtis and Philip Defatte 225 E. 101st St. New York N.Y. | Apr. 1. 1939 | June 1. 1939 | Printed by K L M Process Co.; Place New York N.Y.; Date of completion Mar. 30. 1939; Bound by not bound; Date of publication Apr. 1, 1939 | |
| 73 | May 15. 1939 | Greenhouse Brandt of New York Inc. 1 Park Ave New York, N.Y. | Apr. 26. 1939 | June 1. 1939 | Printed by Brown-Lent + Pett; Place Brooklyn, N.Y.; Date of completion Apr. 26/1939; Bound by not bound; Date of publication Apr. 26, 1939 | |
| 74 | May 29. 1939 | G.G. Geddes (George G. Geddes.) 3901 N.E. 36th Ave Portland, Oregon | Apr. 17. 1939 | May 29. 1939 | Printed by Conger Printing Co.; Place Portland, Oregon; Date of completion Apr. 3, 1939; Bound by not bound; Date of publication Apr. 17, 1939 | |
| 75 | May 10. 1939 | Gertrude B. Hansen (Mrs Gertrude Babcock Hansen) 160 W. 65th St. New York N.Y. | Mar. 31, 1939 | June 2, 1939 | Printed by Produced under authority of act of July 3 1926; Affidavit gives Mar. 31, 1939 as | |
| 76 | May 26. 1939 | C.V. Hill + Co. Inc. 360 Pennington Ave Trenton, N.J. | Dec. 29, 1938 | June 3, 1939 | Printed by I. + L. Printing Co.; Place New York N.Y.; Date of completion Dec. 27/1938; Bound by not bound; Date of publication Dec. 29, 1938 | |
| 77 | May 26. 1939 | C.V. Hill + Co. Inc. 360 Pennington Ave Trenton, N.J. | Jan. 21, 1939 | June 3, 1939 | Printed by Hibbert Printing Co.; Place Trenton, N.J.; Date of completion Jan 20 1939; Bound by not bound; Date of publication Jan. 21, 1939 | |
| 78 | May 27 1939 | Max Berman 2738 Holland Ave New York N.Y. | Apr 13 1939 | June 3 1939 | Printed by G. Hubner + Co Inc.; Place New York N.Y.; Date of completion Apr 11 1939; Bound by Not bound; Date of publication Apr 13. 1939 | |
| 79 | May 19 1939 | Hardware Products Co. Inc. 103 Richmond St Boston Mass | May 15 1939 | May 31 1939 | Printed by Marshall White Press; Place Chicago Ill; Date of completion May 15 1939; Bound by Not bound; Date of publication May 15 1939 | |

# EXHIBIT W

THE LIBRARY OF CONGRESS
U. S. COPYRIGHT OFFICE

# CATALOG

OF

# COPYRIGHT ENTRIES

PART 1

BOOKS, GROUP 2

NEW SERIES, VOLUME 36

FOR THE YEAR 1939

NOS. 1–12

LOS ANGELES COUNTY
LAW LIBRARY

Published by authority of the Acts of Congress of March 3, 1891, of June 30, 1906, and of March 4, 1909

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1940

Case: 12-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page: 87 of 318
Case 2:04-cv-08400-ODW-RZ Document 347-10 Filed 07/28/08 Page 3 of 47 Page ID #:2308

KB159
A12U5
s

SEP 11 1939

1-4388

LIBRARY OF CONGRESS

COPYRIGHT OFFICE

# CATALOG

OF

# COPYRIGHT ENTRIES

PUBLISHED BY AUTHORITY OF THE ACTS OF CONGRESS OF MARCH 3, 1891, OF JUNE 30, 1906, AND OF MARCH 4, 1909

## PART 1, GROUP 2

PAMPHLETS, LEAFLETS, CONTRIBUTIONS TO NEWSPAPERS OR PERIODICALS, ETC.
LECTURES, SERMONS, ADDRESSES FOR ORAL DELIVERY
MAPS

1939

NEW SERIES, VOLUME 36

No. 1

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1939

Selmer, H. & A., inc.,* Elkhart, Ind. 23748–23753

Contest autographs. © Apr. 3, 1939; AA 300581.

Glen Gray's Casa Loma reed section doubling chart. © Apr. 15, 1939; AA 300586.

Selling salts for musical salesmen. v. 4, nos. 1, 2. © Jan. 15, Apr. 5, 1939; AA 300582, 300583.

Step up! © Jan. 25, 1939; AA 300584.

Take a trip to trumpet heaven. © Apr. 10, 1939; AA 300585.

Seneca Lake, N. Y. Seneca Lake directory of the owners of cottages and homes. 1939. © June 14, 1939; AA 303426; John V. Stark, Penn Yan, N. Y. 23754

Sentry co.,* Foxboro, Mass. Instructions for the Sentry diamond block method of hardening high speed steel. © May 25, 1939; AA 302126. 23755

Senz, Melvin John,* Port Angeles, Wash. Three point. Rules [and illustration] © May 2, 1939; AA 301844. 23756

Servel, inc.,* Evansville, Ind. 23757–23761

By popular demand . . . © May 12, 1939; AA 301680.

Free. Win this beautiful Servel Electrolux (new 1939 Duchess model) in the P & G white naphtha soap contest. © May 12, 1939; AA 301682.

Free; cash and prizes totaling more than $101,000. © May 12, 1939; AA 301681.

How to win prospects and make sales. © May 12, 1939; AA 303304.

Keep the crowd coming! © May 12, 1939; AA 301683.

Settles, J. Calvin,* Oakland, Calif. God's edict is law made manifest. © Apr. 27, 1939; AA 301736. 23762

Severson, Albert,* St. Paul. Adjustable paring knife. © May 25, 1939; A 98326. 23763

Shamokin, Pa. Polk's Shamokin (Northumberland County, Pa.) directory, 1939. v. 27. © May 25, 1939; A 128628; R. L. Polk & co., inc., Boston. 23764

Shapiro, Edward & Kaufer, Sam,* Brooklyn. Citizenship up-to-the-minute. © May 24, 1939; AA 299653. 23765

Shasta water co.,* San Francisco. Sparkling news! Shasta water now bonded! © May 23, 1939; A 99212. 23766

Sheaf. v. 17. 1939. © June 1, 1939; AA 300907; William C. Ralke, Elsah, Ill. 23767

Sheaffer, W. A. pen co.,* Fort Madison, Ia. Mark dad's lifetime devotion; give him the only lifetime pen . . . © June 13, 1939; A 98440. 23768

Sheffield, Herman B.,* New York. Israel. (pt. 2) © May 22, 1939; AA 301675. 23769

Shell chemical co.,* San Francisco. Shell carbon. Its properties and uses in the rubber industry. © May 15, 1939; AA 300783. 23770

Shell oil co., inc.,* New York. 23771–237[illegible]

History and tour tips. 1939.

Middle Atlantic and Southeastern states, including Pennsylvania and New Jersey. © May 19; AA 301648.

New England and New York. © May 19; AA 301649.

Oil burner owner's savings book. © May 25, 1939; AA 298775.

Shelton, Fredonia. Puzzle pages, bo[illegible] 1, by Fredonia Shelton and Lottie [illegible] Tate; illustrated by Ethel Hays. © May 19, 1939; AA 299882; McCormick-Mathers pub. co., Wichita. [illegible]

[Shelton, Sam J.] Inside story [illegible] O'Malley's bold effort to collect $[illegible] 000 for boss from General Ameri[illegible] life. © June 3, 1939; A [illegible] Pulitzer pub. co., St. Louis. [illegible]

Shepard, Frank co.,* New York. 23776–23[illegible]

Shepard's citations. May, 1939.

Alabama. v. 24, no. 1. © May [illegible] A 129860.

Arizona. v. 22, no. 1. © May [illegible] A 129852.

Atlantic reporter. v. 24, no. [illegible] Apr. 18; A 129862.

California. pt. I. Cases. [illegible] no. 3. © Apr. 20; A 12986[illegible]

California. pt. II. Statutes [illegible] 20, no. 3. © Apr. 20; A 1[illegible]

Federal reporter. Advance [illegible] ed. v. 6, no. 1. © May [illegible] 129850.

Idaho. v. 26, no. 2. © May 3; A 129857.

Iowa. v. 31, no. 2. © Apr. 13; A 129861.

Maine. v. 24, no. 2. © May 19; A 129851.

Massachusetts. v. 32, no. 2. © Apr. 27; A 129864.

Michigan. v. 6, no. 1. © May 27; A 129847.

Montana. v. 27, no. 1. © May 18; A 129858.

New Jersey. v. 3, no. 3. © May 27; A 129848.

Oklahoma. v. 31, no. 2. © May 2; A 129865.

Oregon. v. 32, no. 1. © June 9; A 129859.

Pacific reporter. v. 32, no. 2. © Apr. 18; A 129854.

Rhode Island. v. 24, no. 2. © Apr. 27; A 129856.

Southwestern reporter. v. 32, no. 2. © Apr. 14; A 129853.

Tennessee. Special issue. © Apr. 28; A 129855.

Washington. v. 32, no. 1. © Apr. 27; A 129863.

Shepard's Oklahoma classified topical index and table of cases. v. 13, no. 2, May, 1939. © May 1, 1939; A 129866.

Shepard's United States quarterly intervening advance sheet edition. v. 15, no. 2, May, 1939. © May 23, 1939; A 129849.

[Sher]idan specialty co.,* Chicago. Safeguard your customer's health with the new Sheridan sanitary toothpick dispenser. © Apr. 20, 1939; AA [3]00940. 23798

[Sher]lock & Arnold, inc.,* New York. [Sa]les-shift index ratings of new passenger car registrations. Apr., 1939. © May 26, 1939; AA 298785. 23799

[Sher]man, Margaret] Table setting in the farm home. © May 5, 1939; AA [3]01907; Meredith pub. co., Des Moines. 23800

[Sher]win, Howard Underwood,* Breathedsville, Md. How to read blueprints. 1st ed. © Apr. 25, 1939; AA [illegible]784. 23801

[illegible] beauty shops,* Camden, N. J. [illegible] guarantee with every permanent wave . . . © May [illegible] 1939; A 98193. 23802

Shissler, Frances Isabella,* Lewiston, Id. Story of Indian uprising is told by Mrs. Shissler. © Apr. 6, 1939; A 99123. 23803

Shodex co.,* Detroit. You will find enclosed sample copies and illustrated explanation of our Shodex multiple listing service. © June 7, 1939; AA 304257. 23804

Shoen, Harriet H. 23805, 23806

Key to workbook for The American nation yesterday and today. pt. 1, new ed. Book 1. © Mar. 29, 1939; AA 303086.

Workbook to be used with Tryon, Lingley and Morehouse's The American nation yesterday and today, pt. 2, new ed. Book 2, by H. H. Shoen, Frances Morehouse. © May 16, 1939; AA 303099.

© Ginn & co., Boston.

Short, Byron E. Heat transfer and pressure drop in heat exchangers. © May 15, 1938; AA 298776; University of Texas, Austin, Tex. 23807

Short, Marion. 23808, 23809

Information free. © Sept. 1, 1938; AA 302004.

Rural lays (Hencorporated) © Sept. 1, 1938; AA 301980.

© Wetmore declamation bureau, Sioux City, Ia.

Shupp, Simon E.,* Springfield, O. Geography work and study manual. Based on How the world lives and works. © June 1, 1939; AA 304081. 23810

Siegel, Jerome. Superman, by Jerome Siegel and Joe Shuster. © May 18, 1939; AA 299871; Detective comics, inc., New York. 23811

Sigaloff, Leon,* Denver. Astrology, wheel of celestial correspondence and facts. © May 1, 1939; AA 300472. 23812

Silbert, Myron S.,* Newton, Mass. New and significance of fashion. © Apr. 18, 1938; AA 300601. 23813

Silman, Sanford,* Brooklyn. 23814, 23815

Lorraine candlewick rugs and mats crocheted in a jiffy over clothes line. v. 12. © May 22, 1939; AA 301800.

Superior quality Lorraine stamped needlework creations designed for F. W. Woolworth co. © May 23, 1939; AA 301801.

Case 2:04-cv-08400-ODW-RZ Document 347-10 Filed 07/28/08 Page 5 of 47 Page ID #:2310
Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page 89 of 318

Sheller, Harold Franklin,* Chicago. 32590–32592
Omniarchic party. 1939. Omniarch. 5th issue. © July 25; AA 307352.
T. O. P. special instruction. 5th issue. © Aug. 3; AA 307353.
T. O. P. examination questions. © Aug. 16, 1939; AA 306709.

[Shelton, Samuel J.] 32593, 32594
$17,000,000 state building program contracts to be checked up by grand jury. © Aug. 21, 1939; A 100269.
Union electric made up deficit in election fight. © Aug. 14, 1939; A 100182.
© Pulitzer pub. co., St. Louis.

Shepard, Frank co.,* New York. 32595–32615
Shepard's citations.
California. Statutes. 5th ed., supplement (1919–1939) © July 21, 1939; A 131468.
Connecticut. v. 33, no. 2, July, 1939. © June 16, 1939; A 131456.
Federal reporter. v. 29, no. 3, July, 1939. © July 1, 1939; A 131467.
Illinois. v. 4, no. 2, July, 1939. © July 19, 1939; AA 131450.
Kansas. 2d ed., supplement (1929–1939) © July 21, 1939; A 131651.
Michigan. v. 31, no. 1, July, 1939. © June 27, 1939; A 131464.
New Jersey. v. 24, no. 3, July, 1939. © July 11, 1939; A 131466.
New York supplement. v. 5, no. 4, July, 1939. © July 7, 1939; A 131449.
Northeastern reporter. v. 31, no. 3, July, 1939. © June 12, 1939; A 131463.
Ohio. v. 5, no. 4, July, 1939. © July 21, 1939; A 131451.
Pennsylvania Superior and lower court. v. 24, no. 3, July, 1939. © June 15, 1939; A 131462.
Pennsylvania Supreme court. v. 24, no. 3, July, 1939. © June 21, 1939; A 131465.
Southern reporter. v. 33, no. 2, July, 1939. © June 14, 1939; A 131459.
United States. v. 38, no. 3, July, 1939. © June 28, 1939; A 131460.
Virginia. v. 28, no. 2, July, 1939. © June 20, 1939; A 131457.
West Virginia. v. 27, no. 2, July, 1939. © June 21, 1939; A 131455.
Shepard's New Jersey classified topical index and table of cases. v. 14, no. 3, July, 1939. © June 26, 1939; A 131458.
Shepard's New York Court of appeals. July, 1939. © July 11, 1939; A 131453.
Shepard's New York miscellaneous. July, 1939. © July 11, 1939; A 131452.
Shepard's New York Supreme court and statutory advance sheet edition. July, 1939. © July 11, 1939; A 131454.
Shepard's Pennsylvania classified topical index and table of cases. v. 15, no. 3, July, 1939. © June 19, 1939; A 131461.

Sherlock & Arnold, inc.,* New York. New car sales analysis by towns and villages. June, July, 1939. © July 24, Aug. 18, 1939; AA 306483, 309526. 32616, 32617

Sherman, Charles Q. corp.,* New York. Quick frozen foods merchandising manual. © July 26, 1939; AA 309206. 32618

Shodex co.,* Detroit. Shodex co. of Detroit multiple listings of real estate for sale of June 22, 1939. © June 22, 1939; AA 305777. 32619

Shoe and leather reporter annual, 1939. 63d yearly ed. © May 31, 1939; A 130569; Shoe & leather reporter co., Boston. 32620

Shoe and leather reporter, directory of leather manufacturers. 1939. © Mar. 17, 1939; AA 305965; Shoe & leather reporter co., Boston. 32621

Shoe and leather reporter trade marks and trade names. v. 215, no. 1, sec. 2. Directory issue. © July 1, 1939; AA 305966; Shoe & leather reporter co., Boston. 32622

Shoenecker, Edgar A. Your child's health. © July 15, 1939; AA 305939; Leader printing co., inc., Lake Mills, Wis. 32623

Shonnard, Muriel W.,* Montclair, N. J. Exclusively yours. © Aug. 28, 1939; AA 307772. 32624

Siegel, D. co.,* New York. Saddle cloth, the modern golden fleece. © July 24, 1939; AA 305874. 32625

Siegel, Jerry. Superman, by Jerry Siegel and Joe Shuster. © Aug. 1–5, 7–12, 14–19, 21–26, 28, 1939; A 100040, 100041, 101065, 101091, 101076, 100099, 101132, 100109, 101170, 100165, 101190, 100180, 101214, 100231, 100251, 101322, 101323, 100278, 101333, 100318, 100376–100378, 100393; McClure newspaper syndicate, New York. 32626–32649

Silver, Burdett co.,* New York. How the Catholic music hour series helps the teacher to meet the requirements of the course of study prescribed for the elementary schools of the Archdiocese of New York by the Catholic school board. 1938. © July 12, 1939; AA 303504. 32650

Simmons, V. L. R.,* Grand Rapids, Mich. Tribal Indian languages. © June 30, 1939; AA 304972. 32651

Simmons hardware co.,* St. Louis. Simmons toy and gift show, Christmas, 1939. © Aug. 1, 1939; AA 307464. 32652

Simons, Jane Kealhofer. Guide to Columbia, South Carolina's capital city, by Jane Kealhofer Simons; ed. by Margaret Babcock Meriwether and The Columbia sesquicentennial historical marker committee. © July 12, 1939; AA 306311; Columbia sesquicentennial comn., Columbia, S. C. 32653

Simons-Michelson co.,* Detroit. 32654–32656
A newspaper advertising service for credit jewelers. Aug., 1939. © July 29, 1939; AA 309332.
AA newspaper ad service for credit jewelers. Aug., 1939. © July 25, 1939; AA 309331.
Greatest fur coat contest ever held! © July 11, 1939; A 99983.

Simplex brooder stove co.,* Grand Rapids, Mich. Catalog no. 39. © Jan. 13, 1939; AA 304940. 32657

Simpson, Charles A.,* Medway, Mass. Spectrum puzzle and game. © July 18, 1939; AA 305909. 32658

Simpson, Studwell & Swick, ltd.,* New York. These Chukker rounds have been sent to you with the compliments of . . . © Aug. 8, 1939; AA 309136. 32659

Sinclair, Upton,* Pasadena, Calif. Expect no peace! © Mar. 22, 1939; AA 309258. 32660

Sinclair refining co., inc.,* New York. 32661–32666
Driving in traffic gives lots of folks the jitters. © Aug. 9, 1939; A 100232.
Here's our special combination price to Sinclair-ize your car for winter. © Aug. 15, 1939; AA 309398.
I've always had to stretch my family's money a long way. © July 26, 1939; A 101266.
Jean Parker, star of the Republic picture, She married a cop . . . © Aug. 1, 1939; A 101275.
New York state distributor records steady 12-year progress. © Aug. 2, 1939; A 100297.
Pretty Helen Reese often rides across Chicago's famous Michigan Avenue bridge. © July 27, 1939; A 101265.

Singer mfg. co.,* Elizabethport, N. J. 32667–32670
And now—88 years of Singer skill bring you a new achievement—The anniversary model. © Aug. 15, 1939; A 100313.
Handy pocket book guide to New York for World's fair visitors. © June 29, 1939; AA 305802.
Help from Singer! © June 10, 1939; A 100314.
Singer's economy budget electric. © Aug. 1, 1939; A 100315.

Singo enterprises,* Ripon, Wis. Singo (or) Songo (or) Winnit. [Instructions] © Aug. 9, 1939; AA 308372. 32671

Sipes, Leon,* El Dorado, Ark. Little red schoolhouse. © July 25, 1939; AA 309060. 32672

Sirene (Die) nr. 12, erstes juniheft, 1939. © June 15, 1939; A for. 44079; Deutscher verlag, Berlin. 32673

Sisalkraft co.,* Chicago. 32674–32676
How to build a Sisalkraft temporary silo. © July 12, 1939; AA 307384.
Yes sir! You can build a silo for as little as $19.50. © July 27, 1939; AA 307385.
Yes sir! You can build a Sisalkraft temporary silo for as little as $19.50. © July 17, 1939; AA 307386.

Sisters of the poor of St. Francis,* Warwick, N. Y. Bridegroom cometh. © July 19, 1939; AA 305809. 32677

13
163
ER 2087

Scotford, John R. Spanning a continent. © June 27, 1939; AA 309721; Friendship press, inc., New York. 36411

Scott, Harry Fletcher. Latin book three, by H. F. Scott, Annabel Horn, John Flagg Gummere. Text ed. © Aug. 31, 1939; AA 306982; Scott, Foresman & co., Chicago. 36412

Scrap book. 10th ed. © Sept. 1, 1939; AA 309936; Barnes-Ross co., Indianapolis. 36413

Seagram-distillers corp.,* New York. 36414–36423

merica's finest. 1939.

Salute to Pennsylvania. © May 24; A 101590.

Salute to Tennessee. © July 5; A 101592.

Salute to the New York world's fair. © May 10, June 21; A 101604, 101591.

Future of our business depends upon your good-will. © Apr. 14, 1939; A 101609.

Good will is the mightiest practical force in the universe. © June 8, 1939; A 101593.

It's up to us to win your good-will. © May 11, 1939; A 101605.

Seagram's good will campaign applauded by America's finest bars and stores. © Apr. 1, 1939; A 101607.

$300,000 to build good-will for you! © Mar. 1, 1939; A 101606.

Your favorite bartender is a moderate man. © Aug. 25, 1939; A 101608.

Seegrist, Walter H.,* Chicago. M. E. 101 & 102. © Aug. 7, 1939; AA 308782. 36424

Sender, Raolf H. Principles of loga. Lesson nos. 1–4. © Sept. 8, 1939; AA 309940; Flora M. Jones, Spokane. 36425

Servel, inc.,* Evansville, Ind. 36426, 36427

4–H club program can and will increase your Servel Electrolux rural business if you will let it! © Aug. 22, 1939; AA 306973.

Maintenance manual. © Aug. 18, 1939; AA 306974.

Sharp, Elizabeth,* Stockton, Calif. Story with a secret. © Aug. 31, 1939; AA 309763. 36428

Sheaffer, W. A. pen co.,* Fort Madison, Ia. 36429, 36430

Sheaffer's, the only lifetime pen . . . © Aug. 6, 1939; A 100619.

Sheaffer's—the only pen continuously guaranteed-for-life since its inception over 16 years ago. © Sept. 16, 1939; A 101816.

Shepard, Frank co.,* New York. 36431–36449

Shepard's citations. 1939.

Arkansas. v. 25, no. 2, Aug. © July 26; A 132400.

Atlantic reporter. v. 25, no. 1, Aug. © July 14; A 132398.

California. (In two parts) pts. 1, 2, v. 20, no. 4, Aug. © July 19; A 132395, 132396.

Colorado. v. 32, no. 2, Aug. © Sept. 7; A 132391.

Dakota. v. 28, no. 2, Aug. © July 28; A 132399.

Federal reporter. Advance sheet ed. v. 6, no. 2, Aug. © Sept. 1; A 132387.

Florida. v. 26, no. 2, Aug. © July 17; A 132390.

Georgia. v. 31, no. 2, Aug. © July 27; A 132401.

Indiana. v. 31, no. 2, Aug. © July 25; A 132397.

Kansas. v. 11, no. 2, Aug. © July 21; A 132388.

Massachusetts. v. 32, no. 3, Aug. © July 21; A 132402.

Michigan. v. 6, no. 2, Aug. Advance sheet ed. © Sept. 15; A 132385.

Pacific reporter. v. 32, no. 3, Aug. © July 14; A 132394.

Southwestern reporter. v. 32, no. 3, Aug. © July 12; A 132393.

West Virginia. West Virginia acts, regular session. Special addendum. © July 27; A 132386.

Wyoming. v. 21, no. 2, Aug. © July 21; A 132392.

Shepard's Indiana classified topical index and table of cases. v. 12, no. 3, Aug., 1939. © July 26, 1939; A 132389.

Shepard's United States quarterly intervening advance sheet ed. v. 15, no. 3, Aug., 1939. © Aug. 31, 1939; A 132384.

Shuflin, Adah E. Happy town. A unit for primary grades. © Aug. 30, 1939; AA 306971; F. E. Compton & co., Chicago. 36450

Shure bros.,* Chicago. 36451–36453

Look at these new Shure streamliners. © Aug. 5, 1939; AA 308898.

New dynamic Shure rocket moving conductor type dynamic microphone. © Aug. 5, 1939; AA 308897.

Shure catalog. Microphones, phono pickups, accessories . . . © Aug. 19, 1939; AA 308899.

Siegel, Jerry. Superman, by Jerry Siegel and Joe Shuster. © Aug. 29–Sept. 2, 4–9, 11–15, 1939; A 100408, 100409, 101398, 100426, 100731, 101495, 100474, 101510, 100486, 100590, 100591, 100599, 101751–101754; McClure newspaper syndicate, New York. 36454–36469

Sievering, Philip, inc.,* New York. Fifty years of finer plating. © Aug. 1, 1939; AA 308931. 36470

Sign animation corp. of California,* Los Angeles. Sign action for attraction. © July 22, 1939; AA 306985. 36471

Simkins, Denber,* Syracuse, N. Y. Greater stock market profit. © Sept. 12, 1939; AA 310179. 36472

Simler, Henry,* New York. Forty plus. © Aug. 31, 1939; AA 309911. 36473

Simons-Michelson co.,* Detroit. 36474, 36475

A newspaper ad service for credit jewelers. Sept., 1939. © Aug. 26, 1939; AA 306976.

AA newspaper ad service for credit jewelers. Sept., 1939. © Aug. 25, 1939; AA 306977.

Sinclair refining co., inc.,* New York. 36476–36482

Constance Moore, featured with Johnny Downs in the new Universal picture, Hawaiian nights. © Aug. 29, 1939; A 100595.

My husband and I like to take a motor trip every weekend . . . © Aug. 16, 1939; A 100593.

Richard Arlen, star of the new Universal picture, Mutiny on the Blackhawk . . . © Aug. 15, 1939; A 101370.

To me driving is a real pleasure. © Aug. 23, 1939; A 100592.

Too old to drive in traffic? © Aug. 30, 31, 1939; A 100584, 100594.

Tops 11 years steady progress with new gallonage record. © Aug. 30, 1939; A 100621.

Singer mfg. co.,* Elizabeth, N. J. 36483–36495

Caution. Instructions for oiling machine 157–3. © Aug. 11, 1939; AA 309848.

Free planning folders! © Aug. 10, 1939; A 101755.

Gee! Where did you get those keen clothes? © Aug. 28, 1939; A 101757.

Improved high speed unison feed machine. Ball bearing Singer 151w1. © Aug. 8, 1939; A 309844.

Instructions for using and adjusting. 1939.

Singer sewing machine 157–3 for making bags, automatic oiling system. © July 21; AA 309849.

Singer sewing machines 231–7 and 231–8 two needles and two loopers. © Aug. 14; AA 309846.

Instructions for using the Singer bias binder 121737 for single needle machines of classes 31, 44, 95, 96 and 1300. © Aug. 11, 1939; AA 309850.

List of parts. 1939.

Machine no. 47w71. © Aug. 16; AA 309852.

Machines nos. 96–81 and 96–84. © July 21; AA 309847.

1000 R. P. M. increase in speed with the two-needle lock stitch Singer 112w147 for staying seams of shoes. © Aug. 21, 1939; AA 309845.

Singer machine 115w103 for automatically embroidering scallops. © Aug. 11, 1939; AA 309843.

Spring balancer for 146-machines. © Aug. 16, 1939; AA 309851.

3 free lessons at your Singer sewing center, no purchase—no obligation. © Sept. 1, 1939; A 101756.

[Siple, Walter H.] Catalogue of the Taft museum. © Sept. 15, 1939; A 132296; Taft museum, Cincinnati institute of fine arts, Cincinnati. 36496

Sirene (Die) nr. 13, 14. © June 29, July 4, 1939; A for. 44400, 44401; Deutscher verlag, Berlin. 36497, 36498

Sisalkraft co.,* Chicago. Sisalkraft silos built of American steel silo fabric (welded wire) © Aug. 24, 1939; AA 309942. 36499

Sisters of St. Joseph, Brentwood, N. Y. Sixth book in reading. © Sept. 6, 1939; A 132254; Schwartz, Kirwin & Fauss, New York. 36500

Washington (State) Road map of Washington. [1940 ed.] © May 1, 1940; F 14624; H. M. Gousha co., Chicago. 27718

Washington, D. C. © May 11, 1940; F 14771; Mapcraft, Boston. 27719

—— AAA official road map, the National Capital area. © May 17, 1940; F 14781; American automobile assn., Washington. 27720

—— Yesterday in Washington, D. C., 1790–1900. © Apr. 16, 1940; F 14601; Thelma E. Fryer, Washington. 27721

Wayne County, Mich. Road map of Wayne County, Mich. © Apr. 17, 1940; F 14641; Board of county road commissioners of the county of Wayne, Detroit. 27722

Illimantic, Conn. New map of Willimantic & Windham, Conn. © June 7, 1940; F 14773; Price & Lee co., New Haven. 27723

Wisconsin. © June 1, 1940; F 14754; School products bureau, Chicago. 27724

World. © ... ian Wolff, ...

—— Hammond ... gazetteer of ... 1940; A 141... co., New York ...

—— Le plus pe... Feb. 20, 1940 ... Editions I. A. ...

—— Pan American ... June 1, 1940 ... can airways, ...

—— World, no. 20... F 14720; Comm... ice, Austin, Tex...

Wyoming. Road ... [1940 ed.] © ... H. M. Gousha co...

Yosemite national ... to Yosemite natio... 10, 1940; F 147... automobile ass...

Number of entries of maps included in the catalog since Ja...

27732–31117

THE LIBRARY OF CONGRESS

COPYRIGHT OFFICE

# CATALOG
OF
# COPYRIGHT ENTRIES

PUBLISHED BY AUTHORITY OF THE ACTS OF CONGRESS OF MARCH 3, 1891 OF JUNE 30, 1906, AND OF MARCH 4, 1909

PART 1, GROUP 2

PAMPHLETS, LEAFLETS, CONTRIBUTIONS TO NEWSPAPERS OR PERIODICALS, ETC.
LECTURES, SERMONS, ADDRESSES FOR ORAL DELIVERY
MAPS

1940

NEW SERIES, VOLUME 37

No. 7

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1940

Case 2:04-cv-08400-ODW-RZ Document 344-10 Filed 07/28/08 Page 6 of 47 Page ID #:2313
Case: 13-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 92 of 318

Schmidt brewing co.,* Detroit. 30310–30313

For a grand and glorious 4th look for that red, white, and blue label. © July 3, 1940; A 114570.

Schmidt's say: Look for this sign when you're looking for draught beer at its best. © July 8, 1940; A 113705.

What every June bride should know. © June 24, 1940; A 113582.

What is Schmidt's beer? © July 4, 1940; A 114571.

Schour, I. Chronology of tooth development, by I. Schour and H. G. Poncher. © June 6, 1940; AA 340006; Mead Johnson & co., Evansville, Ind. 30314

Schroeder, C. N.,* Chicago. Attention—all those who can typewrite. © Oct. 10, 1939; AA 335940. 30315

Schulz, Herbert G.,* New York. How not to play the horses. © June 27, 1940; AA 338758. 30316

Schwabacher & co.,* Los Angeles. Balanced investment account. © June 6, 1940; AA 338791. 30317

Schwellenbach, Lewis B. American forum: Shall we declare an embargo against Japan? Yes! By L. B. Schwellenbach. No! By Ernest Lundeen. © June 15, 1940; A 114706; United feature syndicate, inc., New York. 30318

Scientific model airplane co.,* Newark, N. J. Scientific catalog no. 11. © June 29, 1940; AA 337756. 30319

Scola, Kathryn. House across the bay. © May 15, 1940; AA 338665; Walter Wanger productions, inc., Hollywood. 30320

Scott, Elmer ...
Elmer F. ...
[Serial] ...
1940; AA ...
book co., ...

Screen write...
Economic ...
ing condit...
screen wri...
28, 1940; ...

Screeno am...
Screeno. ...

Scriven institute,* New York. 30324, 30325

Facts about a new science. © June 25, 1940; AA 336833.

Learn what your handwriting reveals. © June 6, 1940; AA 339590.

Sealey, William C. Efficiency tests. [Serial] 5449. Ed. 1. © May 10, 1940; AA 335972; International textbook co., Scranton. 30326

Sealtest, inc.,* New York. Sealtest food adviser—spring, 1940. © May 1, 1940; AA 337929. 30327

Sears, Roebuck & co.,* Chicago. New you. © Mar. 29, 1940; AA 339451. 30328

Sease, Rosalyn Summer. March of missions. 1940. 30329, 30330

Leader's ed. © June 28; AA 339793.

Student's ed. © June 28; AA 339794.

© Board of publication of the United Lutheran church in America, Philadelphia.

Season's greetings and best wishes from American calendar co. 1940. © Aug. 1, 1939; AA 339545; American calendar co., Greeneville, Tenn. 30331

Securities tabulating corp.,* New York. 30332, 30333

Callable bond survey. July, 1940. © July 2, 1940; AA 338882.

Corporate bond handbook. June, 1940. © June 6, 1940; AA 335618.

Security supervisors, inc.,* Chicago. Associated gas & electric system. Revised ed. © July 1, 1940; AA 337871. 30334

Seefurth service,* Chicago. 30335–30337

Seefurth service monthly supplement. no. 10, June, 1940. © June 15, 1940; AA 335576.

Trusts for employes. 1940.

Report no. 8. Forms for creation of pension trust plan. © June 21; AA 335689.

Report no. 9. Forms for creation of stock bonus trust plan. © July 6; AA 337809.

Seiberling rubber co.,* Akron, O. So tough it eats nails! © June 27, 1940; A 114541. 30338

[Seigel, Jerry] 30339, 30340

Superman coloring book [by Jerry Seigel and Joe Shuster] © June 17, 1940; AA 336586.

Superman cut-outs [by Jerry Seigel and Joe Shuster] © June 17, 1940; AA 336587.

© Superman, inc., New York.

Selchow & Righter co.,* New York. We wow wang. Directions for playing. © Apr. 1, 1940; AA 339716. 30341

Selling, Lowell S. & Vaughn, Charles L.,* Detroit. Self-administering life history form. © July 1, 1940; AA 337843. 30342

Selmer, H. & A. inc.,* Elkhart, Ind. Selmer Elasti-glass sax strap. © June 28, 1940; AA 335754. 30343

Sembrich memorial assn.,* Lake George, N. Y. Outline of the career of Madame Marcella Sembrich. © June 20, 1940; AA 337785. 30344

Serrell, Lemuel Wright,* Portland, Or. Rebirth of a great democracy under the Equalization program. © June 17, 1940; AA 338630. 30345

Servel, inc.,* Evansville, Ind. 30346–30352

Addition to par. 7, maintenance manual—removing and replacing parts, Form SVL-653. © June 26, 1940; AA 339696.

Addition to par. 33-y, maintenance manual—Servel gas refrigerator—operation analysis and occasional maintenance. © June 25, 1940; AA 339697.

Here's the refrigerator that meets farm requirements . . . © June 26, 1940; AA 336907.

How farm requirements are met with Servel's adaptability. © June 24, 1940; AA 336908.

Increase your sales of Servel Electrolux beyond the gas mains! © June 11, 1940; AA 337647.

Now for less than 1½ cent each blanket every home beyond the gas mains in your territory with this tested sales-producer. © June 14, 1940; AA 337646.

Servel all year gas-operated air conditioner. © June 13, 1940; AA 337648.

Severance, George Sawyer,* Chicago. Social time recorder. © June 18, 1940; AA 335905. 30353

Shadduck, B. H.,* Ashtabula, O. Mistakes God did not make. 1st ed. © June 10, 1940; AA 338590. 30354

Shaklee, F. C.,* Oa...

Shaklee free en... © June 14, 194...

Shaklee free v... June 7, 1940; ...

Shartle, Edward ... ville, Pa. Leas... ery store, Meadv... 1940; AA 336552.

Shell oil co., inc.,* New Y...

Oil burner owner's guid... 20, 1940; AA 338638.

Story of Shell fuel oil. 1940; AA 337768.

Shenefield, Hale T. Assess... in appraising value of re... © Apr. 25, 1940; AA 339... administration service, C...

Shepard, Frank co.,* New Y... ard's citations.

New York statute. 2d ed., © June 27, 1940; A 142...

New York supplement. (1940) © June 27, 194...

Oregon. 4th ed., v. 1 (193... 4, 1937; A 142123.

Sherlock & Arnold, inc.,* New passenger car sales ... towns and villages. May June 28, 1940; AA 33882...

Sherman, Tex. Worley's (Grayson County, Tex.) ... tory, 1940. v. 14. © Jun... A 142259; John F. Worle... co., Dallas.

Sherwood, Robert E. Rebecc... Sherwood and Joan Ha... May 15, 1940; AA 338663 international pictures, ... York.

Shimon, Louis C.,* Milwauke... something good about you 18, 1920; AA 340055.

Shipley, Walter C. Shiple... scale for measuring intell... pairment. Manual of dire... May 23, 1940; AA 33848... psychiatric institute of the retreat, Hartford.

Shop-o, inc.,* Chicago. Thi... Shop-o stamp book. For ... © May 27, 1940; AA 338728

Case 2:04-cv-08400-ODW-RZ Document 347-10 Filed 07/28/08 Page 9 of 47 Page ID #:2314
Case: 13-56243 03/25/2014 ID: 9032563 DktEntry: 22-9 Page 93 of 318

Scott publications, inc.,* New York. [Scott's standard postage stamp catalogue. 97th ed.] 1940. 34887–34912
[Sig. 5–18] © July 22; AA 342615–342628.
[Sig. 19–30] © Aug. 2; AA 342603–342614.

Scrap book. 11th ed. © Aug. 6, 1940; AA 340485; Barnes-Ross co., Indianapolis. 34913

Scriven, George B. 34914, 34915
Our family the church, prepared by G. B. Scriven; illustrated by I. Geyler and K. Ozier. © Aug. 21, 1940; AA 344664.
Procedure guide for the work book Our family the church. © July 25, 1940; AA 342601.

...rehouse-Gorham co., inc., New ...k.

...dder, Stevens & Clark,* New York. 34916, 34917
...ading north? © July 12, 1940; AA 343033.
...e, the people. © Aug. 14, 1940; AA 343533.

..., Wm. S. co.,* Camden, N. J.
...oscul offers glassware bargain at ...r store today! © June 20, 1940; ...14813. 34918

...test, inc.,* New York. 34919–34921
...altest laboratory manual. Revised ed. © May 8, 1940; AA 343424.
...altest men in white contribute to ...e nation's health. © June 3, ...40; A 114857.
...altest men in white help to pro... ...ct Sealtest-supervised dairy prod...ucts. © May 6, 1940; A 114858.

...ebuck & co.,* Chicago. 34922–34937
...erica's no. 1 sale. 1940.
...anta. © May 17; AA 343685.
...ston. © May 18; AA 343688.
...icago. © May 9; AA 343690.
...llas. © May 16; AA 343682.
...nsas City. © May 16; AA 343687.
...s Angeles. © May 13; AA 343683.
...mphis. © May 16; AA 343684.
...nneapolis. © May 16; AA 343686.
...iladelphia. © May 17; AA 343689.

Seattle. © May 13; AA 343691.
Concrete machinery. © Apr. ... 1940; AA 343694.
How to decorate your home. © Ma... 26, 1940; AA 343681.
Powermaster electric plants. © Ma... 18, 1940; AA 343693.
Sears Handiman tractors for truck gardens and small acreage farms. © Mar. 25, 1940; AA 343692.
Sears record notes. © Apr. 2... 1940; AA 343402.
There's somebody at the front door. © May 7, 1940; AA 343680.

Seattle, Wash. Polk's Seattle (Washington) city directory, 1940. v. 54. © July 29, 1940; A 142880; R. L. Polk & co., Seattle. 3493...

Securities research corp.,* Boston. 34939–34941
Insurance research charts. Fire and marine insurance companies. 1940 ed. © July 25, 1940; AA 340867.
3-trend cycli-graphs. 2d semi-annual ed., July, 1940. © July 3, 1940; AA 342033.
3 trend security charts, July, 1940. 81st ed. © June 24, 1940; AA 338031.

Security plan co.,* Sabetha, Kan. Application agreement. © July 10, 1940; AA 344106. 3494...

Sedlacek, Rudolph A.,* Kingsley, Mich. Palimpsest. © July 31, 1940; AA 340371. 34943

Seefurth service,* Chicago. 34944, 34945
Seefurth service monthly supplement no. 11, July, 1940. © July 24, 1940; AA 341170.
Trusts for employees. Report no. 10. Sales suggestions. © July 19, 1940; AA 342258.

Seeing. © Jan. 8, 1940; AA 344063; Western institute of light and vision, Los Angeles. 34946

[Segner, Ellen] Dionne quints pictures to paint. [Cover by Ellen Segner; body pages by E. Horton] © Aug. 2, 1940; AA 343565; Merrill pub. co., Chicago. 34947

Seiberling rubber co.,* Akron, O. Whaddya mean, a tire with a safety valve? © July 17, Aug. 2, 1940; A 113913, 115064. 34948, 34949

[Seigel, Jerry] Superman coloring book [by Jerry Seigel and Joe Shuster] © June 24, 1940; AA 337734; Superman, inc., New York. 34950

Selavision co.,* Greensboro, N. C. If your present salary which supports you and your family were to stop . . . © Feb. 12, 1938; AA 342042. 34951

Selden, Arzeno E.,* Lansing, Mich. Selden the stratosphere man. 1940. 34952, 34953
Selected as the feature free attraction. © June 25; A 115160.
Selected as the opening free attraction. © June 25; A 115161.

Sellers, Horace B.,* Mt. Morris, Mich. Industry. Instructions. © July 16, 1940; AA 342255. 34954

Senefelder co., inc.,* New York. Senefix solution. © July 18, 1940; AA 342154. 34955

Sentry co.,* Foxborough, Mass. Sentry diamond block method of atmospheric control for hardening high speed steel. © June 13, 1940; AA 336874. 34956

Serrallés, Juan Klein. Manual de aerodinámica. © Aug. 2, 1940; A 142907; Aviation press, San Francisco. 34957

Servel, inc.,* Evansville, Ind. Servel gas refrigerator. Maintenance manual. © July 12, 1940; AA 341183. 34958

Service analysts, inc.,* New York. 34959, 34960
Bulletin no. 4006N. © July 16, 1940; AA 344044.
Use and lubrication of rubber parts in the modern automobile. © July 16, 1940; AA 344045.

Sess, Herbert Henry,* Denver. Course in mechanical drawing for high schools. © Aug. 3, 1940; AA 344450. 34961

Seven up bottling co.,* St. Louis. 34962, 34963
Don't blame the camel . . . he can't help guzzling! © July 24, 1940; A 114981.
Sky's the limit when camel's start guzzling! © June 12, 1940; A 114980.

Seven-up co.,* St. Louis. 7-up sales manual. © July 20, 1940; AA 344229. 34964

34905

Seymour, F. P.,* Chicago. Here's how to win customers and influence prospects . . give good will builders. © Aug. 2, 1940; AA 344635. 34965

Shattinger, Ada Cora. Fragments. © Aug. 1, 1940; AA 342450; Charles Shattinger, Los Angeles. 34966

Shattuck, Marquis E. Beacon lights of literature. Book 6. © Aug. 5, 1940; A 144006; Iroquois pub. co., inc., Syracuse. 34967

Shea, Mildred G. Letter writing, by M. G. Shea, Isabelle S. Forsyth, Arline M. Stirk. © June 21, 1940; AA 340163; Dominic William Baccaro, Shrewsbury, Mass. 34968

Sheaffer, W. A. pen co.,* Fort Madison, Ia. Sheaffer's Skyboy, the airplane special. © July 26, 1940; A 115056. 34969

Sheboygan, Wis. Wright's Sheboygan (Sheboygan County, Wis.) city directory, 1940, including Kohler, Plymouth, Sheboygan Falls and Sheboygan County. © July 30, 1940; A 142722; Wright directory co., Milwaukee. 34970

Sheehan, Michael, *ed.* Automotive observations. 1940. 34971–34973
No. 113. The Boogey-man! © Feb. 12; AA 340265.
No. 114. Talking shop again. © Mar. 21; AA 340266.
No. 115. History lesson. © June 14; AA 340267.
© Commercial credit co., Baltimore.

Sheldon, George E. Amateur magician. © July 18, 1940; AA 342245; Northwestern press, Minneapolis. 34974

Shepard, Frank co.,* New York. 34975–34995
Shepard's citations. June, 1940.
California. Advance sheet ed. v. 8, no. 2. © June 7; A 142103.
Illinois. v. 35, no. 2. © May 28; A 142110.
Kentucky. v. 4, no. 1. © June 4; A 142113.
Louisiana. v. 22, no. 2. © June 6; A 142115.
Massachusetts. Advance sheet ed. v. 7, no. 4. © June 21; A 142102.
Minnesota. v. 40, no. 2. © June 11; A 142114.
Missouri. v. 30, no. 2. © June 11; A 142116.

Case 2:04-cv-08400-ODW -RZ Document 347-10 Filed 07/28/08 Page 10 of 47 Page ID #:2315
Case: 13-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 94 of 318

hepard, Frank co.,* New York. 48162-

Shepard's citations. 1940.

Federal reporter. v. 30, no. 4. © Oct. 7; A 147382.

Illinois. Advance sheet ed. no. 3, Oct. © Oct. 23; A 14

Kentucky. v. 4, no. 2, Oct. © 24; A 147373.

Maryland. v. 18, no. 2, Oct. © Oct. 25; A 147371.

Michigan. v. 32, no. 2, Oct. © Oct. 14; A 147378.

Minnesota. v. 40, no. 3, Oct. © Oct. 24; A 147372.

New Hampshire. v. 25, no. 1, Oct. © Oct. 21; A 147368.

York statute. Advance sheet ...d. v. 1, no. 2, Oct. © Oct. 17; A 147366.

New York supplement. Advance sheet ed. v. 7, no. 1, Oct. © Oct. 17; A 147364.

Northeastern reporter. v. 32, no. 4, Oct. © Sept. 25; A 147377.

Ohio. Advance sheet ed. v. 7, no. 1, Oct. © Oct. 22; A 147362.

Pennsylvania Superior and lower court. v. 25, no. 4, Oct. © Oct. ...8; A 147375.

...nnsylvania Supreme court. v. ...25, no. 4, Oct. © Oct. 22; A 147379.

Southern reporter. v. 34, no. 3, Oct. © Sept. 26; A 147374.

Texas. v. ... 15; A 14...

United St... Sept. 30

...nont. ...; A 1...

Wisconsin... Oct. 16;

...epard's ... ...peals ad... 1940. ©

...epard's ...dvance ...Oct. 16, 1

...epard's ...and statutory advance sheet ... Oct., 1940. © Oct. 16, 1940; A 147367.

...epard's Pennsylvania classified topical index and table of cases. ...v. 16, no. 4, Oct., 1940. © Oct. 17, 1940; A 147380.

... Spartan... why Red ... v. 7, 1940... 48184

...ew York. ...nalysis by ... 1940. © 48185

...., Charles Howard,* Houston. Bonded citizenry. © Nov. 16, 1940; AA 350626. 48186

Sherman & Marquette, inc.,* Chicago. Stepmother. © Nov. 27, 1940; A 117087. 48187

Sherouse, Nathan G.,* Washington. Plan for a national lottery. Revised ed. © Oct. 10, 1940; AA 351531. 48188

Sherwin-Williams co.,* Cleveland. Handbook of synthetic resins. © Nov. 6, 1940; AA 351221. 48189

Sherwood bros., inc.,* Baltimore. Bowling scores of. © Nov. 11, 1940; AA 349819. 48190

Shopshur, inc.,* Bangor, Pa. 48191, 48192

Shopshur identification receipt. © Nov. 4, 1940; AA 352416.

Shopshur, the perfect service for shoppers. © Nov. 4, 1940; AA 352417.

Shoup voting machine corp.,* Philadelphia. Voice of the press. © Oct. 14, 1940; AA 351128. 48193

...hreveport, La. Brueggerhoff's Shreveport (Caddo Parish, La.) city directory, 1940. v. 32. © Nov. 6, 1940; A 146621; R. L. Polk & co., Dallas. 48194

Shreveport poetry soc.,* Shreveport, La. Red River sand. © Nov. 15, 1940; AA 350848. 48195

[Shuster, Joe] Superman coloring book. [By Joe Shuster & Jerry Siegel] © Nov. 1, 1940; AA 350409; Superman, inc., New York. 48196

Sidserf, Edward H. 48197, 48198

English vocabulary distributions converted to the general vocabulary scale for forty-two secondary schools. © June 12, 1940; AA 350388.

Index to test words of vocabulary worksamples. © Sept. 28, 1940; AA 350386.

© Johnson O'Connor, Boston.

Sifton, Edith,* Seattle. Criteria for the construction and interpretation of graphs. © Nov. 12, 1940; AA 350390. 48190

Signal. Sonderausgabe der Berliner illustrirten zeitung. nr. 6-11. © July 1, 15, 25, Aug. 10, 25, Sept. 10, 1940; A for. 46779-46782, 46688; Deutscher verlag, Berlin. 48200-48205

Silex co.,* Hartford. 48206, 48207

Exclusive Silex features. © July 15, 1940; AA 351750.

Restaurant equipment, electric and gas models. © Aug. 30, 1940; AA 351760.

Silverman, Hirsch Lazaar. Commentary on life from Paeans to the universe. © Nov. 1, 1940; AA 349838; Century house publishers, New York. 48208

Simons, Michelson co.,* Detroit. 48209-48212

A newspaper advertising service for credit jewelers.

Oct., 1940. © Sept. 26, 1940; AA 352284.

Dec., 1940. © Nov. 22, 1940; AA 351059.

AA newspaper ad service for credit jewelers.

Nov., 1940. © Oct. 25, 1940; AA 351826.

Dec., 1940. © Nov. 15, 1940; AA 351060.

Singer mfg. co.,* Elizabeth, Elizabethport, N. J. 48213-48230

Instrucciones y lista de piezas del ojalador Singer no. 121795. © Nov. 15, 1940; AA 351417.

Instructions for using and adjusting Singer sewing machines. © Nov. 2, 1940; AA 350304.

Instructions for using Singer machine 111w117. © Nov. 28, 1940; AA 352630.

Instructions for using Singer sewing machines 127-12 and 127-14. © Nov. 2, 1940; AA 349856.

Instructions for using the Singer hemstitcher and picot edger for lockstitch family sewing machines. © Oct. 30, 1940; AA 349858.

List of parts. Machine.

No. 79-101. © Nov. 15, 1940; AA 351421.

No. 79-102. © Nov. 30, 1940; AA 352631.

No. 79-103. © Dec. 5, 1940; AA 352632.

No. 99w112. © Nov. 16, 1940; AA 351419.

No. 110w151. © Nov. 22, 1940; AA 351416.

No. 111w152. © Nov. 1, 1940; AA 349857.

No. 111w153. © Nov. 13, 1940; AA 351420.

No. 111w154. © Nov. 5, 1940; AA 350303.

Nos. 176-21 and 176-22. © Nov. 6, 1940; AA 350302.

Singer 90w124. © Oct. 31, 1940; AA 349859.

Singer 90w132. © Nov. 20, 1940; AA 351415.

Singer 176-22. © Nov. 6, 1940; AA 351418.

Singer style digest, fall, winter, 1940. © Aug. 28, 1940; AA 351587.

Sisalkraft co.,* Chicago. Picture story of Sisalkraft uses. © Nov. 19, 1940; AA 351722. 48231

Sisters of Saint Joseph of Boston. Sixth reader manual, by Sisters of Saint Joseph of Boston, with Arthur I. Gates as advisor in reading method. © Dec. 10, 1940; A 147933; Macmillan co., New York. 48232

Sixth annual register of the organizations of Pasadena and vicinity. © Oct. 10, 1940; AA 351815; Turner & Stevens co., Pasadena, Calif. 48233

Skinner, Richard Dana. Trend reports. Weekly series. Weeks ended Oct. 23, 30, Nov. 6, 13, 20, 1940. Prepared and edited [by] R. D. Skinner and E. Carroll Skinner. © Oct. 30, Nov. 6, 13, 20, 27, 1940; AA 351616-351619, 352633; Townsend-Skinner & co., inc., New York. 48234-48238

Sloan, LeRoy Hendrick. Acute appendicitis. v. 7, revised pp. 623-638. [To be inserted in] Tice's practice of medicine. © Dec. 9, 1940; AA 352364; W. F. Prior co., inc., Hagerstown, Md. 48239

[Smith, Evelyn] 48240, 48241

Frame-a-puzzle cut-out book. © Dec. 6, 1940; AA 352744.

Our camp. © Nov. 8, 1940; AA 349084.

© Grinnell lithographic co., inc., New York.

Case: 13-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 95 of 318

6589 CATALOG OF COPYRIGHT ENTRIES pt. 1, n. s., v. ... no. 2 1941 BOOKS, GROUP II 6634

Shepard (Frank) co.*—Continued.
Shepard's citations—Continued.
Massachusetts. Advance sheet ed. v. 8, no. 2, Dec., 1940. © Dec. 23, 1940; A 149771.
Michigan. v. 32, no. 3, Jan., 1941. © Jan. 30, 1941; A 150206.
Missouri. v. 20, no. 4, Dec., 1940. © Jan. 7, 1941; A 149779.
New Jersey. Advance sheet ed. v. 5, no. 2, Jan., 1941. © Jan. 10, 1941; A 150193.
New York court of appeals. v. 15, no. 3, Dec., 1940. © Dec. 5, 1940; A 149768.
New York Court of appeals. Advance sheet ed. Jan., 1941. © Jan. 17, 1941; A 150200.
New York miscellaneous. v. 24, no. 4, Dec., 1940. © Nov. 29, 1940; A 149770.
New York miscellaneous. Advance sheet ed. Jan., 1941. © Jan. 17, 1941; A 150196.
New York statute. v. 1, no. 3, Dec., 1940. © Dec. 4, 1940; A 149767.
New York statute. Advance sheet ed. v. 1, no. 3, Jan., 1941. © Jan. 17, 1941; A 150198.
New York supplement. v. 28, no. 4, Dec., 1940. © Nov. 28, 1940; A 149766.
New York supplement. Advance sheet ed. v. 7, no. 2, Jan., 1941. © Jan. 17, 1941; A 150197.
New York Supreme court and statutory. v. 14, no. 4, Dec., 1940. © Dec. 11, 1940; A 149769.
New York Supreme court and statutory. Advance sheet ed. Jan., 1941. © Jan. 17, 1941; A 150199.
North Carolina. v. 28, no. 2, Dec., 1940. © Dec. 20, 1940; A 149763.
Northeastern reporter. v. 33, no. 1, Jan., 1941. © Dec. 26, 1940; A 150207.
Northwestern reporter. v. 37, no. 4, Dec., 1940. © Nov. 22, 1940; A 149782.
Ohio. v. 22, no. 4, Dec. 17, 1940. © Dec. 17, 1940; A 149765.
Ohio. Advance sheet ed. v. 7, no. 2, Jan., 1941. © Jan. 23, 1941; A 150195.
Pennsylvania Supreme court. v. 26, no. 1, Jan., 1941. © Jan. 3, 1941; A 150209.

Southeastern reporter. v. 20, no. ... Dec., 1940. © Nov. 25, 1940; ... 149783.
Tennessee. v. 27, no. 1, Dec., 194... © Dec. 19, 1940; A 149777.
United States. v. 40, no. 1, Jan... 1941. © Jan. 24, 1941; A 15021...
Utah. v. 26, no. 1, Dec., 1940. ... Nov. 26, 1940; A 149776.
Virginia. v. 30, no. 1, Jan., 194... © Jan. 8, 1941; A 150202.
West Virginia. v. 29, no. 1, Jan... 1941. © Jan. 9, 1941; A 15020...
Shepard's classified topical index an... table of cases.
Illinois. v. 14, no. 3, Dec., 1940. ... Dec. 19, 1940; A 149778.
Indiana. v. 14, no. 1, Dec., 1940... © Dec. 18, 1940; A 149780.
Pennsylvania. v. 17, no. 1, Jan... 1941. © Dec. 30, 1940; A 15020...
Table of cases which have been cite... by popular name. Federal an... state. To Jan. 1, 1941. © Nov. 14... 1940; A 149772.

Shephard (Alexander MacClellen)... Rocky River, O. Garden colorin... book. © Jan. 2, 1941; AA 355639. 658...

Sheppard (Walter Lee) jr.,* Philade... phia. Ancestry and descendants o... Thomas Stickney Evans and Sara... Ann Fifield his wife. © Nov. ... 1940; AA 354930. 659...

Sherar (Archie P.)* Wilbur, Wash... All-America official football game rec... ord. © Jan. 6, 1941; AA 355247. 659...

Sherlock & Arnold, inc.,* New York... New passenger car sales analysis b... towns and villages. Dec., 1940. ©... Jan. 30, 1941; AA 357139. 659...

Sherman & Marquette, inc.,* Chicag... Stepmother. © Jan. 24, 1941; A... 117776. 659...

Sherwin-Williams co.,* Cleveland... Sherwin-Williams paint and colo... style guide. © Jan. 2, 1941; A... 150378. 659...

Shirley (O. H.)* Minneapolis. God'... love and righteousness versus eternal... hell. © Jan. 5, 1941; AA 358016. 659...

Shoaff (Paul F.)* Dolok Merangi... Sumatra. Sumatra silhouette. ©... Nov. 16, 1940; AA 356638. 659...

158

... & ... ... 98 ... ... ... ©

... ... photo-report- ing service. © Dec. 20, 1940; AA 354093. 6599

[Siegel (Jerry)] Superman coloring book. [By Jerry Siegel and Joe Shuster] © Jan. 2, 1941; AA 355643; Superman, inc., New York. 6600

Sievers (William O.)* Denver. Lifeometer. © May 20, 1940; AA 356743. 6601

Sifrit (Constance Berniece)* Union City, N. J. Alien naturalization service bureau. © Jan. 27, 1941; AA 357185. 6602

Signal. nr. 15. Sonderausgabe der Berliner illustrirten zeitung. © Nov. 7, 1940; A for. 47177; Deutscher verlag, Berlin. 6603

Silver, Burdett co.,* New York. Guidance program for the teaching of reading. Kindergarten—grade 6. © Jan. 15, 1941; AA 356334. 6604

[[Simms] (Ethel Hays)] *illus.* Mother Goose, [by] Ethel Hays. © Jan. 2, 1941; AA 357763; Saalfield pub. co., Akron, O. 6605

Simons-Michelson co.,* Detroit. 6606–6611
A newspaper ad service for credit jewelers. Nov., 1940. © Oct. 25, 1940; AA 355014.
A newspaper advertising service for credit jewelers. © Jan. 3, 1941; AA 356572.
A newspaper advertising service for credit jewelers. Feb., 1941. © Jan. 23, 1941; AA 357181.
AA newspaper ad service for credit jewelers. Jan., Feb., 1941. © Jan. 3, 25, 1941; AA 354577, 357182.
Credit jewelers ad news. Fall market ed. 1940 fall issue. © Oct. 14, 1940; AA 355756.

Simplex brooder stove co.,* Grand Haven, Mich. Simplex brooder stoves. © Jan. 6, 1941; AA 355939. 6612

Singer mfg. co.,* Elizabeth, N. J. 6613–6621
Care and use of Singer B. R. sewing motors. © Jan. 14, 1941; AA 356952.
High speed Singer class 52–. © Nov. 5, 1940; AA 356366.
Instructions for using Singer sewing machine 46–100 for stitching sweat bands into soft felt hats. © Dec. 27, 1940; AA 354681.
List of parts.
Machine no. 19w3. © Dec. 28, 1940; AA 354678.
Machine no. 111w100. © Dec. 28, 1940; AA 354677.
Machine no. 140w1. © Dec. 28, 1940; AA 354679.
Machines nos. 175–33, 175–34, 175–38, 175–45 and 175–46. © Dec. 27, 1940; AA 354680.
Special instruction covering Singer machine 107w15. © Jan. 21, 1941; AA 357283.
2 modern high speed Singer zigzag machines 143w2 and 143w3. © Nov. 29, 1940; AA 358210.

Sisson (Hannah E.)* Dothan, Ala. Southern hospitality service. © Dec. 13, 1940; AA 357357. 6622

Sitzberger (Elizabeth)* Chicago. We are proud today in the U. S. A. © Jan. 9, 1941; AA 355139. 6623

Skinner (Richard Dana) Trend reports. Weekly series. Weeks ended Nov. 27, Dec. 4, 11, 18, 25, 1940, Jan. 1, 8, 1941. Prepared and ed. by R. D. Skinner and E. Carroll Skinner. © Dec. 4, 11, 18, 26, 1940, Jan. 2, 8, 15, 1941; AA 356955, 356953, 356956–356959, 356954; Townsend-Skinner & co., inc., New York. 6624–6630

Skinner mfg. co.,* Omaha. Skinner's one dish dinners. © Nov. 28, 1940; AA 355032. 6631

Sloan (Alfred P.) foundation, inc.,* New York. Grants-in-aid authorized publications released and financial statement. 1939. © June 14, 1940; AA 356557. 6632

Sloane-Blabon corp.,* Trenton. Linoleum and felt-base. Style leaders. 1941. © Jan. 27, 1941; AA 356763. 6633

Smith (C. N.)* Tampa, Fla. How to organize and conduct a club or association. © Jan. 9, 1941; AA 355140. 6634

159

169
19 ER 2093

R660848 (con.) Super. © 22Jun49; A33819. Donald E. Super (A); 6Apr77; R660848.

R660849. Derbies are sale. By Bernard DeVoto. (In Woman's day, Nov. 1949) © 10Oct49; B213326. Avis DeVoto (W); 27May77; R660849.

R660851. Husbands and lovers. Editor: Elizabeth Abell & Joseph Greene. NM: anthology. © 7Dec49; A41484. Elizabeth Abell (A); 25Apr77; R660851.

R660854. Roosevelt and Hopkins; an intimate history. By Robert E. Sherwood. NM: foreword, additions & revisions. © 15Mar50; A41914. Madeline Sherwood (Mrs. Robert E. Sherwood) (W); 13Apr77; R660854.

R660872. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lovell (NA) sun, Aug. 1, 1949) © 1Aug49; B5-15462. DC Comics, Inc. (PWH); 18May77; R660872.

R660873. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lovell (NA) sun, Aug. 2, 1949) © 2Aug49; B5-15463. DC Comics, Inc. (PWH); 18May77; R660873.

R660874. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lovell (NA) sun, Aug. 3, 1949) © 3Aug49; B5-15464. DC Comics, Inc. (PWH); 18May77; R660874.

R660875. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lovell (NA) sun, Aug. 4, 1949) © 4Aug49; B5-15465. DC Comics, Inc. (PWH); 18May77; R660875.

R660876. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lovell (NA) sun, Aug. 5, 1949) © 5Aug49; B5-15466. DC Comics, Inc. (PWH); 18May77; R660876.

R660877. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lovell (NA) sun, Aug. 6, 1949) © 6Aug49; B5-15467. DC Comics, Inc. (PWH); 18May77; R660877.

R660878. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In New York Sunday mirror, Aug. 7, 1949) © 7Aug49; B5-15468. DC Comics, Inc. (PWH); 18May77; R660878.

R660879. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lovell (NA) sun, Aug. 8, 1949) © 8Aug49; B5-15469. DC Comics, Inc. (PWH); 18May77; R660879.

R660880. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lowell (NA) sun, Aug. 9, 1949) © 9Aug49; B5-15470. DC Comics, Inc. (PWH); 18May77; R660880.

R660881. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lowell (NA) sun, Aug. 10, 1949) © 10Aug49; B5-15471. DC Comics, Inc. (PWH); 18May77; R660881.

R660882. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lowell (NA) sun, Aug. 11, 1949) © 11Aug49; B5-15472. DC Comics, Inc. (PWH); 18May77; R660882.

R660883. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lowell (NA) sun, Aug. 12, 1949) © 12Aug49; B5-15473. DC Comics, Inc. (PWH); 18May77; R660883.

R660884. Superman. By National Comics Publications, Inc. & Harry Donenfeld. (In Lowell (NA) sun, Aug. 13, 1949) © 13Aug49; B5-15474. DC Comics, Inc. (PWH); 18May77; R660884.

R660885. Cooperative literary comprehension and appreciation test. Form R. © 3Mar50; AA143832. Educational Testing Service (PWH); 16May77; R660885.

R660886. Cooperative English test. Test B1: effectiveness of expression (lower level) Form Y. © 3Mar50; AA143833. Educational Testing Service (PWH); 16May77; R660886.

R660887. Cooperative English test. Test C1: reading comprehension (lower level) Form R. © 3Mar50; AA143834. Educational Testing Service (PWH); 16May77; R660887.

R660888. United States Military Academy aptitude test. Form YWP-1950. © 7Mar50; AA144420. Educational Testing Service (PWH); 16May77; R660888.

R660889. United States Military Academy special examination in United States history. Form YWP-1950. © 7Mar50; AA144421. Educational Testing Service (PWH); 16May77; R660889.

R660890. United States Military Academy regular and validating examination in mathematics. Form YWP-1950. © 8Mar50; AA144422. Educational Testing Service (PWH); 16May77; R660890.

R660891. United States Military Academy regular and validating examination in English. Form YWP-1950. © 8Mar50; AA144423. Educational Testing Service (PWH); 16May77; R660891.

R660892. Advanced examination in chemistry. Form YAC. © 8Mar50; AA144424. Educational Testing Service (PWH); 16May77; R660892.

R660893. Advanced examination in mathematics. Form YAC. © 8Mar50; AA144425. Educational Testing Service (PWH); 16May77; R660893.

R660894. Advanced examination in biology. Form YAC. © 8Mar50; AA144426. Educational Testing Service (PWH); 16May77; R660894.

R660895. Advanced examination in physics. Form YAC. © 8Mar50; AA144427. Educational Testing Service (PWH); 16May77; R660895.

R660896. College Entrance Examination Board English composition, YAC2. © 11Mar50; AA144456. Educational Testing Service (PWH); 16May77; R660896.

R660897. College Entrance Exa Italian and Greek test © 11Mar50; AA144457. Service (PWH); 16May7

R660898. College Entrance Exa achievement tests. Fo AA144458. Educational (PWH); 16May77; R660

R660899. College Entrance Exa scholastic aptitude te mathematical sections) AA144459. Educational (PWH); 16May77; R660

R660900. College Entrance Exa scholastic aptitude te mathematical sections) AA144460. Educational (PWH); 16May77; R660

R660901. College Entrance Exa scholastic aptitude te mathematical sections) AA144461. Educational (PWH); 16May77; R660

R660902. College Entrance Exa scholastic aptitude te mathematical sections) AA144462. Educational (PWH); 16May77; R660

R660903. College Entrance Exa scholastic aptitude te mathematical sections) AA144463. Educational (PWH); 16May77; R660

R660904. College Entrance Exa scholastic aptitude te mathematical sections) AA144464. Educational (PWH); 16May77; R660

R660905. College Entrance Ex scholastic aptitude t mathematical sections) AA144465. Educationa (PWH); 16May77; R66

R660906. College Entrance Ex scholastic aptitude t mathematical sections AA144466. Educationa (PWH); 16May77; R66

R660907. College Entrance Ex scholastic aptitude t mathematical sections AA144467. Educationa (PWH); 16May77; R66

R660908. College Entrance Ex scholastic aptitude t mathematical sections © 11Mar50; AA144468. Service (PWH); 16May

R660909. College Entrance Ex scholastic aptitude t mathematical sections © 11Mar50; AA144469. Service (PWH); 16May

R660910. College Entrance E scholastic aptitude mathematical section

(cont.) AA122232. West Publishing Company (PWH); 7Jul76; R640378.

R640379. Atlantic digest. Vol. 1-35. 1949 cumulative annual pocket part. © 29Jun49; AA122233. West Publishing Company (PWH); 7Jul76; R640379.

R640380. West's Ohio digest, 1803 to date. Vol. 5. © 24Jun49; AA122234. West Publishing Company (PWH); 7Jul76; R640380.

R640381. Iowa rules of civil procedure. 1949 cumulative pocket part. By Wayne G. Cook. © 30Jun49; AA122427. West Publishing Company (PWH); 7Jul76; R640381.

R640382. Smith-Hurd Illinois annotated statutes; permanent ed. June 1949 cumulative pamphlet. By West Publishing Company & Burdette Smith Company, employers for hire. © 24Jun49; AA122428. West Publishing Company (PWH); 7Jul76; R640382.

R640383. New Jersey statutes annotated; permanent ed. June 1949 cumulative pamphlet. © 28Jun49; AA122429. West Publishing Company (PWH); 7Jul76; R640383.

R640384. Purdon's Pennsylvania legislative service, 1949. No. 4. © 23Jun49; AA122430. West Publishing Company (PWH); 7Jul76; R640384.

R640385. Waltzinger's New Jersey practice under the rules. Vol. 1-2. 1949 pocket part. By Fredrick J. Waltzinger. © 3May49; AA121548. West Publishing Company (PWH); 7Jul76; R640385.

R640386. Federal digest; cumulative table of cases affirmed, reversed or modified. NM: revisions & additions. © 31May49; AA121549. West Publishing Company (PWH); 7Jul76; R640386.

R640387. Corpus juris 1949 annotations. By the American Law Book Company, employer for hire. © 13Jun49; AA123942. West Publishing Company (PWH); 7Jul76; R640387.

R640548. Little Squire Jim. By Robert K. Marshall. © 8Mar49; A30788. Robert K. Marshall (A); 1Sep76; R640548.

R640549. Basic theory: administration and application of activity vector analysis. By Walter Vernon Clarke. © 15Jun49; A34268. Walter Vernon Clarke (A); 1Sep76; R640549.

R640558. Sun Valley recipe book. By John K. Donabedian. © 20Aug49; AA129358. John K. Donabedian (A); 2Sep76; R640558.

R640559. This same flower. By Jeannette Covert Nolan. © 30Sep48; A25879. Val Nolan, Jr., Kathleen Nolan Lobley & Alan T. Nolan(C); 2Sep76; R640559.

R640597. Uniform buttons. Vol. 1-2. By David F. Johnson. © 10Oct48; A27925. Century House (PWH); 9Sep76; R640597.

R640601. ABC's of childbearing. By Donita Ferguson. (In Today's woman, Oct. 1948) © 24Sep48; B157902. Donita Ferguson (A); 30Aug76; R640601.

R640602. The Golden trumpet. By Aaron Kramer. © 22Aug49; AA133543. Aaron Kramer (A); 13Sep76; R640602.

R640603. The Home book of trees and shrubs: a complete guide to the design, care, and planting of the home grounds, with information on lawns, etcetera. By J. J. Levison. NM: revisions & additions. © 12Apr49; A31863. Myrtle Powell Lader Levison (W); 10Sep76; R640603.

R640604. Macoy's Star songs set to familiar tunes. By William L. Nissenson. © 12Apr48; AA79809. Macoy Publishing and Masonic Supply Company, Inc. (PWH); 1Apr76; R640604.

R640605. The Lost art of profanity. By Burgess Johnson, foreword by Henry Louis Mencken, illustrator: Orson Lowell. © 13Sep48; A25719. Mercantile-Safe Deposit and Trust Company (E of Henry Louis Mencken); 2Sep76; R640605.

R640606. Verbs new and old. By Henry Louis Mencken. (In American speech, Feb. 1948) © 2Sep48; B154272. Mercantile-Safe Deposit and Trust Company (E); 23Aug76; R640606.

R640607. Postscripts to the American language. By Henry Louis Mencken. (In The New Yorker, Sept. 25, 1948) © 23Sep48; B154854. Mercantile-Safe Deposit and Trust Company (E); 23Aug76; R640607.

R640608. Mencken in gloomy mood, view of candidates leaves him uninspired. By Henry Louis Mencken. (In The Baltimore sun, Sept. 22, 1948) © 22Sep48; B5-7247. Mercantile-Safe Deposit and Trust Company (E); 23Aug76; R640608.

R640614. Back in town. By Frederick Nebel. (In Liberty, Oct, 1948) © 20Oct48; B159619. Dorothy B. Nebel (W); 27Jul76; R640614.

R640640. You can call it a day. The Man nobody saw. By Peter Cheyney. © 20Apr49, AI-2304; 25Aug49, A35296. William Collins (E); 1Sep76; R640640.

R640656. Vogue patterns. Pamphlet, Aug. 15 collection. By Ruth Seder Cooke. © 8Jul49; AA122465. The Conde Nast Publications, Inc. (PWH); 2Aug76; R640656.

R640657. Junior Vogue patterns. Catalogue, Sept. 1949. By Ruth Seder Cooke. © 25Jul49; AA123811. The Conde Nast Publications, Inc. (PWH); 2Aug76; R640657.

R640658. Vogue patterns. Catalogue, Sept. 1949. By Ruth Seder Cooke. © 25Jul49; AA123812. The Conde Nast Publications, Inc. (PWH); 2Aug76; R640658.

R640659. Vogue patterns. Pamphlet, Sept. 1 collection. By Ruth Seder Cooke. © 25Jul49; AA123823. The Conde Nast Publications, Inc. (PWH); 2Aug76; R640659.

R640671. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 28, 1949) © 28Feb49; B5-11381. DC Comics, Inc. (PWH); 3Sep76; R640671.

R640672. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 26, 1949) © 26Feb49; B5-11383. DC Comics, Inc. (PWH); 3Sep76; R640672.

R640673. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 25, 1949) © 25Feb49; B5-11384. DC Comics, Inc. (PWH); 3Sep76; R640673.

R640674. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 24, 1949) © 24Feb49; B5-11385. DC Comics, Inc. (PWH); 3Sep76; R640674.

R640675. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 22, 1949) © 22Feb49; B5-11387. DC Comics, Inc. (PWH); 3Sep76; R640675.

R640676. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 21, 1949) © 21Feb49; B5-11388. DC Comics, Inc. (PWH); 3Sep76; R640676.

R640677. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Sunday mirror, New York, Feb. 20, 1949) © 20Feb49; B5-11389. DC Comics, Inc. (PWH); 3Sep76; R640677.

R640678. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 19, 1949) © 19Feb49; B5-11390. DC Comics, Inc. (PWH); 3Sep76; R640678.

R640679. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 18, 1949) © 18Feb49; B5-11391. DC Comics, Inc. (PWH); 3Sep76; R640679.

R640680. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 17, 1949) © 17Feb49; B5-11392. DC Comics, Inc. (PWH); 3Sep76; R640680.

R640681. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 16, 1949) © 16Feb49; B5-11393. DC Comics, Inc. (PWH); 3Sep76; R640681.

R640682. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 15, 1949) © 15Feb49; B5-11394. DC Comics, Inc. (PWH); 3Sep76; R640682.

R640683. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 14, 1949) © 14Feb49; B5-11395. DC Comics, Inc. (PWH); 3Sep76; R640683.

R640684. Superman. By National Comics Pub-

R640684 (con.) lications, Inc., Harry Donenfeld, president. (In Sunday mirror, New York, Feb. 13, 1949) © 13Feb49; B5-11396. DC Comics, Inc. (PWH); 3Sep76; R640684.

R640685. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 12, 1949) © 12Feb49; B5-11397. DC Comics, Inc. (PWH); 3Sep76; R640685.

R640686. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 11, 1949) © 11Feb49; B5-11398. DC Comics, Inc. (PWH); 3Sep76; R640686.

R640687. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Oakland (CA) post enquirer, Feb. 10, 1949) © 10Feb49; B5-11399. DC Comics, Inc. (PWH); 3Sep76; R640687.

R640688. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 09, 1949) © 9Feb49; B5-11400. DC Comics, Inc. (PWH); 3Sep76; R640688.

R640689. Superman. (In San Bernardino (CA) telegram, Jan. 01, 1949) © 1Jan49; B5-9579. National Periodical Publications, Inc. (PWH); 11Aug76; R640689.

R640690. Superman. (In Sunday mirror, New York, Jan. 02, 1949) © 2Jan49; B5-9580. National Periodical Publications, Inc. (PWH); 11Aug76; R640690.

R640691. Superman. (In Lowell (MA) sun, Jan. 03, 1949) © 3Jan49; B5-9581. National Periodical Publications, Inc. (PWH); 11Aug76; R640691.

R640692. Superman. (In Lowell (MA) sun, Jan. 04, 1949) © 4Jan49; B5-9582. National Periodical Publications, Inc. (PWH); 11Aug76; R640692.

R640693. Superman. (In Lowell (MA) sun, Jan. 05, 1949) © 5Jan49; B5-9583. National Periodical Publications, Inc. (PWH); 11Aug76; R640693.

R640694. Superman. (In Lowell (MA) sun, Jan. 06, 1949) © 6Jan49; B5-9584. National Periodical Publications, Inc. (PWH); 11Aug76; R640694.

R640695. Superman. (In Lowell (MA) sun, Jan. 07, 1949) © 7Jan49; B5-9585. National Periodical Publications, Inc. (PWH); 11Aug76; R640695.

R640696. Superman. (In Lowell (MA) sun, Jan. 08, 1949) © 8Jan49; B5-9586. National Periodical Publications, Inc. (PWH); 11Aug76; R640696.

R640697. Superman. (In Sunday mirror, New York, Jan. 09, 1949) © 9Jan49; B5-9587. National Periodical Publications, Inc. (PWH); 11Aug76; R640697.

R640698. Superman. (In Lowell (MA) sun, Jan. 10, 1949) © 10Jan49; B5-9588. National Periodical Publications, Inc. (PWH); 11Aug76; R640698.

R640699. Superman. (In Lowell (MA) sun, Jan. 11, 1949) © 11Jan49; B5-9589. National Periodical Publications, Inc. (PWH); 11Aug76; R640699.

R640700. Superman. (In Lowell (MA) sun, Jan. 12, 1949) © 12Jan49; B5-9590. National Periodical Publications, Inc. (PWH); 11Aug76; R640700.

R640701. Superman. (In Lowell (MA) sun, Jan. 13, 1949) © 13Jan49; B5-9591. National Periodical Publications, Inc. (PWH); 11Aug76; R640701.

R640702. Superman. (In Lowell (MA) sun, Jan. 14, 1949) © 14Jan49; B5-9592. National Periodical Publications, Inc. (PWH); 11Aug76; R640702.

R640703. Superman. (In Lowell (MA) sun, Jan. 15, 1949) © 15Jan49; B5-9593. National Periodical Publications, Inc. (PWH); 11Aug76; R640703.

R640704. Superman. (In Sunday mirror, New York, Jan. 16, 1949) © 16Jan49; B5-9594. National Periodical Publications, Inc. (PWH); 11Aug76; R640704.

R640705. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 31, 1949) © 31Jan49; B5-11409. National Periodical Publications, Inc. (PWH); 11Aug76; R640735.

R640706. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Sunday mirror, New York, Jan. 30, 1949) © 30Jan49; B5-11410. National Periodical Publications, Inc. (PWH); 11Aug76; R640706.

R640707. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 29, 1949) © 29Jan49; B5-11411. National Periodical Publications, Inc. (PWH); 11Aug76; R640707.

R640708. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 28, 1949) © 28Jan49; B5-11412. National Periodical Publications, Inc. (PWH); 11Aug76; R640738.

R640709. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 27, 1949) © 27Jan49; B5-11413. National Periodical Publications, Inc. (PWH); 11Aug76; R640739.

R640710. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 26, 1949) © 26Jan49; B5-11414. National Periodical Publications, Inc. (PWH); 11Aug76; R640710.

R640711. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 25, 1949) © 25Jan49; B5-11415. National Periodical Publications, Inc. (PWH); 11Aug76; R640711.

R640712. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 24, 1949) © 24Jan49; B5-11416. National Periodical Publications, Inc. (PWH); 11Aug76; R640712.

R640713. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Sunday mirror, New York, Jan. 23, 1949) © 23Jan49; B5-11417. National Periodical Publications, Inc. (PWH); 11Aug76; R640713.

R640714. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 22, 1949) © 22Jan49; B5-11418. National Periodical Publications, Inc. (PWH); 11Aug76; R640714.

R640715. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 21, 1949) © 21Jan49; B5-11419. National Periodical Publications, Inc. (PWH); 11Aug76; R640715.

R640716. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 20, 1949) © 20Jan49; B5-11420. National Periodical Publications, Inc. (PWH); 11Aug76; R640716.

R640717. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 19, 1949) © 19Jan49; B5-11421. National Periodical Publications, Inc. (PWH); 11Aug76; R640717.

R640718. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 18, 1949) © 18Jan49; B5-11422. National Periodical Publications, Inc. (PWH); 11Aug76; R640718.

R640719. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Jan. 17, 1949) © 17Jan49; B5-11423. National Periodical Publications, Inc. (PWH); 11Aug76; R640719.

R640720. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 08, 1949) © 8Feb49; B5-11401. National Periodical Publications, Inc. (PWH); 3Sep76; R640720.

R640721. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 07, 1949) © 7Feb49; B5-11402. National Periodical Publications, Inc. (PWH); 3Sep76; R640721.

R640722. Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Sunday mirror, New York, Feb. 06, 1949) © 6Feb49; B5-11403. National Periodical Publications, Inc. (PWH); 3Sep76; R640722.

R640723. Superman. By National Comics Pub-

R640723 (con.)
lications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 05, 1949) © 5Feb49; B5-11404. National Periodical Publications, Inc. (PWH); 3Sep76; R640723.

R640724.
Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 04, 1949) © 4Feb49; B5-11405. National Periodical Publications, Inc. (PWH); 3Sep76; R640724.

R640725.
Superman. By National Comics Publications, Inc., Harry Donenfeld, president. (In Lowell (MA) sun, Feb. 03, 1949) © 3Feb49; B5-11406. National Periodical Publications, Inc. (PWH); 3Sep76; R640725.

R640726.
Superman. By National Comics Publications, Inc. (In Lowell (MA) sun, Feb. 02, 1949) © 2Feb49; B5-11407. National Periodical Publications, Inc. (PWH); 3Sep76; R640726.

R640727.
Superman. By National Comics Publications, Inc. (In Lowell (MA) sun, Feb. 01, 1949) © 1Feb49; B5-11408. National Periodical Publications, Inc. (PWH); 3Sep76; R640727.

R640728.
A circus of our own. By Irmengarde Eberle. © 7Sep48; A25409. Irmengarde Eberle (A); 1Sep76; R640728.

R640729.
The Flesh and Mary Duncan. By Monte Sohn. © 7Sep48; A25412. Mrs. Monte Sohn (W); 1Sep76; R640729.

R640730.
Royal gorge. By Peter Dawson, pseud. of Jonathan H. Glidden. © 7Sep48; A25413. Dorothy Ewing (W of Peter Dawson, pen name of Jonathan H. Glidden); 1Sep76; R640730.

R640731.
Mostly California. By Don Blanding. © 7Sep48; A25414. Security-First National Bank of Los Angeles (E); 1Sep76; R640731.

R640743.
Toasted English. Tory heaven. By Marghanita Laski (Marghanita Laski Howard) Pub. abroad 29Apr48, AI-1733. © 26Apr49; A32327. Marghanita Laski Howard (A); 9Aug76; R640743. (Both reg. entered under British Proclamation of 10Mar44)

R640758.
Tomorrow never comes. By Frank O'Rourke. (In Saturday evening post, Jan. 01, 1949) © 29Dec48; B172752. Frank O'Rourke (A); 7Apr76; R640758.

R640759.
Cold water and cherry pie. By Frank O'Rourke. (In Esquire, Feb. 1949) © 7Jan49; B176442. Frank O'Rourke (A); 7Apr76; R640759.

R640760.
The Last pitch. By Frank O'Rourke. (In Saturday evening post, Mar. 19, 1949) © 16Mar49; B182646. Frank O'Rourke (A); 7Apr76; R640760.

R640762.
Keep the wagons moving. By West Lathrop, pseud. of Dorothy West Lathrop, illustrator: Douglas Duer. © 20Jan49; A29315. Hartford National Bank and Trust Company (E of West Lathrop) & Random House, Inc. (PWH of Douglas Duer); 25Jun76; R640762.

R640763.
House of storm. By Mignon G. Eberhart. Condensed version prev. pub. in Ladies home journal, Mar. 1949 issue. NM: revisions & additions. © 16Apr49; A32240. Mignon G. Eberhart (A); 25Jun76; R640763.

R640764.
A Mencken chrestomathy. Edited & annotated by Henry Louis Mencken. © 1Jun49; A33402. Mercantile-Safe Deposit and Trust Company (E); 25Jun76; R640764.

R640765.
House of storm. By Mignon G. Eberhart. (In Ladies' home journal, Mar. 1949) © 25Feb49; B179664. Mignon G. Eberhart (A); 25Jun76; R640765.

R640766.
Pleasure island. By W. H. Auden. (In Commentary, May 1949) © 29Apr49; B189024. Maurice K. Spears & William Meredith (E); 25Jun76; R640766.

R640767.
The Managers. By W. H. Auden. (In The Reporter, May 10, 1949) © 3May49; B191112. Maurice K. Spears & William Meredith (E); 25Jun76; R640767.

R640768.
Theologia Germanica. Translation of introd. & notes by Willard Trask. NM: translation of introd. & notes. © 12May49; A32690. Random House, Inc. (PWH); 9Aug76; R640768.

R640769.
New day. By Victor Stafford Reid. © 14Feb49; A30141. Victor Stafford Reid (A); 9Aug76; R640769.

R640770.
The Track of the cat. By Walter Van Tilburg Clark. © 9May49; A32644. Robert Morse Clark (C); 9Aug76; R640770.

R640771.
A Rage to live. By John O'Hara. © 28Jul49; A34607. Wylie O'Hara Doughty (C); 9Aug76; R640771.

R640772.
French self-taught. By Francisco Ibarra & Armand Gregoire. © 22Jun49; A34395. Francisco Ibarra & Armand Gregoire (A); 9Aug76; R640772.

R640773.
The Wisdom of Catholicism. Pref., introd., notes, translation, various selections by Anton C. Pegis. © 24Jun49; A34397. Anton C. Pegis (A); 9Aug76; R640773.

R640774.
Love in a cold climate. By Nancy Mitford (Mrs. Peter Rodd) © 21Jun49; A34398. Nancy Mitford (A); 9Aug76; R640774.

R640775.
Second rater. By Lee Knight. (In American girl, July 1949) © 22Jun49; B197863. Random House, Inc. (PWH); 9Aug76; R640775.

R640776.
Plow culture and hoe culture: a study in contrasts. By Oscar Lewis. (In Rural sociology, June 1949) © 28Jun49; B198578. Ruth M. Lewis (W); 9Aug76; R640776.

R640785.
Marriage '48. By Vera Caspary. (In Collier's magazine, Sept. 18, 1948) © 10Sep48; B153444. Vera Caspary (A); 2Sep76; R640785.

R640786.
Marriage '48. By Vera Caspary. (In Collier's magazine, Sept. 25, 1948) © 17Sep48; B154469. Vera Caspary (A); 2Sep76; R640786.

R640787.
Marriage '48. By Vera Caspary. (In Collier's magazine, Oct. 02, 1948) © 24Sep48; B154689. Vera Caspary (A); 2Sep76; R640787.

R640788.
Marriage '48. By Vera Caspary. (In Collier's magazine, Oct. 09, 1948) © 1Oct48; B155928. Vera Caspary (A); 2Sep76; R640788.

R640789.
Marriage '48. By Vera Caspary. (In Collier's magazine, Oct. 16, 1948) © 8Oct48; B158489. Vera Caspary (A); 2Sep76; R640789.

R640799.
Bugs Bunny, super sleuth. By Warner Brothers Cartoons, Inc. © 14Sep48; AA100624. Warner Brothers, Inc. (PWH); 3Sep76; R640799.

R640800.
Bugs Bunny and Klondike gold. By Warner Brothers Cartoons, Inc. © 17Sep48; AA102568. Warner Brothers, Inc. (PWH); 3Sep76; R640800.

R640801.
Bugs Bunny. By Warner Brothers Cartoons, Inc. (In NEA service weekly, Sept. 06, 1948) © 6Sep48; B5-7679. Warner Brothers, Inc. (PWH); 3Sep76; R640801.

R640802.
Bugs Bunny. By Warner Brothers Cartoons, Inc. (In NEA service weekly, Sept. 13, 1948) © 13Sep48; B5-7680. Warner Brothers, Inc. (PWH); 3Sep76; R640802.

R640803.
Bugs Bunny. By Warner Brothers Cartoons, Inc. (In NEA service weekly, Sept. 20, 1948) © 20Sep48; B5-7681. Warner Brothers, Inc. (PWH); 3Sep76; R640803.

R640804.
Bugs Bunny. By Warner Brothers Cartoons, Inc. (In NEA service weekly, Sept. 27, 1948) © 27Sep48; B5-7682. Warner Brothers, Inc. (PWH); 3Sep76; R640804.

R640805.
Bugs Bunny. By Warner Brothers Cartoons, Inc. (In NEA service weekly, Oct. 04, 1948) © 4Oct48; B5-7683. Warner Brothers, Inc. (PWH); 3Sep76; R640805.

R640806.
Bugs Bunny. By Warner Brothers Cartoons, Inc. (In NEA service weekly, Oct. 11, 1948) © 11Oct48; B5-7684. Warner Brothers, Inc. (PWH); 3Sep76; R640806.

R640807.
Bugs Bunny. By Warner Brothers Cartoons, Inc. (In NEA service weekly, Oct. 18, 1948) © 18Oct48; B5-7685. Warner Brothers, Inc. (PWH); 3Sep76; R640807.

R640808.
Bugs Bunny. By Warner Brothers Cartoons, Inc. (In NEA service weekly, Oct. 25, 1948) © 25Oct48; B5-7686.

Case: 12-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 100 of 318

# EXHIBIT X

174

ER 2098

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

JEROME SIEGEL and JOSEPH SHUSTER, :

Plaintiffs, :

-against- :

NATIONAL PERIODICAL PUBLICATIONS, INC., JACOB S. LIEBOWITZ, IRWIN DONENFELD and PAUL H. SAMPLINER, :

Defendants. :

- - - - - - - - - - - - - - - - - - - - x

69 Civ. 1429

AFFIDAVIT

STATE OF CALIFORNIA )
: ss.:
COUNTY OF LOS ANGELES )

JEROME SIEGEL, being duly sworn, deposes and says: I am one of the plaintiffs and submit this affidavit in opposition to the defendants' motion for summary judgment.

Superman In Years Prior To Our Association With Detective Comics

In 1933 Joe Shuster, my co-plaintiff, and I, put Superman in form suitable for comic book publication. In about mid-1934 we directed our attention to the newspaper comic strip market. More particularly, we prepared one week of daily strips, the art work for which was completely inked. These strips, sufficient for a six day newspaper run, were in all respects ready for reproduction and ultimate publication.

We also prepared three additional weeks of "Superman" newspaper comic strip material. These differed from the first week's material only in that the art work, dialogue and the balloons in which the dialogue appeared had not been inked,

EXHIBIT H

a step essential for reproduction. In all other respects the additional three weeks of strips were ready for publication. In all material the characters were drawn and the story continuity and dialogue were set.

In addition, I prepared a synopsis of the story continuity appearing in the three weeks of penciled daily strips. Because we did not want to risk the loss of all the art work we had done, either through the mails or a failure to return it, the synopsis was sent to prospective out-of-town newspaper syndicates and publishers, in lieu of the three weeks of penciled strips, together with the first week of inked strips. The synopsis just described is annexed as Exhibit A.

All of this had been done more than three years before Joe Shuster and I had any contact with the defendant's predecessor, Detective Comics, Inc.

The Superman material was taken by us to a number of prospective purchasers. It is not true as the defendants state, that the property was uniformly rejected. In 1935 Malcolm Wheeler-Nicholson, a publisher of comic books, expressed interest in Superman and tried to persuade us that the property would be more successful if published in comic book form where it would be seen in color, than it would be in a black and white daily strip. Our experience with him had been such that we did not consider him the publisher to entrust with the property and his proposal was rejected. A copy of his proposal is annexed as Exhibit B.

<u>Our Association With Detective Comics</u>

In 1936 and 1937 Joe Shuster was doing the art work and I was writing the continuity for several comic strips

two of which in 1937 appeared in Detective Comics. This arrangement called for the strips upon which we collaborated to be submitted to the publisher of Detective Comics, Mr. Wheeler-Nicholson, and we were paid by him. In 1937 Mr. Wheeler-Nicholson had an interest in Detective Comics.

Toward the end of 1937 the publisher fell behind in its payments for the strips we supplied. Early in December of 1937 I received a letter from Mr. Liebowitz, who introduced himself as the half owner and treasurer of Detective Comics. Mr. Liebowitz proposed that Detective Comics assume the publisher's obligation of paying the money due us for the strips we furnished for publication in Detective Comics. In return he wanted us to sign a contract which would assure him of receiving art work and continuity for these specific features for a length of time to be agreed upon.

In response I came to New York and executed the agreement annexed to the defendants' answer as Exhibit "B". The agreement related specifically to two features we were doing which were published by Detective called "Slam Bradley" and "The Spy". I was told to return to Cleveland, have Joe Shuster execute the agreement, and then mail it to Mr. Liebowitz in New York. With the agreement I enclosed a letter, a copy of which has been annexed to Mr. Wallace's affidavit as Exhibit 1. Contrary to his suggestion, my letter does not indicate that we regarded Detective as our employer whose direction we would follow with respect to any new strip. I would have written and had in the past written, the same type of letter to any publisher I was trying to interest in my work. I considered Detective as a potential market only.

Later on in December of 1937 I wrote to a Mr. Gaines at McClure Syndicate (McClure was a newspaper syndicate to whom I submitted properties, including Superman) and referred to two strips I was submitting for consideration by McClure: "Snoopy and Smiley" and "Reggie Van Twerp". In that same letter I asked Mr. Gaines to consider as well certain features I had submitted to Detective for possible use in Action Comics. I told Mr. Gaines that he should feel free to visit Detective's offices and examine this material himself. A copy of this letter is annexed as Exhibit "C".

Detective, I am sure, was aware of the foregoing but never expressed any reservation or took exception to it. Clearly, neither we nor Detective regarded our relationship as one of employer-employee.

Earlier in this affidavit I stated that "Superman" had been submitted to McClure. McClure did not, as Mr. Wallace states, reject Superman, rather it decided not to proceed at that time with its proposed syndicated newspaper.

Early in 1938 Mr. Gaines informed me that it might be a good idea to furnish Detective with the "Superman" material I left with him. This, to my best recollection, consisted of the one week's supply of inked daily strips and three weeks of penciled strips. Mr. Gaines sought my permission to furnish this Superman material to Detective and I gave that permission.

At no time did Detective direct or even request that this material be revised. In fact it was published as we submitted it. The Wallace affidavit makes much of the fact that the number of panels per page were of interest to editor

Vin Sullivan. This was the most inconsequential of considerations, his only concern being that there be enough panels per page to make a thirteen page feature. Detective had its own internal policy regarding the number of panels that were to appear on each page and may have been concerned by the "Superman" format we submitted. Some of our panels were narrow and others rather large. But in any event the number of panels per page assumed but minor importance.

It must be remembered, too, that we had no responsibility to Detective regarding "Superman". We could well have ignored its requests and placed the property elsewhere. Indeed, we were under no obligation to submit it to Detective in the first instance.

The Sullivan letters, to which Mr. Wallace makes constant reference, merely reflect normal editorial correspondence and this the defendants know. There simply can be no question about that.

Upon receiving word from Detective that we could proceed, Joe Shuster, under my supervision, inked the illustrations, lettering and dialogue balloons in the three weeks of daily strips that had been previously penciled. In addition, he trimmed certain pictures to meet Detective's panel specifications and extended others. To assure ourselves of having the proper number of panels we added several pictures to illustrate the story continuity, I had already written. Added as well for this reason was the scientific explanation on page 1 of the release and the last panel at the foot of page 13. These minor additions were done on our initiative without any assistance or direction from Detective.

Because we were under the pressure of an early deadline, Mr. Shuster had time only to retouch or cover the chemically produced Ben Day dots effect on Superman's costume with a fine line shading. These darker tones were clearly evident when "Superman" first appeared in Action Comics. This should be conclusive proof that "Superman" was published in the form it was submitted to Detective. How the defendants can say, as they do at pages 17 and 18 of their memorandum of law, that drawings of Superman made by plaintiffs before they became involved with Detective were never used or published is something I just cannot understand.

My attorneys advise me that to an affidavit prepared by them there will be annexed a copy of the thirteen page "Superman" release which appeared in the first issue of Action Comics. This can be compared with the first week of inked daily strips which was marked as an exhibit at my examination before trial and compared with the synopsis, Exhibit "A" to the affidavit, and it will readily be seen that Superman as rendered by Joe Shuster and I, years before our association with Detective, was in fact used in that first issue of Action Comics.

Following the inking, trimming, etc. Mr. Shuster cut the panels prepared for newspaper form and pasted them in a form suitable for a comic magazine. These were then returned to Detective.

The events just narrated have been previously reported in certain national media. For example, in "Up, Up and Awa-a-y!" an article by John Kobler published in the June 21, 1941 issue of the Saturday Evening Post, the author stated:

> Without great enthusiasm Donenfeld asked Siegel and Shuster to paste up their original strips into a single thirteen-page story and offered them ten dollars a page.

Reference is made to this article lest it be thought that our version is of but recent vintage.

The March 1, 1938 Release

This document, Exhibit A to the defendants' answer, was sent to us for execution after "Superman" had been submitted to Detective for publication but prior to its actual publication. Accompanying the document was a letter dated March 1, 1938 from Mr. Liebowitz which in part read as follows: I am also enclosing a form of release for your feature entitled "Superman", which is scheduled for our new book ACTION COMICS. Will you please have same signed by yourself and Mr. Schuster and return to us. As soon as we can get ourselves adjusted, I will prepare releases for all your features now appearing in our magazines. I have no knowledge of what releases you may have signed for Major Nicholson and as long as we have taken over these magazines, we would like them conducted in a more business-like manner. Therefore, I think you will agree that releases are necessary.

I think these magazine properly managed can grow and the artists will be in a position to better themselves. I would therefore like you to give our work your best efforts."

A transcript of this letter was marked as an exhibit at my examination before trial.

At the time I was twenty-three years old. Prior to that I had dealings with the Nicholson publishing firm, the principal of which, Mr. Wheeler-Nicholson, was associated with Mr. Liebowitz at Detective Comics. He had written to me that I should not be concerned with the effect of language of release included on the back of checks given me in payment for features

Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page 108 of 318

I wrote. Indeed he assured me that such language did not divest me of my rights in these features except for first serial rights. Annexed as Exhibit "D" is a copy of such a letter dated May 13, 1936.

I believed that the March 1, 1938 agreement would be given the same effect and never consulted an attorney or spoke to anyone else, except Mr. Shuster, before signing it. Mr. Liebowitz at this time was constantly assuring us that we would be fairly treated and Detective seemed to us to be a responsible firm. We signed for these reasons; not merely to see "Superman" in print, an opportunity afforded us by Mr. Wheeler-Nicholson in the past.

The Westchester Action

The Westchester action was in no way concerned with the ownership of the renewal copyright to "Superman". It resulted in a finding that a feature I had created and submitted to Detective Comics, "Superboy" had been illegally appropriated and published by the defendants. The Court ruled that because of that illegal appropriation the defendants were obligated to pay such actual damages as were sustained, render an accounting as to the income derived from the publication of "Superboy", and, the Court enjoined the defendants from further publishing Superboy.

In addition, the Court ruled that the defendants were obligated to account to Joe Shuster and me for all moneys received by them from the exploitation of "Superman" in radio and motion pictures and from the licensing of "Superman" to third parties for merchandising purposes.

Although I understand that a Notice of Appeal was served and filed, the matter was ultimately settled when the defendants paid $94,013.16 to Joe and I. According to exhibits filed in the Westchester action, prepared, I believe, by the defendants, the net profits derived from the use of Superman in radio and for licensing purposes only during the years 1942-1945 inclusive only was in excess of $94,000.

In addition "Superboy" was a very valuable property in its own right.

The settlement sum paid by the defendants in the Westchester action was solely referable to "Superboy" and the use of "Superman" in radio, motion pictures and for licensing purposes.

That we were enjoined from using "Superman" or seeking to exploit Superman is entirely consistent with the defendants' interest in the property for the initial term of copyright. But this has nothing to do with the renewal copyright, a subject that is not even raised in all of the papers annexed to the defendants' answer in this case.

Finally, Superman at the time was an overwhelming success, an established success, and surely, if the renewal copyright to the property were an element, the amount of the settlement would have been substantially higher and the words "renewal copyright" would have specifically been mentioned in the settlement documents.

<u>The Leo Rosen Letter</u>

To his affidavit Mr. Wallace has appended Exhibit 7, a letter dated April 15, 1952 from Mr. Leo Rosen of the firm of

Greenbaum, Wolf and Ernst to Mr. Gabriel Kaslow of the firm of Weil, Gotshal & Manges, attorneys for the defendants.

Contrary to Mr. Wallace's statement in paragraph 22 of his affidavit, I did not retain the firm of Greenbaum, Wolf and Ernst to represent me in any claim I might have against the defendants. In 1952 I was, as the defendant well knows, literally financially destitute. I wrote to National for assistance but was turned down. I then wrote a veritable blitzkrieg of letters to publishers, etc., openly informing them of my situation. Soon I was contacted by a lawyer who had done some work for National at one time, a Mr. Alterbaum. He told me to stop writing letters and gave me enough money to last two weeks. He later told me this money had come from National.

When this was spent I called Mr. Liebowitz who told me to call Mr. Kaslow. Mr. Kaslow suggested I work through an intermediary and I approached the Greenbaum firm which had performed some services at the conclusion of the Westchester action.

Given my then financial situation and my inability to provide even necessities for my family, I signed the letter. However, I went to that firm not to prosecute any claim, nor to seek their assistance or advice on any claim I might have. I went there solely because it was an avenue that offered hope of receiving some financial assistance.

Income received from exploitation of Superman

Although Joe Shuster and I did receive something in the area of $400,000 from all sources on account of the exploitation of Superman, some $200,000 of this amount was derived solely from the newspaper syndication of the property. Income from Detective's employment of the character in its comic books

probably amounted to something like $200,000 over a nine year period, or an average of $11,000 a year for each of us. Out of his share Joe Shuster had to compensate his art staff.

Although Mr. Wallace seeks to make much of the fact that I was paid for releases, I did not write while I was away in the Army, it was while I was so engaged that the defendants appropriated "Superboy".

It may be that Joe Shuster after 1943 could not meet all the demands of his work but this was due to failing eyesight. Although he did receive compensation he had, in turn, to compensate artists working for him.

For all of the foregoing reasons, I respectfully request that the motion for summary judgment be in all respects denied.

Jerome Siegel
Jerome Siegel

Sworn to before me this
1st. day of March, 1973.

Notary Public

# EXHIBIT Y



Case: 13-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 113 of 318

SUPERMAN:
The SUNDAY CLASSICS 1939-1943
JERRY
LEX LUTHOR, SCIENTIST!
WHO IS THE BLAZE?
IS THE COMMITTEE OF THE NEW ORDER?
PETER POPLASKI

187

ER 2111

# SUPERMAN

## THE SUNDAY CLASSICS

Strips 1-183 · 1939-1943

*Created by*
*Jerry Siegel and Joe Shuster*

DC COMICS
New York, New York

KITCHEN SINK PRESS
Northampton, Massachusetts

This book would not have been possible without these professionals who, in one way or another, originally involved with the Superman comic strip:

**Jerry Siegel, Joe Shuster, Paul Cassidy, Wayne Boring, John Sikela, Jack Schiff, Whitney Ellsworth, and Harry Donenfeld and Vincent Sullivan.**

The editors would like to thank the following individuals for lending rare source material, without which this collection would not have been possible:

**Mitch Itkowitz, Calvin Slobodian, Dr. David Anderson, Jeffrey Lindenblatt, Bill Blackbeard (Director) and the San Francisco Academy of Comic Art, Rick Norwood.**

*Kitchen Sink Press*

Denis Kitchen
Publisher

Peter Poplaski, Dave Schreiner, Christopher Couch
Editors

Peter Poplaski
Cover Art, Cover Color Design

C. Evan Metcalf
Art Director

Chris Shadoian
Book Design, Cover Colorist

Ali Karasic, Tom Martin
Assistant Designers

James Kitchen
Vice President

Jamie Riehle
Senior Director, Sales and Marketing

Ryan D. Eagan
National Sales Director

Karen Lowman
Director of Customer Service

Robert Boyd
Managing Editor

John Wills
Production Manager

Dwight Jackson
Warehouse Manager

Visit the KSP Web site at www.kitchensink.com.

*DC Comics*

Jenette Kahn
President & Editor-in-Chief

Paul Levitz
Executive Vice President & Publisher

Bob Kahan and Rick Taylor
Consulting Editors

Jim Spivey
Associate Editor

Georg Brewer
Design Director

Amie Brockway
Art Director

Richard Bruning
VP-Creative Director

Patrick Caldon
VP-Finance & Operations

Dorothy Crouch
VP-Licensed Publishing

Terri Cunningham
VP-Managing Editor

Joel Ehrlich
Senior VP-Advertising & Promotions

Lillian Laserson
VP & General Counsel

Bob Rozakis
Executive Director-Production

Bob Wayne
VP-Direct Sales

Visit the DC Comics Web site at www.dccomics.com

**Library of Congress Cataloging-in-Publication Data**

Siegel, Jerry, 1914–
Superman : the Sunday classics / created by Jerry Siegel and Joe Shuster.
p. cm.
ISBN 1-56389-463-7 (softcover : alk. paper). — ISBN 1-56389-472-6 (hc. : alk. paper)
I. Shuster, Joe. II. Superman (Comic strip) III. Title.
PN6728.S9S5478 1998 98-39501
741.5'973—dc21 CIP

First Printing: December 1998 Printed in Hong Kong.
10 9 8 7 6 5 4 3 2 1

*SUPERMAN: The Sunday Classics, 1939–1943* Copublished by DC Comics, 1700 Broadway, NY, New York 10019, and Kitchen Sink Press, 76 Pleasant Street, Northampton, MA 01060. All strips in this volume were originally syndicated and copyrighted by DC Comics in 1939-1943. The covers, introduction, chapter heads, and this [illegible] DC Comics. Kitchen Sink Press is an imprint of Disappearing Inc.™ Kitchen Sink Press and the Kitchen Sink Press logo are registered trademarks of Disappearing Inc. Superman and all related characters, their distinctive likenesses, and all related indicia are trademarks of DC Comics. All Rights Reserved. The publishers [illegible] identify and locate all writers, pencilers and inkers of the comic strips featured in this volume; however, this information was not always readily available and the publishers apologize to any person misidentified or not identified and invite such persons to inform the publishers of the error.

# CONTENTS

Introduction by Roger Stern . . . . . . . . . . ix

Episode 1 THE MAN OF TOMORROW . . . . . . . . . . 2
Strip 1A, 1939

Episode 2 TWENTY-FOUR HOURS TO RUIN . . . . . . . . . . 3
Strips 1–8, 1939

Episode 3 THE MINDLESS SLAVES OF DR. GROUT . . . . . . . . . . 11
Strips 9–14, 1939

Episode 4 GIANTS OF DOOM VALLEY . . . . . . . . . . 17
Strips 15–18, 1940

Episode 5 ASSASSINS AND SPIES . . . . . . . . . . 21
Strips 19–30, 1940

Episode 6 THE CHOSEN . . . . . . . . . . 33
Strips 31–38, 1940

Episode 7 THE DANGEROUS INHERITANCE . . . . . . . . . . 41
Strips 39–51, 1940

Episode 8 THE BANDIT ROBOTS OF METROPOLIS . . . . . . . . . . 54
Strips 52–59, 1940

Episode 9 LUTHOR, MASTER OF EVIL . . . . . . . . . . 62
Strips 60–70, 1941

Episode 10 DEATH RACE . . . . . . . . . . 73
Strips 71–85, 1941

Episode 11 THE COMMITTEE FOR A NEW ORDER . . . . . . . . . . . . 88
Strips 86–103, 1941

Episode 12 DESTROY ALL TRUCKS . . . . . . . . . . . . . . . . . . . . 106
Strips 104–118, 1941

Episode 13 THE IMAGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 121
Strips 119–124, 1942

Episode 14 ARSON EVIDENCE . . . . . . . . . . . . . . . . . . . . . . 127
Strips 125–134, 1942

Episode 15 THE CHAMPION OF DEMOCRACY . . . . . . . . . . . . . . 137
Strips 135–136, 1942

Episode 16 THE SUPERMAN TRUCK . . . . . . . . . . . . . . . . . . . . 139
Strips 137–151, 1942

Episode 17 THE BLAZE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
Strips 152–162, 1942

Episode 18 HOLLYWOOD VICTORY CARAVAN . . . . . . . . . . . . . . . 165
Strips 163–177, 1943

Episode 19 CADET TRAINING . . . . . . . . . . . . . . . . . . . . . . . . 180
Strips 178–183, 1943

HOW SUPERMAN WOULD END WORLD WAR II . . . . . . 186
1940

SUPERMAN PINUP . . . . . . . . . . . . . . . . . . . . . . . . 191
1942

Cover of *Action Comics* no. 1, June 1938.

# INTRODUCTION

by Roger Stern

On November 5, 1939, a new hero flew onto the pages of Sunday newspapers across the country. Superman—secretly newspaper reporter Clark Kent—dived from the top of a Metropolis skyscraper to save a man from certain death.

Superman was the up-and-coming star of the day. He had made his first public appearance just the year before as the lead feature of the premiere issue of *Action Comics* (cover-dated June 1938). The Man of Steel was the first real star feature of the fledgling comic-book industry and his debut in the more established newspaper comic pages was just the first step in his conquest of the other media. In another year, Superman's radio program would begin its long run. He would go on

to star in animated cartoons, in movie serials and features, on television and the Broadway stage.

Today, of course, Superman is a cultural icon, recognized around the world, his stories translated into virtually every language on Earth. As of this writing, Superman's adventures appear regularly in four monthly—and one quarterly—comic book titles. And one of those titles is *Action Comics*, which has remained in publication for over half a century, all thanks to Superman. But in 1939, he was still the new kid on the block.

Superman's successful newspaper debut was the culmination of years of hard work and perseverance on the part of his two young creators—writer Jerome Siegel and artist Joseph Shuster. To work on a newspaper comic strip had long been Jerry's and Joe's goal. In fact, the story of Superman really begins twenty-five years earlier, with the births of those two young men who would grow up to change the world.

Joseph Shuster was born July 10, 1914 in Toronto; on October 17, 1914, Jerry Siegel was born in Cleveland. Jerry and Joe were about sixteen when they first met at Glenville High School in Cleveland, and they immediately hit it off. "When Joe and I first met, it was like the right chemicals coming together."[1] Both young men wore glasses and were shy around the pretty girls who passed them in

Cover of *Action Comics* no. 27, August



the school halls. Moreover, Jerry and Joe shared a love of science fiction and fantasy, of movies and of the comics. Virtually from the day they first met, Siegel and Shuster began collaborating on a long string of proposed comic strips . . . and receiving an equally long string of rejection notices.

In 1933, as high school graduation approached for Jerry and Joe, a new sort of publication was starting to appear . . . the comic book. *Funnies on Parade*, a comic book reprinting several comic strips as a giveaway premium, was published and the package proved highly successful. Meanwhile, a Chicago publisher produced a black-and-white comic book of original material, *Detective Dan: Secret Operative No. 48*, and when Jerry and Joe saw it on a Cleveland newsstand, they were inspired to develop a book of their own. Putting their heads together, they produced a complete comic book titled *The Superman*, based in part on a short story about a mastermind with enhanced mental powers who manipulated ordinary mortals that Jerry had written for their own science-fiction fanzine the year before. Superman was rejected for the first time—though not the last.

Late one hot summer night in 1934, Jerry tossed and turned in his bed. Unable to fall asleep, he stared at the ceiling trying to come up with a new idea for a newspaper comic strip. As he lay awake, the idea of a superman came back to him, and his mind played with variations on the theme. Superman, he thought,

Cover of *Action Comics* no. 26, July 1940

Case: 12-56243, 02/25/2014, ID: 8993563, DktEntry: 22-9, Page 121 of 318

# EXHIBIT Z

195
ER 2119



# SUPERMAN
## THE DAILIES

Strips 1-966, 1939-1942

Created by
Jerry Siegel and Joe Shuster

DC COMICS
New York, New York

KITCHEN SINK PRESS
Northampton, Massachusetts

This book would not have been possible without these professionals who were, in one way or another, originally involved with the Superman comic strip:

**Jerry Siegel, Joe Shuster, Paul Cassidy, Wayne Boring, John Sikela, Jack Schiff, Whitney Ellsworth, and Harry Donenfeld and Vincent Sullivan.**

The editors would like to thank the following individuals for lending rare source material, without which this collection would not have been possible:

**Mitch Itkowitz, Bill Blackbeard (Director) and the San Francisco Academy of Comic Art, Rick Norwood, Jeffrey Lindenblatt.**

## Kitchen Sink Press

Denis Kitchen
Publisher

James Kitchen
Vice President

Peter Poplaski, Dave Schreiner, Christopher Couch
Editors

Jamie Riehle
Senior Director, Sales and Marketing

Peter Poplaski
Cover Art, Cover Color Design

Ryan D. Eagan
National Sales Director

C. Evan Metcalf
Art Director

Karen Lowman
Director of Customer Service

Chris Shadoian
Book Design, Cover Colorist

Robert Boyd
Managing Editor

Ali Karasic
Assistant Designer

John Wills
Production Manager

Tom Martin
Art Intern

Dwight Jackson
Warehouse Manager

## DC Comics

Jenette Kahn
President & Editor-in-Chief

Patrick Caldon
VP-Finance & Operations

Paul Levitz
Executive Vice President & Publisher

Dorothy Crouch
VP-Licensed Publishing

Bob Kahan and Rick Taylor
Consulting Editors

Terri Cunningham
VP-Managing Editor

Jim Spivey
Associate Editor

Joel Ehrlich
Senior VP-Advertising & Promotions

Georg Brewer
Design Director

Lillian Laserson
VP & General Counsel

Amie Brockway
Art Director

Bob Rozakis
Executive Director-Production

Richard Bruning
VP-Creative Director

Bob Wayne
VP - Direct Sales

**Library of Congress Cataloging-in-Publication Data**

Siegel, Jerry, 1914–
Superman : The Dailies : featuring strips 1 through 966, January 16, 1939 to February 4, 1942 / created by Jerry Siegel and Joe Shuster.
p. cm.
ISBN 1-56389-471-8
I. Shuster, Joe. II. Superman (Comic strip) III. Title.
PN6728.S9S54775 1998 98-38710
741.5'973—dc21 CIP

**First Printing: 1998 Printed in Canada. Visit the KSP and DC Comics Web sites at www.kitchensink.com & www.dccomics.com!**

**SUPERMAN: The Dailies: 1939–1942.** Copublished by DC Comics, 1700 Broadway, New York, NY 10019, and Kitchen Sink Press, 76 Pleasant Street, Northampton, MA 01060. The covers, introduction, chapter heads, and this compilation copyright © 1998, 1999 DC Comics. All Rights Reserved. All strips in this volume were originally syndicated and copyrighted by DC Comics in 1939-1942. Superman and all related characters, their distinctive likenesses, and all related indicia are trademarks of DC Comics. Kitchen Sink Press is an imprint of Disappearing Inc.™ Kitchen Sink Press and the Kitchen Sink Press logo are registered trademarks of Disappearing Inc. All Rights Reserved. The publishers have endeavored to identify and locate all writers, pencillers and inkers of the comic strips featured in this volume; however, this information was not always readily available and the publishers apologize to any person misidentified or not identified and invite such persons to inform the publishers of the error.



VOLUME I

A JOB FOR SUPERMAN . . . . . 6
by James Vance

EPISODE 1. SUPERMAN COMES TO EARTH . . . . . 12
Strips 1 to 12, January 16-January 28, 1939

EPISODE 2. WAR AGAINST CRIME . . . . . 20
Strips 13 to 30, January 30-Febraury 18, 1939

EPISODE 3. THE COMEBACK OF LARRY TRENT . . . . . 29
Strips 32 to 54, February 20-March 18, 1939

EPISODE 4. JEWEL SMUGGLERS . . . . . 42
Strips 55 to 66, March 20-April 1, 1939

EPISODE 5. SKYSCRAPER OF DEATH . . . . . 49
Strips 67 to 90, April 3-April 29, 1939

EPISODE 6. THE MOST DEADLY WEAPON . . . . . 62
Strips 91 to 126, May 1-June 10, 1939

EPISODE 7. SUPERMAN AND THE RUNAWAY . . . . . 81
Strips 127 to 162, June 12-July 22, 1939

EPISODE 8. ROYAL DEATHPLOT . . . . . 100
Strips 163 to 258, July 24-November 11, 1939

EPISODE 9. UNDERWORLD POLITICS . . . . . 149
Strips 259 to 288, November 13-December 16, 1939

EPISODE 10. UNNATURAL DISASTERS . . . . . 165
Strips 289 to 306 December 18, 1939-January 6, 1940

# A JOB FOR SUPERMAN

James Vance

Jerry Siegel (top) & Joe Shuster

When Paul Cassidy answered a "help wanted" advertisement in 1938, all he wanted was a way to make a few extra bucks. Money was scarce in that Depression year, and the prospect of a steady supplement to his art instructor's income was worth the gamble of a trip from Milwaukee to Cleveland.

His prospective employers turned out to be a pair of young men in their early twenties. They were running a no-frills operation—the interview took place in an apartment where one of the young men lived with his parents—but their money was real enough, and the supply of work was steady. His trip a success, Cassidy returned home with those few extra bucks secure . . . little realizing that he had just gotten in on the ground floor of comics history.

The job was "ghosting" artwork for "Slam Bradley," "Spy," "Federal Men" and "Radio Squad," serialized stories created for the infant comic book field. His new employers were Jerry Siegel and Joe Shuster, an ambitious writer-artist team who had been contributing features to such titles as *More Fun, Detective,* and *Adventure Comics* for three years. By 1938, it had become clear that Shuster needed some help in the art department, and so they took out the ad which brought Paul Cassidy to the Shuster family home.

As it turned out, the ambitious young Clevelanders were going to need all the help they could get, for another of their creations had just debuted in the first issue of *Action Comics* (cover-dated June 1938, the same month as Cassidy's interview). Siegel and Shuster were optimistic about the new feature, but they had no idea just how busy they were about to become. No one could have predicted the colossal success of Superman.

Only a year later, when the strips reprinted in this volume first appeared in daily newspapers, the Man of Steel had already captured the public's imagination. Simply by virtue of appearing in comic books (and spawning a succession of imitators that continues to the present day), Superman had put that struggling industry on the map. Within another two years, he would be a star of radio and silver screen, and a merchandising bonanza—but more than any other incarnation, it was as a newspaper strip that Superman fulfilled his creators' dreams of success.

The appeal may be lost on younger readers these days, but there was a time when newspaper syndication was the Big Time for adventure cartoonists. Until Superman came along, imaginative action heroes like Flash Gordon, The Phantom, and Buck Rogers had few peers outside of the daily paper. It was the logical place to find a Man of Steel.

It was also a respectable place. "The media" have taken their lumps in recent years, treated with contempt by high-placed scoundrels trying to cover their own moral lapses by tarnishing the images of the agencies that report them—but in 1939, the

Case: 13-56243 02/25/2014 ID: 8993563 DktEntry: 22-9 Page 127 of 318

press was respected by the public and feared by the corrupt. Decades before Woodward and Bernstein brought the notion back into vogue with their exposure of the Watergate scandal, journalists were seen as heroes who battled social injustice—a conviction and a concern obviously shared by Siegel and Shuster.

Their enthusiasm was clear and nearly palpable: not only was the early Superman the ultimate social reformer, he was also a reporter. In a day when radio, movies, and the printed page were virtually overrun by fearless fictional journalists, the nation's children knew that the most heroic reporters of them all were Clark Kent and Lois Lane.

To be sure, it was Kent's exploits as the last Son of Krypton that gave the stories their high-voltage excitement—but even when the Man of Steel wasn't around, it seemed that Clark and Lois were forever being threatened, kidnapped, and nearly murdered by gangsters and lowlifes in high places . . . *just because they were reporters.* What red-blooded American kid could resist a lifestyle like that?

It was an enthusiasm that the youthful creators of Superman shared with their readers. Long before the famous costume was designed, even before the Kryptonian origin was conceived, one fact was already firm in the mind of writer Jerry Siegel: Superman would also be known as Clark Kent, reporter. In the years leading up to the feature's debut in *Action Comics,* Siegel and Shuster occasionally flirted with the notion of submitting their creation to the fledgling comic book industry—but both were firmly convinced that the proper home for Superman was in the pages of the nation's newspapers.

CLARK KENT
SUPERMAN
ONE AND SAME!

Friends since their high school days, Siegel and Shuster had spent the Depression decade trying to sell comic strip ideas to newspaper syndicates. Typical apprentice work, "Reggie Van Twerp," "Goober, The Mighty," "Interplanetary Police," and other concepts were either overly ambitious or too reflective of their inspirations, and were rejected.

However, despite its roots in such science fiction novels as Philip Wylie's *Gladiator* and, later, John W. Campbell's *The Mightiest Machine, Superman* was an original; and though it seemed that he couldn't sell it to save his life, Siegel never lost faith in the power of the concept.

It isn't generally known that before embarking on their legendary string of rejections, Siegel and Shuster actually put together a comic book version of *Superman* in 1933. That was the year they saw the debut of the magazines traditionally called the first true comic books: *Funnies on Parade, Famous Funnies,* and *Century of Comics,* pioneer publications that offered reprinted adventures of Joe Palooka, Mutt and Jeff, and other newspaper characters.

And then there was *Detective Dan,* which managed to be a true curiosity in a field that had only just come into being. *Detective Dan* measured 9 1/2 by 12 inches while the competition was a handier 7 1/2 by 10 inches, and offered thirty-six black and white

pages, as opposed to the brightly colored interiors of *Famous Funnies* and company. What made it a true anomaly in the field, though, was the fact that its contents had never been seen before. *Detective Dan*, featuring the adventures of a plainclothesman who bore a suspicious resemblance to Dick Tracy, was the first comic book to offer original material.

Siegel and Shuster sold *Detective Dan*'s publisher, Humor Publishing Company, on the idea of bringing out a comic book devoted to their fantastic brainchild. Titled *The Superman* and featuring the exploits of a physical marvel who performed his amazing feats clad in slacks and a T-shirt, the entire comic book was drawn and submitted—but at the last minute, Humor Publishing backed out of the arrangement. *Detective Dan* hadn't sold well, and the publisher was too smart to lose more money by printing anything as commercially dubious as a comic book about a superhero.

It's possible that this 1933 *Superman* might have made the same kind of history as the version that finally saw the light of day in 1938; it's more likely, however, that neither the tiny comic book market nor the talents of Siegel and Shuster were sufficiently developed for the same kind of lightning to have struck five years earlier. Had the 1933 version seen print, it might have become nothing more than a small footnote in the history of publishing, and the comic book field might have developed in an entirely different direction than it has since the appearance of *Action Comics* no. 1.

A SCIENCE FICTION STORY in CARTOONS
The SUPERMAN
THE MOST ASTOUNDING FICTION CHARACTER OF ALL TIME
10¢

At this point, it's impossible to do more than speculate on the subject, for upon receiving the rejection, a despondent Shuster tore up his original art and threw it into the fireplace. Today only the cover for that aborted version of *Superman* remains, rescued by Siegel at the last moment from fiery oblivion.

With no future for Superman in comic books, Siegel turned his ambitions again to the syndicated strip. He approached several artists as possible collaborators, but ultimately returned to Shuster. They turned out several weeks of continuity, and began the long and heartbreaking process of getting rejected by every syndicate in the business. It must have been particularly galling to receive letters advising them, as Bell Syndicate's did, that *Superman* lacked "extraordinary appeal" or, as United Features summarized, that it was "a rather immature piece of work"—especially when the clumsily written and crudely drawn knockoff *Detective Dan* was now appearing in daily newspapers under the title *Dan Dunn*.

If the young collaborators were bitter, though, it didn't slow them down. While continuing to wallpaper their bedrooms with rejections slips, they began developing other features, and some of them actually sold.

It was comic books where they finally broke into print with the pulpy supernatural adventures of "Dr. Occult," which began appearing in *New Fun* (later *More Fun) Comics* no. 6, dated October 1935. That one-page strip (it would soon double in length) debuted in the same issue as another Siegel & Shuster production, the swashbuckling "Henri Duval"—which ran for only a few installments before its creators abandoned it for the more commercial uniformed cop saga "Radio Squad."

On a roll at last, the boys created "Federal Men" for the second issue of *New* (later *New Adventure*, and finally simply *Adventure) Comics*.

Superman hadn't been forgotten in this busy time, but a look at Siegel and Shuster's 1935–38 output indicates that they were beginning to cannibalize him for parts. The



Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page 129 of 318

Doctor Occult

adventures of brawling private eye Slam Bradley borrowed the dynamic approach the team had planned for the Man of Steel, resulting in eye-popping action sequences that opened up the comic book page as never before. Dr. Occult not only had Superman's face, he had become a superhero himself in a 1936 storyline, receiving magical powers and trading in his tuxedo and trench coat for a pair of tights and a cape. Even the adventures of Steve Carson in "Federal Men" began to reflect the fantastic milieu in which Superman would have operated; in addition to more prosaic menaces, the G-Man had to contend with a giant robot, and encountered a character named Jor-L.

Before the entire concept could be ground up like sausage, however, there was a lucky break. *Superman* had been submitted several times to the McClure Syndicate, only to be returned on each occasion. While in the syndicate offices, it came to the attention of young cartoonist Sheldon Mayer, who was assisting M. C. Gaines in the production of comic books which were printed for various publishers on presses owned by McClure. After several tries, Mayer convinced Gaines that the outlandish feature had merit.

Gaines could have tried to influence the syndicate to give the strip a try, but he was a businessman, not a philanthropist—so he pitched the project to one of his clients. Stories differ about whether the publisher Harry Donenfeld or editor Vincent Sullivan made the decision, but the bottom line is that *Superman* was sold at last . . . to the company that had been publishing Siegel and Shuster all along.

Siegel and Shuster chopped up their syndicate submission, cropping some panels, expanding others, and pasting the whole thing up into a thirteen-page story. Gaines got the printing business, and Detective Comics, Inc. (now DC Comics) was the owner of a gold mine that would spin off into other comic books and every kind of merchandise imaginable—including a newspaper strip issued by the McClure Syndicate.

*Superman* first appeared in the newspapers on January 16, 1939. The *Houston Chronicle* was the first subscriber, followed immediately by the *Milwaukee Journal* and the *San Antonio Express*. By the end of the year, sixty papers were carrying the feature, and there were more to come.

Back in Milwaukee, Paul Cassidy found his evenings and weekends devoted more and more to the adventures of Superman. In addition to comic book pages featuring Slam, "Spy," and the gang, he produced 149 daily installments of the *Superman* strip before his bosses asked him to move to Cleveland and work full-time. They offered him sixty-four dollars a week, an offer you couldn't refuse in 1939.

He was joined there by Wayne Boring, a young man who'd been turning out advertising art for the Norfolk *Virginia Pilot*. Boring had answered the 1938 ad, too, and had arrived in Cleveland a couple of weeks before Cassidy. Eventually, they would be joined by Leo Novak and John Sikela in the tiny office space that housed the Siegel and Shuster shop.

The shop, according to Cassidy, was "a small setup. We had a reception room and a main office; Joe worked in there, and Wayne Boring and myself.

"Wayne was a very pleasant fellow," Cassidy recalled in a 1994 interview, "and Siegel

and Shuster were polite and good company, but everybody was too busy to do much chatting or socializing.

"Joe was in every day, but he wasn't a talkative fellow. He'd spend most of his time inking in the faces and eating candy bars. So Wayne and I came in every day, got our scripts, kept our noses to the drawing board and turned in our jobs. I was doing thirteen pages a week and some of the dailies, so we couldn't have had much time off if we'd wanted it.

"I did all kinds of stuff, from pencilling to lettering to inking everything but the faces. Shuster's vision was pretty bad then, but he still inked all the faces."

Character faces, in fact, were just about the only aspect of the artwork created in the studio that Shuster kept under tight personal control. In some shops, the assistants were forced to slavishly imitate a house style, but Shuster and Siegel gave their artists much more autonomy. The result, as a perusal of this volume will reveal, was that the strips signed by Shuster were a stylistic hodgepodge—but it indicates that Siegel and Shuster hadn't let their hard-won success swell their heads.

"They were very easy to work with," said Cassidy. "They didn't interfere in any way with how we interpreted the script. It was just at the beginning then, and I'm not sure they realized in the early days what they had going on for them, that *Superman* was going to become as big a deal as it did."

Siegel, of course, didn't have a bullpen of writers, and he was still scripting all of the older features in addition to the *Superman* dailies and comic books. Wayne Boring recalled that the publishers tried to persuade Siegel to drop everything else and concentrate on *Superman*, but Siegel refused; not only did he want to continue taking advantage of the great opportunities that he had been given in the post-Depression era, they were *all* his characters, and he wanted to keep on controlling their destinies.

But Siegel was no prima donna. "Jerry did most of his writing at home," said Cassidy, "and would come in every once in a while with his scripts. The scripts would indicate what the action was and, of course, what the conversation was, but there was not too much guidance. The picturization of the script was basically up to Wayne and me. We were never asked to do anything over or change it."

With six installments a week of daily strip continuity to fill, plus well over fifty pages of comic books a month, Siegel may have wondered what he'd gotten himself into; certainly, a few of these early newspaper adventures seem to be less the product of inspiration than the need to meet deadlines.

The earliest sequences bore a marked resemblance to material that had already appeared in comic books. Here and there panels can be spotted that are redrawn versions of some used in *Action Comics*, and the earliest storylines are clearly reworkings of previously published material.

The daily strip was more than just a hack job, though. Its serial format and more leisurely pacing allowed Siegel to tell stories for which the comic book was unsuitable—and when the young writer was on a roll, he turned out continuities that were not only exciting, but heartfelt. At times, they even contributed elements to the property's basic framework that endure to this day.

The most notable example is the strip's opening sequence, a two-week continuity which marked the first detailed account of the famous origin story. *Action Comics* no. 1 had disposed of the subject in a single panel that read, "As a distant planet was destroyed by old age, a scientist placed his infant son within a hastily devised space-ship, launching it toward Earth!" Not until the daily strip appeared did its readers learn that the scientist was named Jor-L, that our hero was born of an amazing race of supermen, and that the "distant planet" was called Krypton.

When these strips first saw print, many of the details were still being worked out. For instance, the familiar figure of *Daily Planet* editor Perry White would not appear in the comic books until late 1940, and even later than that in the daily strips. In the beginning, Clark Kent and Lois Lane reported to George Taylor of the *Daily Star* (and once, in the second issue of *Action Comics*, the *Cleveland Evening News*). Without

explanation, Taylor became the editor of the *Daily Planet* in the November 20, 1939 strip (and in the April 1940 issue of *Action Comics*). It was a minimal difference, really, but also a clear indicator to latter-day readers that even as he was beginning to take the nation by storm, the Superman we know today was still in the process of being born.

As noted, the Superman of the comic books wasn't shy about tackling social problems, nor was he subtle: at times it seemed that wife-beaters, slumlords, and war profiteers who felt his wrath were lucky to escape with their lives—and some didn't. Siegel would soon begin exploring the same themes with greater sophistication—largely because DC editor Whitney Ellsworth would impose a moral code that forbade Superman from using his powers to kill anyone, even a villain. The strips reprinted in this volume, however, reflect the earlier approach: a distinctive combination of escapist fantasy that was particularly appealing to young readers, plus vigilante social reform for their parents—America's working men and women.

Fighting graft and corruption, ending wars and reviving faded careers, rescuing orphans and princesses—all the while crashing through walls, defying bombs and bullets, and outracing natural disasters . . . *that's* the essential Superman of Siegel and Shuster, the original genuine article whose adventures fill this volume.

Paul Cassidy, whose work appears throughout these early sequences, remained with the shop until August 1940, when he returned to Milwaukee about the same time his colleagues were packing up and relocating the shop to New York; he continued to work through the mail until early 1942. He resumed his teaching job until 1944, when he joined the *World Book Encyclopedia* staff, eventually becoming its art director.

With the exception of a six-week continuity which he wrote for the *Red Ryder* daily strip and a one-shot comic book feature called "Hemisphere Patrol," the years with Siegel and Shuster constituted his entire comics career, a total output of 173 daily *Superman* strips and eight Sunday pages, plus 630 comics pages and seven covers—by his estimate, "about 8800 pictures or panels" in all.

"I could see that comics was not really a future for me," said Cassidy, "so I came back to Milwaukee. I haven't regretted it."

Nor did he regret the time he'd spent with Siegel and Shuster; after all, he'd met some interesting people and contributed to the creation of one of the most enduring popular characters of the twentieth centruy.

And he'd made those few extra bucks that he'd needed so badly in the first place. Having been given a helping hand by the Man of Steel himself, Paul Cassidy knew the true value of a job for Superman.

# EXHIBIT AA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CERTIFIED COPY

JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,

PLAINTIFFS,

VS.

TIME WARNER, INC., a corporation; WARNER COMMUNICATIONS, INC.; a corporation; WARNER BROS. ENTERTAINMENT, INC., a corporation; WARNER BROS. TELEVISION PRODUCTION, INC., a corporation; DC COMICS, a general partnership,

DEFENDANTS.

CASE NOS.
04-8400 SGL (RZx)
04-8776 SGL (RZx)

DEPOSITION OF

MARK WAID

LOS ANGELES, CALIFORNIA

FEBRUARY 27, 2007

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: CHRISTY A. CANNARIATO, CSR #7954

FILE NO.: A101BF6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,

PLAINTIFFS,

vs.

TIME WARNER, INC., a corporation; WARNER COMMUNICATIONS, INC.; a corporation; WARNER BROS. ENTERTAINMENT, INC., a corporation; WARNER BROS. TELEVISION PRODUCTION, INC., a corporation; DC COMICS, a general partnership,

DEFENDANTS.

CASE NOS.
04-8400 SGL (RZx)
04-8776 SGL (RZx)

Deposition of MARK WAID, taken on behalf of Plaintiffs, at Law Offices of Marc Toberoff, 2049 Century Park East, Suite 2720, Los Angeles, CA 90067, commencing at 12:47 p.m., Tuesday, February 27, 2007, before Christy A. Cannariato, CSR #7954.

A P P E A R A N C E S

FOR THE PLAINTIFFS AND COUNTERCLAIM DEFENDANTS:

LAW OFFICES OF MARC TOBEROFF
BY: MARC TOBEROFF, ESQ.
2049 CENTURY PARK EAST
SUITE 2720
LOS ANGELES, CA 90067

FOR THE WITNESS AND DEFENDANTS:

PERKINS LAW OFFICE, P.C.
BY: PATRICK T. PERKINS, ESQ.
1711 ROUTE 9D
COLD SPRING, NY 10516

INDEX

EXAMINATION OF MARK WAID

BY MR. TOBEROFF PAGE 5

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Defendant Expert Rebuttal Witness Disclosure of Mark Waid | 39 |
| 2 | "Creation of a Superhero" by Jerry Siegel | 69 |
| 3 | Letter from Leibowitz to Siegel 5/11/39 MW 1376 | 120 |
| 4 | Letter from Leibowitz to Siegel 2/2/40 MW 1379 | 122 |
| 5 | "K-Metal: The 'Lost' Superman Tale" | 148 |
| 6 | Subpoena for Mark Waid | 152 |
| 7 | "Superman The Action Comics Archives Vol 1" MW 0001-0005 | 155 |
| 8 | "Superman Action Comics Introduction by Mark Waid" | 155 |
| 9 | Introduction to "Superman in Action Comics MW 878-886 | 156 |
| 10 | "Mark Waid on Superman: Birthright" | 156 |
| 11 | Fanzing Interview of Mark Waid | 156 |
| 12 | "Gonna Party Like It's Yer Birfright (Part I): Mark Waid Talks Superman: Birthright" | 157 |
| 13 | "The Mark Waid Superman: Birthright Interview" | 157 |
| 14 | "Alan Kistler's Interview with Mark Waid" | 157 |
| 15 | Mark Waid Weekly time Record MW1305-1309 | 161 |

either introductory or background information of some of the archive books.

Q. Are either or both of them alive?

A. Schwartz maybe. I don't believe Charles Paris is. I may have temporarily hit the bottom of the well here.

Q. Okay.

A. At least from what I can remember. I know again having been up there -- when you're on staff, I mean, people are constantly parading by you, older artists, younger artists or whatever. It's hard for me to remember exactly everyone I would have come into contact with up there.

Q. Sure. I understand. If you think of others in the course of today, please just let me know.

A. Sure. Okay.

Q. Did you ever interview Jerry Siegel about the circumstances under which he created Superman?

A. Not about the circumstances under which he created Superman.

Q. Did you ever interview Jerry Siegel about anything else?

A. That would be the textbook example of me not answering the question, wouldn't it. Yes, I interviewed him in regards to his creation of an unpublished Superman

story that I had found in DC's library in 1988.

Q. Was this background?

A. It was actually we had found -- I had found the manuscript. I recognized it as an unpublished story. At that point I took it as a crusade at DC to see if we couldn't somehow get it published, get it illustrated by contemporary artists and get it published. And at that point I made phone contact with Mr. Siegel to ask him a little bit about the background of the story, does he remember why it was rejected, does he remember anything about it. And he didn't. It was a very brief conversation. He didn't really remember much about it.

Q. Is that the only time you interviewed him?

A. Unfortunately, yeah. I would have loved to have done -- would have loved to have done more so, but, yeah.

Q. That is that the only time you spoke with him?

A. Yeah.

Q. Did you ever interview Joe Shuster about the circumstances under which he co-created Superman?

A. No.

Q. Did you ever interview Joe Shuster at any time?

A. No.

Q. Did you ever speak to Joe Shuster?

A. No.

been, well, the figure drawing is not quite right here, but let me get the production department to make some changes and fix it up and make sure it's up to our publishable standards. And that's the way it would have gone.

Q. Would you say in comparing the later periods to the earlier periods that in later periods they progressively exerted more editorial -- had more editorial input in these comics than the very early days?

MR. PERKINS: Object to the form of the question. Who is they?

MR. TOBEROFF: The early publishers of comics.

A. Not necessarily. I would say it was a different kind of control. I think that because everybody was starting on the ground floor in 1935, 1936 it was the Wild West. I mean, there were no -- you know, standards had yet to be standardized. Controls had yet to be put in place by some publishers or some editors. Because again, this was all new territory.

I think that to answer your question, in some cases once properties became more established, more successful, there became more control over them. There was more of an interest in controlling them. And the other hand, you balance that out against the fact that once these young craftsmen, who were 17, 18, 19, were

something then you gave it over to another writer to do, that was just the standard business practice of the day. That's what I'm trying to get at when I talk about the amount of control that the publishers had during that time.

Q. And if they didn't like what was turned in, they didn't have to pay for it; is that correct? In other words, if they rejected it they didn't pay for it.

A. Right. If they rejected it, they didn't pay for it.

Q. They paid for what they published.

A. The insolvent ones, yes. The less skeevy publishers did by and large they paid for what they published.

Q. I didn't understand the last comment when you said "the less skeevy."

A. In other words, there were, as there are today, there are a handful of smaller publishers that would have accepted stuff, printed it, then never pay the guys, the poor guys that worked on it. That's not pertinent to this. You were asking about general industry practices.

Q. Right. Detective Comics?

A. That's how they managed to survive: They always paid.

Q. And if they didn't publish, they didn't pay for

the material. They just rejected it.

A. To the best of my knowledge. There may have been exceptions, one or two here or there, but I don't think so.

Q. Is it correct that you're speaking about your opinion about generally how things worked with comic book publishers and comic book creators in a period we're talking now about mid 1930s to early 1940s?

A. Yeah.

Q. And from that you're surmising the circumstances under which Jerry Siegel and Joe Shuster worked with Detective Comics; is that correct?

A. I'm saying we have no evidence that -- I see no evidence that they were treated any differently in this particular, you know, matter of how much control was exerted on their work.

Q. But, in other words, you're making these deductions from the fact that you have no evidence to the contrary. A, such evidence could exist. You may not have seen it; correct?

A. That's correct. It could exist. I haven't seen it.

Q. And B, that may not be the case and you're just not aware of it. That could also be correct?

MR. PERKINS: Object to the form. You may answer if

MR. PERKINS: I don't know about this one.

MR. TOBEROFF: Okay. Anyway, if defendants have it I'd like to see it, please.

MR. PERKINS: Assuming we haven't already produced it and we have it then we will certainly produce it.

Q. Looking at page 4, I guess the second to last paragraph, in the middle of the paragraph you see the words "shortly thereafter a different, fully drawn 26-page story was rejected for publication."

A. I do.

Q. Is this the story you mentioned earlier on in the deposition that you said you came across while you were working at DC?

A. It's one of a number of stories I came across. I came across a ream-sized box of carbons, dozens of stories. And I went through and laboriously matched them up to the ones printed and found this one that didn't match up to any story and therefore must have been unprinted.

Q. Right. So to the best of your knowledge this story was never published?

A. I'm certain the story was never published.

Q. I mean, you don't actually know whether its publication was rejected. You're concluding that because you wrote the story and it wasn't published that its

publication was rejected. Is that correct?

A. That's correct. It was written and also -- I mean, most of it was drawn. We have extant pages of most of it and turned them over the years as well with the exact reasons why.

Q. It wasn't published. You don't know.

A. Neither Vin Sullivan or Jack Schiff specifically recall the story but told me that it would have been too radical a change for the strip back then.

Q. But they didn't even remember; is that correct?

A. They didn't specifically remember that story, no.

Q. Did Jerry -- I think you mentioned this. Did Jerry Siegel also not recall the story?

A. He had vague memories of the story, but again he was at that point it would have been, what, 25 years or 35 years old at that point. So no specific memories of it.

Q. As to what happened with it?

A. Right.

Q. What did you do with the story?

A. Actually I gave it to my superiors at DC and suggested that we look into finding a way of publishing it or finding a way to publish it.

Q. Did you try and get it published?

A. Yeah. In the sense that I went to my publisher, and I went to my editor-in-chief at the time and suggested it.

Q. And did they publish it?

A. No.

Q. Why didn't they publish it?

A. My understanding at the time was that our liaison to the Siegels, a woman named Peggy May, and asked if there was something that the Siegels would give their blessing to, and at the time the answer just came back that they weren't comfortable with it being published so many years after it being written. I don't know anything beyond that. I was just told they weren't comfortable and nobody wanted to do it without his blessing.

Q. Now, if you go to page -- actually one word starts on the bottom of page 4. It says "new," and it says "New editor Whitney Ellsworth soon initiated correspondence giving specific criticisms of the Superman team story and art and enumerated many of the alterations made by Detective's production staff to bring the material up to publishable standards." And then you go on to further refer to this correspondence. This correspondence was not produced with the materials produced by you --

A. Yeah.

Q. -- was it?

Q. I'd like to focus on the year that Action Comics No. 1 was published, 1938.

A. Okay.

Q. And I'm going to ask you questions based on your, you know, expertise as to the circumstances under which Siegel and Shuster specifically worked.

A. Okay.

Q. In 1938 -- well, first of all, do you know in 1938 how many Superman comics were published?

A. Yeah, seven.

Q. So it would be Action 1 through 7?

A. Through 7.

Q. Through Action 7?

A. That would be correct.

Q. Were Siegel and Shuster paid a salary for their writing of these comics in 1938?

A. Define "salary."

Q. Well, let me ask it a different way. How were they paid for their writing services?

A. Per page basis.

Q. If what they submitted was -- we had spoken about this earlier -- if what they submitted was not published would they still be paid for the pages?

A. Not to the best of my knowledge.

Q. Do you know if in paying them Detective Comics

withheld or deducted payroll taxes?

A. I don't know.

Q. Do you have any idea one way or another?

A. I haven't seen any evidence that they have, but I don't know for a fact.

Q. How about with respect to other comic book artists that you've interviewed and spoken to?

A. Right. To the best of my knowledge, it wasn't industry practice during that time.

Q. To withhold payroll taxes?

A. To the best of my knowledge.

Q. What about social security or other taxes normally deducted from sort of an employee salary?

A. Again, not to the best of my knowledge.

Q. Do you know whether Siegel and Shuster were provided with any health benefits by Detective Comics?

A. I don't know.

Q. Again, with respect to other people working in this period that you've interviewed, to the best of your knowledge do you know whether they were provided with health benefits?

A. On a standard practice not across the board, no. I don't know about specifics.

Q. Do you know of any instance where somebody in the 1930s was provided with medical benefits by one of

 these comic book companies?

A. Ongoing medical benefits not to the best of my knowledge. I mean, specific instances, an operation paid for here, a doctor's visit paid for there, that may be a different case. But on an ongoing basis as we know it, no.

Q. So what you're referring to is helping somebody out as opposed to --

A. Right.

Q. -- providing medical benefits as part of their employment.

A. Right. Right.

Q. Do you know whether Siegel and Shuster were provided with insurance by Detective Comics in 1938?

A. I don't know.

Q. Based on your -- same question. First I'm asking about Siegel and Shuster then I'm asking about various people you've interviewed and custom and practice at that time.

A. Right. Right. I have not heard of people being offered that. I'm not trying to be combative. I just don't know if that's the case.

Q. I understand. What about being given sick pay?

A. Again, not --

Q. In other words, paid on the basis of their time

even when they're sick.

A. Right. Not to the best of my knowledge.

Q. So to your knowledge, based on your experience, the way they were paid was by the page for work that was accepted and published and that was it.

A. That would be correct.

Q. And that would go as well for, you know, vacation pay.

A. That would, yes.

Q. They wouldn't give them, you know, two weeks off and pay them while they were in Hawaii.

A. I can't think of specific instances. No.

Q. Did Siegel and Shuster work from Detective Comics premises?

A. No.

Q. Where were Detective Comics located at this period. New York?

A. Yeah, they were on Lexington Avenue in New York, and Siegel and Shuster primarily worked in Cleveland, Ohio at the time.

Q. And did any comic book writers or artists work physically at Detective Comics in New York offices?

MR. PERKINS: Objection. What time period?

Q. In 1938.

A. There were staffers who, say, like Shelly

Walk me through this.

Q. In other words, they prepare for publishing. They took pictures of it? How was it published? When you said "camera ready," I'm not sure what that meant.

A. I understand. The physical boards, Bristol boards, come in with artwork on it and the lettering and everything but the coloring. They were at that point done twice up normal size. They were done twice the size of a normal comic to allow for the fact that when you shrunk them down to printed size there would be a little more detail in the drawing and so forth. At that point they would make photostats of the pages to give to a colorist who would then go and apply color dyes to the photostats to use as a die at the engravers and printers to let them know what color everything was. Meanwhile, the pages themselves were sent to the printer who would then use them to create metal etched plates, you know, to then run off the press to run off the copies on the newspaper press.

Q. I didn't quite follow it, but I wanted to get it down so I can read it later.

Now, in 1938 when Siegel and Shuster were working out of their offices in Cleveland, did DC determine their hours? In other words, how many hours a day they would work or which days of the week they would

work or did Siegel and Shuster determine that?

A. No. To the best of my knowledge, all DC cared about is getting the pages in on time.

Q. Did Siegel and Shuster supply their own tools and material in this process?

A. I actually don't know.

Q. By that I mean did they use their own brushes, pencils, pens, ink?

A. Honestly I don't know.

Q. What is your knowledge with respect to other people and custom and practice in the industry?

A. Custom and practice in the industry was that it was in all likelihood they provided their own materials. If I had to base their experience based on the industry standards as a whole, they probably provided their own materials. But again, I don't know for sure.

Q. But generally it's your belief based on your interviews and other extensive knowledge that the writers and artists would supply their own materials and tools?

A. Generally.

Q. What about employees? Did Siegel and Shuster hire and supervise and pay their own assistants in Cleveland?

A. They did. Yes.

Q. Do you know whether they supplied any benefits

to their assistants?

A. That's a good question. I actually don't know.

Q. Do you know how they paid their assistants?

A. I honestly don't.

Q. Do you know how others at the time who -- well, what did Siegel and Shuster have? Did they have their own kind of a comic book shop?

A. Essentially, yeah, a studio space where they had the artists working under them coming in working at the drawing boards there on a big bulkhead.

Q. So they had their own comic book studio, --

A. Correct.

Q. -- and they would hire other artists and people to assist them in producing these pages.

A. Correct.

Q. And presumably they were when they were paid by the page they would then, you know, with the money that came in for being paid by the page, they would then in turn pay their own assistants and pay for their tools and materials?

A. Presumably. Again, we're back at the issue of I don't know just as I don't -- you know, I suspect that Siegel and Shuster provided their own materials when they did their work. I can't speak to whether or not their assistants were provided with materials or not or the

mechanism in which they were paid. I don't know.

Q. Did you ever interview anyone who worked for Siegel and Shuster during the period, let's say, between mid 1930s and early 1940s?

A. Yeah. I interviewed a gentleman by the name of Jack Burnley, B-U-R-N-L-E-Y.

Q. And is he still living?

A. Sadly, no.

Q. And now that I have sort of refreshed -- does that refresh your memory as to any of the information I'm asking you specifically about Siegel and Shuster?

A. No, it doesn't, actually. Let me think. No, it was quite some time ago.

Q. Now, I focused you on 1938 Action Comics 1 through 7. I can go back through it for 1939 and 1940, but let me try and ask the question this way. For 1939, 1940, 1941 do any of these answers change?

MR. PERKINS: Object to the form of the question. What answers?

Q. Well, I'm trying to short --

A. I understand.

Q. -- circuit this and not go through any years. Let me put it this way. Is there any point that you know of where your answers would be different with respect to the way Siegel and Shuster were paid for their work on

Superman, whether Detective Comics would, you know, deduct payroll, social security, other taxes normally deducted from salary, provide employee benefits, whether Siegel and Shuster worked from detective's premises in New York --

A. Right.

Q. -- whether Siegel and Shuster determined their own hours and days of work, paid for their own instrumentalities, tools and materials, --

A. Right.

Q. -- hired and supervised and paid for their own assistants? You provided answers for 1938.

A. Right.

Q. Was there a point where any of your answers would be different --

A. No.

Q. -- at any point in time?

A. No. I see where you're going. And no, the answers would hold, I would think, through the early 40s.

Q. From 1938 to the early 40s?

A. I would think. Yeah. To the best of my knowledge.

MR. TOBEROFF: I'd like to mark as Exhibit 5 an article entitled "K-Metal: The Lost Superman Tale" by Mark Waid.

(Exhibit 5 marked for identification.)

A. Is this for the record? It's an extremely well written article.

Q. Well, did you write this extremely well written article?

A. Well, yes.

Q. Is there anything in this article that sitting here today you believe is mistaken based on knowledge received after you wrote the article?

MR. PERKINS: Mr. Waid, please read the article because he's asked you now to test the veracity of it.

THE WITNESS: Right. Okay.

Q. Let me ask you this before we circle back on that same question. When was this written?

A. This was written in 2003, I believe.

MR. PERKINS: There is a 2003 copyright notice on the first page, if that helps you.

THE WITNESS: Great. Yeah, 2003.

Q. So to rephrase my question, since 2003 has something come to your attention that would render something in here incorrect? I can tell you that it's not a trick question.

MR. PERKINS: Please read the article.

THE WITNESS: Yeah, I am.

A. There is one thing.

Q. Okay.

# EXHIBIT BB

# K-Metal: The "Lost" Superman Tale

EXHIBIT 5 Waid depobook.com

## The Most Important Superman Story Never Told

by Mark Waid

To be fair, I'd been wondering about it since I was ten years old. That made it easier to recognize.

On my tenth Christmas, I received a copy of *The Steranko History of Comics, Volume One,* my first real exposure to the vast tapestry that is comic book history. "Absorbed" doesn't begin to describe how obsessed I was with the information contained in its gigantic tabloid-size pages; by spring, I had the book practically memorized. Steranko's reportorial prose style was colorful and vivid, and I had no problem following the sometimes-labyrinthine histories of characters and creators both popular and obscure. The only bit of information that left me puzzled came on page 35, where the author had reproduced "four pages from an unpublished 'Superman' story, circa 1939." At age ten, I couldn't understand why in the world any "Superman" story would be "unpublished," but it certainly made an impression.

Sixteen years later, I was a guest at the 1988 Superman Expo, held in Cleveland, Ohio, to mark the Man of Steel's fiftieth anniversary. Among the exhibits was an assemblage of pages, far more than simply the four in *History of Comics,* from that same unprinted story. In fact, an exhibitor had borrowed and assembled from several sources all its known extant artwork; and, while the collection was far from complete—with the beginning and ending notably missing—it surprised me to glean from the lettered page-numbers that the story had been over twenty pages in length. That was a remarkable anomaly given that almost without exception, all "Superman" stories of the early 1940s (*all* of them) were *exactly* 13 pages long, presumably so that each installment could either fit the lead slot in an issue of *Action Comics* or serve as one-fourth of a *Superman* line-up. That this tale had been axed because of its odd length seemed pretty unlikely, but it was the only explanation that made sense.

One of various posters created to advertise the 1948 Columbia movie serial *Superman*. This one, unlike the others, utilized art from the comics (that sure looks like a Winslow Mortimer Superman to Ye Editor). So what's that serial got to do with a "lost" comic book story? Read on, MacDuff...! [©2003 DC Comics.]

Until.

In '88, as a staffer at DC, one of my responsibilities was overseeing the company's library. That wasn't where I worked; we had a staff librarian, and I was busy serving one editorial function or another on *Secret Origins, Action Comics Weekly, Batman: Gotham by Gaslight, Doom Patrol, Justice League, Wonder Woman,* and the various *Who's Who* series, and serving as Roy Thomas' in-house liaison on *Infinity, Inc.* and *Young All-Stars.* One of my "side duties," however, was to assist and guide the licensors who had arranged to microfiche DC's rarer comics, a task that often involved identifying some of the weird lost treasures that would still turn up from time to time in the library's giant filing cabinets.

On the Wednesday before Thanksgiving of that year, DC had closed the offices early, but (having no family plans) I was in no mad rush to leave. Good thing. Milling around the library after-hours (always far more a

Case: 13-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 157 of 318
Case 2:04-cv-08400-ODW-RZ Document 347-11 Filed 07/28/08 Page 26 of 45 Page ID #:2378

SUPERMAN — No 1

by JEROME SIEGEL & JOE SHUSTER

(Above:) As copiously described in a 1994 Sotheby's catalog, "the surviving three panel section of the original art from Jerry Siegel's and Joe Shuster's historic first Superman daily," showing among other things the destruction of Krypton. Two panels are apparently missing missing between the first two shown, and were probably cut off to be used in *Action Comics* #1 in 1938, while the action shown here was redrawn for the comic. (Below:) The first page of Siegel's synopsis for this 26-page "first Kryptonite" story in 1940 begins with a fragment of what will be called "K-Metal" approaching Earth years later. [Art ©2003 DC Comics; synopsis ©2003 the respective copyright holder.]

From:
Jerry Siegel,
Box ...08,
University Center Station,
...eland, Ohio.

10/1/4.

Page One

SUPERMAN (Synopsis)

Scientists announce that a huge heavenly fragment is nearing earth. In his capacity as reporter for the Daily Planet, Clark interviews a famous scientist, Professor Barnett Winton, and learns that it is the Professor's belief that this fragment is a portion of the planet Krypton, which had exploded to bits many years past. He hints of a secret in his possession, but Clark is quite bored by all this and wishes his editor hadn't given him such an uninteresting assignment.

Clark inquires whether there is any possibility of the fragment colliding with earth and causing damage, and when the scientist says no, it will swing past and return on many other occasions, Clark completely loses interest.

Back at the Planet office, he writes up the story, and as he turns it in to the editor, asks why he isn't given a really good story to work on. The editor replies that he has something which should satisfy Clark. He tells Clark he wants him to interview the gangster, "Rocks" Gordon, who has a reputation for manhandling reporters who attempt to interview him. Clark is about to gladly accept when Lois enters the office. To keep in character with the cowardly attitude he has adopted, Clark tries to get out of the assignment to the disgust of both Lois and the editor. But when Lois says she'll accompany Clark to "protect" him, the editor insists Clark go.

Clark goes to "Rocks'" home with Lois, in an attempt to interview the gangster. They bluff their way into his presence and get a fairly friendly reception. While they're admiring his den, they note his cigarette case with the ornate letter "RG" upon it. He proudly informs them that that's his monogram and he sends copies of the cigarette case only to his closest friends. However, when he learns their true identity as reporters, he has them heaved out of his home.

Clark and Lois return to the Daily Planet for another assignment. Disgusted with their failure with "Rocks", editor Taylor gives them what he believes to be a completely innocuous assignment; Lois and Clark are to go and cover the opening of the new art exhibit at the Metropolis Museum of Art.

joy than a chore), I was stunned to come across a dusty, forgotten ream box filled with faded, blurred carbon copies of typewritten manuscripts.

And not just *any* manuscripts.

Jerry Siegel "Superman" scripts from the late 1930s and early 1940s.

Hmm. That adventure looked familiar... and that one... and that one... but *what if*...?

For the remainder of the afternoon and into the evening, I laboriously matched each hazy carbon to its corresponding published story, all the while hoping against hope that maybe, just maybe, one script would be left over at the end of the day.

And one was. One dated August 7, 1940.

One that weighed in at a conspicuously hefty 26 pages.

Page 8 looked familiar. Page 15, I recognized. I knew instantly what I'd found. It was a copy of *the full manuscript for that lost story I'd seen as a boy*.

And what a story.

It opens with Clark Kent interviewing Professor Barnett Winton, an astronomer whose telescope detects a passing meteor that Winton is "quite certain" is a fragment of an exploded planet he had studied years earlier, a world he called (for no given reason, by the way) "Krypton." This means nothing to Clark, of course; as far as he's concerned, he might as well be covering a flower show.

Things gets marginally more exciting for poor Kent when, while covering a museum opening, he's able to surreptitiously use his powers to protect attendees during the robbery of a pa[illegible]t's

8/7/40

Dear Jack:

Enclosed herewith please find a copy of the twentysix-paged complete SUPERMAN script.

More scripts will follow soon in rapid succession as Cassidy is turning out a great deal of sketches in pencil for Joe before he leaves town near the end of this month.

Cordially,

Jerry
Jerry

From:
Jerry Siegel,
2402 Glendon Road,
University Heights, Ohio.

Page One

SUPERMAN
I.

1. (Panel occupies full page. Contains the title, SUPERMAN, the by-line, By Jerry Siegel and Joe Shuster, a script box, and an illustration showing villain atop mountain causing mountain-slide to crash down toward SUPERMAN and Lois. A gang of thugs who had been menacing SUPERMAN and Lois are being buried in the mountain-slide. Lois crouches in fear behind SUPERMAN. SUPERMAN smashes the boulders back as they reach him)
Script Box: For the first time in his amazing career, SUPERMAN, ultra-powerful Champion of Justice and the Oppressed, is confronted by strange circumstances which threaten to wreck his life's mission! The nature of those circumstances -- and their effect upon the lives of Clark Kent and Lois Lane, Daily Planet reporters, is guaranteed to leave you gasping!!

************
II.

1. Caption: Hurtling thru interplanetary space, a stellar fragment fated to change the destiny of SUPERMAN....
(SCENE: Shows huge meteor nearing Earth)
2. Caption: In his observatory, Professor Barnett Winton closely observes the visitor from the heavens....
Professor(as peers into telescope): Hm-mm! Strange! No regular orbit -- it will revolve about Earth then flash back into the depths of space again! Interesting -- and thought provoking!
3. Perry White(to Clark): Get a statement from Professor Winton on the meteor now approaching.
Clark: Okay. But I wish you'd save these dull assignments for someone else.
4. Caption: Clark notes to his surprise that as he approaches and enters the Professor's great laboratory, a strange tired feeling surges thru him....
Clark(to Professor): (*-Odd how tired I feel!-*) Tell me, Professor Winton, from where do you think this stellar vagabond hails?
Professor Winton: It's my belief -- in fact, I'm quite CERTAIN -- that this fragment is a portion of the planet Krypton, which exploded to bits many years ago.
5. Professor Winton: Why am I certain? Well -- that's a secret I'm not ready to divulge. But some day I may let you know...some day...
Clark: I look forward to that day. (*-If he only knew to what degree he's boring me!
6. Clark: I'll make one last attempt to unearth something newsworthy!-*) Is there any possibility of the meteor colliding with Earth and causing damage?
Professor Winton: None at all. It will swi...
many other occasion...
7. Caption: Later -- back at the Daily Pl...
Clark(listlessly typing): What a stup...
if you ask...
8. Clark(handing typewritten sheets to Whi...

White(leaning back,smiling): I believe ...
thing...
**************

1. Clark(eagerly,rubbing hands): Yes -- ye...
White: "Rocks" Gordon, the gangster. He...
view from him, because he has a ...
your assignment!
Lois(entering room thru doorway): As I i...

An historic triptych: (a) Jerry Siegel's letter to Jack (Liebowitz?) sent along with the script; (b) part of the first page of the script of the untitled "K-Metal" story, far too dark to be reproduced well; (c) Mark Waid's painstaking retyping, duplicating typeface, style, even typos. Talk about "above and beyond"! [©2003 the respective copyright holder.]

not until page 8 that Superman himself springs into action—

—for what could be the last time.

While pulling a child from the path of an out-of-control motorist, Superman feels a strange, sudden weakness that saps him of his powers. True, he'd felt a moment of fatigue earlier at Professor Winton's office, but he'd chalked that up to boredom. Could there be a connection?

Clark, now completely stripped of his super-abilities, visits Winton again and learns a startling truth: long ago, while on an expedition in Mongolia, Winton had discovered a fallen metallic meteorite "of such strange, such forceful emanations" that he'd had to shield it in lead. Wheeling out a great metal container, Winton lifts its lid to reveal the meteorite, which "glows with a penetrating green brilliance!" Winton goes on to add that, "Strangely enough, it was dull only until the fragment from Krypton approached Earth... then came this new luster!" Proof enough to both men that this metal, like the passing meteor above, hails from Krypton.

Even more startlingly, while touching the metal gives the professor super-strength, its exposure conversely paralyzes Clark with agonizing pain. "Interesting—and PUZZLING!" observes Winton, but Clark (thinking to himself) privately puts two and two together. He and the distant meteor, he deduces, are like "two poles of a short-circuited battery":

"While I lived on Krypton I derived great strength and powers from the planet, but after the explosion and my removal to [E]arth[,] contact was broken in some mysterious fashion. When the fragment nears [E]arth, the effect upon me is NEGATIVE!" At last, Clark knows the secret of his origin... but at a devastating cost.

Clark, now genuinely weak for the first time, blunders through a very human day of pain and exertion, eventually joining Lois on the trail of the museum thieves, who have uncovered a map hidden within their

(Right:) Another Shuster sketch from George Lowther's 1942 *Superman* novel. [©2003 DC Comics.]

stolen painting. Following the criminals to a long-lost mine, Clark and Lois are sealed in a cave by a landslide and teeter on the edge of death by suffocation—

—when Clark feels power flooding back into his body!

The meteor has left Earth orbit to continue its journey through space... but its timing certainly could have been better. With only seconds to go, in order to free Lois from the cave-in before she perishes, he's left with no choice:

*He must reveal his true identity as Superman.*

"Clark Kent... SUPERMAN??? I—I must be imagining things!" says Lois. "That's it! The lack of air—affecting my mind..." An opening if ever there were one, but Superman doesn't even try to use Lois' confusion to bluff an excuse. Instead, the moment of revelation soon wraps with *this* exchange:

"How foolish you were not to let me in on the secret!" says Lois.

SUPERMAN

V. Page Three

1. Clark(shaking John's hand): John -- I want you to meet Lois Lane, a fellow reporter on the Daily Planet.
John: How do you do, Miss Lane. And may I introduce you to an acquaintance of mine?
Bronson(snobbish art critic): He's referring to me!
2. John(introducing Bronson to Lois): Daryl Bronson - - art critic for Contemporary Arts Bi-Monthly. You'll note his impeccable appearance. Some columnists have gone so far as to label him a snob.
Clark(handing out to Bronson): Glad to meet you!
Bronson(turning back on Clark,taking Lois hand,bowing slightly): To say that this meeting is a pleasure would be trite...but apt!
Lois(as accepts hand): Seems I read that some place before!
3. Clark(to John): Haven't seen you in some time, John. How have you been doing?
John: Financially, quite woefully. It's bad enough Uncle Craig had to die, but all he left me was a practically worthless oil painting by an artist friend of his, Paul Gentry...who also died recently. "Hidden Gold" is the name. It's displayed here.
4. Clark: Left penniless! That's odd. It was my belief that your uncle was fabulously wealthy!
John: And so he was. But after his death his unscrupulous partners, Gizzard and Buzzard, picked his estate clean, leaving me only that picture.
Bronson: And what a picture! It's a wonder the're exhibiting it here at all. Take my word for it, it's an inferior piece of art. I ought to know!
5. Lois: Ought you?
Bronson(pompously): I certainly should! Why in the very latest issue of my publication there's an article I wrote exposing Gentry's work as being very poor indeed. And "Hidden Gold" is his most nauseating canvas!
John(to Clark,pointing to Bronson): That's what I like about Bronson. He's such pleasant company!
6. John(pointing out

painting which hangs on wall in gallery; picture shows an old
llowed by his burro,stumbling in glee upon an old lost
picture signifies the elation of a prospector who for years has
ched for an old lost mine -- and finally stumbled upon it!
y good!
oking at Clark): It would! -- to YOU!
,thin,stooped): Heh! Heh! Congratulations, young fella!
Fine picture you've inherited, Manners -- but not worth the
canvas it's painted on!
aping at them): Gizzard and Buzzard! You two thieving skin-
! I've been longing to meet you since....
who stand in doorway of gallery-room): Don't none of ya move!
ack from Manners): AWK!
Bandits!
************************************

VI.

as we tell ya an' maybe ya won't get hurt! RAISE YOUR HANDS!
sing hands with others): ("-My X-ray vision ought to inform
ose features lie behind that mask!-")
startled to discovered that the leader of the intruders is
r than "Rocks" Gordon, the gangster who had manhalded his
n the day...
ing face of "Rocks". Dotted lines indicating position of mask)
g opening closet door,shouting order)

Page 5 (or, as Jerry Siegel wrote it, "V.") of the script, and the original art page. The latter, autographed by TV "Lois" Noel Neill, was offered for sale in a catalog by dealer Tom Horvitz of Tarzana, CA, in 1995-96, for the princely sum of $900; give him a call re comic art goodies at (818) 757-0747, but we kinda suspect this page is long gone by now. Art by the Joe Shuster shop. [Superman, Clark Kent, & Lois Lane TM & ©2003 DC Comics.]

"You should have known you could trust me! Why—don't you realize—I might even be of great help to you?"

"You're right! There were many times when I could have used the assistance of a confederate. Why didn't I think of it before?"

"Then it's settled! We're to be—partners!"

"Yes—partners!"

That's right. No excuses. No clever tricks on Superman's part, no attempt at recovery. It's clear from the script that this is no cliffhanger ending, no jam Superman must trick his way out of, no dangling plot thread to be later resolved. It was undeniably intended to be the new status quo from then on out: Clark and Lois, partners and confidantes.

Wait. There's more. Professor Winton has left a message at Clark's office. Someone has stolen Winton's Kryptonian meteorite—but who? From the final caption of the story:

"SUPERMAN will learn the answer to this



Case 2:04-cv-08400-ODW-RZ Document 347-11 Filed 07/28/08 Page 29 of 45 Page ID #:2381
Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page: 160 of 318

page six

Caption: As a truck stops before a red traffic signal, SUPERMAN pulls himself up into its rear...
Superman: Got to hide -- this costume -- drawing everyone's attention.... Must get back to where I hid my outer garments...before true identity as Clark Kent is discovered....

**********************************

XI.

(NOTE: On this page use an unusual layout, the first and last panels small within circles. The other panels large in layout order with plenty of white space between so that they are disconnected)

1. Superman(dazed): For years I've fought for principles I thought right and just -- using my incredible powers of strength and mind to correct injustices -- make this a better world....
2. Caption: "...single-handed I stopped wars..."
(SCENE: Shows SUPERMAN smashing tanks with a cannon as he is charged by troops)
3. Caption: "...crooked racketeers learned that I was determined to smash their evil activities..."
(SCENE: Shows SUPERMAN wrecking a gambling establishment while thugs and patrons dash about in terror)
4. Caption: "...many times I blessed the providence that had presented me with super-strength, for it enabled me to save the life of th[e woman] I love..."
(SCENE: Shows SUPERMAN shielding Lois' figure with his own as gan[gsters fire] machine-guns at them)
5. Caption: "...I saved cities from nature's disasters, widows from [grasping] scoundrels, municipalities from thieving politicians, u[nfortunate] youth from crime..."
(SCENE: A montage of the above scenes)
6. Superman: And now -- the powers that enabled me to do all those [things is] GONE! Is this the -- END OF SUPERMAN?

******************************

XII.

1. Caption: At that moment, a tramp stumbles upon Clark Kent's garm[ents]
Tramp(in rags, looking down, delighted to see clothes): Well, well lucky day!
2. Caption: Removing his own frayed clothes, the vagabond dons Cla[rk's] and jauntily commences to walk from the alley...
Tramp(reaching for pocket): Say! Just thought of it! Maybe th[ere's] dough in th' pockets!
3. Caption: SUPERMAN drops from the rear of the truck in time [to see] the tramp reach into his pockets...
Superman: Good grief! He's sure to find a name-card in my pock[et] And then...
4. Superman(striding grimly forward): TAKE OFF THOSE CLOTHES!
Tramp(looking up in terror): AWK! - S-SUPERMAN!
5. Tramp(swiftly removing clothes): Yes, Mr. SUPERMAN! I-I'll ta[ke] I - I didn't know they were[...] D-don't do me no harm! Hurry! Hurry!
Superman(to terrified tramp): Stop talking!
6. Caption: Upon removing the clothes, the tramp is so eager to g[...]
Superman(as tramp dashes off in long underwear): Wait! You ca[n have your] clothes back.
Tramp(shouting back): All I wants do is get as far away from [...]
7. Clark(donning outer garments): Barely arrived in time! If I [...] later...! Well -- I'd better [...] about it!

***************************************

(Left:) For some reason, Siegel would type two or more pages of script on a single sheet of paper, and wasn't at all reluctant to carry over part of one comics page description to the next sheet of paper. Page "XI" begins a few lines from the top of this sheet lovingly retyped by Mark Waid. (Below:) Repro'd from an art catalog is a copy of the art for page 11. Mark says DC once sent him a photocopy, "in hopes I could ID it." [Superman TM & ©2003 DC Comics.]

perplexing question in future episodes when he is faced by a mysterious foe who uses the powers of the K-Metal to render the Man of Steel vulnerable in their clashes! DON'T MISS IT!!"

What sort of Twilight Zone had I stumbled into? In my world, Lois's *suspicion* that Clark was Superman was an inviolate staple of the mythos. In my world, kryptonite first appeared on the *Adventures of Superman* radio program in 1943. In my world, Superman hadn't learned of his Kryptonian origins until 1949, when kryptonite was finally introduced into the comics.

But in a world in which this story had been published instead of shelved, all of that—and everything since—would have been radically *different*.

Why hadn't it seen print in 1940? An investigation led nowhere. Neither Jerry Siegel nor editors Vin Sullivan or Jack Schiff even remembered the story, though their best guess jibed with mine: that it was discarded because Clark's disclosure of his secret overturned too much of the Superman Legend just when the character's tory was becoming familiar to the public. The Man of Steel's popularity was growing fast; the newspaper strip was booming, the radio show had hit the airwaves, and there were talks of novelizations, cartoons, and movie serials. From the very beginning, a huge part of the appeal of the Superman concept was the Superman/Lois/Clark triangle, so while we'll never know for sure, in all likelihood, Superman's publishers decided simply not to mess with the magic.

The K-Metal, of course, is its own mystery. Why it, too, was abandoned is an enigma for the ages. It's clever, it's dramatic, and as named "kryptonite" by the radio show, the innovation of a debilitating radioactive mineral from Superman's homeworld eventually worked its way into continuity anyway. Why, then, was the concept abandoned in 1940? Was it later suggested to the radio producers, or did they invent it independently? Again, we'll never know.



SUPERMAN Page Seven

XIII.

1. Caption: Meanwhile --"Rocks" Gordon has reached home with his gang...
"Rocks"(looking at painting of "Hidden Gold",chuckling): Ain't that a beauty?
Hireling(to another thug): Has the boss gone nuts?
Thug: I know "Rocks" goes in for "class" but don't ya think this is carryin' it a little TOO FAR?
Another thug(grumbling): Riskin' our lives just 'cause he's suddenly gone pitcher-nertz...!
2. "Rocks"(seizing thug who had grumbled,pushing his face): Pitcher-nertz, am I? Listen, you boobs -- I'll tell ya who's crazy! Not me! This is th' biggest job I've ever pulled -- why, we'll all prob'ly be set for life. Wottaya say to THAT?
Thug: S-sounds GOOD!
3. "Rocks"(whispering into ear of lieutenant): Now listen closely, "Crusher". This is what I want you to do. (Bz-zz...)
"Crusher"(eyes wide in wonder): Chee, boss! I can understand ya soundin' me out to crack a bank, all right -- but to swipe THAT -- ??? -- !
4. Caption: Nevertheless, on "Rocks'" insistance, "Crusher" sets forth on his "errand" with some of the boys...
Thug(entering sedan with "Crusher"): What's up?
"Crusher": I won't tell ya...yet. Ya wouldn't believe me!
5. Caption: And at that moment -- Lois has accepted Bronson's invitation to visit his studio while he rustles up some food....
Lois(seated in studio,looking about at luxurious layout): Um-mm! Nice-looking penthouse! -- There was something vaguely familiar about the leader of the bandits who robbed the museum. If I could only remember...!
6. Bronson(coming in with food on tray): Help yourself! - And if you want a cigarette, you'll find some in the container beside you.
Lois(looking toward container): No,thank you. I don't sm... -- WHAT -- ??
7. Lois(looking amazed at initials "RG" on container): "RG" - "Rocks" Gordon's initials - and he said he sent these cases only to his CLOSEST friends!
8. Lois(accusingly,to Bronson): Now I see it all! "Rocks" was the masked bandit-leader! And YOU are in cahoots with him! Am -- am I right?
Bronson(smirking,pulling gun from beneath jacket,aiming it at her head): Clever girl, aren't you? Look at what I'm holding in my hand -- then answer your own question yourself!
*************************

XIV.

1. Caption: Driving to Professor Barnett Winton's residence, Clark anxiously rings the bell...
Clark(as rings bell): I remember feeling a strange sense of weakness when I came here for that interview. And the Pr[...] in possession of some secret. - I [...] connection between the two?
2. Professor Winton(admitting Clark): Ah -- the reporter fr[...] Kent, I believe?
Clark(urgently): That's right. What I've come to see yo[...] -- that secret you mentioned. I MUST k[...]
3. Clark: I assure you it's not just idle curiosity that pr[...] brazen request, but...
Professor Winton(raising hand to silence Clark): Very we[...] But first I must remind you that I will re[...] promise not to violate the strict secrecy [...]
4. Clark: I give you my word!
Professor Winton: Krypton apparently supported a form[...] strength far beyond that of earth me[...] life died on Krypton with the death [...]
5. Caption: "...However,long ago, while upon a scientific[...] of Mongolia, I sighted a tremendous heavenly[...] lighted like day. The natives were terrifie[...]
(SCENE: Shows Professor,wearing explorer's costume in [...] brilliant sky,while terrified natives scatter [...]

Page "XIII" of Siegel's script as retyped by Mark, and page 13 of the "lost" art, also signed by Noel Neill. [Script page ©2003 the respective copyright holder; Lois Lane TM & ©2003 DC Comics.]

Though it came paper-clipped to a clearly photocopied (and very detailed) story synopsis (dated in-house, oddly, later than the script, though clearly written before!), the carbon of the script itself was smudged, smeared, and on cheap paper, rendering photocopies illegible (at least by 1988 Xerox technology). In order to create a reproduceable copy for posterity, I had to find an Elite-typeface typewriter and meticulously reproduce the script—which I did, exactly and precisely, typos and all, to create a replica virtually indistinguishable from the carbon save for its sharp clarity. Copies of that were circulated to then-Superman editor Mike Carlin and to our mutual bosses in hopes we could obtain Siegel's blessing to have the story re-illustrated and released at last, but for whatever reason, nothing ever came of that. Hopefully, we'll see it someday.

In the meantime, it remains the Most Important Superman Story Never Told. In the event any of *Alter Ego*'s readers can shine any more light on it, don't hesitate to let us know.

Page Eight

SUPERMAN

6. Caption: "...Next day, they came to me with a fantastic tale. Doom had fallen from the fiery skies, blotting out an entire village! I determined to investigate..."

(SCENE: Shows excited native runner pointing off into distance. Professor looking toward direction in which he points)

7. Caption: "...It was not an idle tale! When I reached the former site of the village I found that it had, indeed, been destroyed -- but by a gigantic meteor!...."

(SCENE: Shows Professor approaching with expedition, looking in wonder at spot where there is gaping hole in ground where there had been a village)

8. Professor: My instruments indicated a strange force emanating from the celestial visitor. Digging deep within it -- I extracted a metal of such strange, such forceful emanations, that I had to sheath it in lead. That metal I have here -- here, in my laboratory!

(SCENE: Closeup of Professor Winton)

*************************************

XV.

1. Caption: Before Clark's surprised vision, the P[...] metal container...

Clark(within laboratory): Inside that containe[...]

Professor Winton(exultantly): The metal -- the[...]

Although kryptonite was introduced on the *Adventures of Superman* radio show in 1943, and in the comics in *Superman* #61 (Nov.-Dec. '49), page "XV" of this 1940 script shows that it was indeed Jerry Siegel's creation, several years earlier!

But the 1948 Columbia theatrical serial *Superman* beat the comics to the punch, and perhaps influenced them to utilize it, when it included a chapter-ending sequence in which Clark is exposed to the strange metal—collapses—and is declared dead by the scientist who shows it to him. That film sequence roughly parallels events related on page 15 of the "K-Metal" script, but there are significant differences: in the serial, the professor's name is Leeds rather than Winton, and the Earthman doesn't gain super-strength from touching it—but in both cases it's potentially deadly to Clark! Clark/Superman was played in the two late-'40s serials by Kirk Alyn, Prof. Leeds by Forrest Taylor. [Superman TM & ©2003 DC Comics; script page TM & ©2003 the respective copyright holder.]

Jim Steranko featured somewhat fuzzy repros of the finished art for page 15 in his excellent 1970 *Steranko History of Comics, Vol. 1*, as well as three more pages that do not duplicate those accompanying this article. However, Jim declined to give us his blessing to reproduce those four pages in *Alter Ego*, and we elected to honor his wishes.

Just so you don't worry: Superman does regain his strength in the 1948 serial. Here, Kirk Alyn removes a vault door to rescue Noel Neill as Lois Lane. [Superman TM & ©2003 DC Comics.]

to me, man! Are you all right?

Two kryptonite headaches for the price of one! (Left:) "The Origin of Superman" in *Superman* #53 (July-Aug. 1948), the full recounting of the Man of Steel's beginnings, was drawn by Wayne Boring; though the hero's homeworld exploded, there was no hint that its fragments would be dangerous to Krypton's last son. (Right:) Less than a year and a half later, in *Superman* #61 (Nov.-Dec. '49), "Superman Returns to Krypton," he learned his own backstory in an otherwise lackluster tale involving a fake swami; art for that one was by Al Plastino. [©2003 DC Comics.]

*quote his bio from DC's* Superman: The Action ...omics Archives, Vol. 1, *in 1997:* "Mark Waid, *comics writer and historian, is a survivor of the doomed planet Krypton whose powers were sapped by exposure to Gold Kryptonite at an early age. Or so he tells himself.*"]



Case: 12-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 163 of 318

# EXHIBIT CC

237
ER 2161

F. Y. I. Everyone
unpublished in 1940

From:
Jerry Siegel,
2402 Glendon Road,
University Heights, Ohio.

Page One

SUPERMAN

I.

1. (Panel occupies full page. Contains the title, SUPERMAN, the by-line, By Jerry Siegel and Joe Shuster, a script box, and an illustration showing villain atop mountain causing mountain-slide to crash down toward SUPERMAN and Lois. A gang of thugs who had been menacing SUPERMAN and Lois are being buried in the mountain-slide. Lois crouches in fear behind SUPERMAN. SUPERMAN smashes the boulders back as they reach him)
Script Box: For the first time in his amazing career, SUPERMAN, ultra-powerful Champion of Justice and the Oppressed, is confronted by strange circumstances which threaten to wreck his life's mission! The nature of those circumstances — and their effect upon the lives of Clark Kent and Lois Lane, Daily Planet reporters, is guaranteed to leave you gasping!!

************

II.

1. Caption: Hurtling thru interplanetary space, a stellar fragment fated to change the destiny of SUPERMAN....
(SCENE: Shows huge meteor nearing Earth)
2. Caption: In his observatory, Professor Barnett Winton closely observes the visitor from the heavens....
Professor(as peers into telescope): Hm-mm! Strange! No regular orbit — it will revolve about Earth then flash back into the depths of space again! Interesting -- and thought provoking!
3. Perry White(to Clark): Get a statement from Professor Winton on the meteor now approaching.
Clark: Okay. But I wish you'd save these dull assignments for someone else.
4. Caption: Clark notes to his surprise that as he approaches and enters the Professor's great laboratory, a strange tired feeling surges thru him....
Clark(to Professor): ("-Odd how tired I feel!-") Tell me, Professor Winton. From where do you think this stellar vagabond hails?
Professor Winton: It's my belief — in fact, I'm quite CERTAIN — that this fragment is a portion of the planet Krypton, which exploded to bits many years ago.
5. Professor Winton: Why am I certain? Well — that's a secret I'm not ready to divulge. But some day I may let you know...some day...
Clark: I look forward to that day. ("-If he only knew to what degree he's boring me! I'll make one last attempt to unearth something newsworthy!-")
6. Clark: Is there any possibility of the meteor colliding with Earth and causing damage?
Professor Winton: None at all. It will swing past. It may, however, return on many other occassions.
7. Caption: Later — back at the Daily Planet office....
Clark(listlessly typing): What a stupid yarn. Just a waste of valuable space, if you ask me.
8. Clark(handing typewritten sheets to White): Here's the story, White. Now if you'll only give me something I can really sink my teeth into...
White(leaning back,smiling): I believe I've just the thing for you, Clark. Just the thing...

********************************

III.

1. Clark(eagerly,rubbing hands): Yes — yes....
White: "Rocks" Gordon, the gangster. No one has ever succeeded in getting an interview from him, because he has a reputation for treating reporters rough. There's your assignment!
Lois(entering room thru doorway): Am I interrupting anything?

2. White: Not ~~sit~~ at all. Clark's been begging for an assignment worthy of his talents and so I'm giving him the opportunity of interviewing "Rocks" Gordon.
Lois(enthusiatic,to Clark): How perfectly SWELL. Clark -- didn't think you had the nerve.
Clark(shaking,vervous): ("-This won't do. Lois must have no inkling that I'm anything but yellow clear thru!-") M-me interview that hoodlum? Chief -- I asked for an assignment, not a beating!
3. Lois(in disgust to Clark): I might have known it was too good to be true. You're as cowardly as ever. - Would it be all right if I went along to protect you?
White(pointing at Clark,shouting): You asked for the assignment -- now....accept it, or you're washed up here at the Planet!
Clark(miserably): I'll -- go -- !
4. Clark(driving Lois in roadster): Why, oh why, did I have to wish this on myself?
Lois(frowning): I wish you'd buck up and be a man. How you ever got the thrilling scoops you do, is beyond me!
5. Clark(to tough guy in doorway of "Rocks'" home): M-may we s-see "Rocks"?
Tough at door(snarling): Wot for?
Lois: Something of vital importance to your boss. You'd better let us in!
6. Lois(looking about huge magnificent office in home): Um-mm! Some office!
"Rocks"(smirking): Classy, eh? - Grab a chair an' tell me what's on your mind. -- ere...have a cigarette.
Clark(as "Rocks" holds forth jewelled cigarette case): (G-gulp!) N-no, thanks. I -- I don't...s-smoke...
7. Lois(regarding case,noting letters "RG" engraved on side): I see you've got your initials engraved on your cigarette case.
"Rocks": Yep. I send these cases to only my closest pals! - Well, what do ya want?
Clark: Er -- well -- in a way -- a sort of -- of -- interview!
8. "Rocks"(heaving them thru house's door with thug): Reporters, eh? OUT!
Lois(disgusted to Clark): You WOULD have to spill the beans!
*****************************************

IV.

1. Clark(as they drive back toward Planet): I'm afraid Perry White won't like this at all'
Lois: You're telling me!
2. White(looking up as they enter his office): Well -- let's have it!
Lois: Er -- you mean the interview with "Rocks" Gordon?
Clark: We -- we didn't get it!
3. White(closeup,raging): You didn't, eh? And after you beefed for something mansize! Well, that settles it! I'll give you something more in your line -- something easy, innocuous....
4. White: I want you to cover the opening of the new art exhibit at the Metropolis Museum of Art.
Lois(protesting): Aw, Chief...!
Clark: Art, eh? They say that's very uplifting! Come, Lois! Let's get going!
5. Lois(seated in car beside Clark as they drive toward museum): I believe you're actually pleased at the prospect of standing around and gawking at some half baked "masterpieces".
Clark: It gives me an excuse to remain in your company, doesn't it?
6. Clark(as they leave car,pointing out men standing at museum's entrance): Those two men there! I know one of them.
Lois: Which one!
7. Caption: "---John Manners. He's a nephew of Craig Matthews, eccentric mining magnate and art collect, who recently died..."
(SCENE: Shows closeup of John Manners;handsome young man smoking pipe)
*****************************************

SUPERMAN

V.

1. Clark(shaking John's hand): John — I want you to meet Lois Lane, a fellow reporter on the Daily Planet.

John: How do you do, Miss Lane. And may I introduce you to an acquaintance of mine?

Bronson(snobbish art critic): He's referring to me!

2. John(introducing Bronson to Lois): Daryl Bronson - - art critic for Contemporary Arts Bi-Monthly. You'll note his impeccable appearance. Some columnists have gone so far as to label him a snob.

Clark(handing out to Bronson): Glad to meet you!

Bronson(turning back on Clark,taking Lois hand,bowing slightly): To say that this meeting is a pleasure would be trite...but apt!

Lois(as accepts hand): Seems I read that some place before!

3. Clark(to John): Haven't seen you in some time, John. How have you been doing?

John: Financially, quite woefully. It's bad enough Uncle Craig had to die, but all he left me was a practically worthless oil painting by an artist friend of his, Paul Gentry...who also died recently. "Hidden Gold" is the name. It's displayed here.

4. Clark: Left penniless! That's odd. It was my belief that your uncle was fabulously wealthy!

John: And so he was. But after his death his unscrupulous partners, Gizzard and Buzzard, picked his estate clean, leaving me only that picture.

Bronson: And what a picture! It's a wonder the're exhibiting it here at all. Take my word for it, it's an inferior piece of art. I ought to know!

5. Lois: Ought you?

Bronson(pompously): I certainly should! Why in the very latest issue of my publication there's an article I wrote exposing Gentry's work as being very poor indeed. And "Hidden Gold" is his most nauseating canvas!

John(to Clark,pointing to Bronson): That's what I like about Bronson. He's such pleasant company!

6. John(pointing out painting which hangs on wall in gallery; picture shows an old prospector,followed by his burro,stumbling in glee upon an old lost mine): The picture signifies the elation of a prospector who for years has searched for an old lost mine — and finally stumbled upon it!

Clark: Looks pretty good!

Bronson(sneering,looking at Clark): It would! — to YOU!

7. Gizzard(approaching,thin,stooped): Heh! Heh! Congratulations, young fella!

Buzzard(ditto): Fine picture you've inherited, Manners — but not worth the canvas it's painted on!

Manners(angrily,leaping at them): Gizzard and Buzzard! You two thieving skin-flints! I've been longing to meet you since....

8. Leader(of masked men who stand in doorway of gallery-room): Don't none of ya move!

Buzzard(crouching back from Manners): AWK!

Manners(startled): Bandits!

**********************************

VI.

1. Bandit-Leader: Do as we tell ya an' maybe ya won't get hurt! RAISE YOUR HANDS!

Clark(to himself,raising hands with others): (*-My X-ray vision ought to inform me whose features lie behind that mask!-*)

2. Caption: Clark is startled to discovered that the leader of the intruders is none other than "Rocks" Gordon, the gangster who had manhaldled him earlier in the day...

(SCENE: Shows snarling face of "Rocks". Dotted lines indicating position of mask)

3. Bandit-Leader(holding opening closet door,shouting order): INTO THERE!

Clark(hurrying into closet,followed by others): Y-yes, sir! At once, sir!

Lois(disgustedly,to Clark): You WOULD lead all the rest!

4. Clark(within closet): M-my word! What do we d-do NOW?

Bronson(shoving against door): We've got to break down the door!

Lois(to Clark): Don't just stand there, stupid! Throw your weight against the door with the others!

6. Caption: As he dashes toward the child, SUPERMAN observes an amazing fact. He is forced to strain himself to the utmost! Invisible chains seem to be pulling at his limbs...
Superman(racing forward,fighting way on desperately with great effort): My strength -- ebbing! But I've got to -- reach -- that child -- !
7. Caption: It seems an eternity before he reaches the youngster and tosses it out of danger's reach! But then...
Superman(tossing child out of car's path): A few inches over -- and you're safe!
8. Caption: Too slow to escape the auto's forward plunge, SUPERMAN is hit head-on, and for the first time he knows what it means to be struck with terrific force!
Superman(as struck by car): UH-Hhh!
***********************************

IX.

1. Caption: Back flies the stricken Man of Steel in a complete somersault...!
(SCENE: illustrates)
2. Caption: As the auto looms before him once again, he drags himself up and in a desperate effort clings to its radiator...
Superman(hanging onto radiator): A roaring in my ears -- drums of doom ---but I mustn't lose consciousness! I must stop this car!
3. Caption: Forward, he strains -- forward -- heaving, pushing, while sweat gathers on his brow, and his body trembles as tho with fever!
(SCENE: illustrates)
4. Caption: The auto slows...grinds to a COMPLETE STOP!
Superman(performing feat with great effort): B-barely did it!
5. Caption: Out from the auto leaps its driver beserk,with fear and rage....
Driver(dashing up,wrench held high): I'll fix ya!
Superman(standing weakly before driver): Lower - that - wrench!
6. Caption: As the heavy tool smashes against his skull, SUPERMAN feels a blinding sensation....
Superman(as struck): Pain! I KNOW THE MEANING OF PAIN!!
7. Caption: Suddenly a feeling of terrible rage surges thru the Man of Tomorrow at the cowardly attack. Snatching up the auto, he holds it overhead threateningly....
Superman(holding auto overhead with one hand in awful rage,shouting at terrified driver): I ought to...!.
Driver(fainting): YII-IIIiii!
**********************

X.

1. Caption: Suddenly...
Superman(looking up in terror at auto he holds overhead): My strength -- deserting me -- again...!
2. Caption: Down...slowly,inevitably...moves the auto as the Man of Tomorrow's store of energy dwindles rapidly...
Superman(arms behinding,as car lowers,wavy lines showing car shaking): I can't hold it up any longer! I...
3. Caption: DOWN CRASHES THE CAR! DOWN ATOP THE NO-LONGER IMPERVIOUS SUPERMAN!!!
(SCENE: illustrates)
4. Caption: Luckily, he had fallen BETWEEN the wheels, thus escaping a crushing death!
Superman(lying beneath wheels): I've fallen...the car -- I couldn't hold it up any longer! It can't be true! I must be dreaming! That's it! A nightmare!
5. Caption: But unfortunately for the Man of Tomorrow -- it's GRIM REALITY!
Man(turning running,as sights SUPERMAN walking dazed along the street): Run -- it's SUPERMAN!
Woman(running,screaming): EEEeee!
Superman(as staggers along,hand to head): They run in fear. But what would they do if they knew I was as weak -- weaker -- than any of them?

6. Caption: As a truck stops before a red traffic signal, SUPERMAN pulls himself up into its rear...
   Superman: Got to hide -- this costume -- drawing everyone's attention.... Must get back to where I hid my outer garments...before true identity as Clark Kent is discovered....

**********************************

XI.

(NOTE: On this page use an unusual layout, the first and last panels small within circles. The other panels large in layout order with plenty of white space between so that they are disconnected)

1. Superman(dazed): For years I've fought for principles I thought right and just -- using my incredible powers of strength and mind to correct injustices -- make this a better world....
2. Caption: "...single-handed I stopped wars..."
   (SCENE: Shows SUPERMAN smashing tanks with a cannon as he is charged by troops)
3. Caption: "...crooked racketeers learned that I was determined to smash their evil activities..."
   (SCENE: Shows SUPERMAN wrecking a gambling establishment while thugs and patrons dash about in terror)
4. Caption: "...many times I blessed the providence that had presented me with super-strength, for it enabled me to save the life of the woman I love..."
   (SCENE: Shows SUPERMAN shielding Lois' figure with his own as gangsters shoot machine-guns at them)
5. Caption: "...I saved cities from nature's disasters, widows from grasping scoundrels, municipalities from thieving politicians, unfortunate youth from crime..."
   (SCENE: A montage of the above scenes)
6. Superman: And now -- the powers that enabled me to do all those things is... GONE! Is this the -- END OF SUPERMAN?

*****************************

XII.

1. Caption: At that moment, a tramp stumbles upon Clark Kent's garments....
   Tramp(in rags, looking down, delighted to see clothes): Well, well! This is my lucky day!
2. Caption: Removing his own frayed clothes, the vagabond dons Clark's suit and jauntily commences to walk from the alley...
   Tramp(reaching for pocket): Say! Just thought of it! Maybe there's some dough in th$ pockets!
3. Caption: SUPERMAN drops from the rear of the truck in time to see the tramp reach into his pockets...
   Superman: Good grief! He's sure to find a name-card in my pocket-book! And then...
4. Superman(striding grimly forward): TAKE OFF THOSE CLOTHES!
   Tramp(looking up in terror): AWK! - S-SUPERMAN!
5. Tramp(swiftly removing clothes): Yes, Mr. SUPERMAN! I-I'll take them off! D-don't do me no harm! I - I didn't know they were yours!
   Superman(to terrified tramp): Stop talking! Hurry! Hurry!
6. Caption: Upon removing the clothes, the tramp is so eager to get away that....
   Superman(as tramp dashes off in long underwear): Wait! You can have your own clothes back.
   Tramp(shouting back): All I wanta do is get as far away from here as possible!
7. Clark(donning outer garments): Barely arrived in time! If I had come a moment later...! Well -- I'd better just not think about it!

**************************************

XIII.

1. Caption: Meanwhile --"Rocks" Gordon has reached home with his gang...
"Rocks"(looking at painting of "Hidden Gold",chuckling): Ain't that a beauty?
Hireling(to another thug): Has the boss gone nuts?
Thug: I know "Rocks" goes in for "class" but don't ya think this is carryin' it a little TOO FAR?
Another thug(grumbling): Riskin' our lives just 'cause he's suddenly gone pitcher-nertz...!

2. "Rocks"(seizing thug who had grumbled,pushing his face): Pitcher-nertz, am I? Listen, you boobs -- I'll tell ya who's crazy! Not me! This is th' biggest job I've ever pulled -- why, we'll all prob'ly be set for life. Wottaya say to THAT?
Thug: S-sounds GOOD!

3. "Rocks"(whispering into ear of lieutenant): Now listen closely, "Crusher". This is what I want you to do. (Bz-zz...)
"Crusher"(eyes wide in wonder): Chee, boss! I can understand ya soundin' me out to crack a bank, all right -- but to swipe THAT -- ??? -- !

4. Caption: Nevertheless, on "Rocks'" insistance, "Crusher" sets forth on his "errand" with some of the boys...
Thug(entering sedan with "Crusher"): What's up?
"Crusher": I won't tell ya...yet. Ya wouldn't believe me!

5. Caption: And at that moment -- Lois has accepted Bronson's invitation to visit his studio while he rustles up some food....
Lois(seated in studio,looking about at luxurious layout): Um-mm! Nice-looking penthouse! -- There was something vaguely familiar about the leader of the bandits who robbed the museum. If I could only remember...!

6. Bronson(coming in with food on tray): Help yourself! - And if you want a cigarette, you'll find some in the container beside you.
Lois(looking toward container): No,thank you. I don't sm... -- WHAT -- ??

7. Lois(looking amazed at initials "RG" on container): "RG" - "Rocks" Gordon's initials - and he said he sent these cases only to his CLOSEST friends!

8. Lois(accusingly,to Bronson): Now I see it all! "Rocks" was the masked bandit-leader! And YOU are in cahoots with him! Am -- am I right?
Bronson(smirking,pulling gun from beneath jacket,aiming it at her head): Clever girl, aren't you? Look at what I'm holding in my hand -- then answer your own question yourself!

*************************

XIV.

1. Caption: Driving to Professor Barnett Winton's residence, Clark anxiously rings the bell...
Clark(as rings bell): I remember feeling a strange sense of weakness when I came here for that interview. And the Professor hinted he was in possession of some secret. - I wonder if there's a [illegible] connection between the two?

2. Professor Winton(admitting Clark): Ah -- the reporter from the Planet! Clark Kent, I believe?
Clark(urgently): That's right. What I've come to see you about, Professor, is -- that secret you mentioned. I MUST know what it is!

3. Clark: I assure you it's not just idle curiosity that prompts me to make this brazen request, but...
Professor Winton(raising hand to silence Clark): Very well. I'll tell you. But first I must remind you that I will rely upon your promise not to violate the strict secrecy I will impose upon you.

4. Clark: I give you my word!
Professor Winton: Krypton apparently supported a form of life which possessed strength far beyond that of earth men...but, of course, all life died on Krypton with the death of the planet itself.

5. Caption: "...However,long ago, while upon a scientific expedition into the heart of Mongolia, I sighted a tremendous heavenly display as the night sky lighted like day. The natives were terrified..."
(SCENE: Shows Professor,wearing explorer's costume in Mongolia,looking up at brilliant sky,while terrified natives scatter in all directions)

6. Caption: "...Next day, they came to me with a fantastic tale. Doom had fallen from the fiery skies, blotting out an entire village! I determined to investigate..."
(SCENE: Shows excited native runner pointing off into distance. Professor looking toward direction in which he points)
7. Caption: "...It was not an idle tale! When I reached the former site of the village I found that it had, indeed, been destroyed -- but by a gigantic meteor!...."
(SCENE: Shows Professor approaching with expedition, looking in wonder at spot where there is gaping hole in ground where there had been a village)
8. Professor: My instruments indicated a strange force emanating from the celestial visitor. Digging deep within it -- I extracted a metal of such strange, such forceful emanations, that I had to sheath it in lead. That metal I have here -- here, in my laboratory!
(SCENE: Closeup of Professor Winton)
************************************

XV.

1. Caption: Before Clark's surprised vision, the Professor wheels out a great metal container...
Clark(within laboratory): Inside that container -- ?
Professor Winton(exultantly): The metal -- the strange metal I told you of!
2. Professor Winton(lifting portion of lead covering): See? It glows with a penetrating green brilliance! Strangely enough, it was dull only until the fragment from Krypton approached Earth..then came this new luster!
Clark: ("-That unaccountable weakness again!-") Then it seems this metal, too, hails from Krypton!
3. Professor Winton(touching metal with one hand, lifting heavy desk with other): And what strange powers this metal imparts! See -- I touch it...and tho I am a feeble old man, suddenly I find myself possessed, temporarily, of tremendous strength! - You try it!
4. Caption: Hesitantly, Clark reaches toward the baleful green metal -- half-fearfully -- sensing strange attractions and repulsions within him...
Clark(as reaches out): ("-It's as tho...I were on the threshold of...a fearsome discovery!-")
5. Caption: But as Clark touches it! - Sharp agony twists thru his form -- a sudden cry escapes his lips -- then -- he drops into unconsciousness!
(SCENE: Shows Clark collapsing as touches metal)
Professor Winton(startled): My word!!
6. Caption: As Clark revives....
Professor Winton(kneeling beside Clark): Speak to me, man! Are you all right?
Clark(lifting himself unsteadily): A trifle dizzy...but it will pass.
7. Professor Winton(shaking head, puzzled): I can't understand it! The metal imparted to me a sensation of amazing well-being. Yet -- when YOU touched it -- it seemed to rob you of all animation. Interesting -- and PUZZLING!
Clark(to himself): ("-I know the answer..only too well!-")
8. Clark(closeup): ("-I myself must come from Krypton. The interstellar fragment, swinging close to earth, rendersy my bodily strength hardly more than average. We're like two poles of a short-circuited battery....")
9. Clark(closeup): ("-While I lived on Krypton I derived great strength and powers from the planet, but after the explosion and my removal to earth contact was broken in some mysterious fashion. When the fragment nears earth, the effect upon me is NEGATIVE!-")
***************************************

1. Clark(departing from home): Thank you very much, Professor Winton.
Professor Winton: Now remember. You've given men your word. You must tell NO ONE!
2. Clark(getting into taxi):("So that's what it's all about! At last I know the secret of my origin!-")
3. Clark(as drives within taxi;worried): My super-strength gone -- ! What shall I do? Continue my battle in behalf of justice as SUPERMAN -- or assume a quiet existence as mere Clark Kent,reporter?
4. Caption: While en route to "Rocks'" home, Clark comes to a tremendous decision....
Clark(grimly): Super-strength or no super-strength, I'm going to continue my battle against the forces of evil as SUPERMAN even tho I be at a marked disadvantage!
5. Caption: When he reaches his destination....
C lark(behind a telephone pole,watching "Crusher" and the other thugs carry a large wrapped package from a truck into the house): "Rocks'" men -- carrying a bulky package into his home! Wonder what's up?
6. Caption: Clark clambers thru an open window....
Clark(as climbs thru):: (Puff! Puff!) I never thought this would call for any exertion!
7. Caption: Cautiously moving along a hall, Clark pauses as he hears voices, then strains his ears....
Clark(listening,ear against wall): I can hardly hear what they're saying! What I wouldn't give for my super-hearing now!
**************************

XVII.

1. Thug (as "Rocks" takes wrapping off package): What kinda thing is that, boss?
"Rocks": Violet-ray equipment, stupid!
"Crusher"(holding up hand,exhibiting brass knuckles): Th' doc was sort of reluctant about parting with it, but when I gave him a taste o' THIS, he changed his mind!
2. Caption: The assembled thugs watch breathlessly, as "Rocks" pulls the curtains, then focuses the light upon the painting...
Thug: What -- ?
"Crusher"(amazed,as outlines of map appear on painting): A map -- becoming visible -!
"Rocks": Take a good look, boys -- THEN try to call me balmy!
3. "Crusher": Wh-what is it all about?
"Rocks"(pointing at map): The ultra-violet light brings out the map that's drawn beneath th' painting! And that map shows the location of the richest mine Craig Matthews ever discovered!
Thug: But how -- ?
4. "Rocks": Matthews didn't trust his partners, Gizzard and Buzzard -- so when he found this mine he kept it a secret. In willing the painting to John Matthews, he figured that if his nephew was smart enough to figure out th' secret of the painting, he'd deserve th' inheritance.
(SCENE: Closeup of "Rocks")
5. "Crusher": An' you aim for us to take over this mine?
"Rocks": That's right! An' I don't intend to waste no time. We're leavin' for th' mine, at once!
6. Caption: So intent is Clark upon eavesdropping that he is unaware of someone approaching from behind until it is too late...
Thug(smashing butt of pistol on rear of Clark's head): Eavesdroppin', huh?
7. Thug(indicating Clark's unconscious figure): Know who this guy is, Chief?
"Rocks": It's that fool reporter who tried to interview me this morning. He must have heard every word!
"Crusher"(aiming gun at Clark): I'll fix him so he won't squeal!
8. "Rocks"(holding "Crusher's" hand): Not yet, "Crusher". I know of a perfect way to dispose of his body. You stay here, "Crusher" -- and carry out those "certain instructions", while I take this reporter to th' mine, along with me an' th' boys!
"Crusher": As you say, "Rocks"!
******************************************

XVIII.

1. Caption: Bronson forces Lois to leave his apartment at the point of a gun....
Lois(in car beside Bronson who drives,but points gun at her): And -- you say there's a map beneath that picture indicating the whereabouts of a valuable mine?
Bronson: Yes. While writing the article on Gentry, I looked thru his papers, and found a note which gave away the secret of the "Hidden Mine" picture. I made a pact with Gordon. For 50% of the mine's profits, he was to snatch the picture.
2. Caption: When they reach "Rocks'" home....
Bronson(to "Crusher"): Where's Gordon?
"Crusher": He's already left for the mine!
Lois(to Bronson): It looks like your"partner" has already stolen a march on you!
3. Caption: "Crusher" informs Bronson of the mine's location. But as the two turn to depart, he prepares to wipe them out...
"Crusher"(aiming at their backs,as they start to leave room): ("-This is gonna be TOO easy...!-")
Lois(turning head): ("-"Crusher"...about to SHOOT!-")
4. Caption: Whirling swiftly, Lois hurls a vase, spoiling the killer's aim....
Lois(as hurls vase): No, you don't!
"Crusher"(as vase strikes hand,gun going off toward floor): You -- !
Bronson(whirling,reaching for gun): You doublecrossing...!
5. Bronson(shooting "Crusher"): So "Rocks'" left instructions for you to kill me, eh? -- Take that!
"Crusher"(as shot): No! D-- YAA-AAA-aaa!
(SCENE: lois turning head away in horror)
6. Lois(shrinking from Bronson): You shot him -- in cold blood -- !
Bronson(seizing her wrist): Before I'm finished there'll be a lot more corpses! Come with me -- unless you want a dose of what I gave "Crusher"!
7. Caption: Meanwhile -- "Rocks'" chartered plane descends before the secret mine's entrance. Clark has revived...
Clark(emerging from plane,dazed): Wh-what are you going to do with me?
"Rocks"(holding gun on him,pointing toward some shrubbery): Keep walking -- in that direction!
8. Clark(as enters mine thru entrance screened by shrubbery): The mine! - It's entrance ...screened by shrubbery!
Thug(thrilled with others,looking at markings on wall): GOLD!
Another thug: An' from th' looks of it -- a bonanza!
"Rocks"(shouting to his delighted men): Forget that for a minute. We've got to finish off this reporter...NOW!
9. Caption: Clark faces a firing-squad....
"Rocks"(to lined up thugs who point weapons at Clark): Fire, when I give the signal!
Clark(to himself,as faces execution-squad): ("-A few hours ago I would have laughed at their impotence. But now...!-")

**********************

XIX.

1. Caption: Meanwhile....securing a plane, Bronson had flows toward the mine's location...
Lois(looking down,as plane slants down): "Rocks'" plane...directly below!
Bronson(at controls,grimly): Gordon thought he could use me, then throw me aside. But I'll show him!
2. "Rocks"(giving order): Ready -- aim -- fi---!
Bronson(entering with Lois,shouting to all): DROP THOSE GUNS! And keep your hands raised!
Lois(astonished): Clark!
3. "Rocks"(sweating): Why -- it's -- it's Bronson! My pla -- Daryl -- ! Put that gun down! You wouldn't....
Bronson(sneering): Shoot you down? That would be too merciful a fate for you. No, you doublecrossing rat -- you're in line for something even more fitting!

4. ~~Bronson~~ Caption: Warning the others not to move, Bronson backs from the mine, and at its entrance, lights the fuse to some dynamite he has brought with him....
Bronson: There! It's lighted! - Now to run to safety!
5. Caption: Moments later...a terrific explosion....
(SCENE: illustrates, rocks raining down and flying apart at mine's entrance)
6. Thug(shouting, in mine): WHAT'S HAPPENED?
"Rocks'"(shouting): BRONSON! - HE'S SEALED US WITHIN THE MINE!
Lois(in Clark's shielding arms): The -- the fiend!
7. Bronson(atop mountain ridge, looking down, gloating): I'll make myself comfortable, and wait. I've plenty of time -- and FRESH AIR! After they've died of suffocation, I can again open the mine, hide their bodies, and commence mining operations!

************************************

XX.

1. Caption: Within the mine, As the air is being rapidly exhausted, weakness begins to steal over the entombed prisoners!
Thug(gasping): I - I can't breathe!
"Rocks": Air -- gimmie air!
Lois(to Clark): It looks like -- the end...
Clark(painfully): I'm glad...at least...that we're...together...("-My lungs.. straining...bursting...like the others...!-")
2. Caption: And in the depths of space....
(SCENE: Shows the fragment of Krypton speeding away from Earth)
3. Radio Announcer: Here's a special bulletin! Astronomers have announced that the great fragment from Krypton is speeding back into space!
4. Clark(lying on side, weakly): A roaring in my ears...everything turning black... black....
5. Caption: But, seconds later....
Clark(looking at fingers): ("-What -- ?- Energy...seeping back into my veins!-")
6. Caption: Rapidly strength flows back in amazing abundance until Clark Kent soon senses, to his astonishment...
Clark(rising, looking at the other sprawled figures): ("-My gigantic strength -- COMPLETELY RETURNED!-")
7. Clark(closeup of face): ("-What a dilemma! I can save them all from death! But if I do...my true identity as SUPERMAN will be revealed!-")
8. Caption: As Clark regards Lois' sprawled, suffering form, he comes to a tremendous decision!
Clark(looking down at her): ("-But unless I do act...and promptly, Lois can't live much longer! Only one thing to do...ONE THING...!-")

********************

XXI.

1. Caption: Weakly, scarcely comprehending the amazing sight, they witness, the dazed prisoners of the sealed mine look on in astonishment as....
(SCENE: Closeup of gaping faces)
2. Caption: ...Clark Kent rips off his outer garments!
Clark(ripping outer garments to shreds): Look well! Because you're going to see a sight I never thought mortal eyes would witness!
3. Caption: -- and stands revealed before them in his colorful SUPERMAN costume!
"Rocks"(bewildered): What -- ?
Superman: They're so dazed, they can hardly believing their sense!
4. Lois(looking at Superman): Clark Kent...SUPERMAN??? - I - I must be imagining things! That's it! The lack of air -- affecting my mind....
Superman(to Lois): No, Lois! It's real enough...only TOO real...!

5. Caption: Forward streaks SUPERMAN, and attacks the stone barrier with his bare hands, tearing, flinging the rocks aside...
   Superman: I've got to break thru quickly, or all this effort will be in vain!
6. Caption: ...until he tears a large gap open! Fresh air sweeps in!
   Superman(turning): There you are! Breathe deeply!
   "Rocks"dashing forward with thugs: Air! Air!
7. Caption: Lifting Lois, SUPERMAN sprints out with her into the open....
   Superman(looking back): For once, they've forgotten their precious gold!
8. Lois(gasping): I still can't believe it! You...Clark Kent...SUPERMAN!
   Superman(shielding Lois' figure): No sooner do I give them life, when they're back to their old tricks!
   "Rocks"(shooting at SUPERMAN,urging the others to also do so): Shoot them down!!

*****************************

XXII.

1. Bronson(looking down,snarling): They've escaped! How, I don't know -- but they won't get away! No! I'll see to that!
2. Caption: Pitting his strength against the huge boulders, Bronson strains with all his might...
   Bronson(shoving at boulders): Almost reached the edge! Another second,and...!
3. Caption: As the great boulders roll off the cliff's top, they gather other rocks in their downward flight -- until Bronson's purpose is accomplished -- A LANDSLIDE...!
   (SCENE: illustrates)
4. Caption: Sighting the approaching doom, the gangsters abandon the attack on SUPERMAN and Lois and flee for their lives...
   (SCENE: illustrates)
5. Caption: But the attempt to escape fails!
   (SCENE: Shows them shrieking as they are buried beneath onrushing landslide)
6. Caption: Snatching up Lois, SUPERMAN races off....
   Superman(running for plane): I've got to reach that plane...before the avalanche overtakes us!
7. Caption: He reaches his goal in record time! But when he attempts to start the motor...
   Superman(frantically,working controls inside plane): They - won't - respond!
8. Caption: SUPERMAN leaves the plane, just as the landslide is practically upon it....
   Superman(crouching, holding Lois,before landslide which is but feet from him): Don't know if I'm yet strong enough to make a successful sky-jump...but I've no choice!

*************************

XXIII.

1. Caption: As one of the great boulders in the lead bounds toward them, SUPERMAN attempts an upward leap...
   Lois(to Superman): This is the first time I've ever seen you doubt your own ability!
   Superman(as jumps upward): Keep hoping!
2. Caption: Twisting unexpectedly, the boulder strikes SUPERMAN's foot...
   Superman(off-balance): Oops! - We're falling DOWN!
3. Caption: Down they plummet -- before the greater mass of the landslide...
   Lois(as they sprawl): We're done for!
   Superman(looking at rocks,upon them): HOLD TIGHT!
4. Caption: UP somersaults SUPERMAN in a final split-second attempt to avert their destruction.....
   Superman: UP — UP — !
5. Lois(looking down): We made it! We're safe! We're safe!
   Superman(grimly): Not until we first take care of a skunk named Bronson!
6. Bronson(firing at them,as they swoop down toward him,shrieking): Keep back! Keep away, I warn you -- or I'll...!
   Superman(dropping down): I think you've already caused all the harm you're ever going to!

*********************************

XXIV.

1. Superman(dropping Lois,advancing on Bronson): We're going to have a reckoning...you and I!

Bronson(backing): No! Don't come near me! Don't....

2. Caption: Bronson's foot unexpectedly strikes a loose rock...
(SCENE: closeup illustrating)

3. Caption: Down falls the shrieking killer into the avalanche of his own making...
Superman(looking down,sighting Bronson falling into landslide): A fitting fate!

4. Lois(snatched up by Superman): But Clark ... I mean SUPERMAN...I mean..oh-hh... I don't know WHAT I mean...!

Superman(leaping into air with her): You're coming with me, young lady!

5. Lois(in Superman's arms,as they soar thru sky): It's AMAZING! It's BEWILDERING! — Why didn't you ever tell me who you really are?

Superman: Because if people were to learn my true identity, it would hamper me in my mission to help humanity. — You must keep it a secret, you understand!

6. Lois: Now I begin to see. Your attitude of cowardliness as Clark Kent — it was just a screen to keep the world from learning who you really are! But there's one thing I must know: Was your — er — affection for me, in your role as Clark, also a pretense?

Superman: THAT was the genuine article, Lois!

7. Lois(as they streak down out of sky): How foolish you were not to let me in on the secret! You should have known you could trust me! Why — don't you realize — I might even be of great help to you?

Superman: You're right! There were many times when I could have used the assistance of a confederate. Why didn't I think of it before?

8. Lois(arms around SUPERMAN's neck): Then it's settled! We're to be — partners!
Superman(smiling down at her): Yes — partners!

********************************

XXV.

1. Caption: Later — SUPERMAN resumes his identity as Clark Kent, and in the company of Lois, looks for his friend...
Clark(to man on street): Have you seen John Manners?
Man: I believe he said he was dropping in on Gizzard and Buzzard.
Lois(to Clark): Let's hurry!

2. John(smashing fist on desk,shouting at the two): I tell you — I've uncovered evidence that definitely PROVES you two scoundrels bilked me out of my inheritance!

Gizzard(smirking): You have, eh? Lot of good it will do you!
Buzzard: Remember — court trials are costly. And money happens to be something you possess very little of!

3. Buzzard: Tell you what we'll do. We'll give you $4000 if you'll drop all charges against us.
Gizzard(extending sheet of paper and pen): Just sign here!
John(reaching for pen): You've got me over a barrel. There's nothing else I CAN do.

4. Clark(coming thru office door): Wait, John! Don't sign anything until you hear what we have to say!

Lois: You're rich, John! Rich! A map to a hidden gold mine was beneath the "Hidden Gold" painting! Why, you're worth MILLIONS!

John(gaping): MILLIONS? You're not joking?

5. John(turning on Gizzard and Buzzard): WELL...gentlemen! That changes the set-up radically! I'm going to sue both of you for every last cent you possess!
Gizzard(shouting at Buzzard): Fool! And you let him inherit that picture!
Buzzard(shouting back,shaking fist under partner's nose): Don't lie! YOU'RE to blame!

6. John(to Clark and Lois): I insist that both of you accept large shares in the mine!
Lois: No, thank you.
Clark: But we would appreciate it if you would turn some of the proceeds over to charity!

7. Caption: As they depart from the office, Clark suddenly finds Lois walking off in a huff....
   Clark(hurrying after Lois,arms out): Why, Lois -- what are you suddenly so angry at?
   Lois(walking hurriedly,head up): I just remembered how long you've secretly been laughing at me! I don't like to be laughed at, Clark Kent -- but -- I'll assist you...only for the good of humanity, however!
8. Clark(closeup): So I'm back in the doghouse again! Oh, well! I've a healthy suspicion that Lois will recover her temper, and that things between us will be ironed out in time...(I hope)!

*******************************

XXVI.

1. Office boy(to Clark): Someone left a message for you -- Professor Barnett Winton.
   Clark: Thanks, Will. I'll hurry straight to his lab!
2. Clark(before Professor's door): I heard you called, and...
   Professor(angrily): So you've come, at last!
3. Professor(within home,angrily): I thought you promised not to reveal my secret!
   Clark: But I haven't told a soul! What makes you think...?
4. Professor(walking along hall): Haven't told anyone, eh? - Follow me into the laboratory!
   Clark: In heaven's name -- WHAT'S HAPPENED?
5. Professor(opening door,indicating smashed,searched,scattered contents of laboratory): THIS! Right after you left someone broke in!
   Clark: But -- !
6. Professor(closeup): And -- he stole the mysterious metal from Krypton!
   Clark(gaping): He DID??
7. Caption: Shortly after..Clark departs from Professor Winton's home...a very puzzled young man, indeed!
   Clark: WHO could have stolen the metal? -- And WHY?
   Small script box in lower right hand corner of panel: The End.
8. Script Box: SUPERMAN will learn the answer to this perplexing question in future episodes when he is faced by a mysterious foe who uses the powers of the K-Metal to render the Man of Steel vulnerable in their clashes! DON'T MISS IT!!

***********************************

From:
Jerry Siegel,
2402 Glendon Road,
University Heights, Ohio.

# EXHIBIT DD

Cleveland Trust Company
6-68
No. 29
CLEVELAND, O. Sept. 1 1938
PAY TO THE ORDER OF Paul Lauretta $26.00
Twentysix 00/100 DOLLARS
American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company
GLENVILLE OFFICE
46
6-68
No. 23
CLEVELAND, O. 9/17 1938
PAY TO THE ORDER OF Stephen B. Kihlman $5.00
Five 00/100 DOLLARS
American Artists League
Jerome Siegel, Prop.

GLENVILLE OFFICE 10420 ST. CLAIR AVENUE

The Cleveland Trust Company 6-68

No. 7

CLEVELAND, O. June 18 1938

PAY TO THE ORDER OF Don Ulsh $10.00

Ten 00/100 DOLLARS

MEMBER FEDERAL RESERVE BANK 4

American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company 6-68

GLENVILLE OFFICE 10420 ST. CLAIR AVENUE 46

No. 8

CLEVELAND, O. June 20 1938

PAY TO THE ORDER OF E. M. Marshall $10.60

Ten 60/100 DOLLARS

MEMBER FEDERAL RESERVE BANK 4

American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company 6-68

GLENVILLE OFFICE 10420 ST. CLAIR AVENUE 46

No. 15

CLEVELAND, O. July 30 1938

PAY TO THE ORDER OF Stephen X.B. Dahlman $31.00

Thirty one 00/100 DOLLARS

(N.P. 77-15)

MEMBER FEDERAL RESERVE BANK 4

American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company 6-68

GLENVILLE OFFICE 10420 ST. CLAIR AVENUE 46

No. 19

CLEVELAND, O. 8/29 1938

PAY TO THE ORDER OF T. W. Jaquiva $7.00

Seven 00/100 DOLLARS

MEMBER FEDERAL RESERVE BANK 4

American Artists League
Jerome Siegel, Prop.

Cleveland Trust Company 6-68

No. 3

CLEVELAND, O. May 23 1938

PAY TO THE ORDER OF The Author and Journalist $3.50

Three dollars 50/100 DOLLARS

Jerome Siegel, Prop, American Artists League

4

The Cleveland Trust Company 6-68

GLENVILLE OFFICE 10420 ST. CLAIR AVENUE 46

No. 17

CLEVELAND, O. August 23 1938

PAY TO THE ORDER OF Union Paper & Twine Co. $16.85

Sixteen 85/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

4

The Cleveland Trust Company 6-68

GLENVILLE OFFICE 10420 ST. CLAIR AVENUE 46

No. 18

CLEVELAND, O. August 23 1938

PAY TO THE ORDER OF Marantz Ptg. Service $73.65

Seventythree 65/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

4

The Cleveland Trust Company 6-68

GLENVILLE OFFICE 10420 ST. CLAIR AVENUE 46

No. 22

CLEVELAND, O. Sept. 17 1938

PAY TO THE ORDER OF Universal Carloading & Distributing Co., Inc. $1.33

One 33/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

4

Cleveland Trust Company
6-68

No. 21

CLEVELAND, O. Sept. 16 1938

PAY TO THE ORDER OF Mackas-Campbell Co. $49.00

Forty nine 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company
6-68

GLENVILLE OFFICE
10420 ST. CLAIR AVENUE
46

No. 4

CLEVELAND, O. May 23 1938

PAY TO THE ORDER OF The Writer's Digest $8.00

Eight 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

**The Cleveland Trust Company**

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO. 46

**SERVICE CHARGE FOR MONTH OF**
MARCH 1938

**Check Mark Indicates Average Realized Balance**

| Average Realized Balance | Maintenance Charge | Allowance for Balance |
|---|---|---|
| ☑ Under $100 | 25c | None |
| ☐ $100 to 199 | None | None |
| ☐ $200 to 299 | None | 25c |
| ☐ Over $300 Allowance based on realized balance | | |

| | | | |
|---|---|---|---|
| Basic Maintenance Cost | $ | 25 | |
| Handling 1 Checks Paid | $ | 05 | |
| Collecting 9 Items Deposited | $ | 27 | |
| Special Services (See Reverse Side) | $ | $ | 57 |
| Less Allowance for Realized Balance | $ | | |
| " " " Savings Account | $ | $ | |
| NET CHARGE | | $ | 57 |

3-828-A 250m 2-38

**The Cleveland Trust Company**

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO. 46

**SERVICE CHARGE FOR MONTH OF**
APRIL 1938

**Check Mark Indicates Average Realized Balance**

| Average Realized Balance | Maintenance Charge | Allowance for Balance |
|---|---|---|
| ☑ Under $100 | 25c | None |
| ☐ $100 to 199 | None | None |
| ☐ $200 to 299 | None | 25c |
| ☐ Over $300 Allowance based on realized balance | | |

| | | | |
|---|---|---|---|
| Basic Maintenance Cost | $ | 25 | |
| Handling 1 Checks Paid | $ | 05 | |
| Collecting 7 Items Deposited | $ | 21 | |
| Special Services (See Reverse Side) | $ | $ | 51 |
| Less Allowance for Realized Balance | $ | | |
| " " " Savings Account | $ | $ | |
| NET CHARGE | | $ | 51 |

3-828-A 250m 2-38

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO. 46

**The Cleveland Trust Company**

**SERVICE CHARGE FOR MONTH OF**
AUGUST

**Check Mark Indicates Average Realized Bal.**

| Average Realized Balance | Maintenance Charge | Allowance for Balance |
|---|---|---|
| ☑ Under $100 | .25 | None |
| ☐ $100 to 199 | None | None |
| ☐ $200 to 299 | None | .25 |
| ☐ Over $300 Allowance based on average realized balance. | | |

B 828A-500M-6-38

| | | |
|---|---|---|
| Basic Maintenance Cost | | .25 |
| 4 Checks Paid | | 20 |
| Checks Deposited | | |
| Special Services (See Reverse Side) | | |
| TOTAL COST | | 45 |
| Less Allowance for Realized Balance | | |
| NET CHARGE FOR SERVICES RENDERED | | 45 |

000003625
256
ER 2180

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL PROP.
10622 KIMBERLEY AVE.
CLEVELAND, OHIO

The Cleveland Trust Company
CLEVELAND, OHIO

STATEMENT OF ACCOUNT

| DATE | CHECKS IN DETAIL | DEPOSITS | DATE | BALANCE |
|---|---|---|---|---|
| | PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL CONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS | BALANCE FORWARDED | | |
| | | 20.00 | FEB 11'38 | 20.00* |
| | | 10.00 | FEB 17'38 | 30.00* |
| | | 8.00 | FEB 21'38 | 38.00* |
| | | 10.00 | FEB 23'38 | 48.00* |
| | | 4.00 | FEB 25'38 | 52.00* |

THE LAST BALANCE IN THIS COLUMN IS YOUR BALANCE IN BANK

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO.
46

**The Cleveland Trust Company**
CLEVELAND, OHIO

STATEMENT OF ACCOUNT

| DATE | CHECKS IN DETAIL | DEPOSITS | DATE | BALANCE |
|---|---|---|---|---|
| LEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL ONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS | | BALANCE FORWARDED | EB 28 '38 | 52.00 |
| | | 2.00 | MAR 4'38 | 54.00 * |
| | | 6.00 | MAR 9'38 | 60.00 * |
| | | 2.00 | MAR 12'38 | 62.00 * |
| | | 10.00 | MAR 18'38 | 72.00 * |
| | | 3.00 | MAR 22'38 | 75.00 * |
| AR 25'38 | 75.00 – | 4.00 | MAR 25'38 | 4.00 * |
| | | 4.00 | MAR 28'38 | 8.00 * |

THE LAST BALANCE IN THIS COLUMN IS YOUR BALANCE IN BANK

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO.

46

**The Cleveland Trust Company**
CLEVELAND, OHIO

STATEMENT OF ACCOUNT

| DATE | CHECKS IN DETAIL | DEPOSITS | DATE | BALANCE |
|---|---|---|---|---|
| EASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL NSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS | | BALANCE FORWARDED | AR 31'38 | 8.00 |
| | | 2.00 | APR 1'38 | 10.00* |
| | | 8.00 | APR 8'38 | 18.00* |
| | | 4.00 | APR 13'38 | 22.00* |
| | | 12.00 | APR 20'38 | 34.00* |
| R 21'38 | 10.00- | | APR 21'38 | 24.00* |
| R 26 CC | 2 .57- | | APR 26 CC | 23.43* |
| | | 2.00 | APR 29'38 | 25.43* |

THE LAST BALANCE IN THIS COLUMN IS YOUR BALANCE IN BANK

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO. 46

# The Cleveland Trust Company

CLEVELAND, OHIO

STATEMENT OF ACCOUNT

| DATE | CHECKS IN DETAIL | DEPOSITS | DATE | BALANCE |
|---|---|---|---|---|
| PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL CONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS | | BALANCE FORWARDED | APR 30 '38 | 25.43 |
| | | 2.00 | MAY 9'38 | 27.43 * |
| MAY 25 CC | .51 - | | MAY 25 CC | 26.92 * |
| | | 2.00 | MAY 25'38 | 28.92 * |
| MAY 26'38 | 8.00 - | 11.50 | MAY 26'38 | 32.42 * |
| MAY 27'38 | 3.50 - | | MAY 27'38 | 28.92 * |
| | | 2.00 | MAY 28'38 | 30.92 * |

THE LAST BALANCE IN THIS COLUMN IS YOUR BALANCE IN BANK

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO. 46

**The Cleveland Trust Company**
CLEVELAND, OHIO

STATEMENT OF ACCOUNT

| DATE | CHECKS IN DETAIL | DEPOSITS | DATE | BALANCE |
|---|---|---|---|---|
| PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL CONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS | | BALANCE FORWARDED | MAY 31'38 | 30.92 |
| JUN 1 1'38 | 13.00- | | JUN 1 1'38 | 17.92* |
| JUN 1 5'38 | 10.00- | 4.00 | JUN 1 5'38 | 11.92* |
| | | 10.00 | JUN 1 8'38 | 21.92* |
| | | 10.00 | JUN 2 2'38 | 31.92* |
| JUN 2 3 CC | .44- | | JUN 2 3 CC | 31.48* |
| JUN 2 3'38 | 10.00- | | JUN 2 3'38 | 21.48* |
| JUN 2 7'38 | 10.60- | 78.00 | JUN 2 7'38 | 88.88* |

THE LAST BALANCE IN THIS COLUMN IS YOUR BALANCE IN BANK

000003630 261
ER 2185

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO.

46

**The Cleveland Trust Company**
CLEVELAND, OHIO

STATEMENT OF ACCOUNT

| DATE | CHECKS IN DETAIL | DEPOSITS | DATE | BALANCE |
|---|---|---|---|---|
| PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL CONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS | | BALANCE FORWARDED | JUL 30 '38 | 60.98 |
| AUG 4 '38 | 31.00 - | | AUG 4 '38 | 29.98 |
| AUG 8 '38 | 25.00 - | | AUG 8 '38 | 4.98 |
| AUG 23 '38 | | 90.50 | AUG 23 '38 | 95.48 |
| AUG 25 CC | .64 - | | AUG 25 CC | 94.84 |
| AUG 25 '38 | 4 16.85 - | | AUG 25 '38 | 77.99 |
| | | 33.00 | AUG 27 '38 | 110.99 |
| AUG 31 '38 | 73.65 - | | AUG 31 '38 | 37.34 |

THE LAST BALANCE IN THIS COLUMN IS YOUR BALANCE IN BANK

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO. 46

**The Cleveland Trust Company**
CLEVELAND, OHIO

STATEMENT OF ACCOUNT

LEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL ONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS

| DATE | CHECKS IN DETAIL | DEPOSITS | DATE | BALANCE |
|---|---|---|---|---|
| | | BALANCE FORWARDED | AUG 31 '38 | 37.34 |
| P 6 '38 | 7.00 - | | SEP 6 '38 | 30.34 * |
| :P 10 '38 | 26.00 - | | SEP 10 '38 | 4.34 * |
| | | 49.00 | SEP 15 '38 | 53.34 * |
| | | 1.33 | SEP 16 '38 | 54.67 * |
| :P 17 '38 | 49.00 - | 28.00 | SEP 17 '38 | 33.67 * |
| :P 19 '38 | 1.33 - | | SEP 19 '38 | 32.34 * |
| :P 22 '38 | 5.00 - | | SEP 22 '38 | 27.34 * |
| :P 26 CC 6 | .45 - | | SEP 26 CC | 26.89 * |

THE LAST BALANCE IN THIS COLUMN IS YOUR BALANCE IN BANK

ST. CLAIR-105TH OFFICE 46
10420 ST. CLAIR AVE.

No. 43

Cleveland Trust Company

CLEVELAND, O. Feb. 23 1939

PAY TO THE ORDER OF Wayne Boring $20.00

Twenty 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

---

6-68

N.P. 2-28

The Cleveland Trust Company

ST. CLAIR-105TH OFFICE 46
10420 ST. CLAIR AVE.

No. 41

CLEVELAND, O. Feb. 23 1939

PAY TO THE ORDER OF Harvey Johnson $18.00

Eighteen 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

---

6-68
4

3

The Cleveland Trust Company

ST. CLAIR-105TH OFFICE 46
10420 ST. CLAIR AVE.

No. 42

CLEVELAND, O. Feb. 23 1939

PAY TO THE ORDER OF Paul Cassidy $25.00

Twentyfive 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

---

6-68
4

The Cleveland Trust Company

ST. CLAIR-105TH OFFICE 46
10420 ST. CLAIR AVE

No. 54

CLEVELAND, O. 5/11 1939

PAY TO THE ORDER OF Martin Bailey $30.00

Thirty 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

10420 ST. CLAIR AVE. 46 No. 50

The Cleveland Trust Company

CLEVELAND, O. 4/24 1939

PAY TO THE ORDER OF Martin Bailey $18.00

Eighteen 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

6-68/4

The Cleveland Trust Company

ST. CLAIR-105TH OFFICE 46
10420 ST. CLAIR AVE.

No. 51

CLEVELAND, O. May 11 1939

PAY TO THE ORDER OF Paul Cassidy $36.00

Thirtysix 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

6-68/4

The Cleveland Trust Company

ST. CLAIR-105TH OFFICE 46
10420 ST. CLAIR AVE.

No. 52

CLEVELAND, O. May 11 1939

PAY TO THE ORDER OF Wayne Boring $26.00

Twentysix 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

6-68/4

The Cleveland Trust Company

ST. CLAIR-105TH OFFICE 46
10420 ST. CLAIR AVE.

No. 53

CLEVELAND, O. 5/11 1939

PAY TO THE ORDER OF La Verne Frankenbush $26.00

Twentysix 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company
ST. CLAIR-105TH OFFICE 46
10420 ST. CLAIR AVE.

No. 53

CLEVELAND, O. May 19 1939

PAY TO THE ORDER OF Paul Cassidy $13.00

Thirteen 00/100 DOLLARS

American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company
6-68
GLENVILLE OFFICE 46
10420 ST. CLAIR AVENUE

No. 16

CLEVELAND, O. July 30 1938

PAY TO THE ORDER OF Paul Cassidy $25.00

Twentyfive 00/100 DOLLARS

MEMBER FEDERAL RESERVE BANK 4

American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company
6-68
GLENVILLE OFFICE 46
10420 ST. CLAIR AVENUE

No. 40

CLEVELAND, O. Feb. 2 1939

PAY TO THE ORDER OF Burton C. Blanchard $26.00

Twentysix 00/100 DOLLARS

MEMBER FEDERAL RESERVE BANK 4

American Artists League
Jerome Siegel, Prop.

The Cleveland Trust Company
6-68
GLENVILLE OFFICE 46
10420 ST. CLAIR AVENUE

No. 41

CLEVELAND, O. Feb. 2 1939

PAY TO THE ORDER OF Max Miller $12.00

Twelve 00/100 DOLLARS

MEMBER FEDERAL RESERVE BANK 4

American Artists League
Jerome Siegel, Prop.

Cleveland Trust Company
No. 42
Cleveland, O. Feb. 2 1939
Pay to the order of Jack Haizens $12.00
Twelve 00/100 Dollars
American Artists League
Jerome Siegel Prop.

The Cleveland Trust Company
Glenville Office 46
10428 St. Clair Avenue
No. 43
Cleveland, O. Feb. 2 1939
Pay to the order of Paul Cassidy $21.00
Twentyone 00/100 Dollars
American Artists League
Jerome Siegel Prop.

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO.

The Cleveland Trust Company
SERVICE CHARGE FOR MONTH OF
46 JAN.

Check Mark Indicates Average Realized Bal.

| Average Realized Balance | Maintenance Charge | Allowance for Balance |
|---|---|---|
| ☑ Under $100 | .25 | None |
| ☐ $100 to 199 | None | None |
| ☐ $200 to 299 | None | .25 |
| ☐ Over $300 Allowance based on average realized balance. | | |

B 828A-500M1-39

| | | |
|---|---|---|
| Basic Maintenance Cost | | .25 |
| 3 Checks Paid | | 15 |
| Checks Deposited | | |
| Special Services (See Reverse Side) | | |
| TOTAL COST | | 40 |
| Less Allowance for Realized Balance | | |
| NET CHARGE FOR SERVICES RENDERED | | 40 |

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO.

The Cleveland Trust Company
SERVICE CHARGE FOR MONTH OF
46 JULY

Check Mark Indicates Average Realized Bal.

| Average Realized Balance | Maintenance Charge | Allowance for Balance |
|---|---|---|
| ☑ Under $100 | .25 | None |
| ☐ $100 to 199 | None | None |
| ☐ $200 to 299 | None | .25 |
| ☐ Over $300 Allowance based on average realized balance. | | |

B 828A-500M-1-39

| | | |
|---|---|---|
| Basic Maintenance Cost | | .25 |
| 1 Checks Paid | | 05 |
| Checks Deposited | | |
| Special Services (See Reverse Side) | | 50 |
| TOTAL COST | | 80 |
| Less Allowance for Realized Balance | | |
| NET CHARGE FOR SERVICES RENDERED | | 80 |

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO.

The Cleveland Trust Company
SERVICE CHARGE FOR MONTH OF
46 NOVEMBER

Check Mark Indicates Average Realized Bal.

| Average Realized Balance | Maintenance Charge | Allowance for Balance |
|---|---|---|
| ☑ Under $100 | .25 | None |
| ☐ $100 to 199 | None | None |
| ☐ $200 to 299 | None | .25 |
| ☐ Over $300 Allowance based on average realized balance. | | |

B 828A-300M-8-39

| | | |
|---|---|---|
| Basic Maintenance Cost | | .25 |
| 0 Checks Paid | | |
| Checks Deposited | | |
| Special Services (See Reverse Side) | | |
| TOTAL COST | | 25 |
| Less Allowance for Realized Balance | | |
| NET CHARGE FOR SERVICES RENDERED | | 25 |

STATEMENT OF YOUR ACCOUNT WITH

The Cleveland Trust Company

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO.

46

| CHECKS PAID | DEPOSITS | DATE | BALANCE |
|---|---|---|---|
| BALANCE FROM LAST STATEMENT | | JAN 31 '39 | 1.99 |
| | 71.00 | FEB 2 '39 | 72.99 s |
| 21.00 – | | FEB 6 '39 | 51.99 s |
| 12.00 – | | FEB 7 '39 | 39.99 s |
| 26.00 – | | FEB 9 '39 | 13.99 s |
| 4 12.00 – | | FEB 13 '39 | 1.99 s |
| | 63.00 | FEB 23 '39 | 64.99 s |
| .40 – | | FEB 25 SC | 64.59 s |

KEY
CC CERTIFIED CHECK
DM DEBIT MEMO
SC SERVICE CHARGE
RT RETURN CHECK
CR COUNTER CHECK
LS TOTAL OF CHECKS
EC ERROR CORRECTED
CM CREDIT MEMO

B 631 M 100M 12-38

THE LAST BALANCE IN THIS COLUMN IS YOUR BANK BALANCE

PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL CONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS.

STATEMENT OF YOUR ACCOUNT WITH

The Cleveland Trust Company

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO. 46

| CHECKS PAID | DEPOSITS | DATE | BALANCE |
|---|---|---|---|
| BALANCE FROM LAST STATEMENT | | JUL 31 39 | 12.64 |
| .80 – | | AUG 28 SC | 11.84 s |

KEY
CC CERTIFIED CHECK
DM DEBIT MEMO
SC SERVICE CHARGE
RT RETURN CHECK
CR COUNTER CHECK
LS TOTAL OF CHECKS
EC ERROR CORRECTED
CM CREDIT MEMO

THE LAST BALANCE IN THIS COLUMN IS YOUR BANK BALANCE

PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL CONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS.

B 631 M 10COM 6-39

STATEMENT OF YOUR ACCOUNT WITH

The Cleveland Trust Company

AMERICAN ARTISTS LEAGUE
JEROME SIEGEL
10622 KIMBERLEY AVE.
CLEVELAND OHIO. 46

| CHECKS PAID | DEPOSITS | DATE | BALANCE |
|---|---|---|---|
| BALANCE FROM LAST STATEMENT | | NOV 30 '39 | .54 |
| .25 – | | DEC 27 SC | .29 s |

KEY
CC CERTIFIED CHECK
DM DEBIT MEMO
SC SERVICE CHARGE
RT RETURN CHECK
CR COUNTER CHECK
LS TOTAL OF CHECKS
EC ERROR CORRECTED
CM CREDIT MEMO

THE LAST BALANCE IN THIS COLUMN IS YOUR BANK BALANCE

PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS WE WILL CONSIDER ACCOUNT CORRECT. KINDLY ADVISE US IF YOU CHANGE YOUR ADDRESS.

B 631 M 1000M 6-39

Case: 12-56243, 02/25/2014, ID: 8993563, DktEntry: 22-9, Page 198 of 318

# EXHIBIT EE

272

ER 2196



Case: 12-56243 02/25/2014 ID: 8993563 DktEntry: 22-9 Page 199 of 318

DAY
000003313

273

ER 2197

1

Six Years Covering
1935 to End of 1940

| day and month mailed | artist | Name of strip | No pgs. | day paid | month paid | Amount |
|---|---|---|---|---|---|---|
| Feb. 1935 | J.S. | 2 cartoons; 6 fillers; 1 column head | | | | |
| | | Sold to Cleveland District Golfer; Hub. Co.-City | | Feb.-1935 | | $7.50 |
| | | Appeared March to October '35 | | | | |
| July-Sept. | J.S. | Pencil layouts; color sketches | | July-5, 1935 | | 10.00 |
| | | Sold to Advt. Prod. Inc. City | | | | |
| | | Work not used | | | | |
| Sept. 1935 | | Comic Valentine Verses | | Sept. 1935 | | 15.00 |
| | | Sold to Consolidated Ptg. & Pub. Co | | | | |
| | | City - Kobrak, mgr. - Bolgar, pres. | | | | |
| | | Expense money contrib. & later refund | | | | 5.00 |
| | | Arthur J. Lafave City | | | | |
| | J.S. | 18 "Strange Facts" cartoons - script | | | | |
| | | Artists' Pictorial Pub. Co. City | | | | 16.00 |
| | J.S. | Advertising drawing | | Nov. 1935 | | 2.00 |
| | | " " | | | | [illegible] |
| | | Bernard J. Kenton City | | | | |
| | J.S. | Advertising circular script and cartoons | | Nov. 1937 | | [illegible] |
| | J.S. | 3 pages and cartoon for X-comic tab | | | | 125.00 |
| | | Total | | | | 185.[illegible] |

Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page 201 of 318

2

| Artist | amt. | Name of Strip | Amount | no. pgs. | day month | Year paid | Artist |
|---|---|---|---|---|---|---|---|
| J. S. | #5 | Henri Duval | $10.00 | 1 | Nov. 7, | 1935 | J. S. |
| " " | 5 | Dr. Occult | 10.00 | 1 | " " | " | " |
| | | Sold to Nicholson Pub. Co. N.Y.C. | | | | | " |
| | | # Total 1935 = $62.50 | | | | | |
| " " | 5 | Henri Duval | 10.00 | 1 | Jan. | 1936 | " |
| " " | 5 | Dr. Occult | 10.00 | 1 | " | " | " |
| | | | | | | | " |
| " " | — | Henri Duval | — | 1 | Feb. | " | |
| " " | — | Dr. Occult | — | 1 | " | " | " |
| " " | — | Federal Men | — | 4 | Jan. | " | " |
| " " | — | Henri Duval | — | 1 | Feb. | " | " |
| " " | — | Dr. Occult | — | 1 | " | " | |
| " " | — | Federal Men | — | 4 | " | " | " |
| | | | | | | | " |
| " " | 5 | Dr. Mystic | 10.00 | 2 | Feb. 13, | " | " |
| " " | 5 | " " 2 | 10.00 | 2 | " " | " | |
| " " | 10 | Federal Agent | 20.00 | 4 | " " | " | " |
| | | Sold to Comics Pub. Co. N.Y.C. | | | | | " |
| | | | | | | | " |
| J.S. | 18 | Federal Men | 36.00 | 4 | March | " | |
| " " | 9 | Dr. Occult | 18.00 | 2 | " | " | " |
| " " | 9 | Calling All Cars | 18.00 | 2 | " | " | " |
| | | | | | | | " |
| " " | 18 | Federal Men | 36.00 | 4 | April | " | |
| " " | 9 | Dr. Occult | 18.00 | 2 | " | " | " |
| " " | 9 | Calling All Cars 2 | 18.00 | 2 | " | " | " |
| | | | | | | | " |
| " " | 18 | Federal Men | 36.00 | 4 | May | " | |
| " " | 9 | Dr. Occult | 18.00 | 2 | " | " | " |
| " " | 9 | Calling All Cars 3 | 18.00 | 2 | " | " | " |
| " " | 18 | Federal Men | 36.00 | 4 | June | " | |
| " " | 9 | Dr. Occult | 18.00 | 2 | " | " | |
| " " | 9 | Calling All Cars 4 | 18.00 | 2 | " | " | |
| Total | | #185.00 + #368.00 = | #553.00 | | | | |

| Id | Artist | amt. | Name of strip | amount | No. pgs. | day month | year paid |
|---|---|---|---|---|---|---|---|
| 5 | J.S. | #18 | Federal Men | $36.00 | 4 | July | 1936 |
| | " | 9 | Dr. Occult | 18.00 | 2 | " | " |
| | " | 9 | Calling All Cars 5 | 18.00 | 2 | " | " |
| 6 | " | 18 | Federal Men | 36.00 | 4 | August | " |
| | " | 9 | Dr. Occult | 18.00 | 2 | " | " |
| | " | 9 | Calling All Cars 6 | 18.00 | 2 | " | " |
| | " | 18 | Federal Men | 36.00 | 4 | Sept. | " |
| | " | 9 | Dr. Occult | 18.00 | 2 | " | " |
| | " | 9 | Calling All Cars 7 | 18.00 | 2 | " | " |
| | " | 18 | Federal Men | 36.00 | 4 | Oct. | " |
| | " | 9 | Dr. Occult | 18.00 | 2 | " | " |
| | " | 9 | Calling All Cars 8 (R.S) | 18.00 | 2 | " | " |
| | " | 18 | Federal Men | 36.00 | 4 | Nov. | " |
| | " | 9 | Dr. Occult | 18.00 | 2 | " | " |
| | " | 9 | Calling All Cars 9 (R.S) | 18.00 | 2 | " | " |
| | " | 18 | Federal Men | 36.00 | 4 | Dec. | " |
| | " | 9 | Dr. Occult | 18.00 | 2 | " | " |
| | " | 9 | Calling All Cars 10 (R.S) | 18.00 | 2 | " | " |
| | | | # Total 1936 = $ 915.00 | | | | |
| | " | 18 | Federal Men | 36.00 | 4 | Jan. | 1937 |
| | " | 9 | Dr. Occult | 18.00 | 2 | " | " |
| | " | 9 | Calling All Cars 11 (R.S) | 18.00 | 2 | " | " |
| | " | 18 | Federal Men | 36.00 | 4 | Feb. | " |
| | " | 9 | Dr. Occult | 18.00 | 2 | " | " |
| | " | 9 | Calling All Cars 13 (R.S) | 18.00 | 2 | " | " |

Total $553.00 + $576.00 = $ 1129.00

| artist | amt. | Name of Strip | amount | No. pgs. | day month | year paid | Issue |
|---|---|---|---|---|---|---|---|
| J. S. | #18 | Federal Men | #36.00 | 4 | March | 1937 | Sept. |
| " | 9 | Dr. Occult | 18.00 | 2 | " | " | " |
| " | 9 | Radio Squad 13 | 18.00 | 2 | " | " | " |
| " | 12 | Spy 1 | 24.00 | 4 | " | " | " |
| " | 39 | Slam Bradley 1 | 78.00 | 13 | " | " | " |
| " | 18 | Federal Men | 36.00 | 4 | April | " | Oct. |
| " | 9 | Dr. Occult | 18.00 | 2 | " | " | " |
| " | 9 | Radio Squad 14 | 18.00 | 2 | " | " | " |
| " | 12 | Spy 2 | 24.00 | 4 | " | " | " |
| " | 39 | Slam Bradley 2 | 78.00 | 13 | " | " | " |
| " | 9 | Dr. Occult | 18.00 | 2 | May | " | Nov. |
| " | 9 | Radio Squad 15 | 18.00 | 2 | " | " | " |
| " | 12 | Spy 3 | 24.00 | 4 | " | " | — |
| J. Bettersw. | 39 | Slam Bradley 3 | 78.00 | 13 | " | " | " |
| J. S. | 18 | Federal Men | 36.00 | 4 | June | " | Dec |
| " | 9 | Dr. Occult | 18.00 | 2 | " | " | " |
| " | 9 | Radio Squad 16 | 18.00 | 2 | " | " | " |
| " | 12 | Spy 4 | 24.00 | 4 | " | " | " |
| " | 39 | Slam Bradley 4 | 78.00 | 13 | " | " | " |
| " | 18 | Federal Men | 36.00 | 4 | June 17, | " | Jan |
| " | 18 | Dr. Occult | 36.00 | 4 | " " | " | " |
| " | 9 | Radio Squad 17 | 18.00 | 2 | " " | " | " |
| " | — | Spy 5 | — | 4 | — | — | " |
| " | 45.50 | Slam Bradley 5 | 91.00 | 13 | " " | " | " |
| " | 18 | Federal Men | 36.00 | 4 | June 17, | " | |
| " | 18 | Dr. Occult | 36.00 | 4 | August 7, | " | |
| " | 9 | Radio Squad 18 | 18.00 | 2 | " " | " | |
| " | 18 | Spy 6 | 36.00 | 4 | " " | " | |
| " | 58.50 | Slam Bradley 6 | 117.00 | 13 | " " | " | |
| Total | #1129.00 + #1084.00 = | | #2213.00 | 358 | | | |

appeared in July

appeared in August

| Issued | No. Pg. | Name of strip | Artist | amt. | Paid | Amount |
|---|---|---|---|---|---|---|
| Sept. '37 | 4 | Federal Men | J.S. | #18 | 8/10/37 | #36.00 |
| " " | 4 | Dr. Occult | " | 18 | " | 36.00 |
| " " | 2 | Radio Squad 19 | " | 9 | " | 18.00 |
| " " | 4 | Spy 7 | " | 18 | " | 36.00 |
| " " | 13 | Slam Bradley 7 | " | 58.50 | " | 117.00 |
| Oct. '37 | 4 | Federal Men | " | 18 | #200 | 36.00 |
| " " | 4 | Dr. Occult | " | 18 | 10/29/37 | 36.00 |
| " " | 2 | Radio Squad 20 | " | 9 | #50 | 18.00 |
| " " | 4 | Spy 8 | " | 18 | 12/4/37 | 36.00 |
| " " | 13 | Slam Bradley 8 | " | 58.50 | | 117.00 |
| | | | + | 3.50 | + | 7.00 |
| Nov. '37 | 4 | Federal Men | " | | | |
| " " | 4 | Dr. Occult | " | | | |
| ——— | 2 | Radio Squad | " | | | |
| " " | 4 | Spy 9 | " | 18 | 12/4/37 | 36.00 |
| " " | 13 | Slam Bradley 9 | " | 58.50 | " | 117.00 |
| Dec. '37 | 4 | Federal Men | " | | | |
| " " | 4 | Dr. Occult | " | | | |
| " " | 2 | Radio Squad 21 | " | | | |
| " " | 4 | Spy 10 | " | 18 | 12/4/37 | 36.00 |
| " " | 13 | Slam Bradley 10 | " | 58.50 | " | 117.00 |
| Jan. '38 | 4 | Federal Men | " | | | |
| " " | 4 | Dr. Occult | " | | | |
| " " | 2 | Radio Squad 22 | " | | | |
| " " | 4 | Spy 11 | " | 18 | 12/4/37 | 36.00 |
| " " | 13 | Slam Bradley 11 | " | 58.50 | " | 117.00 |

Total #2213.00 + #952.00 = #3165.00

6

| Issued | No. Pgs. | Name of Strip | Artist and | Paid | | Amount |
|---|---|---|---|---|---|---|
| Feb. '38 | 4 | Federal Men | J. S. | | | |
| " | 4 | Dr. Occult | " | | | |
| " | 2 | Radio Squad 23 | " | | | |
| " | 4 | Spy 12 | " | #18 | 12/4/37 | # 36.00 |
| " | 13 | Slam Bradley 12 | " | 58.50 | " | 117.00 |
| March '38 | 4 | Federal Men | " | not | | |
| " | 4 | Dr. Occult | " | paid. | | |
| " | 2 | Radio Squad 24 | " | #7 credit | | |
| " | 4 | Spy 13 | " | from | | |
| " | 13 | Slam Bradley 13 | " | Oct. | | |
| | | # Total 1937 = #2340.00 | | | | |
| April '38 | 4 | Federal Men | " | | | |
| " | 4 | Dr. Occult | " | | | |
| " | 2 | Radio Squad 25 | " | | | |
| " | 4 | Spy 14 | " | 20 | 1/15/38 | 40.00 |
| " | 13 | Slam Bradley 14 | " | 65 | " | 130.00 |
| May '38 | 4 | Federal Men | " | | | |
| " | 4 | Dr. Occult | " | | | |
| " | 2 | Radio Squad 26 | " | | | |
| | 2 | Radio Squad 27 | " | | | |
| " | 4 | Spy 15 | " | 20 | 2/28/38 | 40.00 |
| " | 13 | Slam Bradley 15 | " | 65 | " | 130.00 |
| June '38 | 4 | Federal Men | " | 18 | 3/5/38 | 36.00 |
| " | 4 | Dr. Occult | " | 18 | " | 36.00 |
| " | 2 | Radio Squad 28 | " | 6 | " | 12.00 |
| " | 8 | Spy 16 | " | 40 | " | 80.00 |
| " | 13 | Slam Bradley 16 | " | 65 | " | 130.00 |
| " | 13 | Superman | " | 65 | " | 130.00 |

Total # 3165.00 + # 918.00 = #4083.00

Issu... July ... Aug ... Sep ... Oct ... Nov

# EXHIBIT FF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

JEROME SIEGEL and JOSEPH SCHUSTER :

Plaintiffs :

-against- : 69 Civil 1429

NATIONAL PERIODICAL PUBLICATIONS, INC., JACOB S. LIEBOWITZ, IRWIN DONENFELD and PAUL H. SAMPLINER :

Defendants :

-------------------------------------x

Examination of JEROME SIEGEL, taken by the Defendants pursuant to notice and stipulation, at the offices of Weil, Gotshal & Manges, Esqs., 767 Fifth Avenue, New York, New York, on Tuesday, July 8, 1969, at ten o'clock in the forenoon, before Harry M. Goldman, a Certified Shorthand Reporter and Notary Public within and for the State of New York.

BAR ASSOCIATION REPORTING SERVICE
WILLIAM NEWROCK, CSR
36 WEST 44TH STREET
NEW YORK 36, N. Y.
MURRAY HILL 7-0385

A P P E A R A N C E S:

COUDERT BROTHERS, ESQS.
Attorneys for Plaintiffs
200 Park Avenue
New York, New York

BY: GORDON T. KING, ESQ.,
of Counsel

WEIL, GOTSHAL & MANGES, ESQS.
Attorneys for Defendants
767 Fifth Avenue
New York, New York

BY: EDWARD C. WALLACE, ESQ.
and
MARSHALL C. BERGER, ESQ.,
of Counsel.

-ooo-

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto, that the sealing, filing and certification of the transcript of the within examination be, and the same hereby are, waived; and that said transcript may be signed and sworn to before any Notary Public or Commissioner of Deeds with the same force and effect as if before an officer of this Court;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, are reserved to the trial of this action.

Q Was he working for anyone else other than Detective Comics during these years?

A I don't believe so.

Q Could you describe to us very briefly, just the mechanics of what happened in Cleveland between you and Mr. Schuster with respect to the preparation of SUPERMAN in those years?

A I would write the continuity.

Q That would be the first step?

A Yes, exactly. I would turn it over to Joe Schuster.

Q Before you sent it to Schuster would you send it in to New York?

A This is when?

Q 1938, 1939, we will restrict ourselves at this time to that period.

A In the early years we just drew it up and sent it in. We didn't send in the script first.

Q Then Schuster would do the artwork?

A That's right.

Q He would return it to you?

A That's right.

Q When it came into New York, who would it come to?

A Well, Sullivan was there. I believe that I addressed

# EXHIBIT GG

11711 Mayfield Avenue, Apt. 14
West Los Angeles, California 90049
(213)826-2502

THE STORY BEHIND SUPERMAN #1

By Jerry Siegel

Joe Shuster and I are very pleased that National Periodical Publications, Inc.
is reprinting SUPERMAN #1 in a large format FAMOUS FIRST EDITION.

Joe drew it, I wrote it, and this is the story behind the publication of
SUPERMAN #1, back in 1939. I researched through a lot of musty old correspondence
to authenticate exactly how it all came about.

Back in the early 1930s, when Joe and I were teen-agers in Cleveland, Ohio,
we created a comic book entitled "The Superman" ... which was an earlier version of
"Superman". We submitted it to Consolidated Book Publishers of Chicago because they
had a large format black-and-white comic book entitled "Detective Dan" on sale at
newsstands. (It was by Norman Marsh, and a newspaper version was later issued by
Publishers Syndicate, entitled "Dan Dunn".) On August 23, 1933 Consolidated wrote to me,
"We have delayed in replying *** until we could give the matter of 'The Superman'
deliberate consideration *** should we desire to put out another edition of
DETECTIVE DAN, if the author and artist is not agreeable, we then will be glad to
take the matter up with you, with a view of publishing 'The Superman' instead of
DETECTIVE DAN."

The publisher decided that since "Detective Dan" did not sell well the comic
book field was unprofitable and so "The Superman" was not published. Discouraged,
Joe burned "The Superman" art work except for its cover. Had "The Superman" been

drawings of SUPERMAN as you suggested in your recent letter. For the time being, SUPERMAN is the only feature of yours that will appear in the new magazine."

"Superman" began its appearance in ACTION COMICS. Our brain-child became a sudden success after years of hopeful persistence, much discouragement, and great faith in its ultimate success.

For the earliest issues of Action Comics, as with our other comics, Joe and I would write and draw each episode of "Superman" at our homes in Cleveland, Ohio, without having scripts checked first by the publishing company. After a while, I was asked to send in plots -- and later scripts -- prior to the art being drawn.

Editor Vin Sullivan was the first person to inform me of Superman's success. On one of my trips to New York, he showed me a scrapbook containing news clippings about how the Man of Steel had soaring sales.

Early in 1939, Detective Comics, Inc., as a result of SUPERMAN's successful publication in ACTION COMICS, decided to publish SUPERMAN #1, the magazine you now hold in your hands as a reprinted FAMOUS FIRST EDITION.

M. C. Gaines became involved in this enterprise. Readers may be especially interested in the letter he wrote to me on March 27, 1939 on Detective Comics, Inc. stationery: "With further reference to the SUPERMAN book*** we have decided *** that for the first six pages of the SUPERMAN book that we would like you to take the first page of SUPERMAN, which appeared in ACTION COMICS #1, and by elaborating on this one page, using different ideas than those contained on this page, work up two introductory pages, the last panel of this second page to consist of the panel marked "X" on the enclosed sheet.

"On these two pages, you will of course leave out the scientific explanation of Clark Kent's amazing strength, as we want a separate page on that item to use further back in the book with the heading as follows: "Scientific Explanation of Superman's Amazing Strength", in which you will incorporate five or six various explanations, which we discussed while you were here in New York several days ago.

WEISSMANN WOLFF BERGMAN
COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
Adam Hagen (SBN 218021)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191
mbergman@wwllp.com

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
James D. Weinberger (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Fax: (845) 265-2819
Attorneys for Defendants and Counterclaimant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br>Plaintiffs,<br>vs.<br>TIME WARNER INC.; WARNER COMMUNICATIONS INC.; WARNER BROS. ENTERTAINMENT INC.; WARNER BROS. TELEVISION PRODUCTION INC.; DC COMICS; and DOES 1-10,<br>Defendants. | Case No.: CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF DEFENDANTS' BRIEF ON ADDITIONAL ISSUES**<br><br>Time: 3:00 p.m.<br>Date: August 11, 2008<br>Courtroom: 1<br>Judge Stephen G. Larson |
| AND RELATED COUNTERCLAIMS | |

I, Michael Bergman, declare and state as follows:

1. I am a member of Weissmann Wolff Bergman Coleman Grodin & Evall LLP, counsel for Defendants. This declaration, based upon my own personal knowledge and on our office's records, is submitted in support of Defendants' Brief on Additional Issues.

2. Attached hereto as Exhibit A is a true and correct copy of the December 19, 1939 Agreement between Jerry Siegel and Joseph Shuster and Detective Comics, Inc.

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated April 8, 1938 from Jack Leibowitz to Jerry Siegel.

4. Attached hereto as Exhibit C is a true and correct copy of relevant excerpts of the transcript of the September 17, 2007 Hearing in this matter.

5. Attached hereto as Exhibit D is a true and correct copy of *Justice League of America No. 2*.

6. Attached hereto as Exhibit E is a true and correct copy of *Justice No. 11*.

7. Attached hereto as Exhibit F is a true and correct copy of *Justice League of America Classified No. 27*.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 21st day of July, 2008 at Beverly Hills, California.

[signature]

Michael Bergman

# EXHIBIT A

# DETECTIVE COMICS INCORPORATED

Publishers of
DETECTIVE COMICS
MORE FUN COMICS
NEW ADVENTURE COMICS
ACTION COMICS
NEW BOOK COMICS

480 LEXINGTON AVE.
NEW YORK, N. Y.

December 19, 1939

Jerome Siegel and Joseph Shuster,
New York, N. Y.

Dear Sirs:

We have discussed with you certain changes of procedure and compensation which we feel it advisable to set forth in a written modification so as to bring our agreement of September 22, 1938 down to date.

In the 1938 agreement we had agreed to pay both of you for the art work and continuity for the comic strips entitled "SUPERMAN," "SLAM BRADLEY", "SPY", "RADIO SQUAD" and "FEDERAL MEN" at certain rates per page. Since that time, however, while both of you have continued to furnish art work and continuity for "SUPERMAN", only Mr. Siegel has continued to furnish the continuity for the remaining comic strips. Mr. Shuster no longer furnishes the art work for "SLAM BRADLEY", "SPY", "RADIO SQUAD" and "FEDERAL MEN". Also, we have discussed with both of you a change of your page rate compensation with respect to "SUPERMAN".

Effective, therefore, upon the signing of this modification, we agree to pay to both of you for all art work and continuity for "SUPERMAN" at the rate of $20. per page, and both of you agree that you will at such rate continue to furnish all art and continuity work for "SUPERMAN" to us in accordance with the agreement of September 22, 1938. As to the remaining comic strips, we shall be free to make other arrangements with Mr. Siegel personally as to the furnishing of continuity for them and also make other arrangements for the furnishing of art work for them in view of the fact that Mr. Shuster no longer furnishes the same.

We have also informed you of our activities in promoting the commercial exploitation of "SUPERMAN" in other fields in addition to magazine publication and newspaper syndication. Such other fields include radio, motion pictures, the toy and novelty field and others and we have indicated to you our willingness that both of you receive some portion of the proceeds which may be realized from these additional activities. We, therefore, hereby agree to pay to you 5% of all net proceeds which may be derived by us from all commercial exploitation of "SUPERMAN" outside of magazine and book publication and newspaper syndication. Such net proceeds shall be arrived at by deducting from the gross proceeds from any such additional sources (except magazine and book publication and newspaper syndication) all expenses incurred by us in the course of such promotion and exploitation.

By your signatures below, you hereby confirm the foregoing arrangements and you hereby further confirm the following:

1. That we, Detective Comics, Inc., are the sole and exclusive owners of the comic strip entitled "SUPERMAN" and the other comic strips entitled as above mentioned, and to all rights of reproduction of all said comic strips and/the titles

Exhibit "A"

# DETECTIVE COMICS INCORPORATED

Publishers of
DETECTIVE COMICS
MORE FUN COMICS
NEW ADVENTURE COMICS
ACTION COMICS
NEW BOOK COMICS

480 LEXINGTON AVE
NEW YORK, N. Y.

Jerome Siegel & Joseph Shuster -2- December 19, 1939

and characters contained therein and the continuity thereof, including but not limited to the fields of magazine or other book publication, newspaper syndication, radio broadcasts, television, motion picture reproduction and all other form of reproduction. We have all right of copyright and all rights to secure copyright registration in respect of all such forms of reproduction either in our own names or others at our exclusive option.

2. That you have not done or permitted any act or thing which might impair any of our aforesaid rights with respect to any of the aforesaid comic strips and that so far as you are concerned our full and complete ownership thereof and of all reproduction rights in connection therewith are vested in us free and clear of the rights of any other persons or parties whatsoever.

3. That we have the unrestricted right to adapt, arrange, change, transpose, add to and otherwise deal with any or all said comic strips and the titles, characters and continuity thereof as we in our sole discretion may deem it necessary or advisable to do so.

4. That we have the unrestricted right to grant to others upon such bases as we in our sole discretion shall determine, any of the foregoing rights of reproduction with respect to any of theaforesaid comic strips and the titles, characters and continuity thereof.

You hereby agree to execute any and all further instruments which may at any time be necessary or advisable in connection with any of the foregoing rights and property now vested in us and for that purpose and for all other purposes hereunder you hereby designate us and our successors and assigns your agents and attorneys in fact irrevocably.

This modification shall become effective immediately upon your signing the same below and continue in full force and effect throughout the life of the agreement dated September 22, 1938 as the same has been modified hereby. Both you and ourselves hereby ratify and confirm the foregoing agreement dated September 22, 1938 as the same has been modified by this letter.

Very truly yours,
DETECTIVE COMICS, INC.

By Harry Donenfeld
Pres.

APPROVED AND ACCEPTED:

Jerome Siegel
Jerome Siegel

Joseph Shuster
Joseph Shuster

# DETECTIVE COMICS INCORPORATED

Publishers of
DETECTIVE COMICS
MORE FUN COMICS
NEW ADVENTURE COMICS
ACTION COMICS
NEW BOOK COMICS

480 LEXINGTON AVE.
NEW YORK, N. Y.

December 19, 1939

Mr. Jerome Siegel,
New York, N. Y.

Dear Sir:

We have just joined with you and Joseph Shuster in signing a modification of our agreement with both of you dated September 22, 1938. The modification agreement dated December 19, 1939 refers to the fact that while both you and Mr. Shuster are continuing to furnish all art work and continuity for the comic strip entitled "SUPERMAN", Mr. Shuster no longer does the art work for the comic strips "SLAM BRADLEY", "SPY", "RADIO SQUAD" and "FEDERAL MEN", but that you are to continue in accordance with said agreement to furnish all continuity for these comic strips. We agree to pay you on publication for all continuity furnished by you for the four last mentioned strips, the following rates:

| | |
|---|---|
| "SLAM BRADLEY" | $4.00 per page |
| "SPY" | $4.00 per page |
| "RADIO SQUAD" | $4.00 per page |
| "FEDERAL MEN" | $4.00 per page |

Your furnishing of the foregoing continuity work for these comic strips shall be in accordance with all of the terms and provisions of the agreement dated September 22, 1938 as modified by letter dated December 19, 1939.

We would appreciate your confirming the above arrangement at the foot of this letter and at the same time, we would appreciate your having Mr. Shuster consent to this arrangement in view of the fact that he was a party to the original agreement referring to the four comic strips to which this arrangement refers.

Very truly yours,
DETECTIVE COMICS, INC.
By Harry Donenfeld
Pres.

APPROVED AND ACCEPTED:
Jerome Siegel
Jerome Siegel

I hereby consent to the making of the foregoing arrangement.

Joseph Shuster
Joseph Shuster

# EXHIBIT B

141

PLAZA 3-0741

# DETECTIVE COMICS INCORPORATED

*Publishers of*
DETECTIVE COMICS
MORE FUN COMICS
NEW ADVENTURE COMICS
ACTION COMICS
NEW BOOK COMICS

480 LEXINGTON AVE.
NEW YORK, N. Y.

April 8, 1938

Mr. Jerome Siegel,
Siegel & Schuster,
10622 Kimberly Ave.,
Cleveland, Ohio.

Dear Mr. Siegel:

I am enclosing a check for $430.00 in payment of your July material that you wrote in your letter of April 1st amounts to $424.00 and I am also including $6.00 as payment for that cover used on the June ACTION COMICS.

With regards to your back account, believe me when I say that I've not had the time to analyze your statement. As you know, we have taken over the publishing of MORE FUN and NEW ADVENTURE COMICS beginning with the May issue and I would appreciate your breaking down your statement to show what material of yours appeared in the May and subsequent issues, for which you have not been paid. I will then be in a better position to check with our records.

Vin Sullivan is sending you a letter in criticism of the material that you have been sending us lately. Of course, we have loaded you up with 43 pages a month, which to our way of thinking seems to be a physical impossibility for one man to turn out. Of course, you have had to utilize your ingenuity in cutting corners to save time. That is, the fine detail which has formerly characterized your drawings has been sadly lacking.

After all, the success of the magazine is dependent on the type of work done by yourself and other contributing artists and it is for all our benefits to see to it that your best efforts be put into making the material as near perfect as possible. We are building for the future and the chances of your making more money is bound up with the success of the magazine. I'm looking for your complete cooperation for our mutual benefit.

Very truly yours,
DETECTIVE COMICS, INC.

J. S. LIEBOWITZ

JSL:MN

000002277

Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL and LAURA SIEGEL LARSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,

Plaintiffs,

vs.

TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,

Defendants.

DC COMICS,

Counterclaimant,

vs.

JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,

Counterclaim Defendants.

Case No.: CV 04-08400 SGL (RZx)

Honorable Stephen G. Larson, U.S.D.J.
Honorable Ralph Zarefsky, U.S.M.J.

**DECLARATION OF KEITH ADAMS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES ON PRE-TRIAL ISSUES FILED PURSUANT TO THE COURT'S JULY 3, 2008 ORDER**

[Complaint filed: October 8, 2004]

Date: August 11, 2008
Time: 3:00 p.m.
Place: Courtroom 1

[Declaration of Marc Toberoff, Notices of Lodging Filed Manually; Pre-Trial Briefing, Declaration of Nicholas Williamson and Declaration of Keith Adams Filed Electronically]

I, Keith Adams, declare as follows:

1. I am an attorney at the Law Offices of Marc Toberoff, PLC, counsel of record for plaintiffs Joanne Siegel and Laura Siegel Larson ("Plaintiffs"). I am a member in good standing of the State Bar of California and submit this declaration in opposition to Defendants' Motion for Clarification and/or Reconsideration of the Court's March 26, 2008 partial summary judgment order. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Stipulation re: Scheduling Order and Order Thereon, entered by the Court on March 20, 2007.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Order Granting Plaintiffs' *Ex Parte* Application Modifying the Parties' Summary Judgment Briefing Schedule, entered by the Court on April 20, 2007.

4. Attached hereto as Exhibit "C" is a true and correct copy of a letter dated January 10, 2008 from Michael Bergman to Marc Toberoff.

5. Attached hereto as Exhibit "D" is a true and correct copy of a letter dated January 23, 2008 from Marc Toberoff to Michael Bergman.

6. Attached hereto as Exhibit "E" is a true and correct copy of the Stipulation Requesting Status Conference and Briefing Schedule Regarding Certain Trial and Pre-Trial Matters, filed with the Court on February 21, 2008.

7. Attached hereto as Exhibit "F" are true and correct copies of excerpts from the Reporter's Transcript of Proceedings for the September 17, 2007 hearing on the parties' cross motions for partial summary judgment.

8. Attached hereto as Exhibit "G" is a true and correct copy of Plaintiffs Joanne Siegel and Laura Siegel Larson's Initial Designation of Expert Witness James Steranko and the attached Expert Report of James Steranko, dated January 12, 2007.

9. Attached hereto as Exhibit "H" is a true and correct copy of Plaintiffs

Joanne Siegel and Laura Siegel Larson's Initial Designation of Expert Witness Mark Evanier and the attached Expert Report of Mark Evanier, dated January 12, 2007.

10. Attached hereto as Exhibit "I" is a true and correct copy of Plaintiffs Joanne Siegel and Laura Siegel Larson's Expert Rebuttal Witness Disclosure of Mark Evanier, dated February 9, 2007.

11. Attached hereto as Exhibit "J" are true and correct copies of excerpts from the March 30, 2007 deposition of Mark Evanier.

12. Attached hereto as Exhibit "K" is a true and correct copy of the Copyright Office Board of Appeals' decision regarding "Husbands" (control number 10-600-754-2(c)), dated May 14, 2002.

13. Attached hereto as Exhibit "L" is a true and correct copy of the excerpts from the Findings of Fact and Conclusions of law made in the 1947 case of *Siegel v. National Comics Publications, Inc.*, Supreme Court of the State of New York – County of Westchester.

14. Attached hereto as Exhibit "M" are true and correct copies of excerpts from Chapter 5 of Jerome Siegel's unpublished autobiography, *The Creation of a Superhero.*

15. Attached hereto as Exhibit "N" is a true and correct copy of the article "Pro Logic IIx: What it Is, How it Works, and a Comparison with Other Formats," by Brian Florian, published by the website "Secrets of Home Theatre and High Fidelity," as retrieved by me on July 20, 2008, and as available at: http://www.hometheaterhifi.com/volume_11_1/feature-prologic-iix-3-2004.html.

16. Attached hereto as Exhibit "O" is a true and correct copy of the article "Letterboxing v. Pan-and-Scan," by John Cunningham, published by the website "Reel Classics®," as retrieved by me on July 20, 2008, and as available at: http://www.reelclassics.com/Techtalk/panscan-article.htm.

17. Attached hereto as Exhibit "P" is a true and correct copy of the "Aspect Ratios" article published by widescreen.org, as retrieved by me on July 20, 2008, and

as available at: http://www.widescreen.org/aspect_ratios.shtml.

18. Attached hereto as Exhibit "Q" is a true and correct copy of the Amazon webpage for the *Superman: The Movie* DVD, as retrieved by me on July 17, 2008 and as available at: http://www.amazon.com/Superman-Movie-Vass-Anderson/dp/B000059Z8J/ref=sr_1_2?ie=UTF8&s=dvd&qid=1216339123&sr=1-2.

19. Attached hereto as Exhibit "R" is a true and correct copy of the Amazon webpage for the *Superman: The Movie – 4-Disc Special Edition* DVD, as retrieved by me on July 17, 2008 and as available at: http://www.amazon.com/Superman-Four-Disc-Special-Christopher-Reeve/dp/B000IJ79UW/ref=sr_1_1?ie=UTF8&s=dvd&qid= 1216339140&sr=1-1.

20. Attached hereto as Exhibit "S" is a true and correct copy of the Amazon webpage for the *Superman II* DVD, as retrieved by me on July 17, 2008 and as available at: http://www.amazon.com/Superman-II-Ned Beatty/dp/B000059XUI/ref=pd_ bbs_sr_3?ie=UTF8&s=dvd&qid=1216338955&sr=8-3.

21. Attached hereto as Exhibit "T" is a true and correct copy of the Amazon webpage for the *Superman II: The Richard Donner Cut* DVD, as retrieved by me on July 17, 2008 and as available at: http://www.amazon.com/Superman-II-Richard-Donner-Cut/dp/B000IJ79WU/ref=pd_bbs_sr_1?ie=UTF8&s=dvd&qid=1216338955&sr=8-1.

22. Attached hereto as Exhibit "U" is a true and correct copy of the newspaper article by Geoff Boucher, "The Cape Crusader: After Directing 1978's Smash 'Superman,' Richard Donner Got Yanked From the Sequel. Now, 28 Years Later, It's a Wrap," originally published in the Los Angeles Times on November 26, 2006, as retrieved from the Lexis-Nexis database on July 17, 2008.

23. Attached hereto as Exhibit "V" is a true and correct copy of the newspaper article by Miriam di Nunzio, "Donner's Super-Vision Makes It to DVD," originally published in the Chicago Sun-Times on December 8, 2006, as retrieved from the Lexis-Nexis database on July 17, 2008.

24. The images contained within Section VIII(A) of Plaintiffs Joanne Siegel and Laura Siegel Larson's Memorandum of Points and Authorities on Pre-Trial Issues Filed Pursuant To The Court's July 3, 2008 Order filed concurrently herewith ("Plaintiffs' Pre-Trial Memorandum") were retrieved from the merchandising websites of Warner Bros. (available at http://www.wbshop.com/) and DC Comics (available at http://www.dccomics.com/dcdirect/). I then copied the images from the web pages for the individual products referenced and then pasted them into Plaintiffs' Pre-Trial Memorandum. I then resized the images to fit within the pages of the brief and to maintain consistency. Attached hereto as sub-exhibits W(i) -- W(xx) are true and correct PDFs of the websites from which those images were initially retrieved by me, as available on or before July 20, 2008:

- Exhibit W(i): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Costumes/Muscle-Chest-SUPERMAN-Adult-Costume.html
- Exhibit W(ii): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Backpacks/SUPERMAN-Saving-the-World-Rolling-Back-Pack.html
- Exhibit W(iii): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Shirts/SUPERMAN-Classic-Adult-T-shirt.html
- Exhibit W(iv): http://www.wbshop.com/cat/Superman/Home-Furnishings/Bedding/SUPERMAN-Sheet-Set.html
- Exhibit W(v): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Hats/SUPERMAN-Distressed-Print-Adjustable-Cap.html
- Exhibit W(vi): http://www.wbshop.com/cat/Superman/Home-Furnishings/Lamps/SUPERMAN-Night-Light-Set.html
- Exhibit W(vii): http://www.wbshop.com/cat/Superman/Home-Furnishings/Lamps/SUPERMAN-Lava-Lamp.html
- Exhibit W(viii): http://www.wbshop.com/cat/Superman/Toys--Games/Action-Figures-Diecast-Figures-and-Sculptures/SUPERMAN-13-

inch-Collectible-Classic-Action-Figure.html

- Exhibit W(ix): http://www.wbshop.com/cat/SUPERMAN-Solid-Adult-Cap.html
- Exhibit W(x): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Backpacks/SUPERMAN-Kids-Beach-and-Travel-Duffel-Bag.html
- Exhibit W(xi): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Buckles-and-Cufflinks/SUPERMAN-Sparkling-Handmade-Compact-Mirror.html
- Exhibit W(xii): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Buckles-and-Cufflinks/SUPERMAN-Classic-Logo-Belt-Buckle.html
- Exhibit W(xiii): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Jackets/SUPERMAN-Logo-Fleece-Hoodie-by-JUNK-FOOD.html
- Exhibit W(xiv): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Shirts/SUPERMAN-and-Lois-Lane-Raglan-Crew-Ladies-Jersey-by-Trunk.html
- Exhibit W(xv): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Shirts/SUPERMAN-Cotton-Military-Thermal-Shirt-by-Trunk.html
- Exhibit W(xvi): http://www.wbshop.com/cat/Superman/Clothing-and-Accessories/Shirts/SUPERMAN-Bubble-Gum-Mens-Ringer-T-shirt-by-JUNK-FOOD.html
- Exhibit W(xvii): http://dccomics.com/dcdirect/?dcd=4081
- Exhibit W(xviii): http://dccomics.com/dcdirect/?dcd=9248
- Exhibit W(xix): http://dccomics.com/dcdirect/?dcd=9416
- Exhibit W(xx): http://dccomics.com/dcdirect/?dcd=3563

25. The Superman trademark images labeled with numbers contained within Section VIII(B) of Plaintiffs' Pre-Trial Memorandum were copied from the website of the United States Patent and Trademark Office. The numbers refer to the the trademark registration number used.

26. For the images used in Sub-section VIII(B)(1), I searched the website of the United States Patent and Trademark Office for the following trademark registration numbers: 1178048, 1180292, 1200233, 1200387, 1201149, 1201167, and 1235769. I then copied the images from the web pages and pasted them into Plaintiffs' Pre-Trial Memorandum. I then resized the images to fit within the pages of the brief and to maintain consistency.

27. For the numbered images used in Sub-section VIII(B)(2), I searched the website of the United States Patent and Trademark Office for the following trademark registration numbers: 1181537 and 1108577. I then copied the images from the web pages and pasted them into Plaintiffs' Pre-Trial Memorandum. I then resized the images to fit within the pages of the brief and to maintain consistency.

28. For the image of the illustrated "Superman" moniker labeled *Action Comics No. 1* that appears in Sub-section VIII(B)(2), I "cropped," using Adobe Acrobat Professional, the image on page 1 of *Action Comics No. 1*, found in the electronic version of Appendix A to the Court's March 26, 2008 Summary Judgment Order. After saving electronic versions of the image, I then "pasted" it into the Microsoft Word version of Plaintiffs' Pre-Trial Memorandum. I then resized the images to fit within the pages of the brief and to maintain consistency.

29. For the numbered image used in Sub-section VIII(B)(3), I searched the website of the United States Patent and Trademark Office for the following trademark registration number 1140418. After saving an electronic version of the image, I then "pasted" it into the Microsoft Word version of Plaintiffs' Pre-Trial Memorandum. I then resized the image to fit within the pages of the brief and to maintain consistency.

30. For the image labeled *Action Comics No. 1* in Sub-section VIII(B)(3), I

"cropped," using Adobe Acrobat Professional, the image on page 1 of *Action Comics No. 1,* found in the electronic version of Appendix A to the Court's March 26, 2008 Summary Judgment Order. After saving an electronic version of the image, I then "pasted" the cropped image into the Microsoft Word version of Plaintiffs' Pre-Trial Memorandum. I then resized the image to fit within the pages of the brief and to maintain consistency.

31. For the image from *Action Comics No. 5* in Sub-section VIII(B)(3), I scanned in the image from a copy of *Action Comics No. 5* [Bates Numbered DCC 141573-78], produced by Defendants in this action, into PDF format on a HP Photosmart C5100 printed at 600 dpi. I then "cropped" the image using Adobe Acrobat Professional, and saved the resulting image. I then "pasted" the cropped image into the Microsoft Word version of Plaintiffs' Pre-Trial Memorandum. I then used the resizing features of Word in order to ensure that the images would properly fit onto the page and would be approximately the same size as the other images.

32. For the image from *Action Comics No. 858* in Sub-section VIII(B)(3), I had Copypage, located at 1801 Century Park East, Suite 110, Los Angeles, California, 90067, scan in page 3 of an original version of *Action Comics No. 858* (published by Defendants in December 2007) into PDF format in my presence. I then "cropped" the image using Adobe Acrobat Professional, and saved the resulting image. I then "pasted" the cropped image into the Microsoft Word version of Plaintiffs' Pre-Trial Memorandum. I then used the resizing features of Word in order to ensure that the images would properly fit onto the page and would be approximately the same size as the other images.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2008 in Los Angeles, California.

Keith Adams

# EXHIBIT A

WEISSMANN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: 310-858-7888
Fax: 310-550-7191
TBENNETT@WWLLP.COM

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: 212-813-5900
Fax: 212-813-5901

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, NY 10516
Telephone: 845-265-2820
Fax: 845-265-2819

Attorneys for Defendants and Counterclaimant

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

JOANNE SIEGEL and LAURA SIEGEL LARSON,

Plaintiffs,

vs.

TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10,

Defendants.

AND RELATED COUNTERCLAIMS.

Case Nos. [Consolidated for Discovery]
CV 04-8400 SGL (RZx)
CV 04-8776 SGL (RZx)
Hon. Stephen G. Larson, U.S.D.J.
Hon. Ralph Zarefsky, U.S.M.J.

**STIPULATION RE: SCHEDULING ORDER AND ~~[PROPOSED]~~ ORDER THEREON**

NOTE CHANGES MADE BY THE COURT

DOCKETED ON CM
MAR 21

100

Plaintiffs/counterclaim-defendants Joanne Siegel and Laura Siegel Larson (collectively "Plaintiffs"), and defendants Warner Bros. Entertainment Inc., Time Warner Inc., Warner Communications Inc. and Warner Bros. Television Production Inc. and defendant/counterclaimant DC Comics (collectively "Defendants"), by and through their respective counsel of record, and subject to the order of this Court, hereby stipulate and agree as follows:

WHEREAS, pursuant to the prior stipulation of the parties, and the orders of this Court, the following trial and pre-trial dates have been set in these cases, which have been consolidated only for purposes of discovery:

| | |
|---|---|
| Non-expert discovery cutoff | November 17, 2006 |
| Expert discovery cutoff | March 9, 2007 |
| Motion cutoff | March 19, 2007 |
| Pre-trial Conference | May 21, 2007 |
| Trial | June 26, 2007 |

WHEREAS, the parties have diligently pursued discovery in these actions, including written discovery, document productions, and depositions;

WHEREAS, the parties have exchanged moving and rebuttal expert reports, but have not yet concluded expert depositions because of the number of experts designated (twelve in total between Plaintiffs and Defendants) and the difficulty in coordinating the experts' schedules and counsels' schedules in the short period of time between the exchange of the reports and the expert discovery cutoff;

WHEREAS, the parties have met and conferred on certain discovery disputes, and have initiated the joint stipulation process on four separate discovery motions, the rulings on which may require additional discovery responses or depositions;

WHEREAS, the parties have met and conferred on certain additional motions, and anticipate filing cross-motions for partial summary judgment on seven or eight separate issues and/or claims for relief in the two actions, which

motions will require more than the minimum notice mandated by the Local Rules for opposition and replies;

WHEREAS, the Court's determination on Defendants' Motion for Reconsideration, which is currently under submission and is pending decision, may potentially impact the partial summary judgment motions that the parties anticipate filing, or may necessitate the filing of different or additional such motions;

WHEREAS, the Court's rulings on the parties' cross-motions for partial summary judgment will materially impact the parties' preparations for trial, and any settlement mediation efforts that the parties engage in;

WHEREAS, the current trial and pre-trial schedule, including the deadlines imposed by the Federal Rules of Civil Procedure, the Local Rules, and this Court's Standing Order, will require the parties to prepare their pre-trial materials prior to the determination on their cross-motions for partial summary judgment, resulting in potentially wasteful or duplicative effort;

WHEREAS, the parties believe that extending the trial and pre-trial dates, as set forth below, will allow sufficient time for the conclusion of expert discovery and the preparation and determination of motions, including potentially dispositive motions, and will provide for the more orderly preparation and trial of this matter;

WHEREAS, counsel for each party certifies to the Court that the requested extensions are essential to complete necessary expert discovery, are necessary to the orderly preparation and trial of these matters, and are not sought for any improper purpose;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the following trial and pre-trial dates shall be applicable to these matters:

| | |
|---|---|
| Expert Discovery Cutoff | March 30, 2007 |
| Motion Filing Cutoff [All Motions] | April 23, 2007 |

///

| | |
|---|---|
| Opposition Briefs Due For Motions For Summary Judgment Or Partial Summary Judgment | May 21, 2007 |
| Reply Briefs Due For Motions For Summary Judgment Or Partial Summary Judgment | June 11, 2007 |
| Summary Judgment Hearing | June or July, 2007 |
| Mediation Deadline | September 24, 2007 |
| Jury Instructions Due | October 8, 2007 |
| Objections to Jury Instructions | October 15, 2007 |
| Local Rule 16 Conference | October 22, 2007 |
| In Limine Motions Due | November 5, 2007 |
| In Limine Oppositions Due | November 19, 2007 |
| In Limine Replies Due | November 30, 2007 |
| Memo of Contentions of Fact and Law<br>Witness and Exhibit Lists<br>Proposed Voir Dire<br>Proposed Pretrial Conference Order | November 19, 2007 |
| Pre-trial Conference | December 3, 2007 |
| Trial Briefs Due | December 17, 2007 |
| Last Day to Seek Continuance | December 31, 2007 |
| Trial of Case No. CV 04-8400 | January 21, 2008 |
| Trial of Case No. CV 04-8776 | Thereafter, as set by Court |

///

///

///

///

///

Respectfully submitted,

DATED: March 13, 2007

WEISSMANN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

PERKINS LAW OFFICE, P.C.

By: [signature]
Michael Bergman
Attorneys for Defendants

DATED: March 13, 2007

LAW OFFICES OF MARC TOBEROFF, PLC

By: [signature]
Marc Toberoff
Attorneys for Plaintiffs

**ORDER**

Based on the Stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the following trial and pre-trial dates shall be applicable to these matters:

| | |
|---|---|
| Expert Discovery Cutoff | March 30, 2007 |
| Motion Filing Cutoff [All Motions] | April 23, 2007 |
| Opposition Briefs Due For Motions for Summary Judgment Or Partial Summary Judgment | May 21, 2007 |
| Reply Briefs Due For Motions for Summary Judgment Or Partial Summary Judgment | June 11, 2007 |
| Summary Judgment Hearing | June or July, 2007 |
| Mediation Deadline | September 24, 2007 |
| Jury Instructions Due | October 8, 2007 |
| Objections to Jury Instructions | October 15, 2007 |
| Local Rule 16 Conference | October 22, 2007 |
| In Limine Motions Due | November 5, 2007 |
| In Limine Oppositions Due | November 19, 2007 |
| In Limine Replies Due | November 30, 2007 |
| Memo of Contentions of Fact and Law Witness and Exhibit Lists Proposed Voir Dire Proposed Pretrial Conference Order | November 19, 2007 |
| Pre-trial Conference | December 3, 2007 @ 11:00 a.m. |
| Trial Briefs Due | December 17, 2007 |
| Last Day to Seek Continuance | December 31, 2007 |
| Trial of Case No. CV 04-8400 | January ~~21~~ 22, 2008, @ 9:30 a.m. |
| Trial of Case No. CV 04-8776 | Thereafter, as set by Court |

Dated: 3-19-07.

[signature]
Hon. Stephen G. Larson
Judge, United States District Court

NOTE CHANGES MADE BY THE COURT

Case: 13-56243 02/25/2014 ID: 8993563 DktEntry: 22-9 Page 236 of 318

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 9665 Wilshire Blvd, Ninth Floor, Beverly Hills, California 90212. On the date shown below, I served the documents described as:

1. **STIPULATION RE: SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Marc Toberoff
Law Offices of Marc Toberoff, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

___ **(FACSIMILE SERVICE)** I caused such document to be transmitted via facsimile to the offices of the addressees at the numbers listed above.

XX **(PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the addressees above.

Executed on **March 14, 2007**, at Beverly Hills, California.

___ **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[signature]
Ticci Bennett

Case: 13-56243, 02/25/2014, ID: 8992563, DktEntry: 22-9, Page 237 of 318

# EXHIBIT G

053
ER 2235

Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL AND LAURA SIEGEL LARSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br>Plaintiffs,<br>vs.<br>TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br>Defendants. | Case Nos. CV 04-8400 SGL (RZx)<br>04-8776 SGL (RZx)<br>[Consolidated for Discovery]<br>Hon. Stephen G. Larson, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br>**PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S INITIAL DESIGNATION OF EXPERT WITNESS JAMES STERANKO**<br>**[F.R.C.P. 26(a)(2) and Court's Order of November 15, 2006]** |
| DC COMICS,<br>Counterclaimant,<br>vs.<br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br>Counterclaim Defendants. | |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's order of November 15, 2006, Plaintiffs and counterclaim defendants Joanne Siegel and Laura Siegel Larson (collectively "Plaintiffs") hereby designate James Steranko as an expert witness whose testimony Plaintiffs intend to introduce at the trials of these matters. A copy of Mr. Steranko's expert report is attached hereto as Exhibit A.

Plaintiffs' foregoing initial designation does not include any expert whose testimony may be offered solely for purposes of impeachment or rebuttal. Plaintiffs reserve the right to amend and/or modify its expert witness designation in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

DATED: January 12, 2007

LAW OFFICES OF MARC TOBEROFF, PLC

By ______________________
Marc Toberoff

Attorneys for Plaintiffs JOANNE SIEGEL and LAURA SIEGEL LARSON

# EXHIBIT A

# EXPERT REPORT OF JAMES STERANKO

## I. INTRODUCTION

Warner Bros. Entertainment Inc. ("WB") and DC Comics ("DC") (collectively, "Defendants") are alleged to owe Joanne Siegel and Laura Siegel Larson (collectively, "Plaintiffs"), the widow and daughter of Superman co-creator and Superboy creator Jerry Siegel, significant profits from Defendants' ongoing exploitation of the original Superman and Superboy copyrights recaptured by Plaintiffs under the Copyright Act. I have been asked to report on the import and impact of Jerry Siegel's original creations on Defendants' exploitations.

## II. BACKGROUND QUALIFICATIONS

My involvement in the comic book industry encompasses more than 40 years. In 1965, I entered the comic industry by working for Joe Simon, who assigned me to create a series of superheroic characters for Harvey Comics. Soon afterwards, I was hired by Stan Lee at Marvel Comics and began writing and illustrating the 1960s superspy series NICK FURY, AGENT OF S.H.I.E.L.D. in Marvel's **Strange Tales**. Additionally, I wrote and illustrated many other top Marvel characters, including CAPTAIN AMERICA, THE HULK, THE X-MEN (for which I created the title logo), and, for DC Comics, SUPERMAN. I generated more than 150 original storytelling innovations that changed the direction of the comics medium. **Wizard Magazine**, a comic industry publication, recently credited me as *The 5th Most Influential Comics Artist in the History of the Form.* Michael Chabon cited me as an inspiration for his Pulitzer Prize-winning novel, **The Amazing Adventures of Kavalier & Clay**. I authored the two volume set **The History of Comics**, which have sold more than 100,000 copies each and remains the definitive resource of the four-color chronology in comic books.

In the film industry, I have written animation scripts and developed characters for Paramount, including working with animation giants Shamus

(BUGS BUNNY) Culhane and Ralph (FRITZ THE CAT) Bakshi. I have also worked on feature film projects, including as a film production illustrator with directors such as Tim Burton, Oliver Stone, Francis Ford Coppola (serving as the project conceptualist for BRAM STOKER'S DRACULA, among other projects), George Lucas and Steven Spielberg (creating the initial production paintings visualizing Indiana Jones for RAIDERS OF THE LOST ARK).

I have illustrated numerous science fiction, heroic fantasy, Western, and adventure books written by such authors as Ray Bradbury, Mickey Spillane, Cornell Woolrich, Michael Moorcock, Raymond Chandler, John Jakes, Robert E. Howard, Harlan Ellison, and many others. In this respect, I have visualized a legion of classic fictional heroic characters, including Sherlock Holmes, Luke Skywalker, The X-Men, Mike Hammer, Batman, the Green Hornet, James Bond, Captain America, Han Solo, Sam Spade, Superman, Captain Kirk, Mr. Spock, Conan, Doc Savage, Buck Rogers, and The Shadow, for which I painted 30 book covers—in addition to a multitude of movie posters, record albums, and magazine illustrations.

In 1968, I established Supergraphics, a full-scale publishing organization, for the purpose of producing material related to contemporary culture in every medium. In 1970, I authored and published Volume 1 of **The History of Comics** through Supergraphics, and followed two years later with a companion volume. In 1972, I created and released **PREVUE**, an international newsstand entertainment magazine, which ran for 25 years and was the forerunner of similar titles such as **Premiere**, **Movieline**, and **Entertainment Weekly**. As its editor-publisher, I explored a multitude of on-set Hollywood productions, conducted hundreds of superstar interviews, and penned numerous articles.

In 1970, I produced a comic book addressing the problems of drug abuse among inner-city children which was distributed free as a teaching tool in schools

in major metropolitan cities from New York to Atlanta. The comic met with remarkable success and garnered critical acclaim that ranged from Manhattan Borough President Percy Sutton to **Sesame Street**'s Joan Ganz Cooney.

I continue to work in the comics medium and to lecture on popular culture. Recent works include an essay on narrative concepts in film, animated games, and comics in the Watson-Guptill instructional volume **The Art and Technique of Graphic Storytelling**; scriptwriting for Warner Bros. **Justice League** TV series; and serving as Creative Consultant for the History Channel's two-hour documentary **Comic Book Superheroes—Unmasked**.

From comic art to commercial design, I have won numerous awards in both Europe and America, and have exhibited my work at more than 250 international exhibitions, including in the Louvre in Paris. As the Guest of Honor at Spain's 2002 Semana Negra Cultural Festival, my work was the subject of a large one-man exhibition (160 works, sponsored by the Gijon Museum of Modern Art). I recently received the prestigious Julie Award for Lifetime Contribution to the Fantastic Arts (2003) and the Eisner Hall of Fame Award at the 2006 San Diego Comic Convention.

## III. SCOPE OF ANALYSIS

I have been asked to analyze with respect to Superman: (a) how Jerry Siegel and Joe Shuster worked in creating the early Superman Comics to aid in a determination as to whether such comics and the elements contained therein were not "works for hire" and thus subject to recapture by the Plaintiffs and (b) the impact and prevalence of such recaptured Superman elements on Defendants' recent exploitations of Superman.

I have been asked to analyze with respect to Superboy whether the television series, Smallville, is derived from Jerry Siegel's original Superboy story and the line of Superboy comics to which it gave birth.

**IV. ANALYSIS**

SUPERMAN

A. Work-for-Hire Issue

In 1933, Jerry Siegel conceived of an original cartoon strip featuring *Superman*, a unique character of superhuman strength and powers who would perform remarkable feats for the public good. Siegel conceived, in essence, the first comic book superhero—an original concept that fused our national ideals with the highest Judeo-Christian ethics—and became an international cultural icon, spawning, what is today, a massive, thriving industry.

In or about 1934, Siegel authored twenty-four days (four weeks) of Superman comic strips intended for newspaper publication, a paragraph previewing future Superman exploits, and a nine-page synopsis covering approximately two months of daily newspaper comic strips (six days per week). The material was subsequently incorporated into the early Superman comic strips, thereafter published from on or about April 18, 1938 to April 13, 1943.

In 1934, Jerry Siegel and artist Joe Shuster ("Siegel and Shuster") co-authored a group of daily Superman comic strips, consisting of one week (six days) of fully-inked daily strips and three additional six-day weeks in penciled form. Those strips were submitted to numerous publishers from 1934-1939.

Although Superman was not published for some time, Siegel and Shuster sold other comic-character features they created to the Nicholson Publishing Company, including Henri Duval and Dr. Occult. In a letter dated October 4,

1935, the company's owner, Malcolm Wheeler-Nicholson, expressed his interest in publishing Superman in comic book form, but Siegel and Shuster rejected his offer. Nicholson was, however, involved with a new comic-magazine company, Detective Comics, Inc., which published such Siegel and Shuster features as *Slam Bradley* and *Spy*, which appeared in **Detective Comics** 1 (3/1937).

Siegel and Shuster entered into a free-lance agreement with Detective Comics dated December 4, 1937 (the "1937 Agreement") to continue to produce the comic magazine features, Slam Bradley and Spy, which also provided that any new and additional features which they produced for use in a comic magazine would first be submitted to Detective Comics, which had 60 days to accept or reject it.

One of the entities to whom Siegel had submitted the Superman strip was The McClure Newspaper Syndicate. In early 1938, the head of the syndicate sought Siegel's permission to forward the comic strip material to Detective Comics for potential publication in its contemplated new magazine, **Action Comics**. By this time, Superman and his extraordinary powers had already been completely developed by Siegel and Shuster.

In or about January–February 1938, when Detective Comics expressed interest to Siegel and Shuster in publishing the Superman comic strip in comic magazine format, the writer and artist cut the strip into almost 100 separate panels, and re-pasted it to adapt it into comic book form.

In a grant prepared by Detective Comics, dated March 1, 1938, Siegel and Shuster agreed to the publication of their **Superman** comic strip in consideration for the sum of $130. Superman subsequently appeared as the cover subject on the June, 1938 issue of **Action Comics** 1, issued for sale on April 18, 1938. It became an unprecedented success and provided a powerful, thematic core for

the floundering comics form, one that was exploited by most, if not all, comics publishers of the period.

Between March, 1938 and September, 1938, Siegel and Shuster continued to create Superman strips, stories, and continuities. **Action Comics** 1 was followed by further issues published at regular intervals, with each subsequent issue containing Superman material created by Siegel and Shuster.

Detective Comics and Siegel and Shuster entered into an agreement with The McClure Newspaper Syndicate dated September 22, 1938 regarding the newspaper syndication of a **Superman** comic strip. Detective Comics and Siegel and Shuster therefore entered into an agreement also dated September 22, 1938 (the "1938 Agreement"), which for the first time provided that Detective Comics would "employ and retain" the writer and artist to produce the artwork and continuity for five comic strips, including **Superman**. Detective Comics and Siegel and Shuster then entered into a supplemental agreement dated December 19, 1939, which raised their page-rate compensation.

The scope of my analysis entails Siegel and Shuster's Superman as published in **Action Comics** 1 and their Superman works thereafter published in **Action Comics** 2-61 (copyright to no. 61 secured on April 13, 1943).

Prior to September 22, 1938, Siegel and Shuster solely produced six comic book issues featuring Superman at their own instance and expense which were published as **Action Comics** 1-6. Of these, **Action Comics** 1 through 5 were published prior to September 22, 1938 and **Action Comics** 6 was published four days later on September 26, 1938.

Although, the 1938 Agreement used for the first time the term "employ and retain" with respect to Siegel and Shuster's subsequent work on Superman, it does not appear that they were traditional employees of Detective Comics or worked in a way that even approximated a hierarchical employment relationship.

We know that Siegel and Shuster were not paid a salary, but were paid on a "per page" basis and they were only paid for pages actually delivered by them and eventually published by Detective Comics. In paying them for their pages, Detective Comics did not treat such payments as employee salaries or fees: Detective Comics did not withhold or deduct payroll, nor did Detective Comics withhold or deduct social security and the other taxes normally associated with employee compensation. Detective Comics also did not provide any health benefits or any other employee benefits to Siegel and Shuster. Detective Comics role appears to have been rather limited, paying Siegel and Shuster for finished comic-book product on a per-page basis for the right to publish such works.

Additionally, Siegel and Shuster did not work out of the Detective Comics' offices in New York, instead laboring in Cleveland, Ohio, first out of the respective homes, then from their own art studio. (Conversely, all other "sweat shop" suppliers to the comics medium were in the New York/New Jersey area, relatively close to publishers' offices and their supervision). The writer and artist determined their own hours and days of work. They supplied, used, and paid for their own tools and materials, and hired and paid for their own assistants. As their business expanded, they employed artists who worked under their direction, instance, and expense, not that of Detective Comics. Their payroll records—and subsequent interviews with their assistants—are ample evidence of Siegel and Shuster's independent work and primary guidance of the Superman property.

B. Allocation Issue

**Action Comics** 1 featured virtually all the signature elements of the Superman mythology which continue to this day, constituting the definitive formula for the subsequent Superman comic books and exploitations in other media. The magazine visualized the origin of the Superman character, in both a literary and pictorial manner, including his personality, habits, superhuman

powers, dual appearances, costume, secret identity, and attributes, and the ethical creed to which he aspired and heroically achieved. Specifically, **Action Comics** 1 featured Superman's origin from a distant planet, his back-story, his basic physical and mental traits, and, as a champion of the oppressed, his mission to use his enormous powers to benefit mankind. It also portrays Superman's secret identity as the mild-mannered newspaper reporter, Clark Kent, providing a full literary and pictorial delineation of the character, including his appearance, habits, persona, mannerisms, and clothing.

**Action Comics** 1 also portrays other key characters and their cardinal traits, including newspaperwoman Lois and the publication's editor, from whom Clark gets his assignments. Clark's romantic interest in Lois is immediately established, including her rejection of him as a coward, while leaning passionately towards Superman. The classic image of Lois being swept into the sky held tightly in Supeman's embrace is also visualized.

All Superman-related stories, particularly the cinematic adaptations, movie serials, cartoon versions, and TV series —including the recent SUPERMAN RETURNS—draw heavily on the timeless dramatic formula created by Jerry Siegel in **Action Comics** 1. Regardless of a story's content and handling, audiences from comics to the cinema are ultimately attracted to the character for deeply-rooted psychological reasons, all of which were cleverly and succinctly detailed in Jerry Siegel's initial Superman adventure. Without those primary elements, the character, his universal appeal, and countless product incarnations would *never* have existed.

<u>SUPERBOY</u>

A. <u>Jerry Siegel's Superboy</u>

In or about 1938, Jerry Siegel conceived of a new comic strip series entitled Superboy. On November 30, 1938 he submitted to Detective Comics, a written summary of the character, concept, and plan for his **Superboy** comic strip series (the "Superboy Summary"), which Siegel suggested could run in Detective Comics' magazines **More Fun Comics** or **New Adventure Comics**. His proposal, however, was rejected in a return letter dated December 2, 1938.

Two years later, on his own initiative, he authored a complete original Superboy story (the "Superboy Story"). For clarity, I will subsequently refer to the Superboy Story and Superboy Summary together as the "Superboy Material." In or around December, 1940, Siegel again submitted Superboy to Detective Comics, which again rejected its publication and declined using it.

The Superboy Material contained in detail the unique conception and character of Superboy, the continuity and dialogue for the first presentation of Superboy, and the format for the future publication of a Superboy comic book series.

The Superboy Material firmly establishes the following:

>>Superboy's origins, character, family and social life as a youth growing up in rural America.

>>Although technically an alien, Superboy is raised in a small town environment as a human being by his adoptive parents, the Kents.

>> The Kents realize Superboy must restrain and conceal his extraordinary strength for fear that he will be treated as an outcast.

>> Superboy must also face the emotional challenges and social responsibilities of his extraordinary strength and emerging powers.

>>Superboy's dual dilemma is to conceal his true self, while exploiting his powers to help those in need.

>> Superboy is age eleven or twelve, constantly confronting the trauma of

Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page: 250 of 318

adolescence, school cliques, assorted bullies, and bad guys.

>>Superboy ultimately protects his home town and its inhabitants from accidents and evildoers, the basis of his earliest crime-fighting adventures.

By comparison, the Superman materials which pre-date Siegel's Superboy Story (**Action Comics** 1, 1939 newspaper strips and **Superman** 1) do not contain the same elements or focus. In **Action Comics** 1, where Superman debuted in 1938, we see him as an infant in only one panel on the first page. In the next panel, he is an adult with fully-developed superpowers. Superman was grounded in a very cosmopolitan environment, soon dubbed "Metropolis," and his adventures emanated from that urban setting and Clark Kent's job as a big-city reporter. By contrast, Siegel's Superboy was set in a small town, where the young hero attends school while coming to grips with his emerging superpowers. Siegel's Superboy led to **Superboy** 2, christening his hometown – Smallville.

In July, 1943, Jerry Siegel entered the U.S. Army to fight in World War II. While he was stationed in the Pacific, Detective Comics, without giving notice or getting his consent, used his Superboy Material in the first Superboy story, in **More Fun Comics** 101 (November 18, 1944).

As DC Comics states in its book **DC Comics: A Celebration of the World's Favorite Comic Book Heroes** (Copyright 1995, 2003 DC Comics): "**More Fun Comics** 101...la[id] the groundwork for countless stories and new directions to come. Superboy's learning experiences and the gentle guidance of Ma and Pa Kent become important touchstones in the character's development..."

Jerry Siegel set a startling, new precedent in comics with his Superboy premise, just as he did with Superman. By 1940, comics already embraced kid heroes (young Billy Batson became manly Captain Marvel; Supersnipe stayed a kid, but had no powers; Marvel Boy had plenty; the Young Allies featured a group

of kid superheroes; Kid Eternity; Golden Lad; etc) before Superboy debuted. About the closest in concept was Captain Marvel, Jr.; crippled newsie Freddie Freeman, who became a teen costumed tower of power after saying the word "SHAZAM!"

Siegel's concept, however, brilliantly spotlighted and examined an already-established superhero in his childhood, an area previously untapped in comics history. Perhaps it is still unique in that respect. Supergirl *is* Supergirl, with no adult precedent. Superboy, however, highlights an unexploited and highly-marketable area – the evolution of a hero – and might well be a one-of-a-kind phenomenon. There may be stories about Wonder Woman as a girl, for example, but no major series or titles are predicated upon that premise. The point is that with hundred of Golden Age writers and editors developing material for a voracious market, none had the originality or foresight to conceive and express the Superboy concept.

B. The Derivative Superboy Works

"Superboy's" small town adventures were published in **More Fun Comics** 101-107 (1944-1945), **Adventure Comics** 103-503 (1946-1983), **Superboy** 1-235 (1949-1977), **The New Adventures of Superboy** 1-54 (1979-1984), and another series of comics entitled **Superboy** (aka **The Adventures of Superboy**) 1-100 (1989-2002), which were published at regular intervals, and in numerous other comic book publications (comic books featuring Superboy are sometimes referred to by me as the "Superboy Comic Books"). Superboy has also been exploited in several television series, including the animated **The Adventures of Superboy** (1966), the live action series **The Adventures of Superboy** (1988-1992), and **Smallville** (2001-ongoing).

C. The "Smallville" Series

The **Smallville** television series debuted in October, 2001 and is currently in its sixth season. It is set in Superboy's hometown, from which the series takes its name, and focuses on a youth with extraordinary abilities, who must simultaneously face the challenges of adolescence and the responsibilities of his emerging powers. Like Siegel's Superboy Material, the **Smallville** series mirrors the youthful adventures of its superhero in the town he protects, while examining the character's social and family life.

Each of the following aspects of Siegel's Superboy Material is ubiquitous in **Smallville:**

1. The character of Superboy– a modest, sensitive young man—at times, a loner—who, while attending school in a small rural town, must confront the complexities of growing up, knowing he is physically and mentally superior to his peers—and all humans—yet forced to keep his powers a vital secret.

While the lead character in Siegel's Superboy Material is originally a few years younger than in **Smallville**, as originally conceived by Siegel, he was naturally mature. The Superboy Summary suggested starting with "characters…of about twelve years, rather than adults," while the story follows the young hero from a toddler through kindergarten to pre-junior high; the majority taking place in the fifth grade (age 11-12). The first appearance of Superboy in **More Fun Comics** 101 follows the same brisk age progression. The ensuing derivative **Superboy** comic books from 1945 to 1984 follow Superboy's adventures as he matures through age eighteen, with the majority depicting him as a teenager.

2. The characters of Superboy's adoptive parents, the Kents, and their close relationship with Superboy. These characters are fleshed out for the first time in the Superboy Story and in **More Fun Comics** 101. They are earnest

and moral people who, above all, love and nurture their adopted son. While simple country folk, they are quite aware and sensitive to Superboy's uniqueness and the challenges posed by his special predicament of growing up with unusual powers. They also know that others will not understand or accept who he really is and that, if the truth be known, he will be treated as an outcast. The Kents gently guide Superboy and counsel him on the need to restrain or conceal his powers. Although he is from another world, the Kents raise him as a human and in every respect, as their *son.* This is a central relationship in Siegel's Superboy Story. Eight of its thirteen pages concern Superboy's relationship with his adoptive parents.

3. The setting of a small rural town where his social interactions and adventures take place and whose townspeople Superboy protects. The small town environment heightens the young hero's predicament of concealing his true identity and its simplicity provides a strong contrast to his supernatural powers.

4. The perspective of Superboy going to school and, like any other youth, forming friendships, dealing with school cliques and bullies, while he is completely different from everyone else by virtue of his supernatural powers and origin.

5. The core themes of Superboy coming to grips with who he really is and his purpose in life, while repressing his true self for fear that he will not be accepted – themes which amplify and reinterpret the dilemma of adolescence in a wish-fulfillment context, relatable themes for the target youth audience.

6. The evolution and coming-of-age of a young man who destiny is to become a superhero.

In the **Superboy** comic books, the animated and live-action **Superboy** television series, the protagonist's adventures inevitably took place in Smallville. Superboy's fictional town was named in **Superboy** 2, published in 1949, and

has, for the following half century, been synonymous with Jerry Siegel's Superboy.

In the **Smallville** television series, the hero's best friend is Pete Ross and his high-school heartthrob is Lana Lang. The former first appeared in 1961 in **Superboy** 86, while the latter first appeared in 1950 in **Superboy**.

It is no surprise that the on-line Internet Movie Database (www.imdb.com), an industry resource regarding credits, lists Jerry Siegel as an author of *Smallville* as follows: "Jerry Siegel (**Superboy** comic book and characters)."

The Superman materials which pre-date the Superboy Material do not contain these elements. A core relationship in **Smallville**, as in the Siegel's Superboy Story, is that between the young hero and his understanding parents, to whom he turns for guidance. The majority of Siegel's Superboy Story concerns Superboy's relationship with his earthly parents. Yet, of the Superman material which pre-dates the Superboy Story – i.e., **Action Comics** 1, 1939 newspaper strips, and **Superman** 1 – only the latter shows his foster parents with him as a boy and then, only in *one* panel.

Comics by definition are representational and will always appear simple in comparison to derivative works of much larger scale and budgets. Nonetheless, **Smallville's** derivation and use of Siegel's Superboy is easily recognizable and qualitatively important.

## V. CONCLUSIONS

### SUPERMAN

**Action Comics** 1 was clearly not a "work for hire" as it had been completely delineated by Siegel and Shuster prior to Detective Comics expression of interest in Superman. **Action Comics** 2-6, which were thereafter created by Siegel and Shuster prior to their entering into the 1938 Agreement, were also not "works for hire," as no employment relationship existed between

Detective Comics and Siegel and Shuster when these works were created. The works were created at Siegel and Shuster's instance and expense and they, not Detective Comics, were the motivating force behind the creation of these works. Finally, the Superman works created by Siegel and Shuster after they entered into the 1938 Agreement with Detective Comics should also not be considered "works for hire."

The 1938 Agreement for the first time used the term "employ and retain" with respect to Siegel and Shuster's subsequent work on Superman. Yet Siegel and Shuster independently created and produced the work and were not traditional employees of Detective Comics, nor did their relationship bear any of the usual indicia of employment. Siegel and Shuster's Superman Comics were not created at Detective Comics' instance and expense and Detective Comics exercised minimal to no control over their creative content.

With respect to all of the Superman comic books in question (**Action Comics** 1-61), Siegel and Shuster were not paid a salary, but were consistently paid on a "per page" basis for a finished product, and only for product actually delivered by them to Detective Comics and published by Detective Comics. In compensating Siegel and Shuster, Detective Comics did not withhold or deduct payroll tax, social security and other taxes normally deducted from employee salaries; nor provide Siegel and Shuster with any employee benefits; Siegel and Shuster worked from their own premises (not Detective Comics' premises); determined their own hours and days of work; supplied, used and paid for their own tools and materials; and Siegel and Shuster hired and paid for their own employees. Considering the totality of these circumstances, the Superman material created by Siegel and Shuster and published by Detective Comics in **Action Comics** 1 do not constitute "works made for hire."

The distinct foundational imprint created by **Action Comics** 1 is the heart and soul of a derivative motion picture such as **Superman Returns** and dictates that the profits from such classic "Superman" fare should not be minimized by "apportionment." What matters to the public are the core elements comprising the indelible "Superman" character and story, the blueprint for which was delineated in **Action Comics** 1 and survived for seven decades. The rest are really iterations of such elements. The plots though often appealing are transient and essentially fungible. To the unlikely extent that some allocation of Superman profits to elements not recaptured by the Siegels is deemed justified and even calculable, it would seem that the lion's share would have to go to the Siegels as Jerry and Joe's contribution to the success of their iconic character *is* their enduring character itself.

SUPERBOY-SMALLVILLE

It is beyond question that the **Superboy** comic books and television programs were derived from and are substantially similar to Siegel's Superboy Material. In turn, **Smallville** is substantially similar to and derived from Siegel's Superboy, the **Superboy** comic books, and the mythology to which it gave rise. If it were not for Siegel's creation of Superboy, there would be no **Smallville**.

While one might point to many differences in the big-budget, special effects-driven episodes of **Smallville** from a simple, if not primitive, comic book story, **Smallville** exploits the heart of Jerry Siegel's Superboy – a superhero in the making as a powerful metaphor for adolescence. It is this which I believe caused the enduring popularity of Superboy, exclusive and apart from Superman. The similarities are qualitatively important; for instance, the emphasis in both on the nurturing relationship between Superboy and his adoptive parents which shape his destiny and the man he was to become.

## VI. COMPENSATION

I am not being paid for my services as an expert witness.

## VII. PRIOR CASES

I have not served as an expert witness in any prior case.

## VIII. PUBLICATIONS

I have authored the following publications:

GENII: THE CONJURERS MAGAZINE 12/1962

GENII: THE CONJURERS MAGAZINE 10/1964

THE STERANKO HISTORY OF COMICS V1 1970 (Supergraphics)

THE STERANKO HISTORY OF COMICS V2 1972 (Supergraphics)

RED TIDE Graphic Novel 1975 (Two Versions) (Pyramid Publications)

GRAPHIC NARRATIVE (Museum Catalog) 1977 Winnipeg Art Gallery

UNSEEN SHADOWS 1978 (Supergraphics)

THE BLOCK (anti-drug comicbook) 1971 (Various)

OUTLAND Graphic Novel 1982 (Coleccion Humanoides)

GRAPHIC PRINCE OF DARKNESS 1998 (Vanguard Publications)

THE ART AND TECHNIQUE OF GRAPHIC STORYTELLING (Essay) 2003 (Watson-Guptill)

NICK FURY: AGENT OF SHIELD (collection) 2000 (Marvel Comics)

NICK FURY: AGENT OF SHIELD (collection) 2002 (Marvel Comics)

MARVEL VISIONARIES: STERANKO 2002 (Marvel Entertainment Group)

VISUAL THEORY V1 2003 (Supergraphics)

100 GREATEST COMIC BOOKS (Two Essays) 2004 (Whitman Publishing)

COMIXSCENE / MEDIASCENE / PREVUE MAG. 1972-1996 (Supergraphics)

Hundreds of interviews and features in magazines internationally.

I reserve the right to amend and supplement this initial report.

Respectfully submitted,

James Steranko

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On January 12, 2007, I served the attached documents described as **PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S INITIAL DESIGNATION OF EXPERT WITNESS JAMES STERANKO** as follows:

[X] :BY FACSIMILE:

As follows: I caused the transmission of the above named documents to the fax number set forth below, or on the attached service list.

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Facsimile No. 212-813-5901

Patrick T. Perkins
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Facsimile No. 845-265-2819

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Facsimile No. 310-550-7191

[X] :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 12, 2007, in Los Angeles, California.

Alexander M. Merino

# EXHIBIT H

Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL AND LAURA SIEGEL LARSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br>Plaintiffs,<br>vs.<br>TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br>Defendants. | Case Nos. CV 04-8400 SGL (RZx)<br>04-8776 SGL (RZx)<br>[Consolidated for Discovery]<br>Hon. Stephen G. Larson, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br>**PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S INITIAL DESIGNATION OF EXPERT WITNESS MARK EVANIER**<br>**[F.R.C.P. 26(a)(2) and Court's Order of November 15, 2006]** |
| DC COMICS,<br>Counterclaimant,<br>vs.<br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br>Counterclaim Defendants. | |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's order of November 15, 2006, Plaintiffs and counterclaim defendants Joanne Siegel and Laura Siegel Larson (collectively "Plaintiffs") hereby designate Mark Evanier as an expert witness whose testimony Plaintiffs intend to introduce at the trials of these matters. A copy of Mr. Evanier's expert report is attached hereto as Exhibit A.

Plaintiffs' foregoing initial designation does not include any expert whose testimony may be offered solely for purposes of impeachment or rebuttal. Plaintiffs reserve the right to amend and/or modify its expert witness designation in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

DATED: January 12, 2007

LAW OFFICES OF MARC TOBEROFF, PLC

By ______________________
Marc Toberoff

Attorneys for Plaintiffs JOANNE SIEGEL and LAURA SIEGEL LARSON

# EXHIBIT A

**EXPERT REPORT OF MARK EVANIER**

## I.

## INTRODUCTION

I am informed that Joanne Siegel and Laura Siegel Larson ("Plaintiffs"), the widow and daughter of Jerry Siegel, the co-creator of Superman and creator of Superboy, have recaptured Jerry Siegel's original copyright interests in these works under the Copyright Act. I am further informed that due to this recapture Warner Bros. ("WB") and DC Comics ("DC") (together, "Defendants") are alleged to owe Plaintiffs profits from their exploitation of these recaptured copyright interests.

I have been asked to analyze and give my opinions regarding the following issues:

The first is the manner in which the early Superman comics were created by Jerry Siegel and Joe Shuster, so as to inform us as to whether or not their early Superman material were created by them as "employees for hire."

The second is, to the extent the early Superman works were not "works for hire," and are therefore subject to recapture by the Siegels, to what degree do the elements portrayed in such works continue to be exploited in recent derivative works such as WB's feature-length motion picture, Superman Returns? I have been asked to discuss the extent to which such elements contribute to the financial returns of that and similar projects.

Lastly, I have been asked to analyze the extent to which WB's television series, Smallville, is derived from Jerry Siegel's original Superboy story and the line of Superboy comics which emerged from Siegel's original story.

## II.

## QUALIFICATIONS

I have been involved in the comic book industry for more than thirty years as a comic book writer, columnist and historian. My first professional sale came in 1969 when I was 17 years old and soon after I was taken on as an assistant to the legendary comic artist Jack Kirby (*The Hulk, X-Men, Fantastic Four*). While apprenticing under Kirby, I worked as a comic book writer for The Walt Disney Company and Gold Key Comics (*Bugs Bunny*, *Daffy Duck*, *Porky*, etc.). Shortly after that, I was employed as the editor and head writer for the Edgar Rice Burroughs estate (*Tarzan*). In 1974, I began writing for television. My comedy writing experience includes working on *The Nancy Walker Show*, *Cheers*, *That's Incredible*, *Pryor's Place*, *Bob* (starring Bob Newhart as a comic book artist) and *Welcome Back, Kotter*, where I functioned as story editor. I also wrote one episode of the *Superboy* TV series in 1988.

After leaving *Welcome Back, Kotter*, I began working for and eventually ran a comic book division for Hanna-Barbera Studios as editor and head writer.

My animated series writing experience includes television shows such as *Scooby Doo*, *Plastic Man*, *Thundarr the Barbarian*, *The ABC Weekend Special*, *CBS Storybreak*, *Richie Rich*, *The Wuzzles*, *Dungeons & Dragons* and *Garfield and Friends*. I also wrote for *Superman: The Animated Series*. While I continue to work in film and television I have also written and produced a number of comic books, including scripts for DC Comics, including *Superman Adventures*, *The New Gods* and *Blackhawk*. I was writer-editor of the last of these. I have also written (and sometimes edited) numerous "creator-owned" comics, such as *Groo the Wanderer* (with Sergio Aragonés), *Crossfire*, *Hollywood Superstars* (with Dan Spiegle), and *The DNAgents* (with Will Meugniot).

I have been nominated for three Emmy Awards for my work in television on *Garfield and Friends* (two) and *Pryor's Place* (one). In 2003, the Animation Writers Caucus of the Writers Guild of America, west (WGAw) presented me with its Lifetime Achievement Award in the area of Animation Writing.

I have been a panelist or moderator at numerous comic book industry events including Comic-Con International in San Diego, WonderCon in San Francisco, the Los Angeles Comics and S-F Convention and the Mid-Ohio Con in Columbus, Ohio. The San Diego event is the largest of its kind in the world and each year, a special room is designated for panels and events on which I spend much of the convention interviewing the "greats" in the field of comic books about their past work. For my efforts in recording and preserving the history of the art form, the convention awarded me the prestigious Bob Clampett Humanitarian Award in 2001. In addition, the convention administers the industry's top award, the Will Eisner Award, which is given for excellence in the creation of comic books, and I have received six nominations, three of which I have won.

Furthermore, I am active as an author writing about comic books, having published four books on the subject, including the recent *Mad Art*, a history of the artists for *Mad* Magazine, tracing its evolution from a comic book into a magazine and other media. I have been called upon to write numerous forewords and introductory material for books about comics, including many reprint volumes published by DC and Marvel, and to appear on television programs and DVD supplemental materials dealing with animation and comics.

III.

## ANALYSIS

### SUPERMAN

#### Work-for-Hire Considerations

In 1933, long before he could possibly have been deemed an employee of DC Comics or its business antecedents -- indeed, before there was a DC Comics or even much of a comic book industry -- Jerome Siegel had a vision. It was a fantasy of the kind that he, as a budding fan of science-fiction and comics, longed to read himself. In it, a bespectacled, bookish weakling not unlike Siegel himself was actually living a dual life. Though others thought his everyday identity was that of a nondescript, non-heroic type, he was secretly Superman, the strongest and most heroic of all men to walk the planet.

Superman was powerful. But he was to be admired, not envied, for he used his powers to help people in trouble, stopping crime and warding off natural disasters.

He would go about his business as the shy, mild-mannered character that Siegel later designated as a newspaper reporter named Clark Kent. Then in times of need – as, when another reporter named Lois was in peril -- Kent would doff his reporter clothes, appear in the colorful costume of Superman and perform impossible feats to save the day. While Clark had a crush on Lois, but was virtually ignored by her, Lois had a crush on Superman, in an original alter-ego love triangle.

The above summary is the core of the Superman property. It has been the basis of every appearance of the character in every medium. Every comic book, every radio show, movie serial, TV show, motion picture, cartoon and story of

Superman that has ever existed is based in some way – and often, wholly -- on this original conception of Siegel and Shuster.

As is well known and presumably undisputed, Siegel began working with artist Joe Shuster around 1934 to turn this concept into a newspaper comic strip. Extensive samples were prepared by Siegel and Shuster in their homes in Ohio which formed the basis of the first Superman story and laid the groundwork for all that followed.

Soon after they prepared the Superman material, Siegel and Shuster began submitting it unsuccessfully to newspaper syndicates. However, in early 1938, McClure forwarded the comic strip to Detective Comics for its new magazine, Action Comics. Superman had been completely developed by Siegel and Shuster by this time.

In early 1938, when Detective expressed interest in publishing the Superman comic strip in comic magazine format, Siegel and Shuster re-cut the strip into separate panels and re-pasted it into comic book format.

In a 1938 grant Siegel and Shuster agreed to the publication of their Superman comic strip by Detective for $130. Superman subsequently appeared as the cover subject in "Action Comics No. 1," published on April 18, 1938. It was an instantaneous success whose popularity spread like wild-fire. Siegel and Shuster continued to create Superman strips, stories, and continuities. Detective Comics and Siegel and Shuster thereafter entered into an agreement with The McClure Newspaper Syndicate dated September 22, 1938 for the newspaper syndication of a Superman comic strip and a parallel agreement of the same date between Detective Comics and Siegel and Shuster, for Siegel and Shuster to produce five comic strips, including "Superman."

It is worth noting the extent to which early comic books were conjoined with newspaper strips of the day. The earliest comic books consisted of reprints

of those newspaper strips, re-pasted into a comic book page format. When original material began appearing in comic book format, it was generally because companies that wished to publish comic books were unable to procure reprint rights to existing newspaper strips. The solution to this, practiced by Wheeler-Nicholson and others, was to hire young cartoonists to simulate the same kind of newspaper strip material.

Siegel and Shuster, as well as others who began to sell such work, believed that they were following in the career and business models of syndicated comic strip writers and illustrators, doing essentially the same job but one in which their material was published and distributed via different means. From the standpoint of these writers and artists, the experience was not dissimilar.

As with newspaper strip creators, they were expected to deliver a finished, camera-ready work to their editors. A syndicated comic strip creator (or team) would decide on story content and write the material and illustrate and letter it in their own studios, keeping their own hours and providing their own art supplies. If he (or they) deemed it necessary to be aided by assistants, the creator(s) of the strip would select, hire, supervise and pay their own assistants. The editor at the syndicate (or the editor at the comic book company) would concern himself only with the purchase of material created outside his purview.

In the case of Siegel and Shuster, they operated the same way on their comic book material, including the early stories of Superman. Their relationship with Wheeler-Nicholson and then with Harry Donenfeld's company may have had references to employment in some documents but the relationship did not have the look or feel of an employer/employee association, nor did it have the elements that traditionally indicate that work is being done at the instance and

expense, or under the supervision necessary to denote a "work for hire" relationship.

Siegel and Shuster did not work in the publisher's New York offices or even for a time in the same state, thereby making it impossible that the editor, even had he wanted to, was supervising or dictating the writing and drawing of the material.

The creation of their Superman was done in their own homes or studio. Siegel and Shuster set their own hours and working conditions. They purchased their own art supplies, including paper, pencils, ink, pens, brushes and other materials with which a comic book story is created. They selected, hired, supervised and paid their own assistants.

Siegel and Shuster were not paid a salary by Detective Comics. They were paid on a piecework basis -- a set amount for each page accepted for publication. If a page or story was rejected by the publisher, they were not compensated for it and personally withstood the financial loss for it. The page rate was fixed and did not depend on the amount of time that had been spent writing or drawing the pages.

The publisher, Detective Comics, did not make its payments to Siegel and Shuster in any form that indicates an employer/employee relationship. The publisher did not withhold payroll or any other form of taxes, nor did Siegel and Shuster receive any health benefits or insurance, nor did they receive any other traditional employee benefits such as sick pay or vacation pay.

The first editor of the Superman material was Vince Sullivan, who was employed by Detective Comics, Inc. and based in New York. Sullivan never visited the studios of Siegel and Shuster in Ohio and, as he explained when I interviewed him in 1998, his input was limited to accepting or rejecting the finished stories they submitted and the occasional proofreading. This was fairly

standard in the industry at the time. For much of the period under discussion, Sullivan was concurrently editing the Batman stories that his company published. As he admitted on several occasions, he never even met or spoke with Bill Finger, who was the writer of most of those stories.

Sullivan also had no contact with, and therefore no supervision of, the assistants employed by Siegel and Shuster to help them produce their Superman material. Much later, commencing in or about 1946-1947 certain of these assistants were hired directly by Detective Comics. It was only at that point that these artists began to receive direction and supervision from members of the publisher's editorial staff.

As I understand the nature of a "work for hire" relationship, there must be some strong sense in which the putative "employee for hire" is working for the putative "employer" as opposed to creating the material on his or her own, incurring the financial risk if the material is not purchased, and receiving some measure of supervision. That does not seem to have been the case in the vast majority of known instances in the earliest days of comic books and certainly not in a case of Siegel and Shuster. From all indications, they were self-employed and merely selling a finished product to Detective Comics for publication.

Apportionment Considerations

No expert testimony should be needed to say that Superman is one of the most iconic, recognizable characters in all of popular culture. Not only is his image known the world over but people of all ages are familiar with his mythology, his particulars and the primal legend as created by Jerry Siegel and Joe Shuster. The character has appeared in every entertainment medium invented and will certainly turn up in those yet to be invented.

The objective value of the property goes above and beyond the profits realized by the publication of comic books, the marketing of toys and

merchandise depicting the property and the production of motion pictures and television shows based on the character. Superman helps define and establish an environment through which other properties can be introduced, developed and exploited.

It has been a common practice to enhance the reputation and worth of other characters by teaming them with Superman in selected appearances or otherwise linking to the Superman's audience and fame. DC Comics has often launched new characters by inserting them into a comic book featuring Superman or by having Superman guest star in the book built around those new characters. When I was working on a DC comic introduced in 1970 called The Forever People, it was decided that Superman would appear in that comic's first issue to attract the Superman audience towards the new title and to hope that some of his "superstar" status would rub off on the new property.

In much the same way, any new entertainment venture -- a movie, a TV series, a videogame -- based on Superman is instantly considered a major, hot endeavor in the same way that the excitement and potential success of a new motion picture is enhanced by the signing of an established star with proven box office success. In the case of Superman, he is the established star with proven box office success. For a studio to establish the same kind of fame and recognition of a newly-created character would require an investment of countless millions of dollars with, of course, no guarantee of success.

Over the years, the many writers, editors and artists who have created or helped create Superman adventures in comics have expanded upon the groundwork laid by Siegel and Shuster, adding in new twists to keep the property relevant to a changing audience. However, they always retain and build upon the firm foundation laid down by Siegel and Shuster in that first Superman story in Action Comics No. 1.

Any Superman story is still about a man of dual identity, one being a seeming mortal who could not possibly be taken for the heroic Superman. And the other is the heroic Superman, a man of tremendous strength and ability who uses his powers for good, fighting crime and saving lives in times of disaster.

He is forever lifting large objects that would be impossible for you or I to lift, just as he hoisted a car on the cover of Action No. 1.

He is constantly being shot at, only to have the bullets bounce off his skin, just as they did in Action No. 1.

He still smashes through doors or rips them effortlessly off their hinges, as he did in Action No. 1.

He still has knives crumple on his skin and he still outraces a speeding car or train, as he did in Action No. 1.

Other abilities have been added to Superman and the personality of Clark Kent has been modified, tweaked and then restored to the original classic traits. But he is still always Superman.

Except, of course, when he is Clark Kent. The dual identity element is a key factor in the mythology and success of Superman. The world may view us as a nondescript Clark Kent but there is (or we wish to fantasize that there is) a Superman in us all. Every depiction of Superman since Action Comics No. 1 in any dramatic medium (television, film, animation, radio, etc.) has been built upon this duality.

The first story in the first issue of Action Comics introduces Lois, who is a key component in the Superman property, and who has been depicted -- sometimes with equal attention and billing -- in every TV show, radio program, cartoon or motion picture of Superman. The first issue also introduces a newspaper editor who, though not then named Perry White, functions in a role indistinguishable from that of Perry White in later stories.

No one would deny that new elements have been introduced into Superman over the years. New elements were continually introduced during the period when the feature was under the creative control of Siegel and Shuster. But at the center of any project is the same character they introduced in Action Comics No. 1...the same guy in tights with a cape and an "S" on his chest and great strength and invulnerability and a girl friend named Lois and another identity as the bespectacled reporter Clark Kent. That's what Superman and every derivative depiction of him is all about.

## SUPERBOY

### Jerry Siegel's Superboy Material

In 1938, Jerry Siegel conceived a new comic book series which he called Superboy. He submitted it to Detective Comics, Inc., initially in the form of a written summary, but Detective rejected it. Thereafter in 1940 he wrote a complete Superboy story (on "spec"); however it was rejected again. Subsequently in 1943, when Siegel was abroad in military service, during World War II the publisher launched a Superboy feature under the byline of Siegel and Shuster without Siegel's knowledge or consent.

The ongoing Superboy feature began in More Fun Comics No. 101 in 1944. It immediately became the star feature in that comic which featured other adventure strips, mostly of a superhero nature. Superboy was the one depicted prominently on most covers.

In 1946, Detective Comics, Inc. converted the format of More Fun to humor strips and transferred the superhero strips to another of its going titles, Adventure Comics. Again, Superboy was featured on the covers and in the first position in the magazine, attesting to its popularity with the readers. In 1949, a

regular magazine composed of nothing but Superboy adventures was added to the publisher's line but the character continued to appear in the featured position and on all the covers in Adventure Comics.

Not only was Superboy among DC's most profitable characters but the property was used to generate "spin-off" properties as well, most notably the Legion of Super-Heroes. The Legion first appeared in a Superboy story published in 1958 and continued to appear intermittently in Superboy stories until 1962 when the property received its own ongoing strip in the rear of Adventure Comics. The Legion has become one of DC Comics' most celebrated and lucrative properties, appearing in ongoing comic books and a current animated TV series, and this feature came out of Superboy's comic book series and was bolstered by Superboy's frequent appearances as a member of the group. DC continued to publish Superboy in a wide variety of publications and formats, including frequent reprinting of earlier stories.

Superboy appeared on an ongoing basis in derivative television adaptations as well. The first were Superboy cartoons that appeared as part of a Superman-Aquaman cartoon show on CBS Saturday mornings. From 1988 to 1992, a live-action syndicated Superboy TV series was produced and in 2001, the current, ongoing TV series entitled "Smallville" debuted featuring substantially the same characters and premise.

All of these shows featured a youthful Clark Kent employing his developing powers in a small, rural town called Smallville. All of them highlight his relationship with his foster parents and with local characters his own age such as Lana Lang and Pete Ross.

Although the precise age of Superboy has fluctuated from time to time, certain themes resound in all of these comic books and television versions.

In all, including the current Smallville series, we witness the early development of a character destined to become a superhero but in many other respects a boy grappling with growing up. The heart of all these depictions is that we, the readers or viewers, are witness to the development of the world's greatest hero. We see him grow in every way -- physically, mentally, emotionally, etc. -- there is always a significant amount of foreshadowing of the career we know he will have ahead of him when he relocates to the city of Metropolis and becomes Superman.

We see him come to discover his powers and how to use them most effectively. Again and again in the narratives, he must also come to grips with the fact that he is from another planet and therefore different from the other young men and women around him. Protecting the secret -- that young Clark has amazing powers -- is a key component of many storylines. While some elements may parallel the Superman property, much of it is unique to the Superboy material.

Of special note in this focal area is his evolving relationship with the couple that adopted him, and who represent the only family he has ever known. Throughout the comic books and all television dramatizations, Jonathan and Martha Kent are portrayed as decent, Middle America citizens who are overwhelmed by the unique presence that has entered their lives. If it is difficult to raise a child, it is exponentially more difficult -- and therefore, more dramatic for story purposes -- to raise a child who can bench-press a Buick or smash through a wall. These story elements are notably unique to the Superboy property and pervade Jerry Siegel's first Superboy story. I can think of nowhere else in popular fiction where anything similar has been seen unless it was a clear derivative of Superboy.

Closely allied is the function that the Kents play in the life of young Clark. In every comic book and television version of this material, they manage to instill their values in their adopted son, giving him his grass roots connection to his new homeland and humanity.

Also unique to Jerry Siegel's Superboy is the adolescent awakening and the awkward identity crisis that so many of us experience in the transition from child to adult. That personal search process takes on cosmic proportions and meaning in the case of this young man who is an alien from another planet who, while "human" in his outward appearance and upbringing, is uniquely different from everyone else. This also is part of the spine of the property and the template expressed in Jerry Siegel's first story.

Smallville

Smallville (the television series) premiered in October of 2001 and is currently in its sixth season. Even the very name of the series immediately associates it with decades of Superboy comic books and early adaptations of the property. The town in which young Clark Kent was raised was named Smallville in Superboy No. 2 (cover dated May-June, 1949) and that name became instantly identified with Superboy, just as people the world over associate Metropolis with Superman and Gotham City with Batman.

Anyone who has seen the adaptations or read the Superboy comics would immediately recognize the key elements, starting with the mid-western town of Smallville. In the Smallville series you have...

...the young Clark Kent, attempting to learn how to utilize his powers while concealing them and coming to grips with his true identity. He is like us in many ways, unlike us in many ways, and endowed with awesome powers and an equally awesome destiny.

...Ma and Pa Kent, who attempt to raise and steer a young man who has all of the problems of normal adolescence, many of them magnified to a cosmic scale because of his abilities, as well as a whole set of problems unique to him as an alien and burgeoning super-hero.

...Lana Lang, Pete Ross, the young Lex Luthor and many other supporting characters, initially established in the comic books and continued in the television dramatizations.

...the foreshadowing of the man Superboy will one day become.

As noted, every dramatic adaptation of the Superboy comic books derived from Jerry Siegel's Superboy material has incorporated most, if not all of these elements. The Smallville series is no exception.

## V.

## CONCLUSIONS

SUPERMAN

I see no basis to believe that Action Comics No. 1 or subsequent work by Siegel and Shuster on the character fall into any established definition of work for hire. Clearly, Jerry Siegel and Joe Shuster created the material at their own instance and expense, on their own premises and with their own instrumentalities and materials, working their own hours and with their own assistants. They sold it to Detective Comics, Inc. on a piecemeal basis that carried with it none of the trappings of an employer/employee relationship: No insurance, no vacations, no withholding, etc. The first story, containing the key elements that made Superman the unique, successful property that it is, was not even done with any expectation of publication by Detective Comics and therefore could not possibly be a work for hire. The subsequent Superman comics independently created and produced by Siegel and Shuster were also not

"works for hire" for the reasons stated above. They were neither created at the publisher's instance and expense nor in any way supervised or guided by the publisher.

ALLOCATION

The star of every Superman appearance is Superman, as created and defined in the original work by Siegel and Shuster. This is a property of enormous fame and value. Audience interest and expectation is created by the mere mention of the name. When word gets out that a new Superman TV show or motion picture is in the works, customers are predisposed to interest because of the enduring character and conception, which Siegel and Shuster created.

All of the key elements that define this property -- the look and feel of the character, his extraordinary abilities, his role as a protector of the weak, his alternate role as the nondescript reporter Clark Kent, his relationship with the ambitious female reporter Lois, etc. -- were all set down in Siegel and Shuster's first Superman story, published in Action Comics No. 1 and developed further in Siegel and Shuster's early Superman comics.

For that reason, I believe there should be no apportionment of the value and profits under discussion in this case. In the event some apportionment is found to be appropriate it should lean heavily in favor of the Siegel family as co-owners of the core Superman elements.

SUPERBOY/SMALLVILLE

As a longtime reader of Superboy comic books and follower of the character's other appearances, I see the totality of that work as a continuous line. Superboy was always a property defined as -- and often, explicitly subtitled as -- "The adventures of Superman as a boy." That tagline is also a perfect description of the "Smallville" TV series.

As mentioned, even the name Smallville evokes the Superboy comic books, to say nothing of the common elements -- the evolution of Clark Kent, the discovery and mastery of his powers, the special relationship with his parents (and their problems, rearing an all-powerful adolescent from another planet), the supporting cast, the world of a young man as seen through the unique view of an alien with super-powers. All of this was established in the basic Superboy story and template created by Jerry Siegel. It is what defines the enduring Superboy property and what makes Smallville a unique television experience. It is all one concept and I see no basis on which to differentiate them.

What is critical to understand is that many of the key elements and themes in Smallville are present in Siegel's earliest conception of Superboy in his 1940 story. Here we have an alien child taken in by adoptive parents who appreciate just how special their child is, committing themselves to protecting him from the scorn his unique powers could subject him to in a small town. This is the most important relationship in the story – the raising of this child by simple, decent people who have been graced with someone extraordinary. The efforts to keep his abilities and nature a secret and, not to be understated, the numerous humorous possibilities to which this situation can lead, are present in Siegel's story. I point to the baby Clark hurting a boy much larger than he, and his father taking quiet pride in his son's unique abilities.

Most important is the struggle and pressure a young Clark faces like any other child growing up, only his journey is compounded by his superpowers. Siegel's "Superboy" story shows Clark subject to teasing, to being the "new kid" in school, to having to prove himself to bullies in order to gain acceptance. His superpowers could resolve his all-too-human struggles in an instant, but he chooses not to and instead reserve them for doing good. After saving the school

bullies from criminals, Clark, in Siegel's story, demurs, seeking neither fame nor leverage from his heroic deeds.

All of these essential elements and themes are central to the television show Smallville. Granted, Clark is portrayed as a highschooler, but the thematic trajectory remains the same: struggling with adolescence, acceptance and school in a small town, all the while coming to grips with his superpowers. The core relationship of the show, like in Siegel's Superboy story, is with his parents, whose unconditional acceptance and love helps Clark decide to use his powers for good and shapes the man he is to become.

## VI.

## COMPENSATION

I am not being paid for my services as an expert witness.

## VII.

## PRIOR CASES

I served as an expert witness in a 1997 lawsuit filed by writer Marvin Wolfman against Marvel Characters, Inc.

## VIII.

## PUBLICATIONS

I have authored the following publications:

*Comic Books and Other Necessities of Life* (TwoMorrow Publications, 2002)

*Wertham Was Right!* (TwoMorrow Publications, 2003)

*Mad Art* (Watson-Guptill Publishing, 2003)

*Super-Heroes In My Pants* (TwoMorrow Publications, 2004)

Respectfully submitted,

Mark Evanier

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On January 12, 2007, I served the attached documents described as **PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S INITIAL DESIGNATION OF EXPERT WITNESS MARK EVANIER** as follows:

[X] :BY FACSIMILE:

As follows: I caused the transmission of the above named documents to the fax number set forth below, or on the attached service list.

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Facsimile No. 212-813-5901

Patrick T. Perkins
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Facsimile No. 845-265-2819

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Facsimile No. 310-550-7191

[X] :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 12, 2007, in Los Angeles, California.

Alexander M. Merino

Case: 13-56243 02/25/2014 ID: 8993563 DktEntry: 22-9 Page 286 of 318

# EXHIBIT I

102

ER 2284

Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL AND LAURA SIEGEL LARSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br>Plaintiffs,<br>vs.<br>TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br>Defendants. | Case Nos. CV 04-8400 SGL (RZx)<br>04-8776 SGL (RZx)<br>[Consolidated for Discovery]<br>Hon. Stephen G. Larson, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br>**PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S EXPERT REBUTTAL WITNESS DISCLOSURE OF MARK EVANIER**<br>**[F.R.C.P. 26(a)(2)]** |
| DC COMICS,<br>Counterclaimant,<br>vs.<br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br>Counterclaim Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiffs and counterclaim defendants Joanne Siegel and Laura Siegel Larson (collectively "Plaintiffs") hereby disclose Mark Evanier as a person who may be used at trial to present evidence under Rules 702, 703, 704 or 705 of the Federal Rules of Evidence to rebut the testimony of Defendants' expert witnesses. Mr. Evanier's signed written rebuttal report is attached hereto as Exhibit A.

DATED: February 9, 2007

LAW OFFICES OF MARC TOBEROFF, PLC

By [signature]
Marc Toberoff

Attorneys for Plaintiffs JOANNE SIEGEL and LAURA SIEGEL LARSON

# EXHIBIT A

Case: 13-56243 02/25/2014 ID: 8993563 DktEntry: 22-9 Page 290 of 318

# REBUTTAL REPORT OF MARK EVANIER

## I.

## Rebuttal to Expert Report of Jeff Rovin regarding Smallville

I have read the expert report of Jeff Rovin dated January 11, 2007 (Rovin Report I) concerning the issue of whether the television series, *Smallville*, is derived from Jerry Siegel's ("Siegel") Superboy.

Rovin conveniently concludes at the outset that despite *Smallville*'s historical derivation from Siegel's Superboy, the elements they clearly share are all derived from prior Superman material and general material that is common in superhero comic media stories. (Rovin Report I, ¶ 2). This supposed methodology is Rovin's standard defense technique for reaching his assigned objective of disassembling a worthy copyright case by claiming that infringing material comes from another source or is somehow in the public domain.

Rovin's repeated arguments (Rovin Report I, ¶¶ 2, 7, etc.) that Siegel's writing contained "material that is common in superhero comic media stories" and "elements…common to the superhero genre" are misleading and untrue because at the time Siegel created Superman and shortly thereafter Superboy there were no other superhero comic stories. To the contrary, the Siegel materials were the well from which the ensuing superhero genre got "common" elements. Even if Siegel had drawn inspiration from a novel or two he read as a youngster, he synthesized this knowledge and added wholly original elements that had never appeared in print before, and certainly not in comic books which were just coming on the scene in 1938-1940.

Rovin's blanket statement that the Superboy Story "is more or less a general reiteration of the original Sman story arc" is false and unsupported by his list of

*Action Comics*, *Daily Strips* and *Superman* #1. Whereas those published materials contained Clark's arrival from Krypton, the rocket reaching earth and the baby going to an orphanage, only the Superboy Story examines Clark's youth, his emergence of superpowers, his battle with bullies, and his attempt to fit in and be accepted (and rescuing occupants from a car).

The first two weeks of *Superman* daily comic strips published 1/16/39-1/28/39 (12 strips of four panels each) were reprinted in 1998 by DC in a hardcover book aptly called "Episode One: Superman Comes to Earth." It contains nothing even close to Superboy or Superman as a youth growing up:

    a. 38 of the 48 panels take place on Krypton with Jor-L and Lora talking about the doomed planet ;

    b. In 7 of those 38 panels the newborn babe Kal-L appears in his mother's arms; in 1 he is in his father's arms;

    c. In 1 panel, Krypton explodes;

    d. In the next 4 panels, a rocket travels through space;

    e. In 1 panel (#44) the rocket with baby inside lands on earth;

    f. In 1 panel (#45) a man rescues the baby;

    g. In 1 panel (#46) the baby lifts the chair overhead at the orphan asylum as in Action Comics 1 ("Action No. 1");

    h. In 1 panel (#47) a *man* (not a teenager as Rovin speculates) in adult clothes races a train as in Action No. 1 (panel 2);

    i. In 1 panel (#48) we see the adult Superman in costume as in Action No. 1 (panel 3).

Rovin attempts to argue that Siegel's original 13 page *Superboy* story ("Superboy Story" or "SBS" ) is just a general reiteration of the original *Superman* story, concluding that all *Smallville* shares with Siegel's work "is that they are about a non-adult Clark Kent with super powers." First, Rovin's premise that all the

elements in the Superboy Story appeared in previous Superman works is simply incorrect as explained below. Second, the elements which Rovin admits *Smallville* shares with Siegel's *Superboy* lies at the heart of Siegel's original creation. Siegel's *Superboy* was a very original examination of "the making of" and coming of age of a superhero, which prior to Siegel's creation, and perhaps thereafter, had/has never been the focus of a comic book series. Within this original conception, the double life of Clark as an alien youth with superpowers growing up and attending school, while forced to hide who he really is, becomes a powerful metaphor for adolescence touching Siegel's core comic book audience. It is this that WBTV and the WB latched on to as a powerful vehicle for their target youth audience.

Rovin inaccurately states that all the elements in Siegel's Superboy Story are in prior *Superman* works, citing to his Appendix. Rovin's methodology of pointing to single, simple panel(s) of a comic book or strip and claiming that an entire literary subject matter is therefore pre-existing is flawed and superficial. For instance, eight pages of the thirteen page story are devoted to Clark's relationship with his adoptive parents, previously unexplored territory, and a focal relationship carried through in *Smallville*. Rovin's pointing to three panels in *Superman* No. 1, marginally depicting Clark's adoptive parents, does not obliterate the original material created by Siegel which explores for the first time the substance of their relationship with Clark or the originality of focusing on such a relationship in understanding the evolution of an iconic superhero. Rovin also relies on a purported "M.C. GAINES LETTER," dated March 27, 1939, however, as I am informed by plaintiffs, such a document has never been produced by defendants, and apparently is not in their or Rovin's possession.

Rovin also improperly includes as "prior" *Superman* works, works created after December, 1940 (when Siegel first submitted his Superboy Story to DC) through November 17, 1943. (Rovin Report I, ¶ 3, Appendix). He does this to include many irrelevant works, particularly George Lowther's derivative 1942 novel,

*The Adventures of Superman* on which he most heavily relies. Since Rovin's claim is that the elements in Siegel's Superboy Story are unoriginal as an alleged reiteration of prior *Superman* works, his examination must be limited to Superman works preceding the Superboy Story, i.e., created prior to December, 1940. In addition to the Lowther novel, the following post - December, 1940 works relied on in Rovin's report and Appendix are inapplicable and should be ignored: Action No. 37, 44; Superman 16, 17, 18, 22; Sunday Strip 135 and the Fleischer Studios Superman cartoons (1941-1943).

Rovin attempts to undercut the originality of Siegel's comic book superhero coming of age story by canvassing the entire history of literature prior to 1940 and undated movies and coming up with a half dozen questionable instances of young heroes. (Rovin Report I, ¶ 3). Notably, Rovin can find no prior examples in the history of comics, which proves plaintiffs' point. Moreover, even his comparisons from the world of literature and movies are extremely weak. A tale of a young Tarzan has none of the qualities of Siegel's Superboy Story, nor does a young Abraham Lincoln, Wild Bill Hickok or Buffalo Bill in the movies for that matter. None of these examples concern "superheroes." "Zorro" in the Curse of Capistrano (1919), although he may wear a little mask, is certainly not considered a "superhero" in a "superhero costume." Rovin, who says he has "special expertise in the areas of science fiction and fantasy," must certainly know that this is an unsupported stretch. Under Rovin's methodology, Disney's Mickey Mouse would not be copyrightable because there were prior instances of stories concerning small animals.

Rovin argues that the "initial Superboy adventure in MF[101]....was not written by Jerry Siegel." In reality, Siegel's *Superboy* November, 1938 pitch letter had been in DC's possession for 7 years and numerous letters regarding the character and Siegel's Superboy Story had been in DC's possession for 5 years before MF 101 appeared in Jan/Feb 1945. Without notifying Siegel or asking for his permission,

someone at DC adapted Siegel's work, copying entire portions of it, and – according to Judge A. Young in a 1947 legal action between Siegel and Shuster and DC's predecessor in Westchester County, New York – DC illegally published Siegel's material.

Rovin's incorrect argument that Siegel's Superboy Story is "a general reiteration of the original SUPERMAN story arc from" prior Superman sources is further disproved by clear similarities between the SBS and *Smallville*. The following are just a few examples of similarities between Siegel's *Superboy* and *Smallville* that are not found in the prior Superman materials: Clark's immature use of his powers to retaliate against bullies; the series of events that lead the Kents to choosing to adopt him following the discovery of the spacecraft; the Kent's concern over how Clark will be perceived by his peers; the Kent's desire to keep his identity a secret; the Kent's desire to raise this alien child as a moral young man with integrity and traditional values; the dichotomy between having omnipotent powers and an immature mind; a young Clark learning to control himself and his powers so as to not give in to impetuous anger; and young Clark learning to accept his responsibilities and his purpose in life.

Rovin inaccurately compares Siegel's Superboy Story to *More Fun Comics* No. 101 ("MF 101") (Rovin Report I, ¶ 4). The Superboy Story concerns Superboy's character, family life and school life as a young man growing up in a small rural town. His parents teach him to conceal his superstrength ("The task of teaching Clark to conceal his tremendous strength proceeds…") for fear that he will be misunderstood ("Our boy's extraordinary strength may make him the object of everyone's envy and fear…cause him to become an outcast."). After describing Superboy's tricks as a baby, the story follows him from a toddler through kindergarten, interacting with his adoptive parents, to the fifth grade as he becomes aware of his powers. Throughout the story Superboy is dressed in civilian clothes.

Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page: 295 of 318

The story entails an adventure in which Superboy saves three other boys from injury in a car accident. As he receives attention from his peers, he modestly downplays his contributions. The story concludes with Superboy at home in his room, contemplating: "I could put my strength to work for a good purpose," and "[s]urreptitiously the lad designs a strange costume of his own making…and so was launched the career of SUPERBOY…Don't miss a single adventure of the comic page's newest sensation: SUPERBOY!"

The first issue of the *Superboy* comics in MF 101 depicts the same quick evolution starting with his antics as a baby. In a rural town, Superboy interacts with his adoptive parents while he grows from a toddler to a boy, becomes aware of his powers and goes to school at approximately age 12. Throughout MF 101, Superboy is dressed in civilian clothes. After an adventure where *Superboy* saves a boy in the presence of two other boys from injury in a car accident, he receives attention from his peers but downplays his contribution. MF 101 concludes with Superboy in his bedroom, contemplating, "my powers give me the chance to do a lot of good…but I can't let people know that [I] can do these things…the knowledge might be dangerous" and then he "secretly fashions a colorful costume… and thus is born -- SUPERBOY. Follow the adventures of SUPERBOY…!"

It seems clear from a simple comparison of the Superboy Story to MF 101 that in 1945 DC published Siegel's story in MF 101. To the extent certain additional elements contained in the Superboy Story were not contained in MF 101, for instance the greater emphasis in the Superboy Story on the relationship between Superboy and his adoptive parents, I believe these elements were included and published in subsequent *Superboy* comics (*More Fun Comics*, No. 102 to *Adventure Comics*, No. 135) which I understand are covered by plaintiffs' termination notices. Ironically, Rovin's citation of the primary *differences* between Siegel's Superboy and MF 101 (the diminished emphasis on the parent/child relationship and Clark's desire to be

accepted) serves to underscore the point that these are major themes of the Superboy Story carried through in subsequent *Superboy* comics and to the heart of *Smallville*.

Rovin attempts to undercut the clear derivation of *Smallville* from the Siegel's Superboy works and subsequent derivative *Superboy* comics by predictably claiming that the elements in Siegel's original material are either part of pre-existing Superman material or scenes a faire. As stated earlier, his comparison to pre-existing material is skewed and inaccurate because he, at defendants' behest, includes a great deal of material after December, 1940 when Siegel sent his Superboy Story to DC.

Rovin's slicing and dicing in an attempt to eliminate elements as *scenes a faire* is also unpersuasive. Of course it is natural for parents to nurture their son or for a youngster to interact with his classmates at school. However, it is most unusual and original (particularly in 1940) to have an alien nurtured by a couple in a simple rural environment as if he was a human and their real son. It is equally unusual to juxtapose this supernatural being with traditional events at school (cliques, pranks, bullies), whereby each is given a special meaning by virtue of his double life and covert superpowers. To segregate the Superboy Story into bite-size components out of context with its larger themes and story misses the total concept and feel of Siegel's work and is misleading.

Rovin's analysis of plot, characters, themes, setting, mood, pace, dialogue and sequence of events in *Smallville* and Siegel's *Superboy* works (Rovin Report II, ¶ 5) also misses the mark because Rovin cherry picks through 120 *Smallville* episodes to find differences with Siegel's original Superboy Story. I am informed that in the Ninth Circuit and elsewhere copyright infringement focuses on the similarities not the differences between works and that even if a copied similarity is quantitatively a small portion of an infringing work but qualitatively material, infringement will be found. Rovin's methodology is also skewed and unfair. Obviously, if you compare

Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page: 297 of 318

a 13 page story for a comic book which is simple and representative in nature (with limited space for dialogue) to 120 teleplays for another medium, i.e., 120 television episodes, each one hour in duration with budgets of $3 million per episode, you will easily find numerous differences.

Rovin compares and concludes that a comparison of Superboy with *Smallville* "reveals virtually no similarities at the levels of plot, characters, themes, setting, mood, pace, dialogue, or sequence of events," but Rovin's portrayal of the elements compared is often false and misleading. (Rovin Report I, ¶ 5). I set forth a few examples of this below.

Plot

Rovin acknowledges that the major action sequence of the Superboy Story involves rescuing schoolmates, and yet he dismisses this as non-consequential simply because the tone is not as mature as in *Smallville*. This, however, does not alter the fundamental plot point and theme that young Clark feels obliged, despite the fact that he does not fit in, to use his powers to help schoolmates in trouble. Rovin goes on to incorrectly argue that, because in the final panel of MF 101, Clark is fully costumed, his "emphatic journey toward costumed superherodom is complete." This is merely a classic comic book device to acknowledge that there will be more adventures ahead. It is not meant to suggest that Clark's evolution is complete or that he is all grown up as this would defeat the very premise of Superboy. *Smallville's* credit sequence is analogous: despite the fact that Clark is learning to master his powers, he demonstrates extreme feats of classic hero derring-do.

Rovin cites a variety of villains in *Smallville* that do not appear in the Superboy Story. Yet it is impossible for a 13 page story for the first comic book in an intended series to introduce the entire cast of evildoers the hero will ever face. The

entire purpose of such an introductory storyline is to establish the HERO, who can then go on to challenge any number of interchangeable adversaries.

Rovin erroneously argues that neither Clark nor the Kents question his origins in the Superboy Story. Yet Mrs. Kent explicitly states, "I wonder what his history is, Charles? Where he came from? Where he gets his tremendous strength?" (SBS 6).

Rovin continuously refers to *Smallville* as "dark" and "adult." Yet when we first encounter Clark Kent in the *Smallville* pilot, he is merely besieged with that not very dark or adult rite of adolescent passage – getting a date for the big dance…(Clark: "I don't have a date, Mom, I figured that would be the big tip-off that I'm not going" (Pilot script, p. 11)). Indeed, the rest of the pilot episode chronicles his mishaps in the classroom, his crush on the cute girl, his hazing by bullies, and, finally, his working up the nerve to at least show up at the big dance. Not exactly a parade of dark inner turmoil or life-threatening ennui.

Rovin asserts: "The major action sequence consists of Clark chasing a car where thugs have - with reluctance bordering on regret - tied up his schoolmates." By contrast he asserts that *Smallville* is full of death, gravitas, sexual tension and violence. In reality, in the Superboy Script one of the crooks, Croy, pulls out a gun when they discover the school boys:

> "Tom (quaking): D-don't sh-shoot us!….
>
> Jim (as Croy ties them up): …you know what we look like and we can't risk a rap right now!"
>
> Later the thieves take the car with the kids inside to the top of an incline with the intent of killing them:
>
> "Croy: But the kids will be killed!
>
> Jim (shoving at rear of car): It's either them or us!"

The would-be killers push the car so it careens down the mountainside. Granted there was no sex in the first Superboy Story, which was taboo in 1940 comics, but as the above scene illustrates, without young Clark to save them, the boys who were the victims of violent, gun-toting criminals would have certainly died a horrific death. This proves Siegel's intent was not to make *Superboy* a humorous comic, devoid of dark plot twists and villains.

Rovin continues regarding the Superboy Story: "Like most comic book stories of the era, there are no loose ends, no 'to be continued…' Conversely, while Smallville may tie up one main storyline or some aspect of a storyline in an episode, it is a serial…" Rovin unsuccessfully tries to show that *Smallville* is not derived from the Superboy Story and the *Superboy* line of comic books which it spawned by pointing to attributes inherent in the derivative medium, i.e., a series of episodic sequels comprising a television series. However, you do not disprove literary derivation by pointing to differences inherent in different media. Additionally, it is clear that the Siegel Story was presented as the first installment of a series of adventures of an entirely new character, *Superboy*, in its own comic book series, not a self-contained story. What Rovin describes re: *Smallville* is simply a modern television plotting technique (different, ongoing story arcs) certainly not original to *Smallville*, but present in nearly every dramatic television series today.

Siegel was a proven innovator, already established as the preeminent writer in the comic book industry. The Superboy Story he wrote to spike interest at DC was not all the Superboy comic series was to be--just as a television series treatment is just a sketch of a much more complex series to come. After all, his Superboy Story ends with the words, "…the story of Superboy's amazing and often humorous adventures is a series of astonishing narratives in itself…!"

Characters

Clark

Rovin skews his analysis by improperly focusing in many respects on a much older Clark present only in the current *Smallville* season, i.e., sexually active, recruited for Metropolis University, a sexy hunk. I understand from plaintiffs that the *Smallville* episodes in question are those which were produced after November 21, 2004. However, as *Smallville* is an episodic series, the pilot and earlier episodes are extremely relevant because in a television series as characters and other elements are established they and their history carry over and are inherent in later episodic sequels which include the same characters and elements.

On the Superboy side, the analysis is similarly skewed. On the last page of the Superboy Story, it reads "Shows Superboy streaking…" Rovin concludes from this faulty analysis that "Clark can fly in the [Superboy Story], but he doesn't even hover until the second season of Smallville." Yet, in Action No. 1, where Superman streaks through the sky, Rovin insists he is merely leaping, not flying. Why does springing and streaking equal flying when it's Superboy, but hurtling through the sky is not flying when it's Superman?

Rovin argues that the difference in age between Superboy and *Smallville's* Clark are substantial. Rovin's obsession with age and grade discrepancies, however, misses the fundamental qualitative similarities between Siegel's Clark and *Smallville's* Clark - they are both young people struggling through the tumult of adolescence and the all-too-human challenges of growing up, challenges that are magnified by their status as an outsider with super-human powers.

Rovin argues that Siegel's Clark has fully embraced the crime-fighting lifestyle, yet the essence of his 13 page Superboy Story is that this new comic series focuses on the coming of age of a legendary superhero, best summed up in the final

caption... "In later years he was to become the mighty figure known as Superman!" Notably, at the very end of the Smallville pilot, Clark reaches a similar conclusion: when asked by Mr. Kent how he feels about the awesome responsibility of his powers, Clark replies, "Can I answer that in about five years?" (Pilot script, p.60). The *Smallville* pilot ends in much the same way as Siegel's Superboy Story – with the promise that this boy will fulfill his destiny and mature into a great hero.

The Kents

In writing about the portrayal of Clark's parents in the Superboy Story, Rovin makes one false interpretation after another. He wrongly concludes that the concerned sweet Mrs. Kent who intimately communicates with her husband throughout the Superboy Story "orders her husband around" because she asks him to get the door. He also claims that the Kents are irresponsible (a) because they leave Clark alone for a moment with an older boy, when they have no way of knowing that the boy, Mickey, would lean into Clark's face smirking and calling him "diaper-pants" once they were alone; and (b) because they take Clark to school (as required by law) and leave him with a teacher after they have taught him to control his strength and Mr. Kent thinks to himself that Clark may surprise the teacher.

Rovin criticizes Siegel's script for not detailing the Kents' careers. Again, in a 13 page story intended as the first of a comic book series there is little room for such surplus details. The Kents' primary role was and remains as Clark's adoptive parents who guide and nurture him. *Smallville's* merely expands upon this notion and fills in details sufficient to support an hour-long drama. But even on the show, the Kents are defined by their relationship to their adopted son.

Surprisingly, Rovin disputes the claim that the Kents are humble, moral people. Let's define these terms. The Merriam-Webster dictionary contains the following definitions: "humble" - not proud or haughty; not arrogant or assertive;

"moral" - expressing or teaching a conception of right behavior. The Kents of Siegel's story are not wealthy, nor do they suffer any kind of vain or egocentric characteristics. They not only adopt and raise an infant child, they take it upon themselves to teach him the difference between right and wrong. (Mary: "But how can we train an infant, who doesn't understand a word of English, what to do and what not to do?" Charles: "That's up to us to figure out! And somehow, I've a feeling that we'll succeed!" (SBS 6)).

Supporting Characters

Rovin argues that *Smallville* is fundamentally different from Siegel's Superboy because the TV series "showcases a variety of main characters, not just one character." However, it is inherent to a 13 page story that there is no room to fully develop minor characters with backstories, unlike in the 120 hour long episodes of *Smallville*. One cannot conclude from this unfair comparison that *Smallville* was not derived from Siegel's Superboy. Setting aside the obvious volume of discrepancies between a 13 page story and over 100 hours of televised stories, necessitating additional plots and characters, it is important to recognize that *Smallville* revolves around its main character. Clark is clearly the star – the single most important character in the show around whom all the other characters revolve. This is not like DC's own *Justice League* or *Superfriends*, where there is a regular ensemble of rotating heroes, nor is it a traditional teen soap opera like *Dawson's Creek*. While *Smallville* may showcase "a variety of main characters," this is due to its subjection to the multi-threaded plotlines needed to maintain a weekly series, not its ensemble narrative. Make no mistake: *Smallville* is about the coming of age of Clark Kent. It is not *Beverly Hills, 90210* or *The O.C.*, and not about the ins and outs and ups and downs of who will sleep with whom or who will kill whom next. It's about the coming of age of a young man destined for something greater than his small-town environment would suggest. Without the indelible imprint of Siegel's Superboy,

*Smallville* would be nothing more than a *Dawson's Creek*-like retread of teenage navel-gazing and unfocused angst.

Additionally, the supporting characters in *Smallville* which are not derived from the Superboy or Superman comics are irrelevant. Rovin's conclusions regarding supporting characters are also extremely convenient. He says the bullies in the Superboy Story are harmless kids although one, after putting a sharp tack on Clark's chair, says: "I'll fix him during recess!" and then punches Clark for no reason saying, "Wait a minute, you! I don't like your face!" Later, the others decide to bring Clark to a scary hillside haunted house "an' give him th'works. It oughta be a lot of fun." (SBS 9). Thus, Rovin fails to distinguish *Smallville* when he states "Clark's late-teenage peers are, for the most part, psychologically and/or assertive to aggressive teenagers."

Themes

Curiously, while simultaneously arguing that *Smallville* borrows not from Superboy but from the rich Superman mythology, Rovin argues that in "the world of SMALLVILLE, the emergence of SUPERMAN is not a given." Rovin's statement is disingenuous because *Smallville* resonates with constant references to Clark's destiny as Superman. Warner Bros. consistently advertises the show as about a boy destined to become Superman and, I am informed, claims in this lawsuit that *Smallville* is solely derived from *Superman*. When Rovin cites the hook of the show, as evidenced in Warner Bros' original promotional campaign ("Between the boy Clark Kent thought he was and the man he is destined to become lie the compelling stories of SMALLVILLE"), he conveniently switches his stance.

Rovin concedes that Siegel's Superboy material is driven by "two primary conceits: that Superboy will grow up to become SUPERMAN; and that he must keep his powers a secret." Yet, inherent in this is the struggle between Superboy's destiny and his everyday desires, between adolescence and maturity; themes not

prevalent in the Superman mythology. The adult Superman is stoic, steadfast, certain; he fully accepts his role as Earth's guardian of righteousness and refuses to let anything interfere with doing the right thing. Superman is unwavering – yes, he may come across as nerdy as Clark Kent, but we realize that this is merely an elaborate hoax. Superman doesn't question his identity or his purpose. Siegel's Superboy, however, has yet to embrace this self-assured righteousness. While sheltered by his parents' overprotective nature, he is side-tracked by student pranks and hazing, gives in to impulses to retaliate (he gives another child a black eye) and yearns to be accepted. In *Smallville's* pilot episode, Clark is likewise portrayed as a young high school student who is sheltered by overprotective parents, suffers student pranks and hazing which leads to using his powers in retaliation (stacking bullies' trucks on top of each other), and struggles with his being an outcast. Siegel's Superboy/Clark states, "I can't let people know how different I am! I'll just have to hold myself in check and go along like all the other kids..." *Smallville's* Clark states, "I just want to get through high school without being a total loser" (Pilot script, 3/11/01, p.13), and "I would give anything to be normal. But I'm not." (Pilot script, 3/11/01, p.35).

Setting, Mood and Pace:

In this section, Rovin essentially describes the differences between comics and television, a 13 page story vs. six seasons of a big budget television series and the late 1930's and 1940's vs. 2001-2007, not the differences between Superboy and *Smallville*.

Rovin disputes that Siegel's script is set in a rural setting, because there "are no farms, no trucks and tractors." The setting is clearly rural. The roads are made of dirt. The Superboy Story depicts a passing motorist who rescues him and brings him to the Crestwood Orphanage, the Kents' car getting "stuck in a muddy ditch" after adopting him at the orphanage, with nobody around to come to their rescue;

the Kents at their (at least two-story) house before a fireplace; Clark's classmate Dick refers "to the meeting tonight in Tom's father's garage" and Tom tells Clark: "You're told enter the old haunted house on Judson Street." His classmates reach the house before him and in the ensuing adventure refers to "the darkness outside the house" and "blackness," a car escaping from the house first stops "at the top of a steep incline" and a chase ensues where "the auto commences to speed down the mountainside" (and "speed[] down [a] mountain road") and the "auto skids to a stop bare inches from a cliff's brink!" (SBS 4, 6, 9-12). These elements unquestionably depict a rural, as opposed to an urban, environment.

Rovin is very defensive about the fact that Smallville is "just one location among many," in the television series, implying that the town plays only a minor role in the overall setting. However, he cannot evade the fact that the show is named after Superboy's hometown – **SMALLVILLE**.

Sequence of Events:

Rovin's claim that the Superboy Story is "a recap" of Action No. 1 is not persuasive. Siegel clearly intended the *Superboy* comics to explore what we did not know, what readers had never been told before. His November 30, 1938 pitch letter stresses that "the *Superboy* comics would be very much different from the *Superman* strip" and his first Superboy Story fulfills this promise.

Rovin's unbridled claim that plaintiffs "misrepresent" the facts in their Complaint and their responses to defendants' interrogatory 3d [sic] is also unjustified and self-serving. (Rovin Report I, ¶ 6). For instance, Rovin proclaims, "[n]ever once in THE CLAIMED SIEGEL MATERIALS does Clark do a deed anonymously or especially covertly." This is plainly incorrect. In the Superboy Story, Clark clearly acts covertly with respect to his peers. ("Clark takes a flying leap after [the speeding car]...that lands him noiselessly atop the rear tire!" (SBS 11); when one of his classmates asks: "How did you happen to show up in time?"; Clark

covers: "I saw those crooks take you fellows in the car and hid on the running board!" (SBS 11); at a meeting where "Clark is made a permanent member of the Thick-and-Thin Club" one of the participants says: "The crooks claimed a young kid jumped out of the darkness…;" another says: "Probably a made up story," while Clark remains silent. (SBS 12). Later in his room Clark contemplates using his powers to help people stating, "But I'd have to hide my true identity from everybody" and the caption reads "[s]urreptitiously, the lad designs a strange costume…" (SBS 13).

As another example, Rovin falsely states: "[t]here is absolutely no evidence in THE CLAIMED SIEGEL MATERIALS that Clark is sensitive." In the Superboy Story, after his adoptive mother congratulates Clark ("You're quite a hero, Clark"), he modestly responds: "I didn't do much." (SBS 12); and that evening Clark sits on the bed in his bedroom pondering if he could "help people": "I could put my hidden strength to work for a good purpose!" (SBS 13). Rovin also falsely states: "there is similarly no evidence in THE CLAIMED SIEGEL MATERIALS that by keeping to himself Clark 'annoys' some of his peers." In the Superboy Story, Clark's classmate, Tom, says: "This kid Clark Kent always keeps to himself. Let's pretend we want him to join the club an' give him th' works." (SBS 9). Rovin wrongly states: "Nowhere in THE CLAIMED SIEGEL MATERIALS does it mention "a rural environment." However, the Superboy Story depicts a passing motorist who rescues him and brings him to the Crestwood Orphanage, the Kents' car getting "stuck in a muddy ditch" after adopting him at the orphanage; the Kents at their (at least two-story) house before a fireplace; Clark's classmate Dick refers "to the meeting tonight in Tom's father's garage" and Tom tells Clark: "You're told enter the old haunted house on Judson Street." His classmates reach the house before him and in the ensuing adventure refers to "the darkness outside the house" and "blackness," a car escaping from the house first stops "at the top of a steep incline" and a chase ensues

where "the auto commences to speed down the mountainside" (and "speeding down [a] mountain road") and the 'auto skids to a stop bare inches from a cliff's brink!" (SBS 4, 6, 9-12). These elements unquestionably depict a rural, as opposed to an urban environment. Rovin blankly denies locals are "nosy" regarding Superboy in Siegel's story, yet a local arrives at the Kents unannounced stating; "I've heard so much about your adopted child, I just HAD to come and see him" (SBS 7), and later, a classmate announces "[t]his kid Clark Kent always keeps to himself." (SBS 9). Rovin exclaims that in the Superboy Story Clark never struggles with being an outsider or adolescent angst when the story is filled with Clark "keep[ing] to himself," while trying to fit in and be accepted (e.g., by proving himself to his classmates so that he can join their club), while "hav[ing] to hide his true identity from everybody." (SBS 8-13).

Rovin's criticism of the Complaint for mentioning junior high school is exaggerated. Twelve years old (the age described in Siegel's 1938 pitch letter) is the most common age of students in their first year of junior high school. Depending on when their birthdays fall, eleven year olds may attend junior high. Depending on the school district, junior high schools may also be known as middle schools and these may begin in different grade levels, often at 6th grade.

Rovin very selectively tries to distinguish *Smallville* from Superboy and to counter (more like a legal advocate than an expert) allegations in plaintiffs' complaint but most of his analysis involves hair splitting and self-serving characterizations of prior *Superman* works and *Smallville*. For instance, plaintiffs' observes in their complaint that on page one of Action No. 1 we see Clark as a baby and by the second panel he is an adult on the same page. Moreover, by the next panel on page one he is Superman, "champion of the oppressed." Rovin nonetheless quibbles and speculates that Clark Kent in the second panel could be anywhere from age 13 to 21 because the caption reads "when maturity is reached,"

even though a full grown man in a suit and on a construction site is actually depicted. This kind of hair-splitting wordplay and distinction without any difference pervades Rovin's analysis. There is no evidence that the sub-sections show Clark at various ages. He is wearing an adult's business suit in two of the three and in the third, coveralls with a long sleeved shirt at the construction site where he is the same height as the adult workers who surround him. (As for Rovin concluding he is "teenaged" at the construction site, why is he working and not in school?) In all three of the panels Clark appears to be the same age, with the same build, and similar poses to the ones he strikes as the costumed Superman in the third panel on page one, over which there is no debate that he is an adult.

Rovin attempts to argue that there is no distinct Superboy mythology, when it is undisputed that Siegel's Superboy material directly led to a separate DC character and a wholly separate line of *Superboy* comics.

Rovin "doth protest too much" when comparing Clark Kent as he appears in Siegel's Superboy Story and in *Smallville* ("The characters are alike only at the most abstract level. There are no similarities in the character or narratives, beyond the reliance on the prior art and on elements that are scenes-a-faire or common to the superhero genre."). This is a rather strange statement regarding a show that is colloquially referred to by casual fans and devotees alike as "Superboy." For example, in Variety's January 15, 2007 review of the new season of *Smallville,* Brian Lowry, TV critic for the entertainment industry's most established daily periodical, describes the show as "the sixth season of the Superboy series 'Smallville.'"

If the elements of Superboy are scenes-a-faire inherent in the superhero genre, as argued by Rovin, why has this version of a superhero coming-of-age saga succeeded where others (*Birds of Prey, Aquaman,* etc.) have not? It is perhaps because Jerry Siegel's Superboy is not fundamentally about his particular adventures or his age at any one point in his evolution or his choice to wear a costume, but, rather,

something deeper. Siegel's original exploration of common adolescence, enhanced by supernatural circumstances, is greater than the sum of its parts. For this reason his seemingly simple 13 page Superboy Story spawned a distinct and long-lasting line of *Superboy* comics and eventually led to *Smallville*, named after his hometown.

A conspicuous difference arises when you examine what DC has done with the Superboy character in their current mythology. In DC's modern retelling of the Superman story, SUPERBOY NEVER EXISTED! Superman simply manifested his powers as an adult. His powers no longer come from our Solar System, but from his genetics when he reaches maturity. Therefore, Siegel's original concept of Superboy is not an inevitable extension of the Superman mythology as argued by Rovin, for according to DC's current mythology, Clark Kent never had any powers as an adolescent. It is a telling indicator of the value of Siegel's Superboy that the creators of *Smallville* chose to ignore DC's current, and decidedly more contemporary, description of Superman's youth and instead embraced Siegel's classic original expression. It is incontrovertible that, in the classic DC mythology, the story of Clark Kent growing up in a small town raised by his adoptive parents is Superboy.

This point is further emphasized by the departures from Siegel's Superboy found in the DC Universe. Following the death of Superman in the early nineties (*Superman* vol. 2, #75 (1992)), Superman was cloned creating a new Superboy, Kon-el, who was the hybrid bi-product of Superman and human DNA (*Adventures of Superman* #500) and was not Clark Kent but rather adopted by Lois Lane as Christopher Kent. Equally popular is *Superboy-Prime*, an evil Superboy from a parallel galaxy that has become Kon-El's main adversary. Also noteworthy is *Superman: Red Son*, a DC graphic novel that postulates what might have become of the Man of Steel if he had spent his adolescence growing up in Communist Russia. These examples are not intended to confuse matters but, rather, to demonstrate how many variations exist, not only in the realm of creative possibilities, but in the DC

Universe itself. Yet, as Mr. Rovin acknowledges, both Siegel's Superboy and *Smallville* "address the same events." Rovin presumes that said events are the only possible back-story for Superman but, as shown above, numerous alternatives exist, even within DC's mythology. It is evident that, with numerous choices available to them, Warner Bros. and the creators of *Smallville* deliberately returned to Siegel's Superboy.

**II.**

**Rebuttal to Expert Report of William J. Immerman**

I respond to the second conclusion of William J. Immerman's expert report ("Immerman Report"), namely, that Action No. 1 represents only 25% of the total Superman material "necessary in order to create the Picture ['Superman Returns']." (Immerman Report, ¶ 9). On this basis, Immerman opines that only 25% of DC's contingent compensation from Warner Bros. in connection with *Superman Returns*, "allocable to those territories in which plaintiffs have rights in Action No. 1," should be apportioned to Action No. 1. Because plaintiffs are 50% co-owners of the copyright in Action No. 1, and defendants claim that they are not entitled to revenues from foreign territories which account for at least 50% of the worldwide market, this translates to less than 6.25% of DC's already limited compensation from the exploitation of Superman in the motion picture *Superman Returns* and important ancillary exploitations.

Immerman offers minimal analysis and virtually no methodology for arriving at this rather precise 75/25 split in defendants' favor. While assigning 75% to Superman material after Action No. 1 (defined as the "Subsequent Literary Material"), Immerman never refers specifically to any such literary material. His opinion appears, instead, to be based on vague recollections of the *Superman* radio

series, *Superman* television series and *Superman* films starring Christopher Reeve (Immerman Report, ¶ 8) which of course are not literary material owned by DC.

Immerman gives very short shrift to all the major signature "Superman" elements contained in Action No. 1. These elements set the enduring framework of the Superman mythology from his arrival on earth from a distant planet to the famous Superman/Clark Kent dual identity, to their character, appearance and dress, to the Superman/Clark Kent/Lois Lane love triangle, to Clark Kent's cover as a big city reporter receiving assignments from his editor, to Superman's superpowers and role as a "champion of the oppressed." Immerman nonetheless concludes (again, without any real analysis) that the relationship between Superman, Clark Kent, Lois Lane and the newspaper editor is "not established and is very different then the relationship between the characters contained in the Subsequent Literary Material." (Immerman Report, ¶ 7). Immerman attaches particular significance to inconsequential differences such as that Clark Kent works as a reporter for The Daily Star in Action No. 1 and that the name of the newspaper was changed to The Daily Planet in the Subsequent Literary Material.

It is obvious that *Superman Returns*, Warner Bros.' most recent feature-length adaptation of Siegel and Shuster's character, not only contains the critical core elements present in Action No. 1 but reverently invokes them. Before describing the many conspicuous similarities between *Superman Returns* and Superman's first appearance in Action No. 1, it is important to note that, as is evidenced in the title, *Superman Returns* is a sequel of sorts to the earlier entries in the Warner Bros. Superman franchise. Thus, Immerman's citations of dis-similar elements are inevitable as this sequel story, by nature, is a natural continuation of the original version to be found in Action No. 1. It is widely acknowledged that this film incorporates and pays homage to Shuster and Siegel's original creation. Several examples are listed below:

The Opening Sequence

In the first shot of *Superman Returns*, we fade in on the following titles, which appear on a black screen:

"ON THE DOOMED PLANET KRYPTON, A WISE SCIENTIST PLACED HIS INFANT SON INTO A SPACECRAFT AND LAUNCHED HIM TO EARTH ... THE BOY GREW UP TO BECOME OUR GREATEST PROTECTOR ...SUPERMAN."

On the first page of Action No. 1, the following captions appear:

"AS A DISTANT PLANET WAS DESTROYED BY OLD AGE, A SCIENTIST PLACED HIS INFANT SON WITHIN A HASTILY DEVISED SPACE-SHIP, LAUNCHING IT TOWARD EARTH! WHEN THE VEHICLE LANDED ON EARTH... (HE) DECIDED HE MUST TURN HIS TITANIC STRENGTH INTO CHANNELS THAT WOULD BENEFIT MANKIND. AND SO WAS CREATED...SUPERMAN."

The First Image

The first image of *Superman Returns* shows Superman's home planet of Krypton blowing up. The first panel of the comic shows Superman's home planet blowing up.

Superman/The Suit

Brandon Routh, the star of *Superman Returns*, bears a striking resemblance to the Superman/Clark Kent depicted in Action No. 1. His chiseled features, his hairstyle, his lean, muscular physique, all echo Siegel and Shuster's original expression. In an interview with USA Today nearly a year prior to the premiere of *Superman Returns* (4/22/05), writer Anthony Breznican stated that Bryan Singer was emphatic that he wanted to do "something classic."

To quote Breznican:

Case: 13-56243 02/25/2014 ID: 8992563 DktEntry: 22-9 Page: 313 of 318

"Tinkering too much with a hero's suit can aggravate traditionalist comic fans, who grumbled that Jennifer Garner's Elektra wasn't wearing her midriff-baring red suit in Daredevil or that Batman's armor had nipples in Batman Forever. They aren't likely to have much to carp about with Superman Returns. Instead of reinventing the character's appearance, Singer – via e-mail from Australia, where he's shooting the film – says he wanted to remain faithful to the previous incarnations of Superman."

Clark Kent

The outfit Clark wears as a reporter in Action No. 1, including the proper suit and glasses, is clearly replicated in *Superman Returns*. Moreover, in both *Superman Returns* and Action No. 1, Clark is awkward while in his work environment as a newspaper reporter. As in Action No. 1, his body language, social interactions, and overall persona is sharply contrasted with his stoic, bold, and purposeful exploits as Superman.

Lois And Clark/Superman And Clark

Tellingly, the classic Lois and Clark dynamic - the feisty Lois's disregard for the awkward Clark, at and after work, who clumsily pines for her attention - first set forth in Action No. 1 is clearly utilized in *Superman Returns*. Casting Kate Bosworth (complete with the original Lois' short hairdo in Action No. 1) as the assertive female reporter who ignores Clark's attention further links the movie to Siegel and Shuster's original comic.

Tellingly, Superman's dual identity and, specifically, how that duality plays out in his relationship with Lois is a core element of the original comic, and lies at the very heart of *Superman Returns*.

Clark, to Lois, in Action No. 1:

"Why is it you always avoid me at the office?"

In *Superman Returns*, when Clark meets Lois' son, he is deeply hurt that she has "never" spoken about him. Clark in Action No. 1 is embarrassed by a rival suitor in front of Lois, and is unable to take action in order to protect his identity. This conceit is expanded on a more dramatic scale in *Superman Returns*, when Clark must face Lois' fiancé, Richard White, as his romantic rival. Just like in the original comic, Clark suffers from his heroic choice to live his life not as a "super-man," but as an "every-man."

**Superpowers**

Last but not least, the array of superpowers with which Superman is armed in Action No. 1 - super-strength, super-senses, imperviousness to bullets and knives - are in full bloom in *Superman Returns*. Just like in a key panel in Action No. 1, an archetypical criminal pulls out a handgun and shoots a bullet at Superman point blank and the bullets bounce of his chest in a demonstration of Superman's invulnerability.

Whereas in Action No. 1 Superman stops speeding cars, in *Superman Returns* he is stops a speeding airplane.

Immerman argues that "in the Original Comic Strip Superman was able to leap over tall buildings, but could not fly." In *Superman Returns*, Singer flashes back to a young Clark LEAPING through the cornfields. When Clark haphazardly crashes through a roof, he learns that his "leaping" actually enables him to fly.

Immerman ignores the critical central role that the elements introduced in Action No. 1 play in *Superman Returns*. If one strips away these elements from *Superman Returns*, one is left with very little, and certainly not something that could stand on its own as Superman.

Bryan Singer, himself, included in *Superman Returns* a lasting visual testament to Siegel and Shuster and the contribution of Action No. 1 to his film. To pay a fitting homage to his movie's source material, Singer matches the cover of Action

No. 1 explicitly in a shot from one of the film's key sequences. When Luthor's sidekick KITTY poses as a runaway driver to distract Superman from a crime in progress, our hero swoops in, lifts up the car at a distinct angle over his head, his legs churning powerfully forward, and perfectly recaptures the cover of Action No. 1.

Respectfully submitted,

Mark Evanier

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On February 9, 2007, I served the attached document described as **PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S EXPERT REBUTTAL WITNESS DISCLOSURE OF MARK EVANIER** on all interested parties in this action by placing ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

[X] :BY FACSIMILE:

As follows: I caused the transmission of the above named documents to the fax number set forth below, or on the attached service list.

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Facsimile No. 212-813-5901

Patrick T. Perkins
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Facsimile No. 845-265-2819

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Facsimile No. 310-550-7191

[X] :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February 9, 2007, in Los Angeles, California.

Alexander M. Merino

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 21, 2014, and that all participants in the case are registered CM/ECF users.

Dated: February 21, 2014

/s/ Marc Toberoff
Marc Toberoff